# LAWLOR & ENGLERT, LLC

*Attorneys at Law*

---

MICHAEL E. LAWLOR
lawlor@lawlor-englert.com

SICILIA C. ENGLERT
englert@lawlor-englert.com

GWENDOLYN R. WATERS
gwaters@lawlor-englert.com

NICHOLAS G. MADIOU
ngmadiou@lawlor-englert.com

June 17, 2015

The Honorable James K. Bredar
United States District Judge
101 West Lombard Street
Baltimore, MD 21201

    Re:   *USA v. Richard Shusterman, et al.*, JKB-13-0460
           Discovery Management Status Report

Dear Judger Bredar,

On June 3, 2015, Your Honor held a discovery management conference to address the projected cost of storing and managing discovery in this case. Since then, undersigned counsel and the Office of the Federal Public Defender ("FPD") consulted with the Defender Services' National Litigation Support Team ("NLST") in reference to whether it is prudent for antagonistic defendants to employ the same vendor for data storage and database management.

After discussing this issue with co-defendant's counsel, the NLST, and IRIS – the vendor currently employed by the FPD to manage discovery in this case – the undersigned can provide the following status report:

It seems clear that IRIS has the capability to host the discovery produced by the Government in such a way that will prevent attorneys from viewing sensitive and privileged material belonging to an antagonistic party. In order to achieve this protection, IRIS will implement field-level security settings that will secure attorney-work product and other privileged material. In order to ensure this capability, IRIS can create a "dummy" account setting up the proposed restrictions. After this account is created, the FPD can log in to the "dummy" account and make sure that privileged information is in fact secure. If satisfied with the field level security, IRIS will then create an account for undersigned counsel.

According to IRIS, it will take approximately three to four days to apply the necessary restrictions needed to achieve this field-level security. This work will require additional costs. In addition to modifying the current database, there will be additional costs associated with new user fees, half of the yearly cost to host the Government's discovery in the database, and any other technical support undersigned counsel incurs going forward.

I am awaiting a proposed contract for this work from IRIS. Once IRIS presents the proposed contract, I will, if appropriate, seek approval from the Criminal Justice Act.

I will keep the Court notified of developments, as warranted.

Thank you for your attention to this matter.

Sincerely,


s/ Michael E. Lawlor.


CC: all parties via ECF.