# Lawlor & Englert, LLC

| | |
|---|---|
| **6305 Ivy Lane, Suite 608** | 301.474.3404 (tel) |
| **Greenbelt, Maryland 20770** | 301.474.3406 (fax) |

October 11, 2015

The Honorable James K. Bredar
United States District Judge
101 West Lombard Street
Baltimore, MD 21201

    Re:   *USA v. Richard Shusterman, et al*., JKB-13-0460

Dear Judger Bredar,

Please accept this letter as a response to the Court's request that undersigned counsel converse with Mr. Shusterman about various issues that were discussed with the Court in a conference call on October 8, 2015. On October 15, 2015, I spoke with Mr. Shusterman, along with Mr. Benowitz and Mr. McMahon. Mr. Shusterman was relayed the Court's concerns about change in counsel at this time and I addressed with him the likelihood of a continuance of the trial date, what may or may not occur if Mr. McMahon's fees were not paid, and what may or may not occur if the Government sought to forfeit any fees paid to Mr. McMahon.

I am confident Mr. Shusterman has all of the information he would need to make an intelligent choice about counsel and am equally confident that Mr. Shusterman wants to proceed further in this case with Mr. McMahon as his attorney.

If I can be of any further assistance to the Court or other parties in this case, please let me know. Thank you for your attention to this matter.

                      Sincerely,

                      /s
                      Michael E. Lawlor.

CC: all parties via ECF