IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

UNITED STATES OF AMERICA,        )
               Plaintiff,        )
    vs.                          ) CRIMINAL CASE NO.: JKB-13-460
                       )
RICHARD SHUSTERMAN,              )
           Defendant.        )
_____)

Tuesday, April 5, 2016
Courtroom 3D
Baltimore, Maryland

BEFORE:  THE HONORABLE JAMES K. BREDAR, JUDGE
          (AND A JURY)

VOLUME V

For the Plaintiff:

Martin J. Clarke, Esquire
Leo J. Wise, Esquire
Assistant United States Attorneys

For the Defendant:

John J. McMahon, Jr., Esquire

Also Present:

Special Agent Michael Shao, Homeland Security Investigations
Victoria Power, Defense Paralegal

_____

Reported By:

Douglas J. Zweizig, RDR, CRR
Federal Official Court Reporter
101 W. Lombard Street, 4th Floor
Baltimore, Maryland  21201

1            P R O C E E D I N G S

2        **THE COURT:**  Mr. Clarke, Mr. McMahon, I understand

3   there's an issue to take up outside the hearing of the jury.

4        **MR. McMAHON:**  That is correct, Your Honor.  If I may.

5   If Your Honor recalls yesterday in -- on direct examination,

6   Mr. Kuber talked about his disability.

7        **THE COURT:**  Yes.

8        **MR. McMAHON:**  And I cross-examined him a little bit of

9   it yesterday.  He talked about -- I asked him about

10  representations -- I don't remember the exact words I used, but

11  regarding representations that his accounting firm made on his

12  behalf to enable him to get.  And he indicated that -- I don't

13  know what he said, that didn't occur or whatnot.

14        And I have from the Government -- I've marked it

15  tentatively as Defense Exhibit 6.  I've shown it to counsel

16  ahead of time here this morning.  That's what brought up the

17  issue.

18        And I also have Defense Exhibit 5, which is his 2010

19  tax return of Douglas Kuber and Rebecca Kuber.  I have

20  previously marked also 2, 3, and 4 as 2'07, 2'08, 2'09.  But I

21  believe Defense Exhibit 5 would be relevant to the issues of

22  Defense Exhibit 6, and I can pass it up to the Court if --

23        **THE COURT:**  Well, what's your theory, first?

24        **MR. McMAHON:**  Judge, the letter indicates that this

25  individual from the Spielman accounting firm are the

 1    accountants for Mr. Kuber, and they prepare his personal and
 2    business tax returns.  And this was at a period of time,
 3    Your Honor, I guess he was attempting to get disability
 4    insurance at certain levels.  And as -- disability insurance is
 5    oftentimes determined by your taxable income or how much money
 6    that you have so that you're able to get significant enough
 7    disability insurance to pay your -- be consistent with what
 8    you've been making or close thereto.

 9          And in this letter it indicates that he's a business
10    partner -- and this is dated March the 19th of 2010,
11    Your Honor, in which it indicates that Mr. Kuber is a partner
12    in an alternative investment business, which I assume is the
13    business that we've been talking about here, that's been
14    operating since 2'07.

15          [Reading]:  In 2'09, the business had a positive --
16    had positive cash flows and made distributions to Mr. Kuber in
17    excess of several million dollars but had an overall loss for
18    tax purposes due to various expense accruals which were
19    required to be made.

20          First of all, I question whether that's even true or
21    not and whether that's accurate or not either, but that's not
22    just a fraud right there [sic].

23          But [Reading]:  2010 and future years, the distributed
24    amounts will convert to taxable income as the accruals reverse.
25    These distributions in the past that we're referring to, 2'09,

```
 1    were necessary for him to pay bills and to otherwise provide

 2    support for him and his family.

 3              [Reading]:  Should Mr. Kuber become disabled, he would

 4    need disability insurance coverage to replace these cash flows

 5    and future taxable income that he would have earned.

 6              [Reading]:  While it is true that Mr. Kuber does not

 7    show taxable income for 2009, we expect him to have significant

 8    taxable income in the coming years, as explained above.

 9              [Reading]:  Therefore, we believe that his 2'09 income

10    is not an accurate measure of his eligibility for disability

11    insurance, and he should be considered a viable candidate for

12    this type of essential assurance at the present time.  Please

13    don't hesitate to call us.

14              Now, clearly by that letter, he's indicating that --

15              THE COURT:  Who's indicating?

16              MR. McMAHON:  The accountant for him.  They indicate

17    that the accountants --

18              THE COURT:  Are you going to impeach him with his

19    accountant's letter?

20              MR. McMAHON:  Well, I can ask him did he give

21    information to his accountant to assist him in getting

22    disability and what information he gave him and what he

23    discussed with his accountant to attain that disability

24    insurance.  I can ask him those questions.

25              THE COURT:  Well, maybe you can.
```

1          **MR. McMAHON:**  Well, I suggest I can ask those.

2          **THE COURT:**  Right.  Keep going.

3          **MR. McMAHON:**  And it further goes, Your Honor, then,

4    that if you look at that -- first of all, to put this in

5    perspective, Judge, to look at the tax returns of Mr. Kuber for

6    the years 2007, he was a negative amount of --

7          **THE COURT:**  I think the point -- I think to make -- to

8    bring some focus to this, Mr. McMahon, you need to start with

9    the lies.  What are the false statements?  I assume that this

10   is all about impeachment.

11         **MR. McMAHON:**  Yes, sir.  And I'll finish up,

12   Your Honor.

13         Is that this was a totally false, and he knew it was

14   not false -- it was false because he knew that in 2010 when

15   this letter was written on his behalf that this was all -- this

16   business and everything was basically in the toilet at that

17   point in time and there was no money that he was going to have

18   significant disbursements in money in 2010 and that he used his

19   accountant as a ruse to be able to convince someone that he's

20   going to have tons of money; therefore, he should get high

21   disability insurance, which he, in fact, got.  And, in fact, in

22   2010, his total income for that year was $61,000 as his total

23   adjusted gross income.

24         **THE COURT:**  All right.  Well, we're way ahead of

25   ourselves.

1          First of all, you're not there yet.  You haven't laid

2    a foundation with the witness that allows you to get in -- even

3    get into this from a matter of impeachment.  So, first of all,

4    you've got to do that.

5          But before you do that, you can only get into a line

6    of questioning with him that survives relevancy objections from

7    the Government.

8          **MR. McMAHON:**  Of course.

9          **THE COURT:**  Okay.  So we're way ahead of ourselves.  I

10   can't rule on any of this yet.  I haven't heard the man yet say

11   something that is in conflict with everything you're proffering

12   to me.

13         **MR. McMAHON:**  Okay.  All right.  I understand.

14         **THE COURT:**  So --

15         **MR. McMAHON:**  I got you.

16         **THE COURT:**  You can start down that road.  Presumably,

17   the Government's going to object on relevancy grounds.  First

18   of all, I have to decide whether it's even relevant to anything

19   that's going on in here.  If it is, then we'll see what his

20   answers are.

21         **MR. McMAHON:**  Got you.

22         **THE COURT:**  If his answers are consistent with what

23   you think the truth is, then you will lose your ground for

24   impeaching him with this extrinsic information that you're

25   referring to now.  If he -- if we get that far and he goes in a

 1   different direction, then we'll see where we are.

 2           **MR. McMAHON:**  I understand.  We're ready.

 3           **THE COURT:**  Government want to be heard?

 4           **MR. CLARKE:**  Only to clarify what's on the table; and

 5   that is that this letter is -- doesn't involve Mr. Kuber.  He's

 6   not cc'd on it.  It's about the accountant providing some

 7   information, I assume, to his lawyer to assist with the

 8   disability claim.  And so what's on the table is the accountant

 9   suggesting that the amount of disability awarded is probably

10   not high enough and recommending a higher amount.  And that's

11   where we are, Your Honor.

12           **MR. McMAHON:**  And, in essence, that's a total con job.

13   And if anybody can't see that, that's a total con job.

14           **THE COURT:**  That's fine.  But now where are we,

15   404(b)?

16           **MR. McMAHON:**  Yeah.  In connection with the monies

17   that are the subject matter of this case, he's fraudulently

18   representing the monies that are involved in this case.

19           **THE COURT:**  Have your argument ready to go, rooted in

20   the Rules of Evidence and the law of this circuit and I'll be

21   happy to hear you.

22           Let's get the jury in here.

23           **MR. McMAHON:**  Thank you.

24      (Jury entered the courtroom at 9:51 a.m.)

25           **THE COURT:**  Be seated, please.

1          Good morning, ladies and gentlemen.  We had a matter

2   we needed to address outside your hearing, but we have finished

3   with that.  And we are now ready to pick up with where we left

4   off when we recessed for the evening.  You'll recall that

5   Mr. Kuber was on the witness stand previously.

6          Mr. Kuber, you may resume the stand.  You remain under

7   oath.

8          Mr. McMahon, you may continue your cross-examination

9   of Mr. Kuber.

10          **MR. McMAHON:**  We just need to switch the screens.

11          **THE COURT:**  Switch the screens.

12          Okay.  That only took five tries.  Last week it was

13   20.  That's progress.

14          Do you have the screen you need, Mr. McMahon?

15          **MR. McMAHON:**  I looked over there and did, but I

16   didn't have it here.  It says, "No signal detected."

17          **THE COURT:**  I'm sure Ms. Smith will have that solved

18   in 30 seconds.

19       (Pause.)

20          **MR. McMAHON:**  If I may, Your Honor?

21          **THE COURT:**  We're off the record.

22       (Discussion off the record.)

23          **MR. McMAHON:**  I got it, Judge.  I'm ready.

24          **THE COURT:**  As I was saying, we were in the midst of

25   the cross-examination of Mr. Kuber.  He's resumed the witness

```
1    stand.

2            Mr. Kuber, you remain under oath.

3            Mr. McMahon, you may inquire.

4        MR. McMAHON:  Thank you.

5        DOUGLAS A. KUBER, GOVERNMENT'S WITNESS, PREVIOUSLY SWORN.

6                CROSS-EXAMINATION (CONTINUED)

7    BY MR. McMAHON:

8    Q.   Good morning, Mr. Kuber.

9    A.   Good morning.

10   Q.   Again, the same admonitions I talked to you about

11   yesterday, and I think you understand that.  If I don't make it

12   clear to you what I'm asking or you're not sure, just stop; let

13   it be known.  We'll try to straighten that out.  Okay?

14   A.   Okay.

15   Q.   All right.  I want to just go back to one thing I talked

16   about yesterday, just left something out.

17       MR. McMAHON:  If the witness can be shown for

18   identification purposes Exhibit 1083.  Again, we pulled it out.

19   It's 1083.

20       MR. CLARKE:  (Handing.)

21       MR. McMAHON:  Thank you, Mr. Clarke.  (Handing.)

22       THE WITNESS:  Thank you.

23   BY MR. McMAHON:

24   Q.   And to refresh that -- that's the plea agreement that we

25   talked about yesterday; correct?
```

1   **A.**   Correct.

2          **THE COURT:**  Marked for identification, 1083 for

3   identification.

4   **BY MR. McMAHON:**

5   **Q.**   Okay.  And we talked a lot yesterday -- I mean

6   predominantly we talked about the section -- and if you

7   would -- the sealed supplement to the plea agreement.  Remember

8   us going over that yesterday?

9   **A.**   I do.

10  **Q.**   Okay.  And I want to direct your attention to Section 1C

11  on the first page of the sealed supplement to the plea

12  agreement.

13  **A.**   Okay.

14  **Q.**   Okay.  And that's regarding your obligations to testify

15  and the various things we talked about yesterday; correct?

16  **A.**   Yes.

17  **Q.**   Okay.  And in C, you indicated that in connection with the

18  criminal investigation by federal law enforcement authorities,

19  that the defendant shall act in an undercover capacity to the

20  best of his ability and allow such authorities to monitor and

21  tape-record conversations with persons who are believed to be

22  engaged in criminal conduct.  Defendant will fully comply with

23  all reasonable instructions and directions of law enforcement

24  authorities in this connection.  Any such assistance that

25  Defendant may provide to federal criminal investigators must be

1   pursuant to the specific instructions and control of this

2   office and designated investigators.

3       Correct?  Did I read it correctly and that's what you

4   agreed to?

5   **A.**   Yes.

6   **Q.**   Okay.  And by that section, you had agreed to -- and I

7   think eventually signed some paperwork, did you not, to monitor

8   or record telephone conversations of various people; correct?

9   **A.**   I remember signing some paperwork, but I don't remember it

10  ever occurring.

11  **Q.**   Okay.  And the paperwork that you signed was paperwork to

12  have the phone calls recorded between you and Mr. Rosenberg;

13  correct?

14  **A.**   Yes.

15  **Q.**   Okay.  And you -- from what I understand from your

16  testimony, then, that never came to fruition.  That was never

17  done, but you agreed to do it; correct?

18  **A.**   Correct.

19  **Q.**   Okay.  And Mr. Rosenberg was your neighbor and the friend

20  that we were talking about that you agreed to tape-record his

21  conversations with; correct?

22  **A.**   Yes.

23  **Q.**   Okay.  You can -- 1085 can be taken -- 1082, '3 can be

24  taken back.  I don't need it any further at this juncture, or

25  it can be just set down.

```
 1          Now, after you've had your proffer with the Government,
 2    which we've established was in June of 2012 -- it was a two-day
 3    proffer.  Remember that, what we talked about yesterday?
 4    A.    I do.
 5    Q.    And when you had that in 2012 and now it's short of four
 6    years later that we are here in court; correct?
 7    A.    Yes.
 8    Q.    All right.  Now, as best you can, between that first
 9    two-day meeting with the people we spoke about yesterday until
10    today, how many meetings have you had with the United States
11    Government, either attorneys, agents, or anything designated by
12    them?
13    A.    I had, as I recall, two additional meetings as such before
14    arriving in Baltimore for this trial.
15    Q.    Okay.  And when were those meetings?
16    A.    One of them was -- was very recent.  It was -- it was
17    several weeks ago.
18    Q.    Go ahead.  I don't want to interrupt you.
19    A.    And the other one was a much longer time ago.
20    Q.    Okay.  So post the two-day proffer of June of 2012, you've
21    only had two meetings with the United States Government; is
22    that correct?
23    A.    I had some discussions with them since I've arrived here
24    for trial.  But before that, I had, you know, two meetings.
25    The ones I had here weren't necessarily very involved.
```

1   **Q.**   All right.  Well, let me go back on that a second.

2        The first one that you had after the proffer, was it here

3   in Baltimore or was it some other location?

4   **A.**   It was at the FBI offices.  I don't know if that's in

5   Baltimore or outside.

6   **Q.**   In this area?

7   **A.**   But, yes, in general Baltimore area, I presume.

8   **Q.**   And you came up from your residence and met with the FBI?

9   **A.**   I did.

10  **Q.**   And how long after that first two-day proffer was that

11  meeting, approximately?

12  **A.**   I don't recall, but it was quite some time.

13  **Q.**   Okay.  And who was at that meeting?

14  **A.**   Definitely I recall Mr. Karandy being there.

15  **Q.**   He was the agent assigned to this?

16  **A.**   He was the agent.

17        And Mr. Clarke was there.  And there were other people

18  there, but I don't recall exactly who.

19  **Q.**   Okay.  Other people from the Government; right?

20  **A.**   Yes.

21  **Q.**   Was your lawyer there?

22  **A.**   No.

23  **Q.**   Okay.  And how long was that meeting?

24  **A.**   I believe that meeting was also a day-plus, maybe two

25  days.

1  Q.   Okay.  And so you had to stay over and have another day of

2  discussions with them; correct?

3  A.   Yes.

4  Q.   And you were going over obviously the incident and the

5  things that you're testifying here about; correct?

6  A.   Of course.

7  Q.   Okay.  And that two-day meeting, then, was sometime after

8  this first two-day meeting.

9       And then you had another meeting with the Government.

10  Before you came up here for trial, you had another meeting;

11  correct?

12  A.   Yes.

13  Q.   And where was that meeting at?

14  A.   That was at the U.S. Attorney's Office here.

15  Q.   And, again, you came up from wherever you reside for that

16  meeting; correct?

17  A.   I did.

18  Q.   And who was at that meeting?

19  A.   Mr. Clarke was at that meeting.  Mr. Wise was at that

20  meeting.  And there were also some agents.

21  Q.   And about how long ago was that meeting?

22  A.   That was just a few weeks ago.

23  Q.   Okay.  And how long was that meeting?

24  A.   I think that meeting was also a couple of days.

25  Q.   A couple of days.  Was it three or was it just two?

1    **A.**    I'm trying to remember if it spilled over into the third

2    day and I don't recall.

3    **Q.**    Okay.  And you were meeting with the gentlemen here,

4    Mr. Wise and Mr. Clarke, a few weeks ago and for maybe two,

5    maybe three days; correct?

6    **A.**    Correct.

7    **Q.**    Okay.  Going over the issues that you're testifying here

8    today about; right?

9    **A.**    Correct.

10    **Q.**    Okay.  And so up until then, then, from what you're

11    telling me, we had the two-day meeting; we had another two-day

12    meeting with the Government; and then we had maybe a three-day

13    meeting with the Government before you came up here for trial;

14    correct?

15    **A.**    Right.  The last one was two or three days.  I don't

16    remember.

17    **Q.**    Okay.  So we're talking -- talking seven, potentially

18    seven, six to seven full days of meeting with the prosecutors

19    and the Government agents getting you ready for this trial;

20    correct?

21    **A.**    Well, part of it wasn't getting me ready for this trial.

22    Part of it was prior to that.  But I had about six or seven

23    days of meetings with them regarding these subjects.

24    **Q.**    Okay.  And when you came up here for the trial, you had

25    other meetings with them; is that correct?

1  **A.**   I had some discussions with them.  They weren't really

2  lengthy meetings.

3  **Q.**   Where were they?

4  **A.**   I believe they were all here in the courthouse on the

5  fifth floor.

6  **Q.**   Oh, okay.  And is that an office on the fifth floor with

7  the U.S. Attorneys?

8  **A.**   Yes.

9  **Q.**   Okay.  And you met with them for just a day, then, at that

10 time or just a part of a day that time; correct?

11 **A.**   It was just a few hours.

12 **Q.**   A few hours.  Okay.

13 **A.**   Yes.

14 **Q.**   And these were the meetings that -- the best you can

15 recall, obviously, the best you can recall is the history of

16 your meetings with the United States Government regarding these

17 issues; correct?

18 **A.**   Well, I also had some very brief discussions with them

19 either, you know, at the end of the day or at the beginning of

20 the day while I was -- while I was testifying here.

21 **Q.**   What type of discussions?

22 **A.**   Well, we'd go over -- they'd show me an exhibit or

23 something that they -- that they wanted to know if I'd seen

24 before.

25 **Q.**   Oh, at the end of a court day, like --

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

 1   **A.**   At the end of a court day or at the beginning of a court

 2   day, prior to court.

 3   **Q.**   They would show you exhibits?

 4   **A.**   They would show me an exhibit or two and ask me if I'd

 5   seen it before.

 6   **Q.**   Okay.  And has that been every day of your testimony since

 7   last Tuesday?

 8            **MR. CLARKE:**  I'm going to object, Your Honor, at this

 9   stage.

10            **THE COURT:**  You may approach.

11      (Bench conference on the record:

12            **THE COURT:**  Mr. Clarke?

13            **MR. CLARKE:**  Your Honor, just general 611 in terms of

14   going over this and over this.  I think he's established the

15   predicate.  There's just no question on the table yet.

16            And at a certain point I'm worried that he's going to

17   start getting into more details about what we covered, what

18   documents, what we looked at.  And it becomes a work product

19   situation as well.

20            **THE COURT:**  Yes.  Well, we're knocking at that door,

21   but we're not there yet.

22            **MR. McMAHON:**  Right.

23            **THE COURT:**  So overruled.)

24      (Bench conference concluded.)

25            **THE COURT:**  You may continue, Mr. McMahon.

1          **MR. McMAHON:**  Thank you, Your Honor.

2   **BY MR. McMAHON:**

3   **Q.**   Now, let's get into -- you talked about, the other day

4   about your -- the methodology that you employed to originally

5   invest with Mr. Shusterman through Mr. Rosenberg, and we won't

6   go over that again.

7          Then you set up these two funds that we talked about

8   yesterday, Sanctuary Wealth and ARS; correct?

9   **A.**   Yes.

10  **Q.**   All right.  Now, you talked about -- and I wanted to ask

11  you a question.  In the terms of business and whatnot, the

12  concept of due diligence, okay, could you tell us what that

13  means to you.

14  **A.**   Well, due diligence is really a personal comfort level

15  that an investor wants to achieve by making an investigation of

16  the investment prior to them making that investment.  And

17  continuing on during the -- during the length of term of the

18  investment is they want to investigate to whatever detail they

19  deem appropriate the principals, the investment opportunity,

20  the industry itself, whatever it is they decide to do on a

21  personal level to give them the amount of comfort they need to

22  invest in any particular investment.

23  **Q.**   And in connection with that concept -- and with

24  Mr. Shusterman, since you were investing money with

25  Mr. Shusterman, and you really didn't know him that well and

1  you were not putting in $50 -- it was some significant money --

2  that you did due diligence on Mr. Shusterman and the model or

3  whatnot that IPI was presenting; is that fair to say?

4  **A.**   Not really.  What I did is I primarily relied, as I said

5  before, on Jonathan Rosenberg's mother's relationship, personal

6  relationship with Mr. Feldman and Mr. Rosenberg; her business

7  relationship with them; and also the returns that she and I

8  personally had received up to that point in time.

9  **Q.**   Well, let me ask you this:  You indicated -- did you, in

10  fact, when you went to the FBI that first proffer back in June

11  of 2012, did you tell them that you did a due-diligence

12  examination of Mr. Kuber -- I mean Mr. Shusterman and tell them

13  all the things that you did to investigate that?

14  **A.**   I don't recall.  I can tell you that what I relied upon is

15  what I just testified to.

16  **Q.**   Well, let me ask you a question.

17  **A.**   Sure.

18  **Q.**   Did you request a track record of Shusterman's

19  investments?

20  **A.**   Yes, I did.

21  **Q.**   Okay.  And did you request documentation from

22  Mr. Shusterman?

23  **A.**   I requested documentation from him, yes.

24  **Q.**   Okay.  And did you investigate how long IPI had been

25  around?

1   **A.**   I don't recall.

2   **Q.**   Okay.  Do you remember telling the FBI that's what you

3   did?

4   **A.**   No.

5   **Q.**   Okay.  Do you remember that you checked to see whether

6   there were any lawsuits had been filed against IPI?

7   **A.**   I don't recall doing that.

8   **Q.**   And you don't remember telling that to the FBI?

9   **A.**   I don't recall one way or the other.

10   **Q.**   Okay.  And do you remember speaking to a woman at a group

11   called Westlaw?

12   **A.**   I've spoken to someone at Westlaw over many occasions.

13   **Q.**   Well, do you remember speaking to her in connection with

14   this, quote, due diligence and that you spoke to her in regards

15   to since, she was the head of collections at that location, in

16   an attempt to do your due diligence on this investment with

17   Mr. Shusterman?

18   **A.**   I do recall speaking to a woman at Westlaw who was in

19   their collections division.  I don't recall the nature of those

20   discussions at this time.

21   **Q.**   Okay.  And you don't remember that you told that to the

22   FBI?

23   **A.**   I don't remember one way or the other.

24   **Q.**   And do you remember in these due diligence efforts, did

25   you reach out to experts in the medical receivable fields at

KUBER - CROSS

1   Kaulkin Ginsberg?

2   **A.**   I did.

3   **Q.**   Okay.  And the Kaulkin Ginsberg is somebody that you

4   reached out to 'cause they were experts in that field, at least

5   to your knowledge; correct?

6   **A.**   From what I could tell, they appeared to be experts in

7   that field.

8   **Q.**   And you talked to someone from them, a Michael Kolansky,

9   or something to that effect; correct?

10  **A.**   Something Kolansky, Koladney, something like that.

11  **Q.**   And that was to determine the viability of this whole

12  business -- that is, of hospital receivables -- and to get some

13  feel for it from them; correct?

14  **A.**   Yes.

15  **Q.**   Okay.  And you were asking them questions about the

16  hospital receivable market; correct?

17  **A.**   Yes.

18  **Q.**   And you wanted to know whether the returns that Shusterman

19  offering [sic] was appropriate; correct?  That's what you

20  talked to them about?

21  **A.**   I don't remember.

22  **Q.**   Okay.  You wanted to make sure, in talking to

23  Kaulkin Ginsberg, that, in fact, this -- make sure that this

24  market, before you put money in it, was legitimate; correct?

25  **A.**   I wanted to make sure that there was a legitimate business

 1  that existed in hospital receivables.

 2  **Q.**   Okay.  And so before you put the money in this hospital

 3  receivables things, you did do some of the things that we've

 4  discussed here; and that is, talk to people and various things

 5  we just went through, went to experts in the field before

 6  putting your money into this; correct?

 7  **A.**   No.  It was after I had already put money into it.  It was

 8  later on down the road.

 9  **Q.**   Okay.  And it was down in the road before Platinum,

10  though; correct?

11  **A.**   Yes.

12  **Q.**   Okay.  And so you did this due diligence on

13  Mr. Shusterman, and you continued to, after that, whatever the

14  results of that were to you, you continued to move forward with

15  the model and the plan of investments; correct?

16  **A.**   Yes.

17  **Q.**   Okay.  Now, if we could go -- yesterday we broke off at

18  the point in time when we were looking at Exhibit --

19  Government's Exhibit 1093, 1093.  Okay.  And you asked

20  yesterday -- right at the end you asked to look at the date.

21      And do you see there the date at the top says February the

22  4th of 2007; correct?

23  **A.**   Yes.

24  **Q.**   And on this chain e-mail, there was a situation where you

25  asked in February in 2007 -- and this was early on in this

1   whole investing plan; correct?

2   **A.**   Excuse me?

3   **Q.**   This was early on in this whole investment plan situation,

4   February the 7th or February the 4th of 2007; correct?

5   **A.**   Yes.

6   **Q.**   Okay.  And you asked Richard for answers to a bunch of

7   questions; correct?

8   **A.**   Yes.

9   **Q.**   And you -- and I've highlighted some of them there as they

10  pull up.  And you asked him, and he answered your questions;

11  correct?

12  **A.**   He did provide answers, yes.

13  **Q.**   Okay.  Right.  And these were the questions that you sent

14  to him, and he answered those questions.  And in those

15  questions and answers, he answered that the liquidation rate

16  was provided by the hospital to International Portfolio.

17  Primary agency recovery is 15 percent.  Secondary rate is

18  10 percent.  That was in answer to your question; correct?

19  **A.**   I can't see that particular question.

20  **Q.**   Look above it.  It says -- right above "liquidation rate,"

21  it says [reading]:  Liquidation analysis, this is what you were

22  requesting, supported by historical liquidation rates.

23      Look at the top of the page.

24  **A.**   I'm looking at the top of the page.  It just doesn't seem

25  to be --

1   **Q.**   What's the first word at the top of the page?

2   **A.**   It just doesn't seem to be a question to me, so that's why

3   I'm trying to look at it.

4            **MR. McMAHON:**   Show the -- go back and show the entire

5   e-mail so that he can see it in the context of the whole thing.

6   **BY MR. McMAHON:**

7   **Q.**   Okay.  Richard -- do you see on the left-hand side there,

8   it says [reading]:  Richard, I hope all is well.  I have a

9   request for the following info.  Please let me know if we have

10  part or all of the info.  And then it goes into liquidation

11  analysis.  See that?

12  **A.**   Okay.  So this clarifies it for me.  This is a request I

13  had from --

14  **Q.**   Okay.

15  **A.**   -- someone else, and I passed these along to --

16  **Q.**   Okay.

17  **A.**   -- Mr. Shusterman.

18  **Q.**   Now we'll go back.  So you see that there, and he answered

19  that question; correct?

20  **A.**   He provided some information, yes.

21  **Q.**   Right.  And he -- without going into every one of them, he

22  attempted or at least put on paper answers to the questions

23  that you asked.  Whether they were suffice to you or not,

24  that's a different issue.  But he did answer those questions;

25  correct?

KUBER - CROSS

1    **A.**    Yes.

2             **MR. McMAHON:**   Okay.   Now, if we could go to 1050,

3    please.

4    **BY MR. McMAHON:**

5    **Q.**   Now, 1050 is this confidential placement, private

6    placement memorandum that you prepared for Sanctuary Wealth

7    Management, Inc.; correct?  Well, Sanctuary Wealth Fund with

8    you being the Sanctuary Wealth Management; correct?

9    **A.**    Yeah.   I was the manager along with Jonathan of

10   Sanctuary Wealth Fund.

11   **Q.**   Okay.   And in this particular -- this was, again, an

12   offer.   And you put in the summary of this situation the

13   objective, as I pulled out there; correct?

14   **A.**    Yes.

15   **Q.**   And this was designed by you; correct?

16   **A.**    Well, it was designed in conjunction with Mr. Shusterman

17   and Mr. Rosenberg and Mr. Feldman.

18   **Q.**   Okay.   But you prepared this under -- it's your company.

19   It's your management.   And this is what you presented; correct?

20   **A.**    Yes.

21   **Q.**   Okay.   And this fund [reading]:   Sanctuary Wealth's

22   primary objective was to achieve absolute returns in excess of

23   10 percent per annum, net of fees and expenses, with limited

24   risks by investing in medical accounts receivables and credit

25   card debt.   There can be no assurance that the fund will

 1  achieve its investment objective.

 2      Correct?

 3  **A.**   That's what it says.

 4  **Q.**   Okay.  And Mr. Clarke, when he was going over various

 5  things -- and we'll talk about that -- he indicated to you --

 6  when referring to these items, he used the term "the usual

 7  disclaimers," and that was a quote from Mr. Clarke.

 8      But that is a disclaimer.  And what you put in there,

 9  "There can be no assurance that the fund will achieve its

10  investment objective."  And you put that in there because

11  that's a fact; correct?

12  **A.**   That was what we were offering.

13  **Q.**   Right.  And you know and being -- that in these investment

14  words with this type of business that there can be no assurance

15  that it will -- that the fund will achieve its investment

16  objective, and that's why you put it into your own offering;

17  correct?

18  **A.**   Correct.

19          **MR. McMAHON:**   Okay.  Now, if we could also look at

20  1050.

21  **BY MR. McMAHON:**

22  **Q.**   There's risk factors in this particular -- in the summary.

23  And this is, again, put out by you under your name and your

24  management company as to the risk factors that, again, the

25  Government said were the usual disclaimers.

```
 1          And this is [reading]:  The fund will be exposed to risks,
 2   including, but not limited to, the ability to collect upon or
 3   liquidate the fund's investments, the inability to locate
 4   willing buyers or sellers for the investments at any particular
 5   time, a change in the law or regulations with respect to any
 6   particular investment, and interest rate risk.  While most of
 7   the fund's investments are expected to be moderately liquid,
 8   there can be no assurance that there will be adequate liquidity
 9   at all points in time to accommodate the fund's needs.
10          Correct?
11   A.   Yes.
12   Q.   Okay.  And what you were saying there and consistent with
13   what we said is that there may be a problem with our ideas to
14   sell these things, but we may not be able to sell 'em if
15   there's not a buyer or seller to do that.  You were letting
16   them know that, whoever was going to get this memorandum;
17   correct?
18   A.   Yes.
19   Q.   And you were telling 'em that it's a risk; correct?
20   A.   Yes.
21   Q.   All right.  And as you said in there further, that the
22   failure to achieve the fund's investment objective, no
23   assurance can be given that the fund will achieve its overall
24   investment objective of seeking consistent returns with limited
25   risks.  And what's the -- read the last sentence that is on
```

 1   there.

 2   **A.**   [Reading]:  This is a speculative investment which carries

 3   with it a risk that no return will be achieved.

 4   **Q.**   "That no return," not even a lower return, but you're

 5   telling them that you may get nothin'; right?

 6   **A.**   Yes.  That was one of the risks.

 7   **Q.**   Okay.  And when you say "speculative investment," when you

 8   put that word in there, what did you mean by the fact that it

 9   was a speculative investment in your document?

10   **A.**   That it was not something like Treasury bills or something

11   of that sort which had a guaranteed return.

12              **MR. McMAHON:**  Okay.  We can take that down now.

13              May I have a moment, Your Honor?

14              **THE COURT:**  Sure.

15              **MR. McMAHON:**  Do I have to touch something?

16              **THE COURT:**  No.  Don't touch anything.  Are you ready?

17   Tell me when you're ready.

18              **MR. McMAHON:**  Sorry, Your Honor.

19              **THE COURT:**  You may continue.

20   **BY MR. McMAHON:**

21   **Q.**   Now, this Sanctuary Wealth that we talked about -- and we

22   have that chart that the jury -- does the jury have the charts,

23   Your Honor, the 12 --

24              **THE COURT:**  Yes.

25   **BY MR. McMAHON:**

1  **Q.**   Okay.  And we can look at 1267.  Do you have the chart,

2  Mr. Kuber?

3  **A.**   I do.

4  **Q.**   Okay.  If we look at this chart that was prepared to

5  reflect in its totality the deals -- and it's been gone over by

6  Mr. Clarke at great length.  We look at the first deal that

7  dealt with Sanctuary Wealth Fund is -- Deal No. 1 I'll call it;

8  okay?

9  **A.**   Okay.

10  **Q.**   All right.  And Deal No. 1, that was a deal that was done

11  under the heading of the Sanctuary Wealth Fund of which you

12  were a partner in and you were a manager of; correct?

13  **A.**   I don't know if I was a partner in, but I was a manager.

14  **Q.**   Okay.  Who set up Sanctuary Wealth Fund?

15  **A.**   It was set up by me, along with input, as I said, from

16  Mr. Shusterman and Mr. Rosenberg and Mr. Feldman.

17  **Q.**   Okay.  But who's -- it's a partnership; right?

18  Sanctuary Wealth, it was a business.  Who was the owners of

19  that business?

20  **A.**   The various investors.

21  **Q.**   Okay.  And those various investors in this first fund,

22  then, were -- obviously we know that they're not Platinum;

23  correct?

24  **A.**   Correct.

25  **Q.**   And on this Deal No. 1 that we have here, this was a deal

1  that is -- the investors in this particular situation were

2  people that you knew; correct?

3  **A.**  They were not all people that I knew personally, no.

4  **Q.**  You knew some of them personally; correct?

5  **A.**  I believe so, yes.

6  **Q.**  And they were individual investors as opposed to

7  hedge fund investors or organized collection agencies or

8  anything like that; correct?

9  **A.**  I am not sure that all of them would fit that criteria,

10  but most of them did.

11  **Q.**  Okay.  And how were you able to obtain these personal

12  individual investors for this first Deal No. 1?  How were you

13  able to get them to invest their money?

14  **A.**  It was through introductions, or they were people that I

15  knew or that Mr. Rosenberg knew or was introduced to.

16  **Q.**  Okay.  So they were people that the two of you kind of

17  networked or whatnot to obtain funds for them -- or not obtain

18  funds but to suggest to them that this might be a good

19  investment; correct?

20  **A.**  Yes.

21  **Q.**  Okay.  And as we see there, the first purchase price for

22  this was 1.8 million and some change; correct?

23  **A.**  Correct.

24  **Q.**  And the funding for that all came from these types of

25  investors; correct?

*KUBER - CROSS*

1   A.   Correct.

2   Q.   And as we said, this was a fund investment in which they

3   all became owners of the various portfolios that were purchased

4   collectively; correct?

5   A.   Correct.

6   Q.   And the way they would make money on those is having

7   those -- under the fund analysis, if the portfolios made money,

8   the owners made money; correct?

9   A.   Yes.

10  Q.   Okay.  And this particular -- since it wasn't Platinum,

11  these people gave you money to invest in this.  And did you

12  memorialize that money with any documentation, receipts, or

13  whatnot to these people?

14  A.   I -- I believe that they signed documents and we signed

15  documents.

16  Q.   What type of documents?

17  A.   There was probably a private placement memorandum that was

18  signed.  I don't recall what other documents we may have signed

19  with them.

20  Q.   Okay.  And -- but there was -- this was not the loan

21  situation that we get into with Platinum.  This was just a

22  private funding and -- to see, if it does well, they make

23  money; if not, it may go to zero, like you said in your

24  objectives; right?

25  A.   Correct.

1  Q.   And as you said, you took the money from these investors.

2  Did you use any of your own money in this initial investment?

3  A.   I don't remember.

4  Q.   Okay.  And in this investment, you were able to pull

5  together 1.8 million-plus; right?

6  A.   Yes.

7  Q.   And when I say "you," meaning you, Mr. Rosenberg and

8  whatnot; correct?

9  A.   Yes.

10 Q.   All right.  And then you entered in, once you got that

11 money, you entered in to buy the asset that would hopefully

12 make money for these investors; correct?

13 A.   Yes.

14 Q.   And that you were going to manage that, at least that's

15 what you were saying, that you would be the manager of that and

16 you would collect a fee for that management; correct?

17 A.   That's what we told them.

18 Q.   Okay.  And you -- and the management of that was really

19 not going to be done by you, was it?

20 A.   No, it wasn't.

21 Q.   It was going to be done by Mr. Shusterman at IPI; correct?

22 A.   Correct.

23 Q.   And that the management fee that you would be obtaining

24 for yourself was really for the work that Mr. Shusterman was

25 doing as far as managing it, getting into collection agencies

 1  and whatnot; correct?

 2  **A.**   Certainly most of it.

 3  **Q.**   Okay.  And so these friends and whatnot, you were going to

 4  get a percentage of the entirety of [sic] the investment would

 5  be.  Whether it was 2 or 3 percent, we weren't sure yesterday.

 6  But over periodic periods of time, you would get that 2 or

 7  3 percent on the total amount of the investment; correct?

 8  **A.**   Yes.

 9  **Q.**   Okay.  And so on a investment in the amount of

10  1.8 million, that's a -- over time that's a significant amount

11  of money, 3 percent of that; correct?

12  **A.**   It all depends how you define "significant," but it's

13  certainly some money.

14  **Q.**   Well, in my quick calculations, it's $55,000-plus is the

15  amount of 3 percent of that total situation; does that sound

16  about right?

17  **A.**   I -- if you say so.

18  **Q.**   Okay.  Well, as good as my math is, that's what I came up

19  with.

20       And so that would be the management fee that you were

21  charging these friends and people that you knew and invested

22  in, you charging them a fee of $55,000 really for nothing,

23  'cause you weren't doing anything for that in reality; correct?

24  **A.**   I wouldn't say we were doing nothing, but we weren't doing

25  everything that we told them we were doing.

1   **Q.**   Okay.  And so you misrepresented to your friends and
2   investors; correct?
3   **A.**   Correct.
4   **Q.**   Okay.  And this was right on -- in the beginning, this was
5   the first deal you were misrepresenting; correct?
6   **A.**   Correct.
7   **Q.**   And in this deal, this wasn't a loan situation.  So you
8   did not have -- you know, you didn't have to have promissory
9   notes, escrow agreements, all those things that we later see in
10  Platinum, because it wasn't that type of investment; correct?
11  **A.**   Correct.
12  **Q.**   Okay.  And so there was no promissory note, no escrow
13  agreement, no collateral security agreement, none of the
14  components of the loan deals; correct?
15  **A.**   Correct.
16  **Q.**   And any of the monies that came out of these investments
17  went directly to ARS; correct?
18  **A.**   No.
19  **Q.**   Where did they go?
20  **A.**   They went into Sanctuary Wealth Fund, except for the
21  kickback.
22  **Q.**   Okay.  Let's get to that in a minute here.  And that is
23  you -- the money went into Sanctuary Wealth Fund, which we've
24  already established who the owners were.  So the collections,
25  direct pays, all the various things that come about with a

```
 1   medical debt receivable would go into Sanctuary Wealth;

 2   correct?

 3   A.   It would go into Sanctuary Wealth Fund.  I just want to be

 4   clear.

 5   Q.   Right.  Right.  I'm sorry.  And eventually the management

 6   fee would be paid to your company, Sanctuary Wealth Management?

 7   A.   Correct.

 8   Q.   And that would be the $55,000 I was talking about earlier;

 9   correct?

10   A.   If it was at 3 percent, then yes.

11   Q.   Okay.  Now, in this particular deal --

12        MR. McMAHON:  If we could look at Exhibit 26, please.

13   BY MR. McMAHON:

14   Q.   26 is the Government's Exhibit 26, as it's marked down

15   there.  And this is the cover sheet for the deal that I'm

16   speaking about here, the purchase and sale agreement between

17   IPI and Sanctuary Wealth; correct?

18   A.   I'd need to see the purchase price to know for sure, but

19   it certainly --

20   Q.   Well, look at the date.

21   A.   The dates match, yes.  Thank you.

22   Q.   Okay.  And that's the first date -- if we look at 1267,

23   that's the same date; correct?

24   A.   Correct.

25   Q.   Okay.  Now, this was the first purchase and sale agreement
```

1   on this list that deals with you buying anything from IPI,

2   which is in June of 2007; correct?

3   A.   Correct.

4   Q.   But you're telling us yesterday -- and I want to make sure

5   I'm clear -- is that this wasn't your first deal with IPI; that

6   you had in that time from the end of 2'06 to 2'07, had engaged

7   in flipping medical receivables with IPI; correct?

8   A.   Correct.

9   Q.   Okay.  And this deal here has various sections in it.  And

10  we can go to 2.6, which has been referred to often.  And this

11  is what was in the purchase price adjustment portion which the

12  jury -- we've all seen numerous times.

13       And in this particular one, this was your first deal with

14  Mr. Shusterman.  And this has a provision for unqualified in

15  the amount of $187,000 as a cap, correct, as an aggregate total

16  that you could possibly get back for unqualifieds; correct?

17  A.   That was the maximum, yes.

18  Q.   Okay.  Now, in this particular case, there was no

19  restrictive account to go around; correct?

20  A.   Correct.

21  Q.   Okay.  There was no -- one of the reasons you talked about

22  in Platinum, which we'll get to, was that you couldn't take any

23  money out of the deals on Platinum because the escrow account

24  wouldn't allow you to take any money until all the interest and

25  the principal was paid; correct?

1    **A.**   Correct.  We had an additional restriction there.

2    However, if we had put money into the fund and taken it out of

3    there, the investors would have seen that.

4    **Q.**   At Platinum?

5    **A.**   No.  Here.  I'm saying if -- if -- instead of having it

6    paid to ARS, we had it paid to Sanctuary Wealth Fund, the --

7    you know, the contracting entity with Mr. Shusterman, if we had

8    the kickback paid there and then pulled the money out of that

9    fund account, the investors would have been entitled to see

10   that and would have questioned what it was doing there.

11   **Q.**   Oh, okay.

12        And so what you did then, according to what you're telling

13   me, then, is on this very first deal, with no escrow agreement,

14   with people that you had recruited that were friends and

15   acquaintances and whatnot for this deal, you, on this very

16   first deal, took, as we can see on Column 1, $168,897 that you

17   were not entitled to; correct?

18   **A.**   Correct.

19   **Q.**   Okay.  So the very first deal -- you basically stole from

20   your friends and people that you had asked to invest in this

21   thing on the very first deal without any escrow account;

22   correct?

23   **A.**   Yes.

24        **MR. McMAHON:**  Okay.  Now, if we could look at Section

25   5.8 of that.

BY MR. McMAHON:

Q.   Now, this is -- and we've -- 5.8 is in these agreements,
and this is the very first agreement.  And I want to go over
this for a minute here, this 5.8.  And this is a part of the
contract that you signed with IPI; correct?

A.   Correct.

Q.   Now, at this point in time in your -- in the continuum of
your life, you had known Mr. Shusterman for probably less than
a year; correct?

A.   Yes.

Q.   Okay.  In fact, you indicated that you may not have even
met him until late 2'06 or early 2'07; correct?

A.   I believe that's correct.

Q.   Okay.  And so your dealings with Mr. Shusterman were very
limited personally until such time as you all got involved with
this deal starting June 27th; correct?

A.   I don't know if they were limited, but they were
certainly -- certainly weren't as extensive as they became
later.

Q.   Now, in this agreement of 5.8, this contract that was
entered into for you to buy this, do you know who it was
prepared by?

A.   I believe it was prepared by Mr. Shusterman's lawyers.

Q.   Okay.  And they were, at that time, I think, DLA Piper; is
that correct?

1  **A.**   I don't recall.

2  **Q.**   All right.  But, nonetheless, you were aware that these

3  were prepared by a reputable law firm and then presented to you

4  for potential acceptance; correct?

5  **A.**   Yes.

6  **Q.**   All right.  And since this was your first deal with IPI in

7  this fashion, I take it when you got that contract, did you

8  take that contract and review it with any independent counsel

9  of your choice to make sure everything was correct?

10  **A.**   I don't recall whether or not Mr. Kagel was involved at

11  the time.  If he was, then we likely reviewed it with him, but

12  I just don't recall.

13  **Q.**   Okay.  Well, you certainly, when given this contract, had

14  all the ability not to sign this; correct?

15  **A.**   Yes.

16  **Q.**   Okay.  And you had the ability to, whether you did it with

17  Mr. Kagel or not with Mr. Kagel, you had every opportunity, if

18  you wished, to review this with as many lawyers as you wanted;

19  correct?

20  **A.**   Yes.

21  **Q.**   All right.  And eventually, as we know, you, in fact,

22  signed this.  But let's look at Section 5.8, which is a part of

23  the section which you signed and agreed to in the very, very

24  first deal.  That the buyer represents that he is a

25  sophisticated investor.  Okay.  And the buyer is who?

1    **A.**    I think on this one it was IPI SW.

2    **Q.**    And that's you?

3    **A.**    That was an entity of Sanctuary Wealth Fund.

4    **Q.**    Okay.  And you indicated that the buyer represents,

5    meaning you -- that's who signed this.  You're the one who

6    signed this; correct?

7    **A.**    Correct.

8    **Q.**    Okay.  So you represented that you -- that

9    Sanctuary Wealth, at least, is a sophisticated investor;

10   correct?

11   **A.**    That's what it says.

12   **Q.**    Well, that's what you represented; right?

13   **A.**    Well, both Mr. Shusterman and I knew that that wasn't the

14   case.  It was a newly formed entity --

15   **Q.**    Okay.

16   **A.**    -- number one.

17        It was -- we had no knowledge or very little knowledge in

18   the area of business that we were entering into, which

19   Mr. Shusterman was well aware of.  So this -- this paragraph we

20   both knew was not accurate at the time.

21   **Q.**    Okay.  But you didn't have to sign it with this; correct?

22   **A.**    That's correct.

23   **Q.**    You could have said to your lawyer, I don't -- wait a

24   minute.  Wait a minute, my lawyer.  This is not true.  I'm not

25   a sophisticated investor.  I don't have knowledge and

```
 1   experience in the financial business.  I want 5.8 to be pulled

 2   out of there.  That's just not a true statement.

 3        Right?  You could have done that; right?

 4   A.   I could have.

 5   Q.   And you didn't; right?

 6   A.   I did not.

 7   Q.   So in this very first deal, again, we have

 8   misrepresentations about even who you are; correct?

 9            MR. CLARKE:  Objection.

10   BY MR. McMAHON:

11   Q.   Not who you are personally.  I agree that's a bad

12   question.

13            THE COURT:  Stop.  We've got an objection pending.

14            Do you want to withdraw the question?

15            MR. McMAHON:  I will withdraw the question.

16            THE COURT:  Question is withdrawn.

17            Next question.

18   BY MR. McMAHON:

19   Q.   Let's move on on that situation.

20        You have knowledge and experience in financial and

21   business matters; correct?  That's what you were representing

22   in this; correct?

23   A.   That's what it says.

24   Q.   Okay.  That enable it to evaluate the merits and risks of

25   the transaction contemplated by this agreement; correct?
```

1  **A.**   As I said, with respect to the entirety of this paragraph,

2  both Mr. Shusterman and I knew that this was not accurate.   And

3  it was something that his lawyers put in the agreement, and we

4  just went along with it.

5  **Q.**   Okay.   Well, I want to go -- see what it says in its

6  entirety before we say you just went along with it.

7      [Reading]:   Buyer further represents that it's a bid for

8  and decision to purchase accounts pursuant to this agreement,

9  was -- is and was based on buyer's independent evaluation of

10  the information made available by seller or seller's personal

11  agents, representatives, or independent contractors to the

12  buyer.   Buyer has made such independent investigations and it

13  deems it -- deems to be warranted into the nature,

14  collectability, and value of the accounts, and all other facts

15  it deems material to its purchase and is entering into this

16  transaction solely on the basis of that investigation, the

17  information provided by seller, the terms and conditions of

18  this agreement, and buyer's own judgment.

19      That's you; right?

20  **A.**   There was no information --

21  **Q.**   Just answer my question.

22          **MR. CLARKE:**   Objection, Your Honor.

23          **THE WITNESS:**   Excuse me.

24          **MR. CLARKE:**   May he finish his answer?

25          **MR. McMAHON:**   I'm asking him to answer the question.

1    It was not -- this is not open-ended questions.

2          **THE COURT:**  The question was pretty open-ended.  The

3    line of questioning is pretty open-ended.  The topic is

4    complex.  The answers don't give themselves up easily as

5    yes-or-no answers.  They require explanations.

6          Sustained.

7          You may answer.

8          **THE WITNESS:**  There was absolutely no information with

9    respect to these -- these portfolios that was given to us by

10   Mr. Shusterman.  He knew that we didn't have the expertise or

11   knowledge to evaluate them.  It was never intended that we were

12   going to evaluate them, and it was all part of the agreement

13   that we had reached between Mr. -- myself, Mr. Shusterman,

14   Mr. Rosenberg, and Mr. Feldman.

15   **BY MR. McMAHON:**

16   **Q.**   Okay.  Now, a little while ago you were talking to us

17   about -- when I was talking about due diligence, remember that

18   conversation you and I had?

19   **A.**   I do.

20   **Q.**   Okay.  And in that conversation you indicated that you

21   did, in fact, get a track record of Shusterman's investments

22   and that you did call Kaulkin Ginsberg and spoke to people and

23   you did talk to collection agencies.  So there was a measure of

24   due diligence that you did that would be consistent with the

25   independent evaluation that reflects in 5.8; correct?

1    **A.**   No, I don't think so.  I --

2    **Q.**   Okay.

3    **A.**   First of all, as I said, I don't recall when that due

4    diligence, as you refer to it, occurred.  It may have been

5    further down the line, as I said, than this occurred.

6         And certainly it didn't provide me with any level of

7    expertise, other than some anecdotal information in which to

8    evaluate this investment.  And I wasn't presented with any

9    information by Mr. Shusterman that was specific to this

10   investment at all.

11   **Q.**   Okay.  Now, with this amount of money of 1.8 million and

12   the people that were investing with you, you agree with me that

13   you did have the ability, however, and pursuant to the contract

14   and just your own sense as a lawyer, to do an independent

15   investigation.  You had that ability to do so if you wished to,

16   did you not?

17   **A.**   I suppose so.

18   **Q.**   Okay.  And let's read the last line.

19        [Reading]:  The buyer acknowledges and understands and

20   agrees that the acquisition of these accounts involves a high

21   degree of risk and is suitable only for persons or entities of

22   substantial financial means.  And that's what you signed and

23   agreed to and represented; correct?

24   **A.**   It is.

25   **Q.**   Okay.  Now, in this -- so we have 2.6 and 5.8.  We have

1    who the donors are.  We have that there's no escrow agreement.

2    And this is your first deal with this.  And you got --

3    according to the first column of 1267, you got $168,897;

4    correct?

5    **A.**   Correct.

6    **Q.**   Okay.  And that was money, as you've already admitted, was

7    money that was rightfully the investors' money and rightfully

8    the people that had -- you had solicited to come forward and

9    invest in this model; correct?

10   **A.**   Yes.

11   **Q.**   Okay.  And this 168,000 was sent to you by IPI; correct?

12   **A.**   Yes.

13   **Q.**   Okay.  And when you get this $168,000 away from the

14   investors, it goes into whose pocket?

15   **A.**   It goes into the general ARS account.  I don't recall

16   exactly what was done with it.  We may have had some -- we may

17   have had some fees that we paid to various people on this, or

18   Mr. Rosenberg and I could have just taken the money for

19   ourselves.  I don't know.

20   **Q.**   Okay.  Okay.  But the point of this whole -- putting this

21   money, 168,000, if you paid some fees, okay, but the concept of

22   why you were stealing from your investors at this point in time

23   was to line your own pockets; correct?

24   **A.**   Well, also to provide us with upfront money to run the

25   business at the time.

1   Q.   Okay.  And that was for your benefit, not the investors'

2   benefit; correct?

3   A.   Absolutely.

4   Q.   Okay.  And this business of running the portfolios, that

5   was being done by Mr. Shusterman; correct?

6   A.   The management of the collections of the portfolios was

7   being done by Mr. Shusterman.

8   Q.   And the business of ARS was really not very involved, was

9   it not [sic]?

10  A.   Well, it depends upon the time.  It was involved at

11  certain times, spent a lot of time, you know, answering

12  questions from investors, finding investors, dealing with them.

13  There was, you know, a not-inconsiderable amount of time that

14  was spent, especially as this moved forward.  As it moved

15  forward, I actually gave up my law practice because this became

16  somewhat of a full-time job.

17  Q.   And I understand that.  And -- but I'm talking -- just so

18  you understand where I'm at -- and if you're not clear, again,

19  let me know.  I'm just talking about this first deal at this

20  point in time.  When you were talking about this very first

21  deal, this is June of -- 27th of -- what is it?  June of '07;

22  correct?

23  A.   Yes.

24  Q.   That's what I'm talking about at this particular time.  I

25  know things changed.  I mean, you got a lot more involved as

 1   time went on.  But, initially, I'm talking about this

 2   particular point in time.  On June of '07, your situation was

 3   one where the work to collect on these portfolios was going to

 4   be done predominantly by Mr. Shusterman; correct?

 5   **A.**   Entirely by Mr. Shusterman.

 6   **Q.**   Right.  And so what happens here is, then, that you are --

 7   as a result of this deal, you get 168,000, whatever and change.

 8   And if we figure 3 percent for purposes of this argument or

 9   this questioning, you're up to two twenty, $220,000.  You're

10   getting management fees, and you're getting this rebate fund or

11   however you want to call it back for this very first deal;

12   correct?

13   **A.**   Correct.

14   **Q.**   So that first deal was a pretty good deal for Kuber and

15   Rosenberg because the two of you got almost, coming close to a

16   quarter of a million dollars that you took from your investors

17   and that you took from them in light of management fees;

18   correct?

19   **A.**   Whatever the amount was.

20   **Q.**   Right.

21   **A.**   Yes.

22   **Q.**   Well, that's a fair assessment.  These are

23   approximizations [sic], obviously.  But that's pretty close --

24   it's clearly way over $200,000 or over $200,000 that you got

25   from your investors as a result of your misrepresentations to

1  them; correct?

2  **A.**   Yes.   We took money to which we weren't entitled.

3  **Q.**   Okay.   And, again, this was, as we've said, with no escrow

4  or no other promissory notes or anything of the sort; correct?

5  **A.**   Correct.

6         **MR. McMAHON:**   Now, let's go to Exhibit 500.

7  **BY MR. McMAHON:**

8  **Q.**   500, I want you to look at 500.   That's an e-mail that's

9  dated June 14th, 2007, which would be, you know, right before

10  this very first deal that we've just been going over; correct?

11  **A.**   Correct.

12  **Q.**   Okay.   And that would have been from -- this is an e-mail

13  that goes from INTLPORTFOLIO1.   That is who?   Richard; is that

14  correct?

15  **A.**   It's from Mr. Shusterman, yes.

16  **Q.**   And it's to you; correct?

17  **A.**   To me with a cc to his attorney.

18  **Q.**   And this is -- the subject is "New Purchase"; correct?

19  **A.**   Correct.

20  **Q.**   And if we look at the bottom, it starts with -- this is a

21  response, the top portion of it; correct?

22  **A.**   Correct.

23  **Q.**   Okay.   And this is -- the bottom portion is what you

24  wrote.   And you indicated that it was great speaking with him

25  today, and you asked me for an e-mail to remind you of what you

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1    needed to pass on to Debbie Gersh; correct?

2    **A.**   Correct.

3    **Q.**   And that was an attorney who was from DLA Piper who was

4    going to prepare the contract for this first deal; correct?

5    **A.**   Yes.

6    **Q.**   [Reading]:  And as we discussed, we will be purchasing the

7    75 million and change of new Jackson paper.  And you tell him

8    what the face value is or what the rate is; correct?

9    **A.**   I'm reminding him of what we had discussed.

10   **Q.**   Okay.  And you had discussed that as a 2.475; right?

11   **A.**   Correct.

12   **Q.**   And gives the months that you've got to pay.  And then you

13   put in there [reading]:  You, meaning Mr. Shusterman, will

14   provide in the agreement for a . . .

15        And what are the words here?  Let me just see if I can do

16   this.  I can.

17        Okay.  You put in there [reading]:  You, meaning

18   Mr. Shusterman, will provide in that agreement that you're

19   going to do for this first deal to the attorney at DLA Piper a

20   credit for 10 percent of deceased, disputed, et cetera.

21        Right?

22   **A.**   As -- as I discussed previously, this was something that

23   was suggested by Mr. Shusterman and we all agreed upon in order

24   to provide the mechanism for us to have the kickback show up as

25   un -- as unqualified accounts.  And this entire e-mail, as it

 1   says, is to remind Mr. Shusterman so he could just pass this on

 2   to Debbie Gersh so she could prepare the contract.

 3   **Q.**   So she, the lawyer, could be told that it was a credit of

 4   10 percent for deceased and disputed; right?

 5   **A.**   Yes.

 6   **Q.**   Okay.  Now, have you seen -- prior to this first deal of

 7   June the 27th of 2'07, have you seen or has the Government

 8   shown to you any e-mail, any documentation anywhere that

 9   suggests that the purchase price was anything but what's

10   reflected in the contract and in this e-mail of 2.475?

11   **A.**   Could you repeat your question, please.

12   **Q.**   Have you ever been -- seen or have you ever been shown by

13   the Government or did you ever do any e-mails -- I mean, that's

14   a compound question, I guess, but I'll try to back off a bit,

15   then, as I was saying it.

16       Did you ever engage in an e-mail conversation with

17   Mr. Shusterman to reflect this negotiation over an inflated

18   price that you're telling us about now at any time?

19   **A.**   Yes.

20   **Q.**   Okay.  Have you seen the e-mails prior to June 27th of

21   2007 that reflect those -- that concept?

22   **A.**   I don't know.

23   **Q.**   Okay.  And did you see them at all -- when you were

24   testifying for three days by the Government, did you see any

25   e-mail that suggested anything that -- other than that 2.475

1  was the rate?  Did you see anything?  Have you referred to

2  anything in front of this jury that would reflect that at all?

3  A.   I know that Mr. Shusterman and I discussed it, but I

4  don't -- I don't think I've seen an e-mail yet here.

5  Q.   Okay.  So other than your word, there's no paperwork or

6  anything that would indicate your story of an inflated price is

7  anywhere accurate; correct?

8  A.   I don't know if an e-mail is there.  I haven't seen it

9  presented to me.

10         MR. McMAHON:  Okay.  Now, if we go, then, to Exhibit

11  28 in connection with this.

12  BY MR. McMAHON:

13  Q.   Okay.  Exhibit -- Government's Exhibit 28, which you

14  referred to the other day, this is the wire that is reflective

15  of the stealing of money that you took from your investors;

16  correct?

17  A.   This reflects the kickback.

18  Q.   To stealing the money.  I'm correct; right?

19  A.   I've told you that the money was inappropriately taken; we

20  didn't have a right to it; and that it was a kickback on this

21  transaction from IPI.

22  Q.   And you don't call that stealing?

23  A.   I --

24         THE COURT:  Let's not argue with the witness.  Next

25  question.

 1  BY MR. McMAHON:

 2  Q.   Now, on this Government 28, there is, as I think you would

 3  agree, there is no indication on here, as we've seen later

 4  on -- and we'll get into, that the Government referred to as

 5  advisory fees and things later on.

 6       On this first transaction that was sent by Mr. Shusterman

 7  to you, there is no coding or indication of what the amount is

 8  for; is that correct?

 9  A.   That is correct.

10  Q.   Okay.  And now --

11       MR. McMAHON:  We can take that off, 28, now.

12  BY MR. McMAHON:

13  Q.   In connection with this idea that you've told us that the

14  very first -- the very first deal with Mr. Shusterman that you

15  talked about, you've used the word to us today in this -- and,

16  again, I'm talking about this very first deal, just so you

17  understand where the nature of my questions is.

18       On this very first deal, the amount of the kickback was

19  160, whatever, thousand dollars.  And you called it a kickback;

20  correct?

21  A.   Yes.

22  Q.   And through the three days of your testimony, you have

23  used the word "kickback" 50, 60, 70 times; correct?

24  A.   I've used it as many times as I've used it.  I don't -- I

25  wasn't counting.

1   Q.   Right.  Okay.  But you've used the word "kickback"

2   numerous times to describe this to the jury as about what this

3   was; correct?

4   A.   Yes.

5   Q.   And you've also explained to the jury that even from the

6   beginning, that this -- the way that the kickback, the word

7   "kickback" that you used was, in fact, generated by an inflated

8   purchase price; correct?

9   A.   Correct.

10  Q.   Okay.  So right from the get-go, we have this inflated

11  purchase price and we have a kickback on the June 7th to

12  June 27th, 2'07 transaction; correct?

13  A.   Yes.

14  Q.   Okay.  Now, when you went that first day to your proffer

15  with the FBI, the one that was in June, the one that was the

16  first one, okay?  You remember?  That's what I'm referring to

17  now.

18  A.   Okay.

19  Q.   And you obviously were discussing many of the things that

20  you've discussed here today and maybe even some more; correct?

21  A.   I discussed a number of topics relating to this entire

22  scheme.

23  Q.   And one of them was, in fact, this idea of inflated

24  purchase prices and kickbacks, as you've said however number of

25  times you've been willing to say that word "kickback."  You

 1  talked about that with the FBI; correct?

 2  **A.**   I would assume so.   I don't recall specifically.

 3  **Q.**   Okay.   And they were -- and, again, let me just premise

 4  this on what we talked about yesterday, that they told you:   Do

 5  not, do not manipulate the facts in any way, shape, or form;

 6  correct?

 7  **A.**   I believe we talked about that yesterday, yes.

 8  **Q.**   Yes.   Oh, I'm just reminding you that that was something

 9  that we talked about yesterday.

10  **A.**   Okay.   Yeah.

11  **Q.**   Okay.   Now, do you remember in discussing this very issue

12  that you told the jury was inflated contracts, with the very

13  first deal and inflated contracts and the word "kickbacks," do

14  you remember when -- telling the FBI, with all of these fellows

15  present and discussing this very issue, do you remember telling

16  them that Kuber and Rosenberg eventually negotiated a deal with

17  Shusterman wherein they would be paid a finder's fee equal to a

18  percentage of the total amount of the portfolio purchase price?

19  Kuber stated that the finder's fee --

20          **MR. CLARKE:**   Objection.

21          **THE COURT:**   Sustained.   This is not in evidence.   If

22  you want to put the document in front of him and ask him if

23  that helps him with his recollection, feel free.

24          **MR. McMAHON:**   Okay.   I'll just ask him questions, and

25  then I'll see if he recollects this.   And if not, I'll show him

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

```
 1    the document, Your Honor.

 2            THE COURT:  Well, don't read from the document.  The

 3    document's not in evidence.

 4            MR. McMAHON:  I will.

 5    BY MR. McMAHON:

 6    Q.  Do you remember --

 7            MR. CLARKE:  Okay.

 8            THE COURT:  I've ruled that he may inquire.  He

 9    understands the Court's ruling, I'm sure.

10            MR. McMAHON:  I do.

11    BY MR. McMAHON:

12    Q.  Do you remember, in speaking with the FBI, that, in fact,

13    you called these in your discussions with them, that in that

14    first day that you met with them in discussing this very issue

15    that we're talking about here, that you called them not

16    kickbacks to the FBI and all these guys here; you told them

17    that they were finder's fees; right?

18            MR. CLARKE:  Your Honor, objection as to the form and

19    assuming a fact not in evidence.  He's not asking the witness

20    "did he tell."  He's saying "did you" -- "do you remember

21    saying something?"  The witness hasn't been asked, in fact, if

22    he recalls saying any such thing.

23            THE COURT:  Sustained.  Rephrase the question.  You

24    know how to set it up, Mr. McMahon.

25            MR. McMAHON:  Yes, sir.
```

**BY MR. McMAHON:**

**Q.**   My question to you is:  When discussing these items, okay,

to them, to the FBI -- and you remember talking about those

items with them, correct, on that very first day; correct?

**A.**   I told you, I don't remember specifically what I discussed

with them during that day, but we discussed a whole host of

items relating to this scheme.

**Q.**   Okay.  And do you remember -- in talking to the FBI, did

you tell them that this was a negotiated finder's fee when you

talked with them?

        **THE COURT:**  Let me see counsel at the bench.

     (Bench conference on the record:

        **THE COURT:**  It's simple.  All you've got to do is,

first, ask him that question:  "Was it a negotiated finder's

fee?"

        When he says, "No, it wasn't," then you can ask a

question.  But if he says, "It might have been.  I don't

remember," whatever, then you don't have anything to impeach --

        **MR. McMAHON:**  Well, he's already said it was -- well,

he already said it was a kickback.  He's already testified.

        **THE COURT:**  That doesn't mean that it couldn't have

been characterized in a hundred different ways.

        **MR. McMAHON:**  Isn't that -- it goes to his explanation

of it, not as to the -- they're totally different words.

They're totally different concepts.  "Finder's fee" is legal.

1   "Kickback" is illegal.  They're two mutually exclusive

2   concepts.

3            THE COURT:  In this context, the finder's fee is

4   legal?

5            MR. McMAHON:  Yeah, sure.

6            THE COURT:  Given the baggage that comes with it?

7            MR. McMAHON:  Sure.

8            THE COURT:  We all have our various interpretations,

9   and these are jury questions.

10           MR. McMAHON:  Yeah, but -- and that's exactly right.

11  And a finder's fee is totally different.

12           THE COURT:  And I'm not going there, but I am going to

13  enforce the rules on impeachment, which is that first you have

14  to put the matter to him and to see whether or not he disputes

15  what it is that you are holding in your pocket.

16           MR. McMAHON:  Got you.  Got you.  Got you,

17  Your Honor.)

18       (Bench conference concluded.)

19           THE COURT:  Next question.

20           MR. McMAHON:  Thank you.

21  BY MR. McMAHON:

22  Q.   Sir, my question to you is this:  What did you tell the

23  FBI when you were discussing this with them the first time?

24  What did you tell them about these payments?  What were the --

25  how did you characterize it to 'em?  How did you explain it to

1  them?

2  **A.**   Again, I don't recall whether I discussed this with them

3  during the initial proffer or not.  We discussed a whole host

4  of topics relating to this scheme.

5  **Q.**   Okay.  Well, do you --

6       **MR. McMAHON:**  May I show him the document, Your Honor,

7  to see if it refreshes his recollection?

8       **THE COURT:**  You can always do that.

9       **MR. McMAHON:**  Okay.  May I approach?

10      **THE COURT:**  Yes.  You don't need to ask.  Leave it

11  there and go back.

12      **MR. McMAHON:**  Excuse me, Your Honor?

13      **THE COURT:**  Just please show it to him.  And when

14  you're finished --

15      **MR. McMAHON:**  I will leave.  I will leave.

16      **THE COURT:**  It's not like -- here's the deal, ladies

17  and gentlemen, so we're into this.  In this -- here in

18  Federal Court, we have a lot of rules, and sometimes it's a

19  little tough for the lawyers.  And I actually sympathize with

20  them, because I used to be one of them.  I used to wander all

21  over courtrooms, and I used to irritate judges when I did that.

22       But we don't allow that because it's distracting.  And

23  in general, lawyers are required to stay in one place when

24  they're asking questions.  And they're allowed to take

25  something up to the witness stand, but it's not Perry Mason.

```
 1    They're not allowed to hover over the witness and that sort of
 2    thing.
 3           So that's all that I'm enforcing here.  There's
 4    actually nothing unusual at all about how Mr. McMahon is pacing
 5    around the courtroom.  It's pretty normal lawyer maneuvering.
 6    It's completely acceptable, in fact, in a lot of courtrooms;
 7    just not here.
 8           Go ahead.
 9           MR. McMAHON:  Thank you.
10    BY MR. McMAHON:
11    Q.   If we could -- I presented you a document in front of you
12    and I've opened it to a particular page, and I want you to look
13    at that.  Okay.  And it has a lot of my writing on it.  But I'm
14    just using it to, you know, refresh your recollection or to see
15    if it does as to that conversation that you had on that.  Okay?
16    A.   Okay.
17    Q.   And it's really -- it would be the one, two, third --
18    third full paragraph where it says "Kuber and Rosenberg."  You
19    see there?  Just so you see where I'm referring to.
20           Do you see that?
21    A.   I do.
22    Q.   Okay.  Now, I want you to read that to yourself and read
23    that to see if that refreshes your recollection as to the
24    discussion that you had with the -- if you had the discussion
25    with the FBI about that particular topic.
```

1   **A.**   (Reviews document.)

2       This does not refresh my recollection on that.

3   **Q.**   Okay.  And did you at any time -- so your recollection,

4   just so I'm clear on this, is you don't remember -- you're

5   telling us you don't remember if, in fact, you talked about

6   this issue of inflated prices or kickbacks in the first

7   interview?  They didn't -- you don't recall that at all?

8   **A.**   I don't remember one way or the other.

9           **MR. McMAHON:**  Okay.  All right.

10          May I have the document back, Your Honor?

11          **THE COURT:**  Yes, absolutely.

12          **THE WITNESS:**   (Handing.)

13  **BY MR. McMAHON:**

14  **Q.**   Now, let's talk, then, about the second deal, which would

15  be Deal No. 2 on there.  And, again, I won't go over it.  It's

16  similar and this was a deal.

17          **MR. McMAHON:**  Again, if we could pull up Exhibit 29.

18  **BY MR. McMAHON:**

19  **Q.**   This is a cover sheet for that.

20          **MR. McMAHON:**  No.  That's the -- can we look at the

21  buy amount, the Schedule A.

22  **BY MR. McMAHON:**

23  **Q.**   Okay.  This is the second one on the chart.  This is -- it

24  was effective June 7th [sic], but it was not deposited in IPI

25  until 7/3, as reflected on the chart.  But this is the second

1  purchase with Sanctuary Wealth for a lesser amount of money of

2  408,000; correct?

3  **A.**   It appears to be, yes.

4  **Q.**   And this, again, has a two point -- same buy rate, 2.475,

5  has the purchase price that has to be paid; correct?

6  **A.**   Correct.

7  **Q.**   And this Schedule A is the schedule that you're telling

8  this jury today that, in fact, on this second deal was, in

9  fact, an inflated percentage between you and Mr. Shusterman;

10  correct?

11  **A.**   Correct.

12  **Q.**   Okay.  And that -- again, have you ever seen or have you

13  ever presented any documentation, any e-mails, or anything to

14  reflect that concept that there was some sort of manipulation

15  of the buy rate between you and Mr. Shusterman?

16          **MR. CLARKE:**  Objection as to the phrasing of

17  "concept," anything presented regarding a concept.

18          **THE COURT:**  No.  Overruled.

19          Did you ever see such a document?

20          **THE WITNESS:**  I don't remember.

21  BY MR. McMAHON:

22  **Q.**   Okay.  Did you, in reality, prepare any e-mail, any

23  letter, any documentation between you and the person that you

24  had this agreement with to inflate the purchase price?  Did you

25  prepare anything between the two of you that we could see that

1  would be reflective of that?

2  **A.**   I don't believe so.

3  **Q.**   Okay.  And in this particular deal -- if I could go back

4  for a second.  I just want to go back for a second, and that is

5  to Exhibit 28.

6      Now, I'm looking at this.  You see the money that was put

7  in there into beneficiary?  And it says ARS, correct, LLC?

8      **THE COURT:**  Why don't you use the technology -- you

9  know, circle.

10     **MR. McMAHON:**  Oh, yeah.  Yeah.  I forget about that

11  (indicating).

12  **BY MR. McMAHON:**

13  **Q.**   All right.  And I'll do this here (indicating).  Okay.

14  That is the beneficiary and has the account number; right?

15  **A.**   Correct.

16  **Q.**   And that account number, just for -- because it's a long

17  number, just ends in 1976; correct?

18  **A.**   Correct.

19  **Q.**   I just want to note that.

20     **MR. McMAHON:**  And if we could go back now to the deal,

21  which would be Exhibit 29.  Go back to that one.  Oh, and I've

22  got to . . .

23  **BY MR. McMAHON:**

24  **Q.**   And, now, this was, again, an agreement that was signed by

25  you with IPI.  And, again, without going over all of it again,

1  there was a 2.6 provision and there was that 5.8 independent

2  evaluation that we went over at length a little while ago;

3  correct?

4  **A.**   I -- I would assume so.

5  **Q.**   Okay.  And this buy rate was the same.  And what occurs

6  here is that you, in fact, get $37,125 back into your hands of

7  you and Mr. Rosenberg; correct?

8  **A.**   It goes back into the ARS account.

9  **Q.**   And that purpose was to, as you -- your answers would be

10 presumably the same use of that 37,000 as it was for the

11 168,000; correct?

12 **A.**   Correct.

13 **Q.**   Okay.  And so now, as of June, beginning of July now, and

14 then if you add in the 3 percent management fee for that, you

15 have now, in the very first two deals, which are right almost

16 at the same time, you have put together a good sum of money for

17 yourself right there; correct?

18 **A.**   Yes.

19 **Q.**   Okay.  And that sum of money, then, is if you've got the

20 management fees, you've got about two -- over two hundred in

21 the adjustments.  And you've got management fees.  Now you're

22 coming close to two seventy-five, two eighty thousand dollars

23 for you and Mr. Rosenberg in the simple matter of the first

24 week; correct?

25 **A.**   Yes.

1    Q.   Okay.  And this was income to you, right, for you to do as

2    you wished, to furnish your house or to take a trip or to do

3    whatever you wanted you could do with that money; correct?

4    A.   There were not restrictions on it; correct.

5    Q.   Right.  I mean, so my statement to you, it was money for

6    you to use as you saw fit, whether it would be to buy a

7    vehicle, take a trip, or anything you wished to do with it;

8    correct?

9    A.   Yes.

10         MR. McMAHON:  Okay.  Now, if we could look at 501,

11   please.

12   BY MR. McMAHON:

13   Q.   Okay.  And, now, this is the e-mail, and I want you to

14   look at it.  And this goes from -- who's manager?  Is that you?

15   A.   It is.

16   Q.   Okay.  And it goes to Darrell Taylor, who, in fact, is an

17   attorney; correct?

18   A.   Correct.

19   Q.   Okay.  And it's cc'd to Shusterman, and it's cc'd to

20   Deborah Gersh, another lawyer; correct?

21   A.   Correct.

22   Q.   All right.  And this is the e-mail that would be

23   reflective of this second deal in which you sent an e-mail to a

24   lawyer preparing the paperwork; correct?

25   A.   Correct.

1  **Q.**   Okay.  And what you did here is you sent back the first

2  agreement that was executed -- that is, Deal No. 1 on our

3  chart; correct?

4  **A.**   Yes.

5  **Q.**   And you told the lawyer what the figures are on the new

6  deal; correct?

7  **A.**   Yes, similar to the last one, I -- here I would not have

8  contacted Mr. Shusterman's lawyers without his express

9  permission.  And this, again, is telling them what we had

10  already discussed and agreed to.

11  **Q.**   Okay.  But this -- I'm correct; and this is an e-mail from

12  you, the manager of Sanctuary Wealth, to the lawyers of

13  Mr. Shusterman, indicating on here what the figures are and

14  what you will be purchasing; correct?

15  **A.**   Correct.

16  **Q.**   And it is you on this e-mail to the lawyer that indicates

17  what you'll be purchasing and on this e-mail the buy rate;

18  correct?

19  **A.**   Correct.

20  **Q.**   Okay.  And, again, you will provide in the agreement --

21  and, again I forget -- a credit for 10 percent.  Okay?  Is that

22  correct?

23  **A.**   Yes.

24  **Q.**   And that 10 percent is something that you informed

25  Mr. Shusterman's lawyer about; correct?

1    **A.**    Yes.

2    **Q.**    Okay.  So the first two deals here that we've seen,

3    there's the credit.  The word is used "credit."  And it's

4    10 percent for deceased, disputed, and those are the type of

5    things that fall under 2.6; correct?  We saw that in that

6    particular document, that it says "deceased," "disputed," and

7    whatnot, correct?  "Unqualified"; right?

8    **A.**    Yes.

9    **Q.**    Okay.  And so you're receiving under that -- 2.6 is in

10   that contract that the lawyer has and is getting, and you put

11   in there the word "credit."  And that's for 10 percent of

12   deceased; correct?

13   **A.**    Yes.

14   **Q.**    Okay.  Now, again, with this particular deal, there is no

15   escrow.  There is no restrictive accounts.  There is nothing of

16   the sort; correct?

17   **A.**    Correct.

18   **Q.**    Okay.  So there's nothing to wiggle around or to try to

19   sneak around.  This was money right into your pocket and that

20   you put in the form of credit or whatever on these e-mails;

21   correct?

22   **A.**    Well, what's on these e-mails is telling the lawyers what

23   to put in the contract, that we certainly weren't sharing with

24   the lawyers the fact that we had agreed to a kickback.

25   **Q.**    And Mr. Shusterman, you say, agreed to this kickback?

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

 1   **A.**   Yes.

 2   **Q.**   That's what you're telling us?

 3        Okay.

 4   **A.**   Oh, yes.

 5   **Q.**   And that money came from him; correct?

 6   **A.**   It did.

 7   **Q.**   Okay.  And so they -- the money that we've seen so far,

 8   just in kickbacks of $200,000, was money that you're telling us

 9   that he gave to you as a simple kickback, is what you're

10   telling us; correct?

11   **A.**   Off of the inflated purchase price and the, you know,

12   $2.2 million and change that he received.

13   **Q.**   What was the actual purchase price, Mr. Kuber?

14   **A.**   If you deduct out the 9.1 percent, you would find out what

15   it is.  I don't -- I'm not doing the math.

16   **Q.**   Well, who -- somebody did the math; right?  And where is

17   the documentation to reflect that math that you guys discussed

18   and figured out when you're talking about this kind of money?

19   Is there any?

20   **A.**   There likely is.

21   **Q.**   Well, have you seen any of it?

22   **A.**   I don't know that it would have been retained, but

23   certainly we calculated it.

24   **Q.**   Okay.  Well, what I'm saying to you --

25   **A.**   Either myself or Mr. Shusterman did.

1    Q.   Well, I'm asking you in front of this jury here today:

2    Have you seen -- are you aware of any documentation anywhere on

3    the planet that would reflect this concept that you're telling

4    this jury on this first two deals that is being told to the

5    lawyers was, in fact, a kickback and that there was some

6    inflated prices?  Is there anything anywhere that you could

7    point to --

8    A.   Yes, the fact that --

9    Q.   -- before the stealing?  Before the stealing.

10   A.   The fact that it occurred on all the later deals and all

11   the later e-mails tends to support that.

12   Q.   Okay.

13   A.   And I'm telling you that it, in fact, occurred.

14   Q.   Okay.  But other than you telling me it occurred, there's

15   no documentation to it, correct, before this transaction?

16   A.   I haven't seen any.

17        MR. McMAHON:  Okay.  Now, if we can look at

18   Exhibit 31.

19        THE COURT:  Good point to break, Mr. McMahon?

20        MR. McMAHON:  Yes, Your Honor, that would be fine.

21        THE COURT:  Ladies and gentlemen, we'll take the

22   morning break.

23        During the break, don't discuss the case with anybody.

24   Don't discuss it among yourselves.  Do not allow yourselves to

25   be exposed to any news articles or reports that touch upon the

 1   case, its issues, its participants.

 2          Avoid all contact with any of the participants in the

 3   trial.  Do not make any independent investigation of the law or

 4   the facts of the case.  Don't look up anything pertaining to

 5   the case or participants in the case on the Internet.  Do not

 6   consult an encyclopedia or a dictionary.

 7          15 minutes.  Please take the jury out.

 8       (Jury left the courtroom at 11:14 a.m.)

 9          **THE COURT:**  15.

10       (Recess taken.)

11       (Jury entered the courtroom at 11:35 a.m.)

12          **THE COURT:**  Be seated, please.

13          We'll now continue with Mr. McMahon's

14   cross-examination of Mr. Kuber.

15          Mr. Kuber, you remain under oath.

16          Mr. McMahon, you may inquire.

17          **MR. McMAHON:**  Thank you, Your Honor.

18          Judge?

19          **THE COURT:**  We've got a blank screen?

20          Ms. Smith?

21          **MR. McMAHON:**  Okay.  Thank you.

22   **BY MR. McMAHON:**

23   **Q.**   Mr. Kuber, I'm going to -- directing your attention right

24   before we left to this wire which reflects the money that you

25   and Mr. Rosenberg got from the second deal, Deal No. 2, on the

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1  list.

2       Do you see that there?

3  **A.**   I do.

4  **Q.**   And, again, as to this -- the second deal, then, we also

5  see that there is no memo such as to what the concept of --

6  what the purpose of this is.  Would you agree with me?

7  **A.**   I would.

8  **Q.**   Okay.  So the first two -- to recapitulate, the first two

9  do not have any notes or memos on them as to the purpose of the

10 wire; is that fair to say?

11 **A.**   Yes.

12 **Q.**   Okay.  Now, I'm looking at this account, and if you

13 look -- we talked about the last one.  Did you have multiple

14 account -- ARS accounts, LLC?

15 **A.**   Yes.

16 **Q.**   Okay.  Because if you look here on this one, we said '1976

17 was the other account.  So this is a totally different account,

18 correct, that it was put into?

19 **A.**   Yes.

20 **Q.**   How many accounts did ARS, LLC, have at this time of June,

21 early July of 2007?

22 **A.**   I believe two, but I am not certain.

23 **Q.**   Okay.  And the two -- we've seen two for sure with those

24 two different account numbers, one ending in 76 and this one

25 ending in 14; correct?

1   **A.**   Correct.

2   **Q.**   Okay.  And so for the person to wire the money, they have

3   to be told which of those accounts to wire it into because you

4   did at least have two of those accounts; correct?

5   **A.**   Correct.

6   **Q.**   And so you would have informed Mr. Shusterman to the

7   account and the account number obviously so you could get the

8   money; correct?

9   **A.**   Yes.

10   **Q.**   Okay.  And this number was different than the first

11   account that was done with the other '168; right?

12   **A.**   Yes.

13   **Q.**   Okay.  We can take 131 down.  We can take it down.

14         **MR. McMAHON:**  If we could look at -- did we do 501?

15   We did?

16         Okay.  Now, let me ask you -- yeah, we did that.

17   That's okay.  Take that down, then.

18   **BY MR. McMAHON:**

19   **Q.**   My question to you, then, is:  At this time, though -- and

20   you talked at length about how your law practice, you were a --

21   at this point in time you were a practicing attorney; correct?

22   **A.**   Correct.

23   **Q.**   And from my understanding, you had an office at this time

24   in New York and in Los Angeles; correct?

25   **A.**   I don't recall at this particular point in time, but I

1  believe that's true.

2  **Q.**   Okay.  And it was at this time -- you talked briefly in

3  your direct examination about your history in the legal

4  profession.  At this point in time was it the Kuber Law Group

5  was the entity that you were performing your legal services in?

6  **A.**   I believe so.

7  **Q.**   Okay.  And who was in the Kuber Law Group?  Was it just

8  you or was it --

9  **A.**   It was myself and then I had some contract attorneys that

10  I would use on an as-needed basis.

11  **Q.**   Okay.  Okay.  So this was a -- and you had offices in New

12  York City; correct?

13  **A.**   I did.

14  **Q.**   Okay.  And you did civil litigation; correct?

15  **A.**   Yes.

16  **Q.**   And you -- and you were -- indicated that in 2007, this

17  was -- practice was active; correct?

18  **A.**   Correct.

19  **Q.**   Okay.  And just the best you can recollect, when did the

20  Kuber Law Group cease to exist in the sense that you were no

21  longer actively doing law work?

22  **A.**   I really don't recall when.

23  **Q.**   Well, did you work in that -- let's put it in perspective.

24  Did you do law work all of 2007 also?

25  **A.**   I don't remember.

---

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1   **Q.**   Okay.  But you were at the time of these deals; correct?

2   **A.**   I believe so, yes.

3   **Q.**   So at least half of that year you were doing Kuber Law

4   Group; right?

5   **A.**   Yes.

6   **Q.**   And that's been a law office that you were involved in for

7   a period of time; correct?

8   **A.**   Correct.

9   **Q.**   And now as to this -- if you look on the list, there's

10  Deal No. 4.  Okay?  And Deal No. 4 is, again, so we can look at

11  Deal No. 4, that is Exhibit 42.  And that's November the 14th

12  2007; correct?

13  **A.**   Yes.

14  **Q.**   And, again, this is IPI and this is Sanctuary Wealth Fund;

15  right?

16  **A.**   Yes.

17  **Q.**   This was the same mechanism that you employed with the

18  other -- first two; correct?  The same entity, I mean.

19  **A.**   I think we used IPI SW on at least one of them, and I

20  think both of them on the prior ones.

21  **Q.**   Okay.  This was the same concept, though; correct?

22  **A.**   Yes.

23  **Q.**   And this was, again, individual -- mostly individual

24  investors, in looking at your bank records, that most of the --

25  of ARS, at least, and most of the investors were individuals;

1  they weren't hedge funds or what -- most of them were

2  individuals in some capacity; correct?

3  **A.**   Yes, most of them were.

4  **Q.**   Okay.  And this was the same mechanism as the other

5  Sanctuary Wealth Funds where they invested; they owned the

6  fund; if it does well, they make money; correct?

7  **A.**   Correct.

8  **Q.**   And this particular fund --

9       **MR. McMAHON:**  We could go to Schedule A on that.  Do

10  we have Schedule A on that?  No?  Okay.

11  **BY MR. McMAHON:**

12  **Q.**   Well, this -- if you look at the fund, Number 4, you can

13  see that the purchase price was 1.4 million; correct?

14  **A.**   Yes.

15  **Q.**   And that was done on -- 11/19 is when it was funded, at

16  least.  It was written as of November the 19th; correct?

17  **A.**   Yes.

18  **Q.**   And as you -- this buy rate was also 2.475, the same as

19  the first two; correct?

20  **A.**   I don't know.

21       **MR. McMAHON:**  Okay.  We don't have that up there?

22       We can put it up.  Let me just get to that.

23       Okay.  Thank you.

24  **BY MR. McMAHON:**

25  **Q.**   That's the -- again, the purchase price is reflected on

1   Deal No. 4 on the chart, and that is 2.475 again; correct?

2   **A.**   It's the same as the others.   Yes.

3   **Q.**   Okay.  And, again, on this particular deal, you, looking

4   at the chart, you received a $70,000 payment from IPI; correct?

5   **A.**   Yes.

6   **Q.**   And there was another deal done, which is Deal 5 on that

7   same day.

8           **n:**   And before we get to that, can we look at

9   Exhibit 522.

10  **BY MR. McMAHON:**

11  **Q.**   522 is, if you look at the e-mail, is dated around this

12  time prior to the deals being completed.  And it's from

13  Mr. Shusterman to you, the first one; correct?

14  **A.**   Correct.

15  **Q.**   Okay.  I'll get to that.  Let's go back.

16          This is a e-mail from you -- to you in which

17  Mr. Shusterman is indicating that there's an attachment of a

18  letter that -- from an evaluator of the liquidity of a

19  particular portfolio that you're interested in purchasing;

20  correct?

21  **A.**   Could you repeat that.  I'm sorry.

22          **MR. McMAHON:**   Okay.  Well, let's just go down to the

23  bottom.  Let's go to the -- maybe make it easier.  Let's go to

24  the chart.

25  **BY MR. McMAHON:**

1    Q.    Okay.  This is an attachment to 522, and this was shown to

2    you the other day.  And this is a Accounts Receivable chief

3    operating officer directed to Mr. Shusterman, signed by a

4    Fred Landrum; correct?

5    A.    Yes.

6    Q.    Okay.  And that was sent to you November the 13th by

7    Mr. Shusterman; correct?

8    A.    Yes.

9    Q.    And this was the rates of recovery based on both this

10   company's historical liquidation, as it says, as well as this

11   particular individual's experience in running healthcare

12   collection operations; correct?

13   A.    That's what it says.

14   Q.    Okay.  And this was sent to you; correct?

15   A.    It was forwarded to me by Mr. Shusterman.

16   Q.    Right.  And he -- and he sent that to you basically 'cause

17   you were looking for something to that effect to give you some

18   comfort or some sort of justification for the deal; correct?

19   A.    I don't know exactly why he sent it at this time.  This

20   was early on, but he did send it to me.

21   Q.    Okay.  And you see what this is.  This is a letter from

22   a -- this is not from IPI; correct?

23   A.    Correct.

24   Q.    This is from another company that has a -- that, at least

25   pursuant to the letter, has experience in running healthcare

 1   collection operations on a large-scale basis and is a company,

 2   Accounts Receivable Technologies, that does that; correct?

 3   A.   That's what it says.

 4   Q.   Okay.  But in this too, this thing that Mr. -- this letter

 5   that Mr. Shusterman sent to you, if we could look at the bottom

 6   here, see here, the last paragraph?  See where I'm at?

 7   A.   Yes.

 8   Q.   Okay.  In that particular -- Mr. Landrum indicates in that

 9   letter to Mr. Shusterman -- even though he gives primary,

10   secondary, tertiary percentages, he has a caveat there at the

11   end, though, does he not?

12   A.   He does.

13   Q.   And he says that, look, [Reading]:  We have limited

14   experience with purchase of healthcare debt, mainly because

15   there are not a large number of debt buyers in the arena.  I

16   would offer that based on the purchased portfolios we had

17   experience with, they would generally fall into the recovery

18   percentages somewhere between secondary and tertiary.  Having

19   the ability to credit-report, negotiate more favorable

20   discounts than the typical hospital, and litigate accounts that

21   refuse to pay would enhance the recoveries.

22        And then he gave you the chart; correct?

23   A.   Correct.

24   Q.   Okay.  And you received this, and I assume that you read

25   it; correct?

1  A.    I would assume so.

2          MR. McMAHON:   Okay.   If we could go to the top of that

3  e-mail, then.

4  BY MR. McMAHON:

5  Q.    Okay.   And then what Mr. Shusterman says, in addition to

6  attaching that letter, is that he's kind of saying that it will

7  be better.   I hope this letter -- this doesn't take into

8  consideration the following items, and he lists items that he

9  thinks that may make this even better than Mr. Landrum's

10  evaluation; correct?

11  A.    He says that they will make them better.

12  Q.    Right.   Well, it says [reading]:   Please note, this letter

13  does not take into consideration the following terms [sic].   He

14  believes . . .

15        And then it goes further in the full paragraph after

16  1 through 5 [reading]:   This will substantially drive

17  liquidation rights [sic] of the portfolios purchased much

18  higher.

19        Correct?

20  A.    Yes.

21  Q.    And he attached it to you before you make this purchase --

22  now, this is -- this is all before that November 19th purchases

23  that you made.   There were two purchases, 1.4 million and

24  300,000, two purchases of about 1.7 million.   He sends you this

25  letter.   And the last paragraph of it is [reading]:   As the

1  attached letter in this opinion letter [sic] from a highly

2  respected industry source.  I do not want the author of letter

3  to be contacted.

4       Correct?

5  **A.**   Yes.  Can you put the letter up again for a minute,

6  please.

7  **Q.**   Sure.

8  **A.**   Thank you.

9  **Q.**   And if there's anything you'd wish to comment on it, just

10  go right ahead.

11  **A.**   (Reviews document.)

12       Okay.

13  **Q.**   Okay.  And that was a letter that, you know, that you

14  read.  And that was -- I would think that it had some bearing

15  on your decision-making process to some extent; correct?

16  **A.**   I don't know.  I would have -- certainly have read it.

17  **Q.**   Okay.  And -- now, we can take that down.

18       And this deal, this Deal No. 4, again, you've got the

19  70,000, plus you get the management fee that goes into

20  Sanctuary Wealth Management, which is you, so you made a good

21  piece of change on this deal too; correct?

22  **A.**   Yes.

23  **Q.**   Okay.  And then we have Deal No. 5, which is, again, that

24  same deal -- same day, and that's Exhibit 45.  And this is a

25  deal which was -- if we could -- it was 300,000.  Again, it has

1  the purchase price adjustment.  And it had the 5.8, all the

2  things we went through in the past.  Would you agree with me?

3  A.  Yes.

4  Q.  Okay.  Now, if we have Schedule A.

5        MR. McMAHON:  Can we go to 45 on this one, please.

6  BY MR. McMAHON:

7  Q.  Okay.  Again, we see the percentage buy rate is 2.475, the

8  same as all the three other deals that we've already -- the two

9  other deals or three other deals that we've already talked

10  about; correct?

11  A.  Correct.

12  Q.  Okay.  And, again, without beating a dead horse, there's

13  nothing that you're aware of or paperwork that would reflect

14  anything that says that 2.475, which is in all four of the

15  deals -- that is, in deals spanning the time of June, June

16  until the mid to end of November -- there is nothing that you

17  have or know of or that you prepared that would be indicative

18  of an inflated price up to that point in time; is that correct?

19  A.  I don't know, but I haven't been shown any here.

20  Q.  Okay.  Did you prepare any?  Did you do e-mails that would

21  reflect that?

22  A.  I don't remember.  It's a long time ago.

23  Q.  Okay.  All right.  But you turned over all your e-mails,

24  did you not?

25  A.  I did.

1  Q.   Okay.  And nobody has shown you any e-mail that would be

2  reflective of that concept; correct?

3  A.   Correct.

4  Q.   Okay.  Now, at this point in time, at least with these

5  personal donors that we've talked about in these four deals --

6  we have Deal 1, Deal 2, Deal 4, and Deal 5.  They are all ARS.

7  They're all personal donors.  They're not Platinum.  They are

8  not escrow-restricted and all the things we've talked about;

9  correct?

10 A.   Correct.

11        MR. McMAHON:  Okay.  Now, if we could look at 526.

12 BY MR. McMAHON:

13 Q.   Okay.  And this is an e-mail at the time of this

14 transaction in which Shusterman sends you an e-mail on that

15 date and Doug Kuber revised agreements, and both of your wires

16 have gone -- been received totally.  1.7, that's the purchase

17 price; right?

18 A.   Correct.

19 Q.   Now, he asked you --

20        THE COURT:  Which deal?  Which deal?

21        MR. McMAHON:  This would have been the deal -- 1.7 is

22 the purchase price for Deals 4 and 5 together.

23 BY MR. McMAHON:

24 Q.   Am I correct about that?

25 A.   Yes.

1  **Q.**    Okay.  And he asks at that time for your bank information.

2  And this is a letter -- this is an e-mail just between the two

3  of you; correct?

4  **A.**    Correct.

5  **Q.**    There's no cc's of any lawyers.  There's no cc's to

6  anybody.  This is between you and him; correct?

7  **A.**    Yes.

8  **Q.**    Okay.  And when -- on the memo between you and him, the

9  words that he chose, the language that he -- were funds for --

10  what does he write to you?

11  **A.**    Nonqualified accounts.

12  **Q.**    Okay.  And that's the language that he chose to use to

13  write to you in reflecting this payment of $85,000; correct?

14  **A.**    Yes.

15  **Q.**    Okay.  Now, at this point in time, then, in looking at

16  these four deals that you did with the personal donors or

17  personal investors, you -- on Deal -- we talked about Deal 1

18  and 2.  And Deal 3 you got 70,000, plus a 3 percent management

19  fee, if that's it.  My estimation, that comes up to $112,000.

20      And on Deal 5, it would come out to a total of about

21  $24,000 to you with a management fee.

22      And I was just adding these up roughly.  As to the

23  management fee and the payments into your pocket from those

24  people that were personal donors was, in fact, $410,000 just on

25  those four deals in the year 2007; correct?

1    **A.**   If your math is correct, then that would be correct.

2    **Q.**   Okay.  And that was money that you, as we've said, you

3    could do whatever you wish to do with; correct?

4    **A.**   Correct.

5    **Q.**   All right.  Now -- and in addition, you were making money

6    from your law practice, then, too; correct?

7    **A.**   Correct.

8    **Q.**   Okay.  And without getting -- if we look at -- and we'll

9    get into these in a minute.  But if you add in, okay, Deal 6

10   for 2007 and Deal 3 for 2007 -- those are the two Platinum

11   deals which I'll talk to you in a little bit more detail, but

12   they add in another 1.25 million to you and another half a

13   million to you; right?

14   **A.**   Yes.

15   **Q.**   If you look -- huh?

16   **A.**   Yes.

17   **Q.**   Okay.  So that's 1.75 million in 2007 that would be in --

18   those additional, you didn't have management fees in those, so

19   I won't add that to it.  But if you add that to that, you're

20   talking 2.3, $2.4 million that you pocketed and made money on

21   in 2007; correct?

22   **A.**   Correct.

23   **Q.**   And, again, you had your law practice; correct?

24   **A.**   Correct.

25   **Q.**   Okay.  Now, when you were testifying on direct examination

1    the other day, Mr. Clarke asked you a question.  He asked you a

2    question.  And he said to you, Mr. Kuber, this was going pretty

3    well.  You were -- you were making a lot of money in 2007,

4    reflecting on this.

5         Do you remember those questions?

6    A.   Yeah.  I don't remember the time period, but I do remember

7    the question, yes.

8    Q.   And he asked you a question.  And it was just a quick,

9    little question.  And he said, Did you pay taxes on that money?

10        Do you remember him asking you that question?

11   A.   He asked me about the flips.

12   Q.   Okay.  Well, he asked you about money in 2007; right?

13   A.   He asked me whether I paid taxes on the flips.  That was

14   my recollection of the question.

15   Q.   All right.  Fine.  And your answer to him was you don't

16   know; correct?

17   A.   Correct.

18   Q.   All right.  And so you would know that you would have an

19   obligation to do that; right?

20   A.   Yes.

21   Q.   And so why is it that you don't know whether you declared

22   income that you made in a proper fashion?

23   A.   I'm just not sure whether I received 1099s, and I don't

24   know if that got lost in the shuffle or I, in fact, reported

25   it.  I'm just not sure as we sit here many years later.

1    **Q.**   Well, if you got a 1099 for it -- doesn't matter if you

2    got a 1099 or not.  If it was income and you're an attorney,

3    you would know that you've got to declare that; correct?

4    **A.**   I'm not suggesting I shouldn't have declared it.  Indeed,

5    I've said the opposite:  I should have declared it.  And you're

6    asking me whether or not I did, and what I'm telling you is I

7    don't remember.  But if I had received a 1099, that would have

8    been something that reminded me of it --

9    **Q.**   Okay.

10   **A.**   -- in April when I was filing my taxes or later in the

11   year.

12   **Q.**   All right.

13   **A.**   And I just don't recall now whether or not I did.  I'm

14   being as honest as I can be.

15   **Q.**   Okay.  Now, under that concept of being as honest as you

16   can, I want to ask you some questions about -- you file taxes

17   for the monies that you made in 2007; correct?  You filed a tax

18   return; right?

19   **A.**   Yes, I did.

20   **Q.**   And we've -- we've heard you had a law practice, and we

21   heard that you pulled in what we just talked about in millions

22   of dollars.

23          **MR. McMAHON:**  And I have this marked as Defense

24   Exhibit 2.  I've shown it to counsel.

25          **THE COURT:**  For identification or to be received?

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1          MR. McMAHON:  For identification.  Well, I'm going to

2    move it after I ask some foundation questions.

3          THE COURT:  Defense Exhibit No. 2 for identification.

4          MR. McMAHON:  (Handing.)

5    BY MR. McMAHON:

6    Q.   I'm going to have you look at that, and the Government

7    provided me with that document.

8         And are you familiar with that document?

9    A.   (Reviews document.)

10        I am familiar with it.

11   Q.   And what is it?

12   A.   It's my joint 2007 tax return.

13   Q.   Okay.  And that covers the period of time that we've been

14   talking about here; correct?

15   A.   Correct.

16   Q.   Okay.  And without going over how much -- what was your

17   adjusted gross income for that particular year that you told to

18   the IRS?

19   A.   It was a negative $1,872.

20   Q.   Negative $1,872, okay.

21        And, in fact, you eventually received money back 'cause

22   you had put an estimated payment in earlier of 35,000, and the

23   IRS sent you money back; right?

24   A.   Correct.

25   Q.   Okay.  And that was for the year 2007?

1        **MR. McMAHON:**  May I approach, Your Honor, and retrieve

2    it back?

3        **THE COURT:**  Yes.

4    **BY MR. McMAHON:**

5    **Q.**   And does that accurately reflect your tax return for that

6    year?

7    **A.**   I believe so.  If it was provided by the Government, I

8    could only assume it does.  It's not signed, so I can't tell

9    you for sure, but I believe so.

10       **MR. McMAHON:**  Okay.  I would move the admission of

11   Exhibit 2.

12       **MR. CLARKE:**  May we approach as to the scope of what's

13   been introduced?

14       **THE COURT:**  You may.  Seems like a simple question.

15       You can approach.

16     (Bench conference on the record:

17       **THE COURT:**  Does the Government object?

18       **MR. CLARKE:**  Yes.

19       **THE COURT:**  What's the possible basis?  It's extrinsic

20   evidence.  608, flat, doesn't come in.

21       **MR. McMAHON:**  The fact that he -- it's impeachment

22   evidence.

23       **THE COURT:**  Sure, it is.  But 608 couldn't be more

24   clear.  You're trying to impugn his character with extrinsic

25   evidence.  It's inquiry only.  You don't get extrinsic evidence

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

 1   on that.

 2            MR. McMAHON:  All right.

 3            THE COURT:  Sustained.)

 4        (Bench conference concluded.)

 5   BY MR. McMAHON:

 6   Q.   Now, sir, after these deals that we've talked about here

 7   and you then -- on these four deals . . .

 8            MR. McMAHON:  You can take that -- we can take that

 9   down.

10   BY MR. McMAHON:

11   Q.   On these four deals, then, these investors, none of these

12   deals, these particular portfolios, one, two, four, or five,

13   were, in fact, resold, were they, at any time?  If you want to

14   look --

15        If you want to look at Exhibit 1255, maybe that would be

16   helpful to you because that would --

17   A.   I believe -- I believe that the ones that we were talking

18   about may have been resold.  The 1255 refers -- refers entirely

19   to the Platinum deals.

20   Q.   To the Platinum.  Okay.  So you're not sure whether they

21   were resold or not?

22   A.   I'm pretty certain.  I know that Sanctuary Wealth Fund

23   doesn't own any portfolios at the present time.

24   Q.   Okay.  So you believe that those were sold in some

25   fashion?

1    **A.**   It may on the ones very late in the day that you show as

2    Number 26.  But I don't think -- that's shown on here as 26,

3    but I don't think any of the earlier ones are still owned by

4    the entities.  They may be, but I don't think so.

5    **Q.**   Okay.  And now with Platinum, we've done the four that

6    you've indicated there.

7         Now, Platinum was a situation where they were a

8    hedge fund; correct?

9    **A.**   Correct.

10   **Q.**   And as I think they were a -- as opposed to what you have

11   indicated you were, they were a lot more savvy, much more

12   sophisticated, experienced hedge fund investors; correct?

13   **A.**   Yes.

14   **Q.**   Okay.  And their fund was a very large fund.  Whatever it

15   was, it was a large fund that the Platinum Partners were

16   dealing with; correct?

17   **A.**   Correct.

18   **Q.**   Okay.  And how you got involved with Platinum was exactly

19   how in the beginning?

20   **A.**   I think I've described it before, but I was referred to

21   them by a gentleman named Max Gottlieb.

22   **Q.**   And Max Gottlieb is a friend of yours?

23   **A.**   He was at the time, yes.

24   **Q.**   He's not anymore?

25   **A.**   We haven't spoken in a long time.

 1   Q.   Oh, okay.  I got you.

 2        Now, when was that that he introduced you to Platinum or

 3   began speaking of Platinum, do you remember?

 4   A.   I don't remember.

 5   Q.   Well, if we look at the deals here, the first Platinum

 6   deal being August the 7th, which would be Deal No. 3 there,

 7   okay?

 8   A.   Yes.

 9   Q.   All right.  So if you could use that as a date of

10   reference, how far back, approximately -- again, I'm not

11   holding you to an exact day or anything -- was it that you

12   first became aware of Platinum through Max Gottlieb?

13   A.   I don't recall.

14   Q.   Okay.  Was it -- so after you made this hookup with

15   Mr. Gottlieb, what was the -- who did you have your first

16   meeting with Platinum?

17   A.   I believe it was with Mr. Jedwab.

18   Q.   Okay.  And he was a partner or principal or some role in

19   that particular group; correct?

20   A.   He -- he did, yes.

21   Q.   Okay.  And do you recall where you met?

22   A.   I believe the first meeting was in Mr. Jedwab's offices.

23   Q.   And where was that?

24   A.   In New York City.

25   Q.   Who was at the meeting?

*KUBER - CROSS*

1    **A.**    Myself and Mr. Jedwab and potentially Mr. Gottlieb, and I

2    don't know if anyone else was present.

3    **Q.**    Okay.  And was Mr. Gottlieb a part of Platinum or was he

4    just knowledgeable of them or friendly with them?

5    **A.**    He was not a part of Platinum.

6    **Q.**    Okay.  And when you first talked with Mr. Jedwab, what was

7    it that you were pitching to him as a investment model at that

8    time?

9    **A.**    We were talking about generally the model that we had had

10   at that point in time, which we've described before, which were

11   either the fund model or the loan model.  We -- we pitched, I

12   think, both to him.

13   **Q.**    Okay.  And how did that first meeting go?

14   **A.**    Fairly well.

15   **Q.**    Okay.  Nothing was consummated at that time, though;

16   correct?

17   **A.**    Correct.

18   **Q.**    And how did you guys leave it at the end of that meeting?

19   **A.**    I don't remember the exact timing on it, but I'm -- I'm

20   certain that early on, Mr. Jedwab communicated that they were a

21   credit fund; his particular fund, there was a credit fund and

22   that they only loaned money, so they certainly would not be

23   involved and interested in the fund deal.

24        And there were some initial conversations that we had

25   regarding their -- their preference that we set up a credit

1  line and pull off of a credit line.  And those discussions did

2  not prove fruitful.  And then at some later point in time, we

3  came up with the structure which we eventually utilized.

4  Q.   Okay.  So they made it clear to you right from the get-go

5  that they weren't going to be interested in a fund methodology,

6  that they wanted to be strictly a lender with a fixed rate of

7  return; correct?

8  A.   They definitely wanted to be a lender.  I'm not positive

9  if initially I knew that they were looking at a fixed rate of

10  return.  There was some float in terms of that.

11  Q.   Okay.  And at their initial meeting, they talked about a

12  line of credit and whatnot, but it wasn't agreeable to you or

13  them at that particular juncture; is that fair to say?

14  A.   I think it was early on, as I said.  I don't recall if it

15  was exactly at that initial meeting.

16  Q.   Okay.  And, now, eventually you left the meeting and

17  eventually something happened that got you back together again;

18  correct?

19  A.   Yes.

20  Q.   And that was Mr. Gottlieb again?

21  A.   I believe so, yes.

22  Q.   And what happened to occur that Mr. Gottlieb got you back

23  in touch with Platinum Partners?

24  A.   I don't remember.  I believe we had a conference call --

25  Q.   Okay.

1    **A.**    -- between myself, Mr. Gottlieb, and Mr. Jedwab.

2    **Q.**    And what was discussed at that conference call?

3    **A.**    I think we went over some open issues that we had had

4    during our prior discussions, and we were able to reach

5    agreement on all but one.  And the call sort of fell apart at

6    that time.

7    **Q.**    What was the one?

8    **A.**    As I recall -- and I could be wrong.  It's a long time

9    ago -- I think it related to they wanted us to pay for their

10   legal fees in putting together the documentation and reviewing

11   the documentation for the deal.

12   **Q.**    Okay.  So that was a little bit of a stumbling block at

13   that point in time; correct?

14   **A.**    Yes.

15   **Q.**    Okay.  And what happened with that stumbling block?  Did

16   that get resolved?

17   **A.**    It did.

18   **Q.**    How long after that first meeting -- second meeting,

19   really?

20   **A.**    The second was a conference call, as I recall, and I don't

21   recall how long thereafter.  I think -- as I testified before,

22   I think the next time we met was a dinner.

23   **Q.**    And that was where?

24   **A.**    In New York City.

25   **Q.**    And who was there?

1  **A.**   I -- it may have just been myself and Mr. Jedwab.  I'm not

2  positive.

3  **Q.**   And after that dinner, was it -- you guys pretty much on

4  the same page as to what the terms would be and how it was

5  going to move forward?

6  **A.**   I think we were at least conceptually on the same page.

7  **Q.**   Okay.  And after this conceptually on the same page, you

8  moved to it being in reality on the same page; correct?

9  **A.**   Correct.

10  **Q.**   Okay.  And that resulted in what we've talked about here

11  as the first Platinum deal, which would be Deal No. 3 on

12  everybody's sheet here, and that was the August the 7th deal in

13  which almost a half million -- almost $5 million was paid;

14  correct?

15  **A.**   I believe they actually invested $5 million.

16  **Q.**   Right.  And -- okay.  So that particular deal --

17       **MR. McMAHON:**  If we could look at Exhibit 32.  We

18  don't have the actual deal -- if we can just go to 32, please,

19  the actual . . .

20  **BY MR. McMAHON:**

21  **Q.**   Okay.  Government's Exhibit 32 there, that is the cover

22  page for the deal between you and Platinum for this particular

23  deal; correct?  Or you between IPI, but funded by Platinum;

24  correct?

25  **A.**   Correct.

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

KUBER - CROSS

1  **Q.**   Okay.  And now, just so we make this clear, that Platinum

2  then was basically loaning you money, and the deal was they

3  were going to loan you money to make a purchase; correct?

4  **A.**   Yes.

5  **Q.**   There was going to be a fixed rate of return; correct?

6  **A.**   Yes.

7  **Q.**   And that fixed rate of return was, as you've indicated,

8  27 percent; correct?

9  **A.**   I don't remember what the initial deal was.  We'd have to

10  look at the documentation with Platinum.

11  **Q.**   Okay.  Well, we'll get to the promissory note.

12      But it's a very, very high interest rate; correct?

13  **A.**   Yes.

14  **Q.**   Okay.  And you agreed to that very, very high interest

15  rate in your dealings with Platinum; correct?

16  **A.**   Yes, after discussions with Mr. Shusterman and Mr. Feldman

17  and Mr. Rosenberg, we all agreed that the amount that we had

18  told them, including our overage, would be something that was

19  attainable.

20  **Q.**   Okay.  And the -- on this agreement, then, that you

21  entered into with IPI, this particular agreement was for, as we

22  see here, the amount of a half million.  And then you got

23  back -- you got back -- I mean, it was for 5 million.  And you

24  got back in your pockets in 2007 $5 million; correct?

25  **A.**   $500,000.

1   **Q.**    $500,000.   I apologize.

2       So you have that $500,000 again added to the totals as we

3   were talking earlier; correct?

4   **A.**    Yes.

5   **Q.**    Okay.   And this is still all in '07, the same year you've

6   had negative income; correct?

7   **A.**    Yes.

8   **Q.**    Okay.   When -- if we could go now to -- in this document,

9   okay, this is the agreement between you -- this also has a 2.6

10  in it; correct?   Yeah.   Let's go back to this, the purchase

11  price.   Now, this is a point I wanted to make sure, and that is

12  the purchase price is calculated according to Schedule A.   And

13  there's definitions in this.   And this says provider, as

14  referenced in there, means Jackson Memorial Hospital; correct?

15  **A.**    Yes.

16  **Q.**    Okay.   So that's in the contract that the person providing

17  the portfolios originating came from that location; correct?

18  **A.**    Yes.

19          **MR. McMAHON:**   Okay.   And if we could go to Page 2 of

20  that.

21  **BY MR. McMAHON:**

22  **Q.**    Again, there's a Section 3.1 which talks about accounting.

23  And, again, it clearly references seller is permitted to access

24  the account information and seller, being IPI, pursuant to the

25  terms of the JMH agreement.   And that is the hospital, Jackson

1    Memorial; correct?

2    A.    Yes.

3    Q.    And further down in Section 7.2, there is an assignment

4    compliance with obligations under the JMH agreement, and it

5    sets forth in there and it sets forth -- it references again

6    the JMH agreement in that section too; correct?

7    A.    It does.

8         MR. McMAHON:   Okay.   Now, if we could go to 5.8 --

9    yeah, 5.8.

10   BY MR. McMAHON:

11   Q.    Now, 5.8 in this particular agreement, again, buyer

12   represents that it is a sophisticated investor.   This is the

13   same situation that we had with the other one.   It's the same

14   clause; correct?

15   A.    Correct.

16   Q.    And you are the buyer.   You're just being funded by

17   Platinum, but you are the buyer of it; correct?

18   A.    Correct.

19   Q.    And this is the same language of that particular

20   situation; correct?

21   A.    Yes.

22   Q.    All right.   Now, in this particular example, although they

23   are not the actual buyer, the funder was, in fact, a

24   sophisticated investor; correct?

25   A.    The actual buyer under this agreement was me, as you

1  pointed out.

2  **Q.**   No --

3  **A.**   The person that loaned the money was a sophisticated

4  investor.

5  **Q.**   Correct.

6  **A.**   Yes.

7  **Q.**   Correct.

8       Now, and this also provides under 2.6 a refund for the

9  unqualifieds, does it not?

10  **A.**   I suspect so.   I've seen it before, so I know that it

11  does.

12          **MR. McMAHON:**  All right.   Now, and -- if we could go

13  to 505, please.

14  **BY MR. McMAHON:**

15  **Q.**   Now, 505 is an e-mail that is in the days prior to this

16  first Platinum deal, and that's from Shusterman to you with a

17  cc to attorneys.   And, again, we've identified them earlier;

18  correct?

19  **A.**   Yes.   I think we've seen this document before.

20  **Q.**   And this is from Richard in which he says [reading]:   Rest

21  assured I will not speak with Platinum under any conditions.

22  If they call me, I will refer the call to you.   Debbie is

23  reachable at all times via e-mail.   And please copy Darrell

24  Taylor as well.   He works with Debbie.

25       [Reading]:   We can use the same contract we agreed to in

```
 1    the past.  I will leave the insertion of the face value and the
 2    number of accounts and along with the final purchase price for
 3    last.
 4         Correct?
 5    A.   Yes.
 6    Q.   And this was basically him telling you that he's not going
 7    to negotiate with Platinum.  That's for you to do; correct?
 8    A.   Yes.
 9    Q.   Okay.  And you've got to straighten your deal with
10    Platinum, and he's staying out of it; correct?  And if you get
11    a deal, send it to his lawyers; right?
12    A.   Well, it's not quite saying that, but --
13    Q.   Well, that's what the tone of it is, that he tells you who
14    his lawyers are and tells you to communicate with them, but
15    he's not dealing with them; correct?
16    A.   To the extent I struck a deal with Platinum, I had to
17    first receive assurance from Mr. Shusterman that the terms that
18    I discussed with him were going to work for him.
19    Q.   Do we have e-mails to that effect?
20    A.   I don't think we do.
21    Q.   Oh.  So there's -- in this big deal here, this largest
22    deal so far, you have no e-mails, documentation to reflect that
23    agreement that you had with Mr. Shusterman that he was on board
24    with the Platinum conditions.  There's nothing; correct?
25    A.   Correct.
```

1  **Q.**   Okay.  And, in fact, 505 says clearly, as we have

2  highlighted there [reading]:  I will not speak with Platinum

3  under any conditions.

4       Correct?

5  **A.**   Yes.

6  **Q.**   And refer everything to the lawyers; correct?

7  **A.**   No.  It tells me where her -- his lawyers are available.

8  Doesn't say refer everything to the lawyers.  It says that

9  nowhere in the e-mail.

10 **Q.**   Okay.  I agree with you.

11      And so he tells you he's not having Platinum.  You're to

12 negotiate with Platinum.  And you negotiated with Platinum;

13 correct?

14 **A.**   Correct.

15 **Q.**   Okay.  And you negotiated this deal which has a -- the

16 interest rate as whatever it was in the first deal, and we'll

17 look at it?

18         **MR. McMAHON:**  And let's look to Exhibit 33.

19 **BY MR. McMAHON:**

20 **Q.**   Okay.  And this has been the promissory note; correct?

21 **A.**   Correct.

22 **Q.**   All right.  And the promissory note is, just for

23 everybody's understanding, is pretty clear.  It's that you

24 promise to pay them.  And it's -- gives you the terms of the

25 particular deal; correct?

KUBER - CROSS

1   **A.**   Yes.

2   **Q.**   And if we look down here -- and I'll circle it -- you see

3   it's 27 percent; correct?

4   **A.**   Yes, it is.

5   **Q.**   Okay.  And that number is an extraordinarily high number;

6   correct?

7   **A.**   It's a high number.

8   **Q.**   Okay.  And this promissory note that was entered into was

9   between -- as we see here, it's between you, as the managing of

10  Account Receivables -- that's your signature there; correct?

11  **A.**   Yes, it is.

12  **Q.**   Platinum Credit Resources, and that's Brian Jedwab there;

13  right?

14  **A.**   Yes.

15  **Q.**   This is an agreement signed by you representing

16  ARS Holding and Platinum credit for $5 million at 27 percent;

17  correct?

18  **A.**   Correct.

19  **Q.**   And the terms of no payments until a certain point in

20  time, I think it says before March 4th down here as to the time

21  when interest has to be paid in -- as it's accumulated, but

22  that's the agreement that was made; correct?

23  **A.**   Yes.

24  **Q.**   Okay.  Now, there is nowhere -- you've already told us

25  that there's no documentation that reflects any negotiations or

1   role of Mr. Shusterman in this.  And in this particular

2   promissory note, he is not a signatore on that in any way,

3   shape, or form; correct?

4   **A.**  Well, the first part I'm not exactly sure about.  It shows

5   no negotiation certainly with Platinum, but there may be

6   e-mails of the type that we've looked at earlier that show

7   discussions regarding the purchase price percentage and the

8   purchase price.  I don't know if it exists with respect to this

9   particular document -- this particular transaction, but we have

10   seen those before.

11   **Q.**  I'm talking -- if you listen to my questions, I'm talking

12   about this transaction; okay?

13   **A.**  And I don't know for sure.  That's what I'm telling you.

14   **Q.**  Well, we haven't seen any.  That's fair to say?

15   **A.**  I don't know.

16   **Q.**  Well, in your testimony from the Government, we spent all

17   those days doing it; you didn't see any from them that they

18   presented to you, did you?

19   **A.**  I don't remember -- what I'm saying is if they showed me

20   one with respect this particular transactions [sic].

21   **Q.**  Okay.

22   **A.**  There were a lot of 'em.

23   **Q.**  Okay.  All right.  And so this is a contract between the

24   two of you; correct?

25   **A.**  This is part of our contracts.  We had several with

1    respect to the same deal.

2    **Q.**   Okay.  And this is a -- the persons responsible under the

3    promise to pay back are ARS; correct?

4    **A.**   Yes.

5    **Q.**   IPI is not a participant in this in any way, shape, or

6    form on this document, is it?

7    **A.**   They are not listed anywhere on this document.

8    **Q.**   And so they are not legally responsible, you being a

9    lawyer, for the payment of that promissory note since they're

10   not a signatory to that; correct?

11   **A.**   Correct.

12   **Q.**   Okay.  And whether -- if you default, that -- if you

13   default and don't pay 'em, that has no legal bearing on IPI as

14   far as their having to step in and pay this; correct?

15   **A.**   Not under this promissory note, no.

16   **Q.**   Well, that's all I'm talking about is this promissory

17   note.

18   **A.**   Okay.  Yes.

19   **Q.**   So they have no responsibility to pay that note in any

20   way, shape, or form; correct?

21   **A.**   Yes.

22        **MR. McMAHON:**  Now, if we could go to Exhibit 34,

23   please.

24   **BY MR. McMAHON:**

25   **Q.**   Now, this is the escrow agreement, and this is another

1    piece of that agreement that you have with -- to pay Platinum

2    and the loan; correct?

3    A.    Yes.

4    Q.    Okay.  Now, this escrow agreement is -- was set up, and

5    this is the restricted account that comes into play in your

6    dealings for the first time with this deal; correct?

7    A.    Yes.

8    Q.    Okay.  And this restricted account is an escrow agreement

9    that basically says that the money that you -- certain things

10   have to go to the escrow agent, and the escrow agent has

11   certain responsibilities to do.  And you can't get any of the

12   money out of this deal until such time as the principal and the

13   interest is paid off.  Is that a fair summary of it?

14   A.    Yes.

15   Q.    Okay.  And that's why you've indicated it's a restricted

16   account, because you can't just go in and a take hundred

17   thousand dollars out of it; correct?

18   A.    Correct.

19   Q.    Okay.  And this is an escrow agreement that has an escrow

20   agent; correct?

21   A.    Yes.

22   Q.    And the escrow agent is to perform the functions listed in

23   the escrow agreement; correct?

24   A.    Yes.

25        MR. McMAHON:  And if we could look at Section 5A.

BY MR. McMAHON:

Q.   Okay.  Now, these are section -- this is a purchase of the

portfolio on your escrow agreement.  [Reading]:  The required

signatories shall fund the request upon satisfaction of the

following conditions.

Okay?  And that's -- this is whether that -- that's

that -- the escrow agent will not pay the 5 million until

certain things are taken care of; is that fair to say?

A.   Yes.

Q.   Okay.  [Reading]:  And the escrow agent shall have been

furnished with a fully executed agreement to purchase the

portfolio purchase agreement.

Right?

A.   Yes.

Q.   Right.  And that's what we've looked at earlier as

Exhibit 32.  That was the purchase and sale agreement; correct?

A.   Okay.

Q.   Is that right?

A.   I believe so.  I don't have it in front of me and didn't

recall the number.

Q.   Okay.  Well, the purchase and sale agreement that we

looked at just a moment ago was, in fact, the one that was

signed and that the escrow agent has to have that before it can

be funded; correct?

A.   Correct.

1    Q.   All right.  And that escrow agent is an escrow agent that

2    is working on behalf of Platinum; correct?

3    A.   Correct.

4    Q.   Okay.  They're -- the escrow agent is there to protect

5    Platinum in certain legal fashions; correct?

6    A.   Correct.

7    Q.   Okay.  And one of the things that that escrow agent has

8    received, then, since we know this has been funded eventually,

9    he received the PSA that we just looked at, 32; correct?

10   A.   Yes.

11   Q.   Okay.  And we already saw a 32 that the escrow agent would

12   clearly be aware, if he read it, that it was IPI, correct, was

13   the seller?

14   A.   Yes.

15   Q.   And he would clearly see, in looking at that contract,

16   that IPI is the seller and that IPI obtained the product that

17   they were selling from Jackson Memorial Hospital; correct?

18   A.   I don't know if that was something that the escrow agent

19   would have reviewed and noted or not.

20   Q.   Well, it's in there at least; correct?

21   A.   Oh, yes.

22   Q.   Okay.  So the document that he was required to have before

23   this was funded clearly reflects the seller of the items being

24   IPI and that the seller obtained them from JMH.  Whether he

25   read it or not, you can't obviously testify to, but it was

1  clearly in there; correct?

2  **A.**   Yes.

3  **Q.**   Okay.  Now, if we look at the next one, this is F,

4  Section F of this escrow agreement.  And this is a situation

5  where the escrow agent has to -- [reading]:  The company and

6  the borrower shall deposit copies of the following documents

7  with the escrow agent in the manner described below, the

8  purchase agreement, which we already talked about; right?

9  **A.**   Yes.

10  **Q.**   [Reading]:  All for the formation and governing documents

11  of SPE, including its articles and its operating agreement.

12      I assume that was done; correct?

13  **A.**   I would assume so.

14  **Q.**   [Reading]:  Ongoing operational documents of the

15  borrower -- who is you -- and statements of account,

16  resolutions of man . . . records of business meetings to become

17  the records of the borrower or SPE.

18      Correct?

19  **A.**   Yes.

20  **Q.**   [Reading]:  And all contracts, agreements, and other

21  instruments executed by and between borrower and SPE and in

22  between borrower or SPE and any third parties.

23      Okay?

24  **A.**   Yes.

25  **Q.**   Right?

1    And, five [reading]:  From time to time all other books

2  and records of the borrower.

3    Correct?

4  **A.**   Yes.

5  **Q.**   Okay.  And if we could.

6    And this also up here indicates that the escrow agent --

7  that he has to make sure, too, that the purchase price range is

8  between 2 to 4 -- 2 to 4 percent of the face value of that

9  account; correct?

10 **A.**   Yes.

11 **Q.**   In this case it was -- it certainly was.  It was 2.45, as

12 we've previously talked about; correct?

13 **A.**   I don't remember what it was on this one, but it was

14 between 2 and 4 percent.

15 **Q.**   Okay.  And you're correct; it was a different rate.  I

16 apologize.

17    But now this particular escrow agreement, the restricted

18 account factors which you talked about, was agreed upon by who?

19 **A.**   I don't understand your question.

20 **Q.**   Who's the signatories on the escrow agreement?

21 **A.**   They would be me, and they would be the escrow agent.

22 **Q.**   Okay.  And that's a lady by the name of Andrea Weinberger,

23 an attorney; correct?

24 **A.**   Correct.

25 **Q.**   Do you know her?

1   **A.**   I do.

2   **Q.**   Who is she?

3   **A.**   She's an attorney I know in Las Vegas.

4   **Q.**   Oh, okay.  So she's somebody that -- how did it come to

5   this agreement as to Andrea Weinberger, who you knew as being

6   the escrow agent for Platinum?

7   **A.**   It didn't last for long, but I proposed her; and they

8   agreed for some of the earlier deals, and then they wanted to

9   change it.

10  **Q.**   Do you know why they wanted to change it?

11  **A.**   They wanted someone more substantial.

12  **Q.**   What do you mean "substantial"?

13  **A.**   I mean not just a solo practitioner attorney.  They were

14  looking for a firm.

15  **Q.**   Okay.  And so we'll get to that shortly, but who was that

16  person that eventually took over the duties of the escrow

17  agent?

18  **A.**   It was Mr. Spielman.

19  **Q.**   And who is Mr. Spielman?

20  **A.**   Mr. Spielman is an accountant at a midsized -- he's a

21  partner at a midsized accounting firm in New York City.

22  **Q.**   And how did this name of Mr. Spielman come to pass as the

23  person that got picked?

24  **A.**   I proposed him.

25  **Q.**   And why did you propose him?

1  **A.**    'Cause I had dealt with him on some matters, and he seemed

2  to be very competent.

3  **Q.**    Okay.  And was he -- did he also do your personal taxes,

4  his company?

5  **A.**    I believe it was at a later point in time when he first

6  started, but I don't recall the actual timing on it.

7  **Q.**    Okay.  And so -- but at some point in time he became your

8  personal accountant; correct?

9  **A.**    He did.

10 **Q.**    Okay.  And he was the escrow agent; correct?

11 **A.**    Correct.

12 **Q.**    Eventually?

13 **A.**    Correct.

14 **Q.**    Okay.  And the escrow agent, if I'm correct in reading

15 these documents, again, if we look at this, there's no --

16 Mr. Shusterman is not a part of this escrow agent in any way,

17 shape, or form; correct?

18 **A.**    He is not listed anywhere in this agreement.

19          **MR. McMAHON:**  Okay.  And if we can look to the -- 35,

20 please.

21 **BY MR. McMAHON:**

22 **Q.**    Now, 35 is the collateral security agreement for this

23 particular deal with Platinum; correct?

24 **A.**    Yes.

25 **Q.**    And that basically says that if you default, they can come

1  take the product, so to speak, correct, in a nutshell version?

2  **A.**   It provides certain rights that they have under a default.

3  **Q.**   Right.  And one of those rights is to take the product --

4  in this case the portfolios -- and, in essence, foreclose on

5  them and take them themselves and do with them as they wish;

6  correct?

7  **A.**   I -- my understanding is a little different than that.

8  But, in any event, it says what it says.

9  **Q.**   Okay.  And did eventually -- later on down the line, that,

10  in fact, did happen, that Platinum did, in fact, obtain the

11  collateral and exercised their rights under the collateral

12  security agreement and took the files; right?

13  **A.**   They didn't exercise their rights under the collateral

14  security agreement.  We entered into a number of agreements

15  to -- which, in effect, had that happen, that they took over

16  the account.

17  **Q.**   Okay.  And that was because of default; right?

18  **A.**   Yes.

19  **Q.**   Okay.  Now, on this escrow situation that you talked about

20  as being a restricted thing -- restricted account, we saw that

21  the escrow agent has certain responsibilities; and he was there

22  to protect Platinum in certain regards.  And one of the things

23  that the escrow agent was to do was to make sure that the

24  funding went smoothly and correctly and that the product was

25  really there, the various things that we talked about; correct?

1    **A.**    Yes.

2    **Q.**    And on the other side of that rule, the escrow agent would

3    be getting the -- in this particular deal, he would be getting

4    all of the collection reports and whatnot on whatever basis you

5    guys worked out on behalf of Platinum; correct?

6    **A.**    I don't recall the early agreements.  I know that the

7    agreements were revised and tightened up in later deals.  So I

8    don't really recall exactly how that worked on the early

9    agreements, on this -- on this deal that we were talking about,

10   for example, the first one.

11   **Q.**    Let me ask you, then:  What did you do with the collection

12   reports that you received on this deal, do you remember?

13   **A.**    What -- whatever we were supposed to do, but I don't

14   remember exactly what that was at this time.

15         **MR. McMAHON:**  Okay.  Okay.  And -- now, if we could

16   look at 508, please.

17   **BY MR. McMAHON:**

18   **Q.**    Now, 508 is a particular series of e-mails, and this is

19   regarding sending the wire.  If we look at the bottom and move

20   upwards, I think, is how it goes.

21       [Reading]:  Please send the other funds to the

22   Accounts Receivable Services account we regularly use for this.

23       And that account number is the '1976 that we saw earlier,

24   as to one of the accounts that you had; correct?

25   **A.**    Yes.

1    **Q.**  And then Mr. Shusterman responds [reading]:  The wire is

2    going out in a few minutes.  It should hit your account late

3    today or first thing on Wednesday.

4        Correct?

5    **A.**  Yes.

6    **Q.**  And you said, "Thanks"; correct?

7    **A.**  Yes.

8    **Q.**  All right.  Now, Mr. Clarke was asking you the other day,

9    he said this is not cc'd to any lawyers or anything like that;

10   correct?  That's what he asked you the other day, do you

11   remember that?

12   **A.**  Yes.

13        **MR. McMAHON:**  Okay.  Could we look at 507, please.

14   **BY MR. McMAHON:**

15   **Q.**  507 is an e-mail that took place the day before this in

16   which Mr. Taylor -- was from him to you; correct?  Was cc'd to

17   his apparently other lawyers and to Mr. Shusterman; correct?

18   **A.**  Yes.

19   **Q.**  All right.  And on 507, which was the day before this,

20   there's obviously reference that comes from an attorney that

21   cc's other attorneys at a major law firm in Chicago; correct?

22   **A.**  I don't know where the law firm is.

23   **Q.**  Okay.  [Reading]:  Doug, I finally had the chance to go

24   over the contract changes --

25       And this is, again, coming from the lawyer.

1    [Reading]: -- changes you made with Richard, and IPI is

2   willing to repurchase unqualified accounts up to 10 percent of

3   the total funding amount or the sum of 499,900.  This is a

4   significant increase from the 40,000 agreed to in the previous

5   agreements -- okay, now -- the second Sanctuary Wealth

6   transaction, and appears to be a perfect compromise from the

7   1 million that you had inserted.

8    Correct?

9   A.   That's what it says.

10  Q.   Okay.  [Reading]:  There are no changes on the signature

11  pages -- signature pages.  So if this change is acceptable,

12  please initial and date the change in the attached agreement

13  (Section 2.6) and fax the initialized [sic] and dated page to

14  me.  I have attached the executed purchase sale agreement and

15  the nondisclosure agreement and the bill of sale, and there

16  will be a UCC3 filing -- filing -- filing following the funding

17  is complete [sic].

18   Do you know what the UCC3 filing is that was sent to you?

19  A.   That's a security interest.

20  Q.   And that was being -- that's a document that would be

21  filed to reflect that there's a debtor/creditor relationship of

22  some sort; correct?

23  A.   Yes.

24  Q.   Okay.  And that's something that can be searched and

25  looked for by anybody.  That's the purpose of it; correct?

```
 1   A.    Yes.

 2   Q.    It's a public record, so to speak; correct?

 3   A.    It is.

 4   Q.    Okay.  And so what's going on here in the day before is

 5   this conversation by e-mail between you and the attorneys for

 6   my client in which this whole situation is -- about getting the

 7   money back is discussed and the language used here by the

 8   attorneys is -- right there is what?

 9   A.    Unqualified accounts.

10   Q.    Okay.  And that's what Section 2.6, in fact, deals with,

11   is that very thing that came from the lawyer; correct?

12   A.    It uses the same language.

13   Q.    Okay.  And there was -- appears there was some negotiation

14   or difference between what had been in previous agreements; and

15   a compromise had been worked out, and the lawyer was ready to

16   put that into the agreement; correct?

17   A.    Yeah.  As I said earlier, we were trying to -- to get the

18   agreements to be the same from one deal to the next.

19   Q.    Okay.

20   A.    So regardless of the kickback percentage, we wanted to get

21   the agreement to be the same.

22   Q.    Okay.  And the lawyer clearly, by this e-mail, one lawyer,

23   Darrell Taylor, and lawyer Ms. Gersh, were fully aware that you

24   were going to be getting money back as a result of this

25   contract; correct?
```

1   **A.**   No.

2   **Q.**   Well, it says that the 10 percent of totally funding in

3   the sum of 499,000 to repurchase the unqualified accounts;

4   correct?  That's what it says?

5   **A.**   Yeah, but they weren't aware that I was going to get the

6   money back for it.  What they were aware of is that that max

7   cap was being put into the contract.  And based on the

8   contract, to the extent I went through the process and located

9   unqualified accounts and went through all the steps necessary

10  in the contract to get them repaid by IPI, that then I would be

11  entitled to repayment.  They weren't -- they weren't aware of

12  the manner or the nature of what we were doing.

13  **Q.**   Well, it says here -- it doesn't say any of that here.  It

14  says:  Is willing to -- and I'll just go over the words that it

15  says here.

16      It says [reading]:  IPI is willing to repurchase

17  unqualified accounts up to 10 percent of the total funding in

18  the sum of 499,900.

19      That's what it says; correct?

20  **A.**   Yeah.  The entire thing is the -- the subject is one

21  change in the PSA, the purchase and sale agreement.

22  **Q.**   Right.

23  **A.**   So you have to look at what they're talking about in the

24  purchase and sale agreement, and they're talking about that

25  Paragraph 2.6 --

1    **Q.**    Right.

2    **A.**    -- which relates to unqualified accounts.  And there are a

3    whole bunch of steps and criteria that are supposed to happen

4    before there's a repurchase for unqualified accounts.  So

5    that's what they're referring to.

6    **Q.**    Okay.  But it doesn't mention that in there.  It just says

7    what it says; correct?

8    **A.**    I think it does when they say "one change in PSA."  I

9    think it's clear that's what they're referring to.

10   **Q.**    And the words used here are clearly "unqualified

11   accounts"; correct?

12   **A.**    Correct.

13   **Q.**    Okay.  Now, if we -- in looking at this concept of the

14   unqualified accounts and the amount of money that you got back,

15   I showed you a -- do you remember when you talked to the FBI in

16   the very first day, okay, did you -- and I just want to ask you

17   two questions about that.  And if you don't remember, you don't

18   remember.

19   **A.**    One -- one preliminary question, are we talking about the

20   initial proffer?

21   **Q.**    Yes.  Yes.  I'm sorry.

22   **A.**    Okay.

23   **Q.**    That's fair.

24        At that initial proffer in which was an entire day with

25   the FBI, with Marty Clarke, with all the people involved, did

1    you ever say to them ever in that entire day anything about a

2    kickback?

3    **A.**    I don't recall.

4    **Q.**    Did you ever say anything in that first day to them,

5    anything about inflating the price for a kickback?

6    **A.**    I don't know.

7    **Q.**    Okay.  I'm going to show you another page of the document

8    that I earlier -- it's a different section.

9            **MR. McMAHON:**  If I may approach, Your Honor, to see if

10   he refreshes his recollection?

11           **THE COURT:**  Exhibit number?

12           **MR. McMAHON:**  The -- I would have to mark it,

13   Your Honor.  I'll make it --

14           **THE COURT:**  Well, you don't actually technically have

15   to.  You're just showing him a document to refresh his

16   recollection, so it need not be marked.

17   **BY MR. McMAHON:**

18   **Q.**    I'm going to show you -- and it's the square in blue,

19   Page 9 of 26, if you could just look at that and read it.

20   **A.**    (Reviews document.)

21           Okay.  I see it.

22   **Q.**    Okay.  Now, reading that, does that refresh your

23   recollection as to your discussions with the FBI about the

24   money that you were receiving back?

25   **A.**    No.

1              MR. McMAHON:  May I just go back to --

2              THE COURT:  Yes.

3              THE WITNESS:  (Handing.)

4    BY MR. McMAHON:

5    Q.   In discussing with the FBI about this concept of inflating

6    the price, since that was the mechanism that enabled you to get

7    the money back; correct?

8    A.   Yes.

9    Q.   And you spent an entire day with the FBI the first day.

10   Did you ever tell them ever anything about that inflated

11   purchase price?

12             MR. CLARKE:  Objection; asked and answered twice.

13             THE COURT:  Overruled.

14             THE WITNESS:  I don't remember.

15   BY MR. McMAHON:

16   Q.   You don't remember?

17             MR. CLARKE:  Objection.

18             THE COURT:  Sustained.

19   BY MR. McMAHON:

20   Q.   That's a pretty integral part of this one aspect of the

21   supposed fraud, this inflated purchase price and kickbacks.

22             MR. CLARKE:  Objection.

23   BY MR. McMAHON:

24   Q.   And you're telling this jury --

25             THE COURT:  No.  Wait.  Wait a minute.  There's an

KUBER - CROSS

```
 1   objection pending.  Approach the bench.
 2        (Bench conference on the record:
 3             THE COURT:  What's the objection?
 4             MR. CLARKE:  To the form of the question, being
 5   argumentative, Your Honor, and compound.
 6             THE COURT:  It is argumentative.  Sustained.
 7             But I'm not going to stop you --
 8             MR. McMAHON:  Got you.
 9             THE COURT:  -- from going down the road.  Just don't
10   argue with him and don't repeat your questions.  I mean, you
11   know, there's a certain element of cross-examination here we're
12   going to permit, but over and over, no.  Let's go.)
13        (Bench conference concluded.)
14             THE COURT:  Next question.
15   BY MR. McMAHON:
16   Q.   Sir, would you agree with me that, in fact, that what
17   you've testified to at great length over a few days here last
18   week about the inflated purchase prices, would you agree with
19   me that that was an integral part of the scheme to get the
20   money back to you?
21   A.   Yes.
22   Q.   And if you were being candid and forthright to the FBI,
23   since it was an integral part of it, you would have told them;
24   correct?
25             MR. CLARKE:  Objection.
```

1           THE COURT:  That's sustained.

2           Rephrase.

3  BY MR. McMAHON:

4  Q.   You would not, sir, have attempted to manipulate the facts

5  in any way and not tell them about the inflated price; you

6  would have told them that if they were talking about that

7  issue.  You wouldn't have hid it from them, would you?

8  A.   No, I would not have hid it from them if we were

9  discussing that issue.

10 Q.   Okay.  Now, moving forward.  Okay.

11         Now, after these first -- what would be the first five

12 deals that were -- you did four with individual investors and

13 one with Platinum in August.  And then the next one we have is

14 this much bigger one.  Probably the biggest one to date as of

15 that date would be the 12/21 25 million deal; correct?

16 A.   Yes.

17 Q.   Okay.  And in this particular situation, there was --

18         MR. McMAHON:  If we could look at Exhibit 540, please.

19 BY MR. McMAHON:

20 Q.   Okay.  Now, if you look at the date here of this -- again,

21 we'll go back to -- 540.  This is a -- from you to

22 Debbie Gersh, who we all know who that is now.  And this is

23 about that -- it's in the days prior to that December the

24 17th -- 21st big purchase; correct?

25 A.   It is.

1    Q.    Okay.  And this is a communication you had with

2    Mr. Shusterman being cc'd; correct?

3    A.    Yes.

4    Q.    And in this it says [reading]:  Debbie, now that we are

5    proceeding in a much more substantial manner --

6          Which is a lot more money, in essence; correct?

7    A.    Yes.

8    Q.    [Reading]: -- and have investor groups that are more

9    demanding --

10         And that would be reflective of the fact that now, as you

11   said, you now have sophisticated investors as opposed to the

12   individuals that you were maybe dealing with in the prior

13   cases; correct?

14   A.    Yes.

15   Q.    Okay.  [Reading]: -- it is time to further refine the

16   agreement to more accurately reflect the contours of the

17   transaction and to provide a template --

18         And a template, you mean, as you say there, to use for all

19   future transactions; correct?

20   A.    Yes.

21   Q.    All right.  And you make certain suggestions in here or

22   comments; correct?

23   A.    Yes.

24   Q.    Okay.  And you indicate to my client's lawyers that this

25   is going to be a single deal for 25 million.  Originally there

1   was talk of two, but it was now going to be just one; correct?

2   A.   Yes.

3   Q.   You ask the name, why is the closing date, 2.4, change the

4   purchase price and face value of accounts, delete the last two

5   sentences.

6       And now 2.6, and this is one we've talked a lot about

7   here.  And this one is what came from you.  And this says that

8   [reading]:  The time limitations, maximum amounts, et cetera,

9   should mirror the master agreement with HMA.

10      Okay.  Now before we get -- that was -- you were

11  indicating to the attorneys that the 2.6 in the agreement on

12  this large deal should be similar wording as to the master

13  agreement with HMA that sold the portfolios to IPI; right?

14  A.   Well, this was, as it says, as Richard has advised, we

15  were talking about this; and our goal was to try and make these

16  transactions look as bona fide as possible.  And since we were

17  purchasing the HMA paper and since we are paying a higher price

18  here, Richard was paying a higher price, I guess, that it

19  should master -- it should mirror that agreement.  Our whole

20  goal was to ensure that when people looked into these things,

21  they wouldn't realize what it was that we were up to.

22  Q.   Well, this was early -- this was the -- only the second

23  agreement with Platinum.  This was December of '07; correct?

24  A.   Yeah, it was the second agreement.

25  Q.   Okay.  It was the second agreement.  And this was in

1    December.  And what it says -- let's just go over what it says.

2    Okay?

3    A.   Of course.

4    Q.   This is dealing with Section 2.6, which is, as we've seen

5    probably ad nauseam in this case, 2.6 documents, what it refers

6    to.  And this is you -- this is from you to the attorney;

7    correct?

8    A.   Yes.

9    Q.   Okay.  And from you to the attorney, you're telling the

10   attorney that -- different things in here, and one of them

11   being Section 6 regarding 2.6, that you want the time

12   limitations -- [reading]:  The maximum amounts, et cetera,

13   should mirror the master agreement with HMA, as Richard has

14   advised -- as Richard has advised that we are paying a higher

15   price for unqualified account remedies.

16        That's what it says; correct?

17   A.   Yes.

18   Q.   And unqualified account remedies are what we've talked

19   about that are in 2.6; correct?

20   A.   Yes.

21   Q.   And as this says, Richard has advised that we -- meaning

22   you, Doug Kuber and ARS, are paying a higher price for these

23   unqualified account remedies; correct?  That's what it says?

24   A.   I'm -- that's what it says.  I'm not certain what the "we"

25   is referring to, and I'm not certain as to what I meant for

1    unqualified account remedies as opposed to just saying

2    unqualified accounts.  I really can't recall exactly what I was

3    thinking at that time.

4    **Q.**    Yeah.  Well --

5    **A.**    It's a little ambiguous.

6    **Q.**    Forget about what you were thinking.  Let's look about

7    what you wrote.  And what you wrote is that we -- who's paying

8    the price in this case?  You are, ARS; right?

9    **A.**    I didn't know if he was talking about the remedies in the

10   agreement with HMA being higher and, therefore, that we should

11   be paying a higher price.

12   **Q.**    Let me ask you the question.

13   **A.**    I don't understand it.  I can certainly see what it says,

14   and so can everyone else.

15   **Q.**    Who is paying the price?

16   **A.**    Again, I just tried explaining that to you.

17   **Q.**    I'm just asking you a question:  Who pays the price?

18            **MR. CLARKE:**  Objection, Your Honor.

19            **THE COURT:**  Sustained.

20            Who is paying the price?

21            **THE WITNESS:**  Again, as I said, I don't know if this

22   is referring to the fact that Mr. Shusterman may have been

23   paying a higher price for the remedies in his master agreement

24   with HMA and that's why we wanted to mirror those here or

25   whether it was something talking about the buyer here paying a

1    higher price.

2           THE COURT:  Next question.

3           MR. McMAHON:  That's fine.

4    BY MR. McMAHON:

5    Q.  And but this was the words that you used saying to the

6    lawyer; correct?

7    A.  Yes.

8           MR. McMAHON:  Can we look at 17, please.

9    BY MR. McMAHON:

10   Q.  [Reading]:  It should provide for delivery of the

11   completed survey of the provider --

12          And who was the provider?

13   A.  That would be HMA.

14   Q.  Okay.  And so that -- what is the completed survey of HMA?

15   A.  It was something that IPI would have received from HMA.

16   Q.  [Reading]: -- and a liquidation analysis, as I need those

17   to complete due diligence.

18          What do you mean by that?

19   A.  This was all a result, as I said earlier, of discussions

20   that Mr. Shusterman and I had and what I was passing on as the

21   result of our discussions, that we -- we wanted to --

22   Q.  I know that's what you want to say, sir.  I know you want

23   to keep saying that.

24          MR. CLARKE:  Objection.

25          THE COURT:  Counsel, approach right now.

1    (Bench conference on the record:

2         **THE COURT:**  Keep arguing with the witness, I'm going

3    to start busting you right in front of the jury.  Do you

4    understand me?

5         **MR. McMAHON:**  Yes, I do, Your Honor.

6         **THE COURT:**  Step back.)

7    (Bench conference concluded.)

8         **THE COURT:**  Next question.

9    **BY MR. McMAHON:**

10   **Q.**  Now, sir, if you read -- these are -- again, they're not

11   Richard's words.  They're your words; correct?

12   **A.**  Well, if you read on, it says [reading]:  This is

13   something I have already discussed with Richard.

14   **Q.**  Okay.  Now, I'll ask you the question again.  And these,

15   the typing, who put it onto the e-mail is you; right?

16   **A.**  Yes.

17   **Q.**  Okay.  And then it says [reading]:  I need those to

18   complete due diligence, all right, and -- in the case of the

19   former and to provide my own liquidation numbers to my

20   investor.

21        What was your own liquidation numbers?  What is that

22   referencing to?

23   **A.**  I don't know precisely.

24   **Q.**  Well, what it suggests to you was that, in fact, you were

25   going to imply to your investor that the liquidation numbers

 1  came from your analysis and not from someone else's.  That was

 2  part of your misrepresentations that you've talked about in the

 3  past; correct?

 4  **A.**   Well, that's true that we -- that we did that.

 5  **Q.**   And --

 6  **A.**   But I don't know what this is referring to.

 7  **Q.**   Well, you didn't do any of your own liquidation numbers,

 8  did you?

 9  **A.**   I did not.

10  **Q.**   Okay.  And you said [reading]:  And to provide my own

11  liquidation numbers to my investor.

12       That was never done; right?

13  **A.**   Correct.

14  **Q.**   Okay.  [Reading]:  In the case of the latter, this is

15  something I have already discussed with Richard and is being --

16  already has been provided in connection with this transaction.

17  I am including it so we have it in for future transactions.

18       Correct?

19  **A.**   Yes.

20       **MR. McMAHON:**  Now, can we go to -- let me look here.

21  The next one.

22  **BY MR. McMAHON:**

23  **Q.**   Okay.  This is 541.  And this is another e-mail dealing

24  with this particular situation, again, prior to that deal of --

25  see, it's December 14th.  And then it's [reading]:  IPI

1    accepted all changes you have requested --

2         Okay.  This is the lawyer to you.

3         [Reading]: -- except 2.6 again.

4         Correct?

5         And this, again, says [reading]:  10 percent of

6    unqualified accounts, and so we have kept it as is; however, we

7    extended the time for determination of such unqualified

8    accounts to approximately the same time IPI has under the HMA

9    agreement (about one month before IPI's cutoff date for such

10   determinations so IPI has time to handle this matter).

11        So, again, the reference in this letter from the lawyer

12   is -- twice it deals with 2.6 and deals with unqualified

13   accounts as far as the language that was used; correct?

14   **A.**   Yes.

15           **MR. McMAHON:**  Okay.  Now, if we could go to 2 -- 545.

16           **MR. CLARKE:**  I'm sorry.  I didn't catch that.

17           **MR. McMAHON:**  545.  I'm sorry.

18           **MR. CLARKE:**  Thank you.  Thank you.

19   **BY MR. McMAHON:**

20   **Q.**   545 is, again, an e-mail --

21           **MR. McMAHON:**  If we can pull it up there.

22   **BY MR. McMAHON:**

23   **Q.**   And this is what Mr. Kuber is writing to -- look at the

24   bottom.  I think it goes up.

25           Also, Richard has asked for me the following.  Okay.  This

1   is from Jonathan to you.  There is an issue about, if you

2   multiply the 3.15, it comes out to more than the --

3            THE COURT:  I can't find -- where are you?

4            MR. McMAHON:  I'm sorry, Your Honor, I'm down here

5   (indicating).  I'm sorry.

6            THE COURT:  Thank you.

7   BY MR. McMAHON:

8   Q.   Okay.  We're down here (indicating).  These e-mails go

9   from bottom up most of the time, so it's -- this is an e-mail

10  from Jonathan to you in which there was some issue regarding

11  the buy rate and the amount that was being funded with the

12  number of accounts; correct?

13  A.   Yeah.  We had $25 million.  And if you multiplied the buy

14  rate by the number of accounts, it came out to 74,000 and

15  change above that.

16  Q.   Right.  And so there was discussions as to how to figure

17  out what to do with that situation.  You can either -- he,

18  meaning Richard, can either apply that 74 grand and deduct it

19  from the refund finder's fee -- and that's what it says here,

20  refund finder's fee.  And this says that's between you and

21  Mr. Rosenberg; correct?  This is just a personal e-mail between

22  the two of you; correct?

23  A.   Yes.

24  Q.   Okay.  And that can be deducted from the refund finder's

25  fee of 5 percent or, or Richard can randomly pull the accounts

1  out of the file and reduce the size of the file or a third way

2  is to apply the difference to the new money being sent in from

3  the first "trunch" of Platinum which was sold to upgrade to

4  HMA; correct?

5  **A.**  Yes.

6  **Q.**  Now, in this situation up to now with this particular

7  deal, you have told us on this deal that this was -- the price

8  was an inflated price, correct, on this first deal -- the

9  second deal with Platinum; correct?

10  **A.**  Yes.

11  **Q.**  Okay.  Now, again, without being -- there is no -- for

12  this deal there is no e-mails or documentation or anything

13  suggesting any kind of playing with the rate or anything of the

14  sort to get you a kickback, is there, or you haven't seen any?

15  **A.**  Well, we do receive a kickback on this deal, as we have in

16  the past.  And we've seen a lot of e-mails that talk about

17  changing the rate to reflect the inflated amount.  And I don't

18  know if this is one of the deals that we saw one of those

19  e-mails regarding.

20  **Q.**  Okay.  Now --

21       **MR. McMAHON:**  Judge, 1 o'clock or --

22       **THE COURT:**  That's the plan.

23       **MR. McMAHON:**  I think it's at a point we might be --

24       **THE COURT:**  Okay.  We'll stop here.

25       Ladies and gentlemen, we'll take the lunch break now.

1        During the lunch break, please do not discuss the case

2   with anyone.  Do not discuss it among yourselves.  Do not allow

3   yourselves to be exposed to any news articles or reports that

4   touch upon the case or the issues it presents or any of the

5   articles or reports that relate to any of the participants in

6   the case.

7        Avoid all contact with any of the participants in the

8   trial.  Do not make any independent investigation on the law or

9   the facts of this case.

10       Do not look up anything related to the case on the

11  Internet.  Do not consult an encyclopedia or a dictionary.

12       We'll go out for 1 hour and 15 minutes and resume at

13  10 minutes past 2 o'clock, five minutes earlier than normal,

14  but we're stopping five minutes earlier than normal.

15       Take the jury out.

16   (Jury left the courtroom at 12:57 p.m.)

17       **THE COURT:**  2:10.

18   (Luncheon recess taken.)

19       **MR. CLARKE:**  Your Honor, I mentioned to counsel that

20  it has to be clear on the record, if it's not already, that all

21  the exhibits he's referred to except for the six that are not

22  in evidence are all Government exhibits.  Sometimes he just

23  mentions a number without saying "Government."  So I don't know

24  if I need to clarify that for the record or not.

25       **MR. McMAHON:**  I thought I had said Government exhibit.

1          MR. CLARKE:  It says it on the screen.  I will

2    continue to --

3          THE COURT:  Well, first of all, let's look at the fact

4    that there aren't defense exhibits at this point --

5          MR. McMAHON:  Exactly.

6          THE COURT:  -- with numbers anywhere close to these;

7    right?

8          MR. CLARKE:  Fair enough.

9          THE COURT:  So I think it has been clear.  But,

10    nonetheless, it's a good habit.  And every time an exhibit is

11    referred to, it should be noted Government's or Defense.

12          Okay.  So are we ready for the jury?

13          MR. McMAHON:  Yes, Your Honor.

14          THE COURT:  Let's bring them in.

15      (Jury entered the courtroom at 2:19 p.m.)

16          THE COURT:  Be seated, please.

17          Good afternoon, ladies and gentlemen.  We're ready to

18    continue with Mr. McMahon's cross-examination of Mr. Kuber, who

19    remains under oath and is on the witness stand.

20          Mr. McMahon.

21          MR. McMAHON:  Thank you, Your Honor.

22    BY MR. McMAHON:

23    Q.    Now, Mr. Kuber, good afternoon.

24    A.    Good afternoon.

25    Q.    Just to backtrack a second on this -- on two of the -- in

1   looking at Exhibit -- Government Exhibit 1255 for a second,

2   you'll notice in referring to that that two of the IPI -- the

3   first IPI ARSH and the IPI Titanium Holdings, they were the

4   only two that are -- on this document, at least, that were

5   resold or repurchased; correct?

6   **A.**   Yes.

7   **Q.**   Okay.  And if you look at that document, Number 1 is ARSH.

8   And it was resold for a -- between a period of time from

9   December 7th to April 3rd, and the profit was just short of a

10  million dollars, 924; correct?

11  **A.**   Yes.

12  **Q.**   And the other one that was sold or repurchased was, in

13  fact, the Portfolio One, which was the big $29 million deal;

14  correct?  Or 25 -- no.  I apologize.  I'm incorrect.

15      The $25 million deal, which is Number 4, Titanium;

16  correct?

17  **A.**   Number 3.

18  **Q.**   3; correct?

19  **A.**   Yes.

20  **Q.**   All right.  Now, there is sale prices marked on there, and

21  then there's profit.  And that comes to about, you know,

22  $8.4 million in profit; correct?

23  **A.**   It says on here 7.5.

24  **Q.**   But then that 7.5, I was adding up the profit from the

25  previous sale of ARSH.

135

1  **A.**   Oh, okay.

2  **Q.**   Okay.  So approximate 8.4 million.

3      And you had made, as we've talked about at length earlier

4  this morning, X amount of millions on the other monies that

5  were paid back.  You know, out of these -- up until -- into

6  '08, you had made somewhere in the vicinity of $10 million;

7  correct?

8  **A.**   No.

9  **Q.**   No?  Why?

10  **A.**   Because these numbers here are talking about just the sale

11  price, they're not including any additional interest that was

12  owed at that point in time.

13  **Q.**   Okay.  Well, did you make a profit on that?

14  **A.**   The portfolios made a profit.  I don't know how much of it

15  flowed to myself or Mr. Rosenberg.

16  **Q.**   Did any of it?

17  **A.**   I don't know.

18  **Q.**   Okay.  Do you -- did you tell -- in talking about this

19  profit and from the sales of the first Platinum portfolios, did

20  you -- in discussing it back on that first proffer with the

21  FBI, did you tell them that you had made a certain amount of

22  money from those deals?

23  **A.**   I don't know.

24  **Q.**   Did you tell them -- this money that you made, any profit

25  that you may have made, did you tell Platinum about the fact

1    that you had made that profit?

2    **A.**   I may have told them that we made profit.  I don't know if

3    I shared with them exactly how much or not.

4    **Q.**   So they would have been aware of that profit.  You didn't

5    withhold that information from them; right?

6    **A.**   No, I did not.

7    **Q.**   And when you talked to the FBI, you didn't -- you told

8    them that same thing; correct?

9    **A.**   If that topic came up and how it was discussed, I answered

10   them honestly.

11          **MR. McMAHON:**  Okay.  Now, if we could go for a second

12   to 518.

13   **BY MR. McMAHON:**

14   **Q.**   And this is accompanied by an e-mail.  This was the

15   chart -- do you have the e-mail there, 518?

16          This is Government Exhibit 518.  And this is attachment to

17   an e-mail.  Okay.  And you see this is from Mr. Shusterman to

18   you with attachments to Mr. Rosenberg regarding transactions,

19   and this was as per your e-mail -- this was Mr. Shusterman

20   replying to your e-mail [reading]:  Contents attached for

21   confidential nature and must not be given out with the IPI name

22   on it.  Please confirm after you received the attached and

23   agree to remove any reference to IPI.

24          And let's just show what is attached to that.

25          And that is a historical IPI transaction accounting, 2'05

1  to current, of closed-out portfolios; is that correct?  At

2  least that's what was sent to you?

3  **A.**   Yes.  That's what it says.

4  **Q.**   Whether it was accurate or not, you don't know.  This is

5  what was sent to you; correct?

6  **A.**   Yes.

7  **Q.**   And this was sent to you for what purpose?  What were you

8  requesting it for?

9  **A.**   I don't know.  I'd need to look at my e-mail.

10 **Q.**   Huh?

11 **A.**   I don't know.  I would need to look at my e-mail to him.

12 **Q.**   Okay.  But when you requested this from him, he sent it to

13 you; correct?

14 **A.**   Yes, he sent it to me.

15 **Q.**   And this has certain historical data on it regarding IPI

16 transactions --

17         **MR. McMAHON:**  Is there more to this page, or is that

18 just it?

19 **BY MR. McMAHON:**

20 **Q.**   Anyway, be that as it may, this document was sent to you

21 at your request and it is -- it purports to be historical

22 transactions.  And it tells the profit, APR, all the various

23 things of prior IPI transactions; correct?

24 **A.**   Yes.

25 **Q.**   Okay.  And it shows the only one that is on there that

1   started in the year 2007 was the one of April 1st, 2007, which

2   was a $320,000 portfolio transaction; correct?

3   **A.**   I don't know where you're reading from.  I don't see it.

4   **Q.**   The bottom here, 401 --

5   **A.**   4/1/07, he chose a $320,000 portfolio, yes.

6   **Q.**   Correct.  And the last one before that is 3/1 of '06;

7   correct?

8   **A.**   Correct.

9   **Q.**   Okay.  So you didn't know him, to your recollection, is

10  your testimony on 3/1/06 when that transaction may have taken

11  place; correct?

12  **A.**   I don't know.

13  **Q.**   Okay.  Well, the only one after that is this one of April

14  the 1st, 2007, that reflects on this chart.  And from what

15  you're telling us of these flips or whatever, were you part of

16  that transaction of April the 1st, 2007?

17  **A.**   I don't know for sure.

18  **Q.**   Okay.  But as you can see there in the year 2007, up until

19  June when you became involved with a first Sanctuary Wealth

20  purchase, that's the only transaction that he lists as

21  occurring in IPI transaction accounting; correct?

22  **A.**    No.  If you look up above two lines, there's a 4/25/07, a

23  4/20/07, another 4/1/07.  And up at the top there's another

24  4/1/07.

25  **Q.**   Okay.  So the last one is 4/1/07; correct?

1    A.   Yes; but there are numerous others within the April '07

2    time range.

3    Q.   Were you involved in those portfolios?

4    A.   I don't know.

5    Q.   Okay.  And -- but this was something that you had

6    requested; and he, in fact, sent it to you; correct?

7    A.   So it appears.

8    Q.   And do you know what, if anything, you did or -- with a

9    document such as this?

10   A.   I have no clue.

11         MR. McMAHON:  Okay.  Now, if we could look at 533.

12   BY MR. McMAHON:

13   Q.   533 is from yourself.  This is Government's Exhibit 533

14   from Kuber to Mr. Rosenberg.  And this is the one in which you

15   have indicated where -- down here it says [reading]:  Instead,

16   I will provide the analysis to prepare my own document, and I

17   will provide the investment group.  It will be provided under

18   our NDA with them.

19         And this is the -- this is the particular portion where

20   you indicated that there would be some misrepresentation to

21   them as to your being the one preparing the documents; is that

22   correct?

23   A.   Yes.

24   Q.   Okay.  And so that was because it was important for them

25   to believe that since that was your original statement to them,

1   that you were the one doing that type of analysis, you wanted

2   them to continue to believe that; so you were going to

3   misrepresent to them after -- that it was, in fact, yours;

4   correct?

5   A.   Well, that was part of the entire arrangement and scheme

6   that we all had, is that ARS would be out front and IPI would

7   be in the back.

8   Q.   Okay.  And so the answer to the question is that was

9   something -- this is from you to Mr. Rosenberg indicating what

10  we just went over; correct?

11  A.   Yes.

12  Q.   Okay.  And if we could see -- and that's just between the

13  two of you; correct?  That's not cc'd with Mr. Shusterman or

14  anything of the sort; correct?

15  A.   Correct.

16          MR. McMAHON:   Okay.  Can we look at 539, please.

17  BY MR. McMAHON:

18  Q.   And this is a document that's written December 3rd, 2007.

19  And this was the -- you received this HMA.  Do you recall

20  receiving this, Government's Exhibit 539?

21  A.   I do.

22  Q.   And this was in connection with the transaction that was

23  occurring or about to occur in December the 21st, the big

24  $25 million deal; correct?

25  A.   I'd need to look more to see if it was that one or the

1  smaller one.

2  **Q.**  Well --

3  **A.**  There were two -- there were two transactions that

4  occurred on December 20th --

5  **Q.**  Well, if you look at the chart --

6  **A.**  -- and they were both HMA paper.

7  **Q.**  Look at the chart in front of you, the chart, and see if

8  that assists you, transaction 6.

9          **THE COURT:**  Are we looking at 1255?

10          **MR. McMAHON:**  Yes.  Yes, Your Honor -- 1267.  I

11  apologize.

12          **THE COURT:**  Government's 1267, Line 6, is what you're

13  directing the witness to?

14          **MR. McMAHON:**  Yes, Your Honor.

15  **BY MR. McMAHON:**

16  **Q.**  And I see one transaction there of 25 million?

17  **A.**  Oh, if you look at 1255, there are two transactions.

18          **THE COURT:**  Lines, please?

19          **THE WITNESS:**  Line 2 and Line 3.  It shows the

20  25 million and then 1,237,563 transaction.

21  **BY MR. McMAHON:**

22  **Q.**  Okay.  And so -- which either of those, it was prior to

23  those two transactions that this letter was sent to you;

24  correct?

25  **A.**  Yes.

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

```
 1   Q.   Okay.  And this was -- again, we went over with

 2   Mr. Landrum.  Mr. Landrum provided you --

 3        MR. McMAHON:  If we could take that -- the pullup out

 4   of there for a second.

 5   BY MR. McMAHON:

 6   Q.   Okay.  The letter indicates that Mr. -- [reading]:  Per

 7   your request, I've examined the sample HMA file which is

 8   reflected there and provide you with regard to the data and the

 9   potential collectability.  And he outlined his various things

10   in the part that pops up here.

11        MR. McMAHON:  If you pull that up.

12   BY MR. McMAHON:

13   Q.   This was his analysis of it.  And this was the analysis

14   that he signed off on on a letter from Mr. Shusterman; correct?

15   A.   Yes.  He provided this to Mr. Shusterman, and

16   Mr. Shusterman forwarded it to me.

17   Q.   Okay.  And what was the reason that you wanted it?

18   A.   We were probably about to buy some account.  I don't know

19   which portfolio this relates to.  And that was just part of our

20   normal funding requirements, is that we receive this.

21   Q.   Funding requirements from who?

22   A.   Well, I think it could have been in the escrow agreement

23   as well that we have one.  I -- I don't recall right now.  But

24   typically this was just part of the package that we received at

25   this time.
```

Q.   Okay.  And, again, this is from a company not IPI or not a

company of Mr. Shusterman's, it's a company by

Accounts Receivables Technologies; correct?

A.   Yes.  I don't know if they had any relationship with

Mr. Shusterman or not.

Q.   And --

          MR. McMAHON:  We can take that down.

BY MR. McMAHON:

Q.   Now, in the first deal with Platinum, the 8/6 deal --

let's just go back to that for one second.  There's just one

issue.  You had indicated to Platinum in that first deal, the

August of '07 deal, the first $5 million deal, you had

indicated to them, had you not, that, in fact, you were the

supplier of the portfolios?

A.   Yes.

Q.   Okay.  And that was not true; correct?

A.   Correct.

Q.   You also told them that you were the manager or managing

them, and that was not true; correct?

A.   Correct.

Q.   Okay.  And -- well, at any time, to your knowledge, did

Platinum -- since you indicated you were the manager and you

were the supplier of them, and we now know that the purchase

and sale agreements went to Platinum's escrow agent which

identified the provider as either JM -- Jackson or HMA, did

1    Platinum ever question you on that concept?

2    **A.**    Platinum never knew.  That information was never shared

3    with Platinum.

4    **Q.**    Well, the information went to their escrow agent; correct?

5    **A.**    It went to the escrow agent, who had specific things he

6    was allowed to pass along and specific information that he

7    wasn't allowed to pass along.

8    **Q.**    And he was not allowed to pass on the purchaser of IPI?

9    **A.**    The seller being IPI; correct.

10   **Q.**    But they had -- not where they originated from?

11   **A.**    They needed to originate from -- I think at this point in

12   time -- excuse me.

13        I think at this point in time they needed to originate

14   from a list, from a hospital that was on a list attached to the

15   escrow agreement.

16   **Q.**    And that --

17   **A.**    And basically the escrow agent would make sure that it --

18   that the hospital listed in the purchase agreement was one of

19   those hospitals on the list, and that was all he needed to do.

20        **MR. McMAHON:**  Okay.  And if we could look at

21   Government's Exhibit 47.

22   **BY MR. McMAHON:**

23   **Q.**    Okay.  Now, in these agreements, as we all now know, this

24   has a 2.6 provision in it, and it has the 5.8 provision in it

25   that we've all gone over.

1        Now, that portion of the contract goes to the escrow

2   agent; that is, maybe the name of the seller isn't there, but

3   the terms of it are sent to the escrow agent; correct?

4   **A.**   The entire agreement goes to the escrow agent.

5   **Q.**   Okay.  So the escrow agent -- forget the names on it.

6   He's aware from the agreement that, in fact, there is this

7   unqualified provision, at least, that's written into the

8   contract; correct?

9   **A.**   I don't know.  The escrow agent was not required to review

10  the entire agreement.  The escrow agent was required to look at

11  the agreement and check off that certain things were there.  He

12  wasn't required to read the entire agreement, and I don't know

13  whether he did or not.

14  **Q.**   Okay.  But you would agree that inside that entire

15  agreement, in the four corners of that agreement is, in fact,

16  that 2.6 unqualified provision that would call for repurchasing

17  unqualifieds; correct?

18  **A.**   Yeah.  There was a 2.6 in every agreement we've looked at.

19  **Q.**   Right.  Okay.  Now, let's look at Exhibit 55.

20       Now, this is the Government Exhibit 55, which is the wire

21  that would be reflective of the 1.25 million that came along

22  with the December 21st Titanium purchase; correct?

23  **A.**   Correct.

24  **Q.**   Okay.  And, again, this particular document has on it what

25  as far as -- it has the 100 -- 125 on there for -- that was

1    sent to you; correct?

2    A.    Yes, it does.

3    Q.    Does it have any notation as to what it was for?

4    A.    This is the bank statement.  The other ones we looked at

5    were wires, but I don't think this does have any reference on

6    it.

7              MR. McMAHON:  Okay.  Can we go to Exhibit 39,

8    Government Exhibit 39.  39.

9    BY MR. McMAHON:

10   Q.    Okay.  And this is the wire for the $5 million account;

11   correct?  The $5 million wire back; correct?

12   A.    $500,000 wire.

13   Q.    $500,000 wire, which was reflective of the Deal No. 3,

14   which was the deal of August the 7th, the first Platinum deal;

15   correct?

16   A.    Deal No. 3 on 1267, yes.

17   Q.    Okay.  And that was the first Platinum deal; correct?

18   A.    Yes.

19   Q.    Okay.  And so we see here, this was from Mr. Shusterman to

20   you; correct?

21   A.    Correct.

22   Q.    Okay.  And Mr. Shusterman writes on it "Refund for

23   Nonqualified Accounts"; correct?

24   A.    He does.

25   Q.    Okay.  And so up until this point in time on the -- this

 1    is December -- this is August of '07.  And we saw that at this

 2    point in time, there has been no advisory fees or any of those

 3    other things that come much later.  The only reference on any

 4    of the wires up until this point in time is this one that says

 5    "Refund for Nonqualified Accounts"; correct?

 6    A.    I believe so.

 7    Q.    Okay.  And that came from Mr. Shusterman; correct?

 8    A.    Yes.

 9    Q.    And now -- now, let's talk a little bit about these

10    collection reports.  And these collection reports that when you

11    did these portfolios and you would be getting collection

12    reports in from various sources; correct?

13    A.    Yes.

14    Q.    And you would get collection reports from various

15    collection agencies; correct?

16    A.    Yes.

17    Q.    And any direct pays, if they came in, would be sent to

18    you; correct?

19    A.    Yes.

20    Q.    Okay.  And that would be tracked in some method so that

21    you could see who's paying and who's not paying; correct?

22    A.    On the direct pays, I never received full details from

23    Mr. Shusterman.

24    Q.    Okay.  But as far as the collection agencies you did; is

25    that correct?

1   **A.**    I did.

2   **Q.**    And on those collection agency ones, you would forward

3   them to the escrow agent; is that fair to say?

4   **A.**    Yes.

5   **Q.**    Okay.  And why did you forward them to the escrow agent?

6   **A.**    That was part of my requirements under the escrow

7   agreement.

8   **Q.**    Okay.  And so you were doing that to fulfill that

9   particular condition for these deals; correct?

10  **A.**    Yes.

11  **Q.**    And we know that at some point in time that in these

12  escrow or these collection agreements or summaries, that at

13  some point in time, when these loans or direct pays or

14  advances, however we call them, started to come into play, they

15  were manufactured by you in a way to be sent to the escrow

16  agent; correct?

17  **A.**    I don't know what you're saying.

18  **Q.**    All right.  In other words -- that's fine.

19      When you were sending ones in with $4 million a direct pay

20  or $6 million in direct pay, they were not true; they were not

21  accurate; correct?

22  **A.**    Correct.  They were not accurately reflecting collection

23  activity.

24  **Q.**    Okay.  And so what you did is you had been -- I guess were

25  these going on a monthly basis?

1   **A.**   The fictitious direct pays?

2   **Q.**   No, no, no, no.  I apologize.  The collection reports,

3   were they monthly, weekly?

4   **A.**   They were weekly, I believe.

5   **Q.**   Okay.  And you would then send in, as we saw from some of

6   those documents that I'll get to in a minute, you sent in

7   summaries to show what was being brought in to the escrow

8   agent; correct?

9   **A.**   Yes.

10  **Q.**   Okay.  And you, in fact, yourself or your assistant, with

11  your assistant, put down information on those that was false

12  and sent it to the escrow agent; correct?

13  **A.**   Correct.

14  **Q.**   Okay.  And you did that a number of times; correct?

15  **A.**   Yes.

16  **Q.**   Okay.  Now, if we can go to another deal here, and that is

17  the one that was done -- I look at it here as to March the

18  12th.  That would be Number 7 on everybody's chart.  That's the

19  big $29 million deal.  Okay?

20          **THE COURT:**  On everybody's chart?

21          **MR. McMAHON:**  I apologize, Your Honor.  That's 1267 of

22  the Government's exhibit.

23          **THE COURT:**  Thank you.

24  **BY MR. McMAHON:**

25  **Q.**   Now, if we look at that transaction there, the

1    29 million one that's done on March the 12th, in that case you

2    got your money back of 1,000,749 and some change; correct?

3    **A.**    Correct.

4    **Q.**    Okay.  And this money went to Portfolio Scope.  That was

5    the first time that Portfolio Scope was used, at least

6    according to this chart; correct?

7    **A.**    Yes.

8    **Q.**    All right.  And -- now, if we look at that same

9    transaction on Exhibit 12, Government Exhibit 1255, okay?

10           **THE COURT:**  Line number, please?

11           **MR. McMAHON:**  I'm going to try to find it, Your Honor.

12   One second here.

13           That would be Line 4, Your Honor.  Line 7 on the one

14   chart, on the 1267, and Line 4 on Chart 1255 both reflecting

15   the 29 million purchase price.  Okay?

16   **BY MR. McMAHON:**

17   **Q.**    Now, in looking at that $29 million deal on the -- on

18   Chart 1255, we see that the buy rate is 2.925; correct?

19   **A.**    Yes, that's what it shows.

20   **Q.**    Okay.  And that obviously comes from the Schedule A

21   contract and whatnot; correct?

22   **A.**    Yes.

23           **MR. McMAHON:**  Okay.  Now, if we could look at

24   Government Exhibit 3 -- 555.

25   **BY MR. McMAHON:**

1   **Q.**   Okay.  And this is an e-mail to you -- from Jonathan

2   Rosenberg to you on February the 20th, which is a couple weeks

3   before that particular deal goes on; correct?

4   **A.**   Yes.

5   **Q.**   Okay.  Now, in this particular situation, if we look down

6   at the -- where it says, down in that -- it would be the third

7   paragraph where it's highlighted there in yellow a little bit.

8   But there's a discussion there about certain things.  And he

9   indicated [reading]:  Even before we pay the whole thing, and

10  he is giving us a .25 discount.

11      Do you see that there?

12  **A.**   I do.

13  **Q.**   And he indicates that he's selling this at 3 percent to

14  other investors, but he's giving you a .25 discount; correct?

15  **A.**   Yes.

16  **Q.**   Okay.  And if we go back to the chart on 1255, if he was

17  giving it at 3 percent to other investors, he did, in fact,

18  give it at a 2.925, not quite the .25 discount, but less than

19  the 3 percent that he had been giving other investors as

20  reflected in Government's Exhibit 555; correct?

21  **A.**   This is what he said.  I don't know what he was actually

22  doing with other investors.

23  **Q.**   Okay.  But it appears that there was a discount given from

24  at least the -- what he said of 3 percent down to, as we see

25  here, 2.925; correct?

1    **A.**   It's -- it's less than the 3 percent, yes.

2    **Q.**   Right.  So it was, at least according to what he was

3    saying to you guys, he was discount -- giving you a lower rate

4    than what he was giving other investors.  At least that's what

5    he was saying; correct?

6    **A.**   That's what he told us, yes.

7              **MR. McMAHON:**  Now, if we could look at 557.

8    **BY MR. McMAHON:**

9    **Q.**   Okay.  On 557, this is -- again, we have certain language

10   that is used in here, and this is by Mr. Shusterman to you;

11   correct?

12   **A.**   Correct.

13   **Q.**   And this is dated 3/6 and this is -- the name of the

14   hospital is JMH.  He gives you the buy rate of -- and he puts

15   it here as 3.35; right?

16   **A.**   Yes.

17   **Q.**   With a max cap -- and, again, the language used is

18   "unqualified files"; right?

19   **A.**   Yes.

20   **Q.**   Okay.  And then he will have the strats.  Now, let's talk

21   about that for a minute.  Do you know what he means by that

22   when he says, "I will have the strats"?

23   **A.**   He means the composition of the portfolio.

24   **Q.**   What does that mean exactly, "composition of the

25   portfolio," to your knowledge?

1   **A.**   It would show different criteria of the portfolio and

2   would generally tell us the number of accounts within that

3   particular criteria.

4   **Q.**   Does that -- does that affect decision-making at all?   Is

5   there better strats.

6   **A.**   I'm sure there are better strats and worse strats.

7   **Q.**   Okay.   And what do you look for in the strat world to

8   determine what it is that you -- would be helpful?

9   **A.**   I don't know.

10   **Q.**   Oh, okay.   And when you would get the strats, did you do

11   anything with them?

12   **A.**   I'm sure I looked them over, but I didn't do anything with

13   them.

14   **Q.**   Okay.   Now, again, in the second paragraph it says that,

15   again, he uses -- [reading]:   I understand you want to have a

16   max cap for the unqualified again at 6 percent and with a

17   6 percent cap again for unqualified.

18       Right?

19   **A.**   Yes.

20   **Q.**   And that's, again, as we look up here, this is all between

21   you and him and Mr. Rosenberg.   And the words that he's using

22   repeatedly in the conversation between the two of you, at least

23   in this document, three different times he's using the word

24   "unqualified files" to you; correct?

25   **A.**   Yes.

1   Q.   Okay.  Now, this particular sale is a sale of 1 million

2   that was done around this time.  And if you look at this

3   e-mail, it's 3/6; correct?

4   A.   Correct.

5   Q.   And if you look on Government's Exhibit 1255, we see on

6   3/21, 15 days before this --

7               THE COURT:  Line number?

8               MR. McMAHON:  I'm sorry, Your Honor.  Line No. 5.

9               THE WITNESS:  You mean 15 days after this?

10  BY MR. McMAHON:

11  Q.   15 days after this e-mail is the purchase price of a

12  million dollars, which is reflected in this e-mail, funding of

13  $1 million, see?

14  A.   They have the same funding amount, yes.

15  Q.   Right.  And it -- it's 15 days before it.  It's funded for

16  a million dollars.  And the -- Mr. Shusterman tells you that

17  the buy rate is 3.35; correct?

18  A.   That's what the e-mail says.

19  Q.   Okay.  Now, if you would look down onto the Line 5 on

20  1255, the buy rate that went into the contract on -- as to this

21  was what?

22  A.   3.323.

23  Q.   So it was -- after this e-mail in which Mr. Shusterman

24  quoted you a number, it was less than the number he quoted you

25  in the final contract; correct?

1   **A.**   Yes.

2   **Q.**   Okay.

3   **A.**   But that's because it was different paper than he was

4   referring to in the e-mail.

5   **Q.**   Okay.  Well, it's $1 million.  It's 3.35.  And you got it

6   for less; right?

7   **A.**   No.  He's referring to JMH paper.  And the $1 million deal

8   was not JMH paper; it was HMA paper.  It's totally different.

9   **Q.**   Well, HMA paper was better or worse?

10  **A.**   I don't know.  It was totally different, is all I'm

11  saying.  I'm saying the e-mail is talking about different paper

12  at a buy rate.  It's not talking about apples to apples.

13  **Q.**   Okay.  But the buy rate on this one here, though, is 3.35;

14  right?

15  **A.**   3 point --

16  **Q.**   On the letter.

17  **A.**   3.323.

18  **Q.**   Right.

19  **A.**   Yes.

20          **MR. McMAHON:**  And -- now, can we look at -- looked at

21  the 557 already.  Can we look at 559.

22  **BY MR. McMAHON:**

23  **Q.**   Okay.  This is again -- this is after that particular

24  deal, and this is a e-mail between Mr. Shusterman to you;

25  correct?

1    **A.**   Correct.

2    **Q.**   Okay.  And in this he says to you -- again, this is not

3    for lawyers or anybody.  This would be doing it to you.

4         [Reading]:  I will review your e-mail you have sent and

5    fax any new documents you need executed by tomorrow.  Can you

6    please e-mail me your specific wire instructions for the funds

7    you are due related to the unqualified files.

8         And that's what he writes to you, and that's the language

9    that he uses to you; correct?

10   **A.**   Correct.

11   **Q.**   Okay.  [Reading]:  And please also confirm that you want

12   the weekly collection wires to go to the same account as the

13   funds for the unqualified files.  I will have a wire initiated

14   the first thing Monday for the 60,000 -- again, unqualified

15   files.  I do not know if the fed is open on Monday.  If they

16   are closed, the funds will arrive on Tuesday.

17        Okay.  And so in this particular e-mail, he -- two

18   different times, then, here and here in a letter to you where

19   it talks about unqualified files -- and it's really a third

20   time over here as refunds for the unqualified files in a letter

21   between the two of you; correct?

22   **A.**   Yes, in an e-mail.

23   **Q.**   Okay.  And he asks you a question here.  And he wants you

24   to confirm here [reading]:  Please confirm that you want the

25   weekly collection wires.

1          And those were the ones that come on a regular basis.

2          [Reading]: -- to go to the same account as the funds for

3     the unqualified files.  He wants to know that if you're going

4     to put the unqualified file money into the same account as the

5     regular collections; correct?

6     **A.**   That's what he asks here, yes.

7     **Q.**   Okay.  Now, let me ask you a question about

8     Portfolio Scope.  And that is, Portfolio Scope, as you've said

9     all along, was, in fact, a -- just a company that was put up

10    just to be a conduit to get the money to pass through from --

11    the money from IPI to you; correct?

12    **A.**   Yes.

13    **Q.**   And at some point in time to investors and whatnot, at

14    various times you represented to people that that

15    Portfolio Scope was, in fact, a -- had a screening mechanism or

16    meth -- a mechanism, a mechanism used to screen and evaluate

17    portfolios; correct?

18    **A.**   I -- I'm not sure I said that the Portfolio Scope entity

19    had that, necessarily.  I just used the same name for -- to

20    refer to the methodology.  I just created a name for it.

21    **Q.**   Okay.  And the methodology was supposedly your methodology

22    in that it came out of that, and the name was the

23    Portfolio Scope.  And that just wasn't true, was it?

24    **A.**   Correct.  It was not our methodology.  It was IPI's.

25    **Q.**   Now, when you were discussing the -- back at that first

1  meeting with the FBI in the summer of 2012, did you talk about

2  this Portfolio Scope with them?

3  **A.**   I don't know.

4  **Q.**   You don't know if you talked about that particular concept

5  at all?

6  **A.**   I don't know if it came up at that time.  We were

7  discussing a lot of general aspects at that point in time.  It

8  was not necessarily a specific discussion as we had later.

9  **Q.**   Did you -- at the time when you were discussing with them

10  on that very first day, did you tell them the truth about

11  Portfolio Scope or did you try to manipulate the facts to them?

12  **A.**   I did not try and manipulate any facts.

13  **Q.**   Okay.  But as far as Portfolio Scope, you told them the

14  truth?  If they asked you about Portfolio Scope, you would not

15  have mis -- tried to mislead the Government as to that, would

16  you?

17  **A.**   I would not have.

18       **MR. McMAHON:**  May I hand him this just to see if it

19  refreshes his recollection?

20       **THE COURT:**  Sure.

21  **BY MR. McMAHON:**

22  **Q.**   (Handing.)  Sir, this is the same document and it's right

23  below the blue square I asked you last time.  There's three

24  lines underneath that one.  I'd ask you to read that and see if

25  that refreshes your recollection about discussions with the FBI

1    about Portfolio Scope.

2    **A.**   (Reviews document.)

3         It doesn't refresh my recollection.

4              **MR. McMAHON:**  May I go back, Your Honor?

5              **THE WITNESS:**  (Handing.)

6              **MR. McMAHON:**  Thank you, sir.

7              **THE WITNESS:**  Yes.

8    **BY MR. McMAHON:**

9    **Q.**   And that talk that you had with them that first day, as

10   you've indicated, was an entire day; correct?

11   **A.**   Yes, I believe so.

12   **Q.**   And it's -- you have no recollection of Portfolio Scope

13   coming up?

14   **A.**   No.  We're talking many years later.  I really don't

15   recall exactly what I discussed on that day.

16             **MR. McMAHON:**  Okay.  Now, if we could go to 561.

17   **BY MR. McMAHON:**

18   **Q.**   And this is the -- now we're into March 23rd of 2008.  And

19   this is where -- from you to Richard Shusterman.

20        [Reading]:  And Jon asked that I send this to you again.

21        And there was an attachment to that.  And this is

22   something that you provided to Mr. Shusterman; correct?

23   **A.**   Correct.

24   **Q.**   Okay.  And that is the Portfolio Scope wiring instructions

25   that you gave to him.  And, again, the reference that is placed

1  on there, on this wiring instructions, was put on there by you;

2  correct?

3  **A.**   Yes.  As I believe I testified previously, we had a

4  discussion regarding the fact that we should not use and he

5  should not use -- when wiring these funds to us, he should not

6  use unqualified accounts.  And so we came up with the idea to

7  use "advisory fee," and that's what's reflected on here.

8  **Q.**   Okay.  And I'll go back to the question again.

9      We saw that when Richard Shusterman earlier sent you a

10  wire for the $5 million and he sent you the -- that one we saw

11  earlier, when he sent it, he wrote on it "Unqualified Funds";

12  correct?  We saw that just a few moments ago --

13  **A.**   Yes.

14  **Q.**   -- wire -- Exhibit 39.

15      And now we're into March.  Now, you've been dealing -- at

16  this point in time, if we can look at the chart, and it's

17  Government's Exhibit 1267, up until -- this is March the 23rd.

18  At that point in time we are into the one -- we are -- we're

19  about nine months from the first transaction.  We're -- one,

20  two, three, four, five, six, seven -- eight transactions in

21  onto that chart.

22      And the only notation up until this wire from you to

23  Mr. Shusterman, the only notation on any of the wires, it's

24  either nothing or it's Mr. Shusterman writing "Unqualified

25  Files," correct, up until this point in time?

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1   **A.**   As soon as he wrote the "Unqualified Files," I told him

2   that we can't use that sort of terminology on these things

3   anymore.  And I believe he stopped using it after that point.

4   **Q.**   Well, the --

5   **A.**   He only used it on one occasion, as I recall.

6   **Q.**   And on the other -- what I'm asking you is this, then:  Is

7   it fair to say that up until this March 23rd, 2008,

8   instructions by you, that comes from you to him that puts down

9   "advisory fee," that up until that point in time on these wires

10  was either nothing about the reference or unqualified funds up

11  until then; correct?

12  **A.**   I believe that's correct.

13  **Q.**   Okay.  And then -- and this is wiring instructions that he

14  used and you got monies for, and that reference that you sent

15  to him was placed onto those wires; correct?

16  **A.**   I believe it was.

17          **MR. McMAHON:**  Okay.  Can we go to 565, please.

18  **BY MR. McMAHON:**

19  **Q.**   Okay.  And this is a e-mail in April.  And when -- this is

20  from you to Jonathan; correct?

21  **A.**   Which one are we talking about?  I'm sorry.

22  **Q.**   Let's start at the bottom.  Okay.  I think that's a

23  fair -- April 4th, Friday, of 2008 from Mr. Shusterman to

24  Mr. Rosenberg [reading]:  I need the bank information as to

25  where the wires go for each portfolio noted below.  Okay?

1      Let's move up.

2          Okay.  And then it says in a message dated 4/4 at 11:07 in

3      the evening, [reading]:  Hi, Richard.

4          This is from Jonathan.

5          [Reading]:  Doug asked you if you can send him all the

6      info on these files, strats, letters, et cetera, in the

7      accounts; correct?

8      **A.**   Yes.

9      **Q.**   Okay.  And then if you move up, it's Mr. Shusterman to

10     Mr. Rosenberg.  That says [reading]:  Should I have this Monday

11     or Tuesday?  I assume 6 percent will be used.

12         Again, this is, again, an e-mail that is between

13     Mr. Shusterman and Mr. Rosenberg only; correct?

14     **A.**   Yes.

15     **Q.**   And his reference to Mr. Rosenberg in an e-mail of April

16     the 4th references the percentage and he references it as

17     unqualified files; correct?

18     **A.**   Correct.

19     **Q.**   And [reading]:  Can you ask Doug to save me some time and

20     calculate the face value of the files he will receive if using

21     6 percent cap on unqualified files; correct?

22     **A.**   Yes.

23     **Q.**   And then there's your response above this, Douglas Kuber

24     to Jonathan Rosenberg [reading]:  Should we use 5 percent on

25     these?  I don't think we need 6 percent.

KUBER - CROSS

1      Correct?

2  **A.**    Yes.

3  **Q.**    And that's what you wrote to Mr. Rosenberg?

4  **A.**    That's what I wrote to Mr. Rosenberg.

5  **Q.**    Okay.  So it's clear, then -- if we -- well, take that

6  back.

7          **MR. McMAHON:**  Can we go to 566.

8  **BY MR. McMAHON:**

9  **Q.**    Okay.  Now, 556 [sic], this is when -- there's a situation

10  here where you are writing to Jonathan Rosenberg.  And this is

11  where your concern is evident throughout this e-mail; would you

12  agree?

13  **A.**    Yes.

14  **Q.**    Okay.  And these liquidation analyses, in your opinion,

15  appear to be a joke and you expressed that; correct?

16  **A.**    I have.

17  **Q.**    And my question to you is this -- I mean, this is creating

18  real problems for you at this point in time economically, I

19  would assume; correct?

20  **A.**    I don't understand your question.

21  **Q.**    Well, I mean, the things aren't performing the way they're

22  supposed to be performing.  The liquidations are telling you

23  one thing.  Nothing's happening.  Money's not coming in.

24  Things aren't working out as planned.  So that's -- what I

25  meant by that is that's economically hurtful; correct?

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1    **A.**    Yes.

2    **Q.**    Okay.  And you write in here, in caps [reading]:  Why are

3    we paying premium rates for this?  Why would we ever buy that?

4         In caps.

5         You see those two spots; correct?

6    **A.**    Yes.

7    **Q.**    Okay.  Now, so it's your belief or at least your thinking

8    at this time when you say that they're a joke that they're not

9    really accurately reflecting what is the true market at that

10   particular time; is that fair to say?

11   **A.**    Yes.

12   **Q.**    Okay.  Now, at this time in '08, I take it -- and we've

13   seen in some of the e-mails that we can get to in letters and

14   whatnot, there was reference to the economy at that time.  And

15   you're aware that at that particular time, as one e-mail or --

16   says later, a cataclysmic economic downturn in 2008 and '9;

17   correct?

18   **A.**    I don't remember exactly when we talked about the

19   cataclysmic downturn in that letter, but I do recall the

20   letter.

21   **Q.**    Okay.  And you recall that in reality during that period

22   of time, in realtime, that that's, in fact, what was going on

23   in this country in that period of time of a complete economic

24   recession at that particular time; correct?

25   **A.**    I don't remember when the recession was.

1   **Q.**   You don't remember that it was 2008 and 2009 when all of

2   that occurred, when the economy was going --

3   **A.**   I don't.

4   **Q.**   You're a lawyer.  You've been in business and you didn't

5   know that?

6   **A.**   I don't remember now when it occurred.

7   **Q.**   Well, let me ask you:  Did you know that it was occurring

8   while you were doing this investing?  Obviously, investing is

9   something that the economy and how the markets are are relevant

10  to investing; correct?

11  **A.**   Actually, with this investment, the way Mr. Shusterman

12  represented it to us, this was supposed to be not affected by

13  regular market conditions.

14  **Q.**   Well, did that make any sense to you?

15  **A.**   Yeah, there are some investments that are hedges against

16  normal things in the market and don't react, necessarily, in

17  concert with the regular economic conditions.

18  **Q.**   So you thought that in an economic downturn where people

19  didn't have their jobs, couldn't pay their bills, banks weren't

20  lending any money, housing market was falling down, you thought

21  that collecting money from people who couldn't pay in the first

22  place and now in an economic downturn would now have the money

23  to start paying their hospital bills?  You thought that was a

24  good idea?  That was recession-proof; correct?

25  **A.**   I didn't say it was recession-proof, but I said that

 1    Mr. Shusterman represented that it didn't move in the same way

 2    that the regular economy moved.  And in addition, he was able

 3    to perform for us and provide very substantial returns

 4    regardless.

 5    **Q.**   Well, wait a minute.  In this particular point in time in

 6    April of 2008, you know you're having real problems.  Things

 7    are not collecting.  And we see later on things are not

 8    collecting.  And you go, you know, crazy at some point in time,

 9    and rightfully so, maybe, that things aren't performing.  And

10    you're not -- you're -- again, I don't suggest that you're an

11    expert in this field 'cause you've indicated that.

12         But my point is that at this point in time, what could

13    possibly make you think that people that couldn't pay in the

14    past and now when the economy's down are now going to pay and

15    it's going to make it a better deal?  You, not Mr. Shusterman,

16    how did you think that that would be a smart investment?

17    **A.**   If you will look at Government's Exhibit 1255 and Line 1

18    all the way at the right, you can see that in exactly the time

19    you're talking about, April 2008.  Despite whatever economic

20    condition was going on at that time, Mr. Shusterman was still

21    able to obtain for us a very substantial profit on these

22    portfolios.

23    **Q.**   And that was when he repurchased it; right?

24    **A.**   Well, he told us he was selling it to other people, so

25    yes.

1    **Q.**   But he repurchased it, not the other people.  He

2    repurchased it.

3    **A.**   He told us that he was merely acting as a conduit there,

4    and he was selling it to other people.

5    **Q.**   Who did he --

6    **A.**   He told us specifically that he had buyers and that

7    they -- he had found buyers for these things.

8    **Q.**   Who did he tell you he sold it to?

9    **A.**   He refused to tell us that information.

10   **Q.**   Okay.  And -- but let's talk about in the period of time

11   when you were really complaining about these amounts of

12   money -- well, we'll get to that in a minute.

13        But -- but you were -- this was a situation where you --

14   as you put out in various documents and various charts that you

15   prepared, that there was no money coming in.  I mean, some of

16   these accounts were getting zero.  This was just not working

17   out as expected; correct?

18   **A.**   Correct.

19   **Q.**   Okay.  And this concerned you, obviously; correct?

20   **A.**   Correct.

21   **Q.**   All right.  Now, when you looked at this analysis at

22   556 [sic] when you're -- this e-mail and you're complaining

23   about this, did you ever contemplate the possibility of getting

24   an independent evaluation for the liquidation rate since you

25   thought these were a joke?

1  **A.**    No.

2  **Q.**    Well, you knew that in the contracts that we talked about

3  earlier under those sections, that you could do that, that the

4  buyer could get independent evaluations.  And it, in fact, says

5  that you did.  And I know you talked about that earlier.

6       But seeing that something's a joke and my money's involved

7  or your money's involved in it and you think it's a joke and

8  that it's just not reflective of it, why is it that you didn't

9  seek out -- as an intelligent guy, why didn't you seek out some

10  sort of secondary evaluation, a third evaluation, something

11  that would give you something more than a joke?

12  **A.**    There's a lot there in that question and many things I

13  don't agree with.  But if you could just ask me a specific

14  question without all the preamble, I'll be able to answer it.

15          **MR. McMAHON:**  Do you wish me to do that, Your Honor?

16          **THE COURT:**  I don't usually allow witnesses to make

17  objections, but I agree with that.

18          So, yes, please break that question down into its

19  elements and ask them one at a time, and I'm sure they'll

20  likely all be proper questions.

21          You may proceed.

22  **BY MR. McMAHON:**

23  **Q.**    Okay.  First question:  Did you ever, after April the 7th

24  of 2008, did you ever seek out an independent evaluation,

25  separate and apart from Mr. Shusterman or any of the people he

1  was using?

2  **A.**    No.

3  **Q.**    Okay.  I'll leave it at that.  Much simpler.

4        **MR. McMAHON:**  Now, can we look at Exhibit 1046.

5  **BY MR. McMAHON:**

6  **Q.**    Okay.  And this is an e-mail from Mr. Shusterman to

7  Mr. Rosenberg dated on April the 8th about this $6 million

8  portfolio.  And is there an attachment to this?

9        Okay.  And this is a letter that came -- this was a letter

10  dated April 8th.  This was after your e-mail of April the 7th

11  in which you were complaining about these liquidation letters

12  being a joke; correct?

13  **A.**    Correct.

14  **Q.**    And you received this letter saying:  I have completed --

15  this is another evaluation of portfolios from -- who the day

16  before you had called a joke; right?

17  **A.**    Correct.

18  **Q.**    Okay.  And -- now, if you look at this, however, at the

19  bottom of the third paragraph, it indicates that all

20  estimates -- Mr. Zoldan, this is Michael Zoldan, who we've

21  heard about before in this case who provided this.  He

22  indicates something in this particular liquidation letter.

23        [Reading]:  All estimates above are based on current

24  market conditions which continue to fluctuate based on consumer

25  pressure increasing and the credit market volatility we are

1    experiencing.

2         And you got that letter, did you not?

3    **A.**   I did.

4    **Q.**   Okay.  And after receiving that letter and knowing that

5    these were a joke, at least in your mind, you then went ahead

6    and did another purchase on that very day, on April the 9th,

7    the next day; correct?

8    **A.**   Correct.

9    **Q.**   Okay.  And this was after receiving this, what you

10   perceived to be a joke letter, you went ahead and did it;

11   right?

12   **A.**   Correct.

13   **Q.**   Now, if we could look at --

14   **A.**   Excuse me one sec.  Is this -- this looks like the same --

15   one of the same letters that I complained about.  I believe we

16   received some updated letters from him.

17           **MR. McMAHON:**  Will you go to 1047.

18           Okay.  Let's go to Exhibit 73.

19   **BY MR. McMAHON:**

20   **Q.**   Now, this is that sale of April the 9th that is effective

21   after those letters that you received; correct?

22   **A.**   Right.  All I was saying is you had asked me a question;

23   and after that letter, I nevertheless went and issued another

24   purchase.  And I believe that between the letter you showed me

25   and the purchase, I received some updated letters from

1   Mr. Zoldan.

2   **Q.**   Okay.   They --

3   **A.**   I just wanted to clarify that.

4   **Q.**   Now, let's look, then, after this -- I just want to look

5   at the chart, which would be 1255.   Okay?

6        Now, that 1255, this transaction that we're talking about,

7   there's two of 'em, 20 million and 6 million, on the 9th.   And

8   that would be Transactions 6 and 7; correct?

9                **THE COURT:**   On what?

10               **MR. McMAHON:**   On Chart 1255.

11               **THE COURT:**   Thank you.

12               **THE WITNESS:**   Yes.

13  **BY MR. McMAHON:**

14  **Q.**   And this was on April the 8th that you're saying this is a

15  joke.

16       Now, you go on -- after Transactions 6 and 7, you go 8

17  through 22 post that assessment of liquidation letters being a

18  joke; am I correct in the chronology?

19  **A.**   Correct.

20               **MR. McMAHON:**   Okay.   And if we could look at

21  Exhibit 80, Government's Exhibit 80.

22  **BY MR. McMAHON:**

23  **Q.**   And this is the first wire that we see post your

24  instructions of March.   Remember you had those instructions

25  that we saw to Mr. Shusterman as to what to place on the wire;

1  correct?  Do you see the date here --

2  **A.**   I see the --

3  **Q.**   -- 4/11?

4  **A.**   -- date there.

5  **Q.**   And that e-mail of 561 was dated 3/23.  Okay.  So this

6  would have been three weeks after that e-mail.

7  **A.**   So it would have been the second one since 3/23.

8  **Q.**   Correct.

9  **A.**   Okay.  So the first one --

10  **Q.**   And this has the exact language he put on there that you

11  had sent to him; correct?

12  **A.**   Yes.

13       **MR. McMAHON:**  Okay.  Now, if we could look at 575.

14  575.  Let me get these over here.

15  **BY MR. McMAHON:**

16  **Q.**   575 is -- now we're into -- you've been -- you've had

17  Portfolio Scope since at least March because we see the money

18  wired in in March, into that account.  And this is

19  Mr. Rosenberg telling you he just didn't even know what

20  Portfolio Scope was, at least according to that e-mail;

21  correct?

22  **A.**   I think he forgot.

23  **Q.**   Oh, okay.  But he did -- as of this e-mail of this date,

24  he expresses this question of what is Portfolio Scope; correct?

25  **A.**   Yes.

1    MR. McMAHON:  Okay.  And if we could go to 522.

2         This is -- what number is this?

3    MS. POWER:  522.

4    MR. McMAHON:  No.  552.  I apologize.  I said it

5    wrong.  552.

6    BY MR. McMAHON:

7    Q.   This is an e-mail of February the 8th that is "Urgent,

8    Urgent, Urgent" from you to Mr. Rosenberg.  And this is when

9    the issue starts to come to the fore, so to speak, of the

10   interest due on the Platinum loans; correct?

11   A.   Correct.

12   Q.   Okay.  Now, you indicate in here, second-to-last

13   paragraph, it says here [reading]:  Nothing Richard has said

14   with respect to this portfolio has worked for us.  Now we're

15   into February of '08.  We look like we do not know what we are

16   doing.  And if we do not make a payment, we are screwed.

17        Right?

18   A.   Yep.

19   Q.   And when you meant "we," you meant you and Mr. Rosenberg;

20   correct?

21   A.   And IPI.

22   Q.   Well, IPI.  This is an interest payment that who is

23   responsible for?

24   A.   ARS.

25   Q.   Okay.  And is Mr. Shusterman or IPI a part of ARS?

1   **A.**    No, they're not.

2   **Q.**    Who's obligated to pay back the interest?

3   **A.**    As a legal matter on the promissory note, ARS is required

4   to pay the interest.

5   **Q.**    And who's a member of ARS?

6   **A.**    Myself and Mr. Rosenberg.

7   **Q.**    And Mr. Shusterman is not part of that; right?

8   **A.**    Yes.

9   **Q.**    And he has not promised, according to that promissory

10  note, to pay anybody back to Platinum, has he?

11  **A.**    He is not mentioned in that promissory note, but he has

12  made many representations and promises.

13  **Q.**    To you as far as how the portfolio's going to work, how

14  you're going to make money, all these business things.  But he

15  has never, ever said one thing to Platinum about that he is

16  responsible for that interest rate or the principal; correct?

17  **A.**    He has never communicated to Platinum at that time, to my

18  knowledge.

19  **Q.**    Okay.  And what you're talking about here on this is the

20  interest to Platinum; correct?

21  **A.**    Correct.

22  **Q.**    And he's not responsible for that interest to Platinum, is

23  he, under the promissory note or any legal concept at all, is

24  he?

25  **A.**    I believe he is under the agreements that we had and under

1   the partnership or joint venture that we had to carry out this

2   entire scheme.

3   **Q.**   Where are those documents that he -- you show it to me as

4   an attorney.

5   **A.**   There are a whole host --

6   **Q.**   Let me finish my question, sir.

7   　　　　**THE COURT:**   No.   You have asked a question.

8   　　　　Go ahead.

9   　　　　**MR. McMAHON:**   I did not finish the question.

10   　　　　**THE COURT:**   I say you did.

11   　　　　**MR. McMAHON:**   Then I did.

12   　　　　**THE COURT:**   Mr. Kuber, you may answer.

13   　　　　**THE WITNESS:**   There are a whole host of documents that

14   we've spent many days going over which show the nature and

15   extent of the coordination of efforts, the inflated purchase

16   price, the circumvention of restricted accounts that

17   Mr. Shusterman actively engaged in in conjunction with us.

18   **BY MR. McMAHON:**

19   **Q.**   Okay.   That's -- there's no documentation.   That's your

20   statement of what happened about inflated prices.   That's your

21   statement about kickbacks and all.   There's no documentation of

22   that joint venture or any where [sic], shape, or form that that

23   was the intent or [sic] the organization, is there?

24   　　　　**MR. CLARKE:**   Objection.

25   　　　　**THE COURT:**   Overruled.

1          Is there?

2          **THE WITNESS:**  I -- I disagree.  I think all of that

3  documentation shows it.  If you're asking me:  Did

4  Mr. Shusterman, Mr. Feldman, myself, and Mr. Rosenberg sit

5  there and put in writing that we were going to commit a

6  criminal act and we were going to deceive people and we were

7  going to misrepresent things and we were going to divert funds

8  illegally?  No, we never put that in writing.

9  **BY MR. McMAHON:**

10  **Q.**  And I understand that.  But there was no legal

11  requirement, none, for Mr. Shusterman to pay that promissory

12  note at all.  They had -- Platinum had no recourse against him

13  at all.

14  **A.**  He was not a party to the promissory agreement, as we've

15  discussed.

16  **Q.**  Okay.  And you indicate on here that "we are screwed;"

17  correct?  And this is between you and Mr. Rosenberg; correct?

18  **A.**  Yes.  You asked me who I meant by that, and I've already

19  told you that I meant ARS and IPI.

20  **Q.**  And you meant somebody that was not on the promissory

21  note, is what you meant?

22  **A.**  They were included in it, yes.

23  **Q.**  Okay.  Now, let's look to 553.  And this is a e-mail from,

24  again, Mr. Rosenberg and -- to you.  And this is an e-mail in

25  which you talk about -- and I see in here Mr. Rosenberg says to

1  you in the second-to-last line [reading]:  Maybe this will work

2  for our problem of not being able to touch the restricted

3  accounts.

4      And that would be the escrow accounts that we -- were set

5  up with Platinum; correct?

6  **A.**   Correct.

7  **Q.**   Okay.  And in this e-mail, this is not cc'd to

8  Mr. Shusterman or anything of the sort; correct?

9  **A.**   Correct.

10          **MR. McMAHON:**  Now, let's look at 579.

11  **BY MR. McMAHON:**

12  **Q.**   And this is, again [reading]:  We are fucked.

13      The memo says [reading]:  Douglas Kuber to Mr. Rosenberg.

14      And, again, and this is between the two of you and you go

15  [reading]:  We are f'ed; right?

16  **A.**   Yes.

17  **Q.**   And this is when the -- you need that money to pay back

18  the first interest payment, which we talked about as we saw was

19  just short of $4 million; correct?  In reality.  You thought it

20  was 4.5, but I think we looked at it was 3.9 eventually;

21  correct?

22  **A.**   Okay.

23  **Q.**   And you needed that to pay the interest.  And this was as

24  of May the 31st, and you needed that by July the 4th; correct?

25  **A.**   Correct.

1    Q.   And Richard says he needs to sell a portion of the

2    portfolio to generate the initial money; and because of the

3    short time, we will get a rediscussed price.  Okay.

4         And then it goes further to say [reading]:  We are f'ed,

5    me more than you since I closed my law practice based on this.

6    The only way out is if, if Bob advances the dollars, which will

7    never happen.

8         Correct?

9    A.   Correct.

10   Q.   Okay.  And so what you realized at that point in time is

11   that you didn't have the cash to pay your interest to Platinum,

12   who you were responsible to pay; correct?

13   A.   Correct.

14   Q.   Okay.  And so since you didn't have the money to pay your

15   legal obligation that you had made by the way of a promissory

16   note, you were looking to get money loaned to you, given to

17   you, whatever, to make that payment; correct?

18   A.   Yes.

19   Q.   Okay.  And at that point in time you were under the -- by

20   this letter, you were thinking about, at least the mind-set is

21   there, that maybe only way out is if Bob -- meaning

22   Bob Feldman -- were to advance us money, loan you money or give

23   you money to make that payment.  That was what you believed at

24   that time; correct?

25   A.   Yes.

1   Q.   Okay.  And you say in there [reading]:  Which will never

2   happen.

3        And that was at least your mind-set at the time, that it

4   will never happen, because they had no legal obligation to do

5   so.  And it was just if they wanted to do that, correct?  They

6   had the choice to do it or not to do it.  That's why you're

7   saying that; correct?

8   A.   They had the choice to do it or not to do it, but I felt

9   we were all in this together.  But I didn't feel that they were

10  going to do so regardless.

11  Q.   Because they didn't have a legal responsibility to do so,

12  did they?

13  A.   No, that's not why; just because they had shown some

14  reticence before this point, so I didn't think it was going to

15  happen.

16  Q.   Well, now, let me ask you a question, Mr. Kuber.  At this

17  point in time, May the 31st of 2008, you don't have 3.9 million

18  to pay your obligation; correct?

19  A.   Correct.

20  Q.   Well, we saw that one memo from you that by this point in

21  time you had collected -- even though it was a paltry amount,

22  you had collected 2.2 million.  Remember that document that you

23  prepared?  And we can look at it a little bit later, but

24  2 point -- you had -- collections had been abysmal, but they

25  were at least 2.23 million.  Remember that?

**A.** I don't recall. All I know is in -- in -- with respect to this portfolio, we clearly didn't have that kind of money.

**Q.** Well, you --

**A.** It's not like we could borrow from other portfolios to pay this one. I hope you understand that.

**Q.** All I'm trying to understand is money, cash flow here, is that from what -- you know, you're a person that has to pay an obligation. You have to make a payment to your lender. And when having to pay your lender, you know when it's coming; you know it's coming up; and that's why these e-mails are generated.

Well, we know as of this date, as of this date in less than a year, okay, you and Mr. Kuber [sic], just in unqualifieds alone, is 1.5 million; collections are 2.2 million, not even your management fees; that in that month period of time you -- and you have collected over 8, $9 million and you can't pay your interest rate that you had promised you would pay. I mean, it's not like you were not making any money. You made almost -- you owe 3.9, and you made over 8 million.

Right?

**A.** I don't believe your numbers are correct. But, in any event, what needed to happen here for the business to continue was that the interest payment had to be made out of collections from that portfolio.

1    If that did not occur, then the investor was not going to

2    feel confident in their investment.  It was not going to

3    continue along the lines that Mr. Shusterman and I and

4    Mr. Feldman and Rosenberg all got into this to hope and expect

5    that it would grow to.

6        So that collection amount wasn't going to come from monies

7    outside of that account.  It had to come from monies within

8    that account.

9    **Q.**   I understand that.  But here's my question to you -- and

10   obviously so the money, as we know, that 4-point-something

11   million came from an outside account.  It came from

12   Mr. Shusterman's account and put it in there; correct?

13   **A.**   Correct.

14   **Q.**   All right.  And that money could have come from -- you

15   know, it could have come from your mother's account and put it

16   in there and put it as direct pays.  The source of where it

17   came from wasn't as what you represented it as; correct?

18   **A.**   I don't believe that anyone would have expected that my

19   mother was an independent third party, which is what was

20   required.

21   **Q.**   Well, the money came into the account as -- alleged as

22   direct payments; correct?

23   **A.**   Yeah.  I don't believe anyone would have thought that a

24   direct payment from my mother would have passed muster.

25   **Q.**   Maybe I'm miss -- what I'm saying to you is the money that

1  came into that account, when that money would go into that
2  account, which it came from IPI and went into that account and
3  then you took it and went from there and went from -- into the
4  various entities to pay that interest; correct?
5  **A.**   No.
6  **Q.**   Well, where did it go to?
7  **A.**   The money came into that particular account, and that
8  particular account was used to pay that interest payment.  It
9  didn't go from there to other entities.
10 **Q.**   Okay.  Now, it's clear when you look at those records that
11 the escrow agent saw and you wanted to show that that money
12 would be in that account, right, so that they could see it came
13 from that account; right?
14 **A.**   Yes.
15 **Q.**   Well, they didn't know it came from IPI, did they?
16 **A.**   Who didn't know?
17 **Q.**   The escrow agent or Platinum.
18 **A.**   The escrow agent saw where the money came from, yes.
19 **Q.**   He saw it came from IPI?
20 **A.**   He had full information available to him as to where every
21 single wire came from.
22 **Q.**   Okay.  And so that escrow agent never informed, I guess,
23 Platinum of the fact that there was money coming from IPI and
24 not from hospitals as direct pays?
25 **A.**   He wasn't supposed to inform them that it came from IPI

1    and not from hospitals.

2    **Q.**   Okay.  But my question to you is this:  Is that regardless

3    of the source, Platinum didn't know where the money was coming

4    from; right?  They thought it was coming from collections;

5    right?

6    **A.**   Platinum was relying upon the fact that there was money

7    coming into that account from an independent third party.

8    **Q.**   Right.  And that could have been anybody.  They -- they

9    weren't going to know who it was; right?

10   **A.**   Correct.

11   **Q.**   Okay.  And so you could have taken money that you had,

12   that you had achieved a lot of money in that period of time and

13   put that into the account and labeled as direct pays from your

14   own accounts, could you not?

15   **A.**   I could not.

16   **Q.**   Why?

17   **A.**   Again, I think I've explained this a couple of times.  But

18   if money came in from my account, the escrow agent would see

19   that the money came in from my account and would see that I'm

20   not an independent third party and it was my account funding

21   that account.  And if I tried calling those direct payments,

22   the gig would be up.

23   **Q.**   Okay.

24   **A.**   So that couldn't happen.

25   **Q.**   Why couldn't you just take that money and give it to

 1   Mr. Shusterman or anybody and make it a third party?

 2   **A.**   That's not something we contemplated.   I don't even know

 3   that funds were available at that point in time.

 4   **Q.**   And that's --

 5   **A.**   You're assuming that there were, and I don't know that

 6   that's the case.

 7   **Q.**   Well, that's what I'm asking you.   Did you, since we know

 8   that you had gotten quite the windfall during that period of

 9   time that we're talking about, a substantial amount of money,

10   I'm asking:   Did you have the funds available from the

11   unqualifieds and the collections, which total over $8 million

12   in those months period of time, to pay that interest off

13   yourself?

14   **A.**   Not that I'm aware of.

15   **Q.**   Okay.   Well, what did you do with the money?

16   **A.**   Again, I don't know precisely what was done.   I know that

17   we paid out fees.   I know that we paid out additional sums,

18   sometimes to other investors.   I don't know exactly what was

19   done with the money.

20   **Q.**   But you pocketed a lot of it, didn't you?

21   **A.**   I'm certain we did.

22   **Q.**   Okay.   And you fixed up your house and you did all these

23   things.   Rather than pay the interest, you picked fixed

24   yourself up and got your nice house looking a lot better;

25   correct?

1   **A.**    Yes, I did.

2   **Q.**    Okay.

3          **THE COURT:**  Logical point to break, Mr. McMahon?

4          **MR. McMAHON:**  Yes, Your Honor.

5          **THE COURT:**  Ladies and gentlemen, we'll take the

6   afternoon recess.

7          During this recess, do not discuss the case with

8   anyone.  Do not discuss it among yourselves.  Do not allow

9   yourselves to be exposed to any news articles or reports that

10  touch upon the case or the issues it presents or any articles

11  or reports that relate to any of the participants in the case.

12         Avoid all contact with any of the participants in the

13  trial.  Do not make any independent investigation of the law or

14  the facts of the case.  Do not look up anything related to the

15  case on the Internet.  Do not consult an encyclopedia or a

16  dictionary.

17         15 minutes.

18      (Jury left the courtroom at 3:36 p.m.)

19         **THE COURT:**  Mr. Kuber, you may step out of the

20  courtroom.

21         **THE WITNESS:**  Thank you.

22         **THE COURT:**  How much more you got?

23         **MR. McMAHON:**  I would like to get it done today.  But,

24  you know, I'm going to give it my best shot.  You know, I've

25  got so much stuff, but I'm trying to cut it down to something

1    hopefully.  But it will be a little bit in the morning if not,

2    but it won't be like all day or anything like that.

3         THE COURT:  Well, let's see.  You know, we can push

4    through until 5:20, even 5:30 if we have to.  Let's try to

5    finish it today.  How's that?

6         MR. McMAHON:  Judge, I will do everything I can to

7    accommodate that.

8         THE COURT:  Okay.  Thank you.  15 minutes.

9         (Recess taken.)

10        THE COURT:  Be seated, please.  Are you ready for the

11   jury, Mr. McMahon?

12        MR. McMAHON:  I am, Your Honor.

13        THE COURT:  Mr. Clarke?

14        MR. CLARKE:  Yes.

15        THE COURT:  Okay.  Let's bring them.

16        (Jury entered the courtroom at 4:00 p.m.)

17        THE COURT:  Be seated, please.

18        Okay.  We're ready to continue with Mr. McMahon's

19   cross-examination.

20        Mr. Kuber remains under oath.

21        Mr. McMahon.

22        MR. McMAHON:  Thank you, Your Honor.

23   BY MR. McMAHON:

24   Q.   Mr. Kuber, I want to continue.  Just on this unqualified

25   portion, just -- and I'll kind of leave it at this point in

1    time and move on, and that is this 2.6 section under the

2    various agreements that we've seen throughout the course of

3    this last week or so, that's a clause in a contract that has

4    certain conditions and whatnot that we've all seen a hundred

5    times here; correct?

6    A.   Yes.

7    Q.   Okay.  Now, I think we saw a little bit of -- in e-mails a

8    little by-play about what should be in there, time frames and

9    what not, at various times through e-mails; correct?

10   A.   Yes.

11   Q.   Okay.  Now, in -- my question to you is that from the

12   beginning of these deals -- and I know the deals with

13   Sanctuary Wealth, which are four, out of these 27 deals, that

14   would make 23 deals, non-Sanctuary Wealth deals.  Did -- was

15   there any -- at any time any attempt to exercise the rights

16   under 2.6 by ARS?

17   A.   No.

18   Q.   Okay.  Now, on these loans that we talked about, we saw

19   that -- the e-mail where we need the money, and we've gone over

20   what monies you had and whatnot.

21        Now, you became aware -- the first loan was a

22   4.2-or-something-million-dollar loan, correct, to make that

23   interest payment, that first interest payment.

24   A.   Oh, the interest payment?

25   Q.   Yeah.

1   **A.**   Okay.

2   **Q.**   All right.  And this was the situation where the money was

3   loaned to you, advanced to you from IPI to ARS; correct?

4   **A.**   It went into the particular SPE for that loan.

5   **Q.**   Okay.  All right.  But the money -- the source of the

6   money was IPI?

7   **A.**   Correct.

8   **Q.**   And the source of the money was a loan, an advance;

9   correct?

10  **A.**   It was an advance, yes.

11  **Q.**   Okay.  And the advance was -- originally the advance was

12  set up so that the -- it could be offset by -- future

13  collections and/or resales would be offset to try to pay off

14  that loan; correct?

15  **A.**   I don't believe there was anything regarding future

16  collections with regard to that.

17  **Q.**   Okay.  The resales would be taken and considered and

18  amounts to reduce that amount; correct?

19  **A.**   We looked at that, and there were certain percentages over

20  which there would be a reduction with the first amount to go to

21  the SPE.

22  **Q.**   And you're aware that every one of these advances, every

23  single one of 'em had documentation reflecting -- prepared by

24  lawyers reflecting the advance; correct?

25  **A.**   I'm not aware of that, no.

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1   Q.   You're not aware that Mr. Rosenberg signed multiple

2   agreements in connection with those advances?

3   A.   No.  That's surprising considering Mr. Rosenberg didn't

4   sign any agreements and indeed told Mr. Shusterman early on

5   that I was the only person who should be -- he should be

6   looking to to sign agreements.

7   Q.   Okay.

8   A.   So, no.  I'm surprised.

9   Q.   And are you telling me here today, telling the jury that

10  this is the first you've heard of that?

11  A.   I heard of it only recently.  I didn't know anything about

12  it at the time.

13  Q.   And -- okay.  You found out about it recently how?

14  A.   During discussions with the U.S. Attorney.

15  Q.   And what did you discover?  What did you find out?

16  A.   They just asked me pretty much the same question you did.

17  Q.   And did they show you that, in fact, or indicate to you

18  the fact that every single one of these advances had paperwork

19  prepared by law firms, signed off by Mr. Rosenberg, reflecting

20  the terms of the advance?

21  A.   No, they did not.

22       MR. McMAHON:  Okay.  Now, let's look at Exhibit 610,

23  Government's Exhibit 610.

24  BY MR. McMAHON:

25  Q.   And this is a situation that was -- these loans, the first

 1   loan was, in fact, July -- I think sometime in July of 2'08,

 2   correct, the first advance?

 3   **A.**   I don't recall.

 4   **Q.**   Okay.  Well, this is an e-mail from Mr. Shusterman to

 5   Mr. Rosenberg; correct?

 6   **A.**   Excuse me.  Correct.

 7   **Q.**   Okay.  And you are cc'd on it; correct?

 8   **A.**   Yes, I am.

 9   **Q.**   Okay.  And now I want to go over this.

10   [Reading]:  Confirmation Doug can purchase any file from any

11   hospital with no restrictions.

12       What did that mean to you?

13   **A.**   We were restricted up to this point to a certain list of

14   hospitals that was attached to the escrow agreement, and this

15   was Mr. Shusterman asking that we confirm that we can remove

16   that restriction.

17   **Q.**   Okay.  And agreement that you will purchase new files in

18   the amount of 1.6 and 4.2.  That's Paragraph 2; correct?

19   **A.**   Yes, it is.

20   **Q.**   Okay.  And Number 3:  Agreement -- and this is to the both

21   of you.

22       [Reading]:  Agreement that you will sign . . .

23       It says what?

24   **A.**   Loan document.

25   **Q.**   Okay.  For the 4.2 million that stipulates the charge of

1  interest; right?

2  **A.**    That's what it says.

3  **Q.**    Which would be waived if the loan is repaid in the

4  fifth -- first 60 days; otherwise, the rate is 15 percent APR;

5  correct?

6  **A.**    That is what it says.

7  **Q.**    Okay.  And so this is an e-mail that you were a cc'er on.

8  And you saw that -- and this was the time that you were seeking

9  out the money to -- consistent with that "Urgent, Urgent,

10  Urgent" memo to get money to pay off your creditor; right?

11  **A.**    Yes.

12  **Q.**    Okay.  And this e-mail from my client, who was the one who

13  loaned the money at that point in time, in it to the two of

14  you, he tells you that he wants an agreement that you will sign

15  a -- what are the two words?

16  **A.**    Loan document.

17  **Q.**    Okay.  And he wants to do what, charge what?

18  **A.**    Interest.

19  **Q.**    That's what you do on a loan; right?

20  **A.**    That was something that I specifically said I would not

21  agree to.

22  **Q.**    Okay.  But that's what it was referred to there in this

23  e-mail to him.  He indicated that he wanted a signed loan

24  document and he wanted to charge interest; correct?

25  **A.**    That's what he requested.  It's not something I ever

 1  agreed to.

 2  **Q.**   Okay.  All right.  Well, we'll -- and then he puts in here

 3  an agreement to allow a confession of judgment.  Do you know

 4  what that is?

 5  **A.**   I do.

 6  **Q.**   What is it?

 7  **A.**   He essentially wanted to bypass court proceedings and have

 8  something in the loan documents so that he could immediately

 9  get a judgment if there was a default.

10  **Q.**   Okay.  And that's standard in some loan agreements;

11  correct?

12  **A.**   It's not atypical.

13  **Q.**   Okay.  And so he wanted that -- a confession of judgment

14  and a setoff for the 4.2 million; correct?

15  **A.**   Yes.

16  **Q.**   And then Number 5 [reading]:  Understanding that IPI will

17  work on selling as many of the files contained in this

18  portfolio, IPI will agree to wire IPI Titanium the sum of

19  3.5 percent of any files sold.  And this goes on to just talk

20  about how it will be repaid as far as how much will go towards

21  the loan; correct?

22  **A.**   Yes.

23  **Q.**   Okay.  And as he said to you here [reading]:  Once the

24  $4.2 million -- what?

25  **A.**   Loan.

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1   Q.   Is repaid, that's when you talk further about how it might

2   get paid off.

3       But in this particular document that was prior to the

4   advance taking place, Mr. Shusterman is requiring a loan

5   document, interest, confession of judgment, and terms of how

6   the loan would be repaid.  And it's sent to the two of you;

7   correct?

8   A.   That's what he's asking for; correct.

9       MR. McMAHON:  Okay.  Can we see 613.

10  BY MR. McMAHON:

11  Q.   Okay.  And this is from -- this is an e-mail here from

12  Mr. -- Government's Exhibit 613 from Mr. Rosenberg to

13  Mr. Shusterman; correct?

14  A.   Correct.

15  Q.   [Reading]:  Understood.  I spoke with Bob, and I told him

16  that Doug would absolutely be willing to sign a letter of

17  understanding that states that IPI is advancing 4.2 million and

18  that ARS will break up the file into multiple tranches and that

19  IPI will pay down the loan by taking money off the overage on

20  each of the sale of the tranches.

21      Correct?

22  A.   Yes.

23  Q.   He even goes further and says [reading]:  If we need to

24  have a personal guarantee, only I will sign it, as I am

25  completely comfortable with you and Bob is taking care of me.

1    If we can come up with some other guarantee as IPI is

2    controlling the monies being returned, perhaps you and Doug

3    tonight at 8:30 can come up with an idea.  Okay.

4         And that's what was sent.  And in that e-mail he clearly

5    indicates to Mr. Shusterman that he spoke to Bob and he told

6    Bob that you would absolutely be willing to sign a letter;

7    correct?  That's what he said?

8    A.   That's what he says.

9    Q.   And that's not true?

10   A.   I was not willing to sign one that included the terms that

11   he was seeking.

12   Q.   Okay.  So when he sent that e-mail to Mr. Shusterman and

13   he spoke with Bob that he -- what he told him them there about

14   you absolutely be willing -- that's not true; is that what

15   you're saying?

16   A.   No, that's not what I'm saying.

17   Q.   What are you saying?

18   A.   What I'm saying is he doesn't refer to he will be willing

19   to sign the loan document referred to in Mr. Shusterman's prior

20   e-mail.  He doesn't say that.

21        What he says is that I would be willing to sign a letter

22   of understanding regarding the advance.  He didn't say that I

23   was willing to sign the document that Mr. Shusterman was

24   looking for me to sign.

25   Q.   Okay.  Well -- okay.  It doesn't say that.  It says --

1    what it says is that you'd be willing to sign -- okay.

2    Whatever.  A letter of understanding that states that the IPI

3    is advancing 4.2 million; correct?

4    A.   Yes.

5    Q.   Okay.  And you were absolutely willing to do that;

6    correct?

7    A.   I don't know that I was absolutely willing to do that, but

8    we were discussing it with them.

9    Q.   Okay.  And further down there, this is -- right before

10   that, that's when Mr. Shusterman to Mr. Rosenberg [reading]:   I

11   need to get the signers' names, address, and information

12   related to the $4.2 million loan document; correct?

13   A.   Yes.

14   Q.   So it's clear, at least from Mr. Shusterman's words here,

15   that he's giving to Mr. Rosenberg.  And on the previous one

16   cc'd to you, that he's referring to this and couching it in

17   terms of it being a loan; correct?

18   A.   Correct.

19          **MR. McMAHON:**  Now, if we could look at 617.

20   **BY MR. McMAHON:**

21   Q.   Okay.  617 is an e-mail that comes from you; correct?

22   A.   Correct.

23   Q.   Okay.  And this is to, as we've previously --

24   Sandra Romaszewski, who's the attorney, and Mr. Tucci, who are

25   attorneys for Mr. Shusterman; correct?

1    A.    Yes.

2    Q.    Okay.  And in this you are -- and this is after those

3    previous e-mails, and you are communicating with her; correct?

4    A.    Yes, I am.

5    Q.    Okay.  And this is -- this communication is in connection

6    with the $4.2 million; right?

7    A.    Yes, it is.

8    Q.    Okay.  And this is that -- where you indicate that the

9    draft of the note right here (indicating) that you provided is

10   not reflective of the spirit of the deal, correct?  And that's

11   kind of what you were saying; correct?

12   A.    Yes.

13   Q.    [Reading]:  Your draft would immediately place Holding in

14   default, which is not appropriate and necessary.  Instead, we

15   should have a note -- we should have a note, okay, reflecting

16   the advance of 4.2 million.  It should set an outside payment

17   date of at least 90 days.  It should not include any onerous

18   provisions, such as confession of judgment, 15 percent

19   interest, and would waive interest for the full 90 days Richard

20   says he needs to sell the portfolio.  Then we should have a

21   letter of agreement allowing IPI to deduct each tranche of the

22   sale of Holding's portfolio in the amount in excess of the 3.7

23   face.

24         Correct?

25   A.    Yes.

1   Q.   And this is because -- this letter was in response to

2   him -- her sending you a proposed promissory note; correct?

3   A.   Correct.

4   Q.   All right.  So you were clearly aware that this was going

5   to be some sort of a loan situation.  You were just negotiating

6   the terms of it that you thought were a little too restrictive;

7   correct?

8   A.   Yes.

9            MR. McMAHON:   Okay.  Can we see 622.

10  BY MR. McMAHON:

11  Q.   And this is where Mr. Shusterman sends to Mr. Rosenberg

12  that he will review the attached document.  He says [reading]:

13  On the surface, you're asking me to base the loan on trust with

14  no legal document but then provide a copy of each executed

15  contract for files.

16       He said that's not fair; right?  That's what he's saying

17  to Mr. Rosenberg?

18  A.   Yes.

19  Q.   Okay.  And he goes on further down there [reading]:   It

20  goes both ways.  It is in everyone's best interest to get the

21  files sold as quickly as possible for the greatest amount of

22  money.

23       Correct?

24  A.   He seems to be saying if he was going to redact the

25  buyers' information, which he did, that he wouldn't need a loan

1    document.

2    **Q.**   Okay.  And there is nothing in this letter that states the

3    proceeds, once obtained from the sale of the files, will be

4    reinvested within blank days for new portfolio.  That needs to

5    be added as well.  Correct?

6        So he wants in this thing some sort of a document to

7    reflect the -- some sort of understanding that you can come to.

8    He's requesting that; correct?

9    **A.**   Yeah.  He wants not only a loan document, but he wants an

10   agreement that new money will be coming in in -- as we see in

11   other e-mails, in excess of the amount being advanced.

12   **Q.**   Correct.

13          MR. McMAHON:  623.  Government's Exhibit 623.

14   BY MR. McMAHON:

15   **Q.**   Okay.  Now, here is 623.  Okay.  And we were talking a

16   little bit about your not signing any loans or anything of the

17   sort.  Remember that?

18   **A.**   Yes.

19   **Q.**   Okay.  Can we take off the signature portion.

20       This is a -- the heading there is what?  IPI Titanium,

21   that's you guys; right?

22   **A.**   Oh, the letterhead is -- yes, that's us.

23   **Q.**   Now, let's -- this is the advance.  This is from you;

24   correct?

25   **A.**   It is.

1    **Q.**   And this talks about the advance we're talking about;

2    correct?

3    **A.**   Yes.

4    **Q.**   And [reading]:  We really appreciate all your efforts on

5    our behalf.

6         And that's what you said to him; correct?

7    **A.**   It is.

8    **Q.**   And you did; correct?

9    **A.**   Did I appreciate all of his efforts?

10   **Q.**   Yeah.

11   **A.**   I certainly appreciated that we were going to get this

12   advance.

13   **Q.**   These are your words.  You really appreciated all of his

14   efforts.

15   **A.**   I understand.  These were -- this particular language were

16   words that Mr. Rosenberg wanted included on here, so, again --

17   **Q.**   Oh, so that wasn't you; it was Mr. Rosenberg who wanted it

18   and that you wrote it; right?

19   **A.**   Mr. Rosenberg was always trying to smooth the way between

20   myself and Mr. Shusterman.

21   **Q.**   Okay.  And you signed off on this; right?

22   **A.**   I did.

23   **Q.**   Who wrote it?

24   **A.**   It was written by me with respect to discussions that were

25   had between the parties.

1   **Q.**   I don't know what that means.   Who did you discuss that

2   with?

3   **A.**   I had discussions with Mr. Rosenberg.   I had discussions

4   with Mr. Shusterman and there were also discussions with

5   Mr. Feldman.

6   **Q.**   [Reading]:   And after you really appreciated all your

7   efforts on our behalf and, in particular, your agreeing to make

8   these funds available to us.

9        That's how you lead off this letter; correct?

10  **A.**   Correct.

11  **Q.**   And this letter goes on to state [reading]:   The following

12  confirms the terms under which IPI shall advance the sum to IPI

13  Titanium Holding; correct?

14  **A.**   Correct.

15  **Q.**   And it tells Number 1, it will tell you -- talks about the

16  terms of this loan, the selling of the tranches, how the

17  3 point -- all that money -- [reading]:   IPI shall provide

18  Holding with a copy of every contract entered into.

19        **MR. McMAHON:**   Okay.   And we can go to the next page.

20  **BY MR. McMAHON:**

21  **Q.**   [Reading]:   I thank you again for working to make this

22  business a success.   Signed by you.

23        Correct?

24  **A.**   Correct.

25  **Q.**   And this was a document that you signed to reflect the

```
 1  fact that he was loaning you that money; correct?
 2  A.   Except he never agreed to these terms and never signed
 3  this.
 4  Q.   Okay.  But you were agreeing to those terms; correct?
 5  A.   I wanted the two of us to agree to those terms.  You don't
 6  have an agreement with just one party.
 7  Q.   No.  I know.  But you -- this was acceptable to you;
 8  correct?
 9  A.   It was.
10  Q.   Okay.  And what happened, then?  Did the money come
11  without any loan agreement being negotiated?
12  A.   It came without any loan agreement, correct.
13  Q.   Wait.  You saw that Mr. Shusterman was demanding a loan
14  agreement, all the things we talked about.  And you're going
15  back and forth, and he's saying this.  And you're saying he
16  gave you the 4.2 million, to your knowledge, without any
17  paperwork being signed at all?
18  A.   Correct.
19  Q.   And you're indicating that you knew nothing, then, of
20  Mr. Rosenberg signing off on an agreement like that?
21  A.   That's what I said.
22  Q.   Didn't it strike you as a little odd that after all these
23  negotiations, that someone's giving you $4.2 million with not a
24  single, solitary piece of paper?
25  A.   No.  There were lots of things that were discussed that
```

1   would change over time after discussions with Mr. Feldman, who

2   would -- who would work on Mr. Shusterman with regard to

3   certain details.  So it did not strike me as surprising.

4   Q.   Okay.  And --

5           MR. McMAHON:  Now, can we have 628, please.

6   BY MR. McMAHON:

7   Q.   Okay.  And this is a letter from a Ms. Hart, who's

8   apparently an assistant to Mr. Rosenberg.  Do you know who she

9   is?

10  A.   I do.

11  Q.   Okay.  And there was a letter attached to this.  Okay.

12  [Reading]:  Dear Richard, this is to acknowledge that you are

13  about to loan -- loan Titanium the amount of money.

14       And it reflects that.  Have you ever seen that before?

15  A.   I have not.

16  Q.   Okay.  And this seems to reflect that -- on this

17  attachment to the e-mail that was sent to Mr. Shusterman

18  acknowledgment of the loan of the 4.2 million; correct?

19  A.   Again, I've never seen this.  It says what it says.

20  Q.   Okay.  Now, did you ever have any discussions at this

21  period of time with Mr. Rosenberg about what he was doing to

22  effectuate or to make you -- make those funds available to you?

23  A.   I don't understand what your question is.

24  Q.   Sure.  What I'm saying to you is:  You guys are partners.

25  You're neighbors.  You're friends, all this stuff.  And you're

1    desperately trying to get this money, okay?  And you're going

2    back and forth with these loan discussions in the days prior to

3    it and the terms of loan agreements.

4         And I would assume -- and you can correct me if I'm

5    wrong -- that you would have had discussions about what he was

6    doing and what you were doing in connection with trying to

7    accomplish the needed $4.2 million.

8    **A.**   He told me that the advance was going to be made.  That's

9    the discussion that we had.

10   **Q.**   Did you ask him:  How did you do that, Rosenberg?  How did

11   you do that after all this stuff going back and forth and

12   Mr. Shusterman giving all these terms and sending all -- did

13   you say:  How in the world did you get that done?

14   **A.**   He had told me that he had discussed the matter with Bob

15   and that Bob was going to make the advance.

16   **Q.**   Okay.  And that was --

17   **A.**   And by that I mean Mr. Feldman.

18            **MR. McMAHON:**  Okay.  Now, can we see 1055, please.

19   **BY MR. McMAHON:**

20   **Q.**   Now, 1055, this is the spreadsheet, excel, whatever it is,

21   that is reflective of accumulation of monthly collections,

22   weekly, right --

23   **A.**   Yes.

24   **Q.**   -- daily or whatever?  Whatever they say.

25            And this is the one where, as we see on this -- and this

 1   is what was sent to the escrow in connection with Titanium;

 2   correct?

 3   A.   Yes.

 4   Q.   And this was sent by you; correct?

 5   A.   Yes.

 6   Q.   This is a fake document that you prepared?

 7   A.   It's not entirely accurate.  Parts of it are accurate.

 8   Q.   All right.  Well, as far as it being a truthful document,

 9   there are -- it's not -- there's parts of it that are false;

10   let's put it that way?

11   A.   Correct.

12   Q.   And if we see this kind of a document, what we're looking

13   at here is, just to explain it, for example, you have January

14   on this side here (indicating); right?  And then you have -- if

15   I can understand this, you have -- when you have gross, is that

16   how much money comes in that particular day or what on that

17   day?

18   A.   No.  That is the amount that would have come into the

19   collection agency.

20   Q.   Oh, okay.  And then it gets -- the agency gets their

21   money; right?

22   A.   Correct.

23   Q.   And then the net is what you guys get; correct?

24   A.   Correct.

25   Q.   Okay.  So when we look at what this is, net is what goes

1   into your company's pockets, so to speak; correct?

2   **A.**   No.   It goes into the particular SPE account for this

3   transaction.

4   **Q.**   Okay.   And as we can see here, this goes on a monthly

5   basis.   And we see -- and it has a total at the end; right?

6   **A.**   Yes, it does.

7   **Q.**   Okay.   And in this we have for the first -- January of

8   '08, we have $265,000 made up of various days; correct?

9   **A.**   Yes.

10          **MR. McMAHON:**   And can we show other days of that,

11  please.

12          The PDF is turned sideways.   Well, everybody's . . .

13          Is there a way to rotate it?

14          **MR. WISE:**   Go under "view" and you can rotate it.

15          **MR. McMAHON:**   That's better.

16          Okay.   Thank you.

17  **BY MR. McMAHON:**

18  **Q.**   Okay.   And so we see here, then we go to the end of

19  February, 307, right over here.   That's the net and actual;

20  correct?

21  **A.**   Yes.

22          **MR. McMAHON:**   Can we see the March, please, and just

23  keep going.   Can you scroll down on that.

24  **BY MR. McMAHON:**

25  **Q.**   Okay.   And then we go to --

1          **MR. McMAHON:**  Let's keep going.

2    **BY MR. McMAHON:**

3    **Q.**   On the end of March is another, 343; right?  And then

4    April comes in.

5          **MR. McMAHON:**  Go to the end of April.

6    **BY MR. McMAHON:**

7    **Q.**   Okay.  That was 381 is April.  See up there, right here

8    (indicating)?  And then go from May.

9          **THE COURT:**  381,000?

10         **MR. McMAHON:**  381,000.

11   **BY MR. McMAHON:**

12   **Q.**   And then May, 233; correct?

13         **THE COURT:**  233,000?

14         **MR. McMAHON:**  233,000, yes.

15         If we could go up to June.

16         Okay.  Where's the end of June?

17   **BY MR. McMAHON:**

18   **Q.**   Okay.  We've got one 182,000 and change; correct?  And

19   then all of a sudden in July, in July on these collections, we

20   have a deposit of 4 million, which we know now is the advance.

21   And then we have a total for July of 4 million.  It's like, you

22   know, on an average of $4 million more than any deposit on any

23   month in collections on that document; correct?

24   **A.**   Correct.

25   **Q.**   And that's what was sent to the escrow agent for his

1    perusal; correct?

2    **A.**   Correct.

3    **Q.**   Okay.  And the part that's a lie, obviously -- well, it's

4    not a -- that this was as a result of any collections or direct

5    pay or not -- that's the part.  The rest of it all is true is

6    what you're saying; correct?

7    **A.**   I'd have to look, but I believe that the rest of it was

8    accurate.

9            **MR. McMAHON:**   Okay.  We can take that down.

10           Now, can we look at 627, please.

11   **BY MR. McMAHON:**

12   **Q.**   627 is July 15th, 2008, and this is in regards to

13   repurchasing; correct?

14   **A.**   Yes.

15   **Q.**   This is from you to Mr. Shusterman, cc'ing Mr. Rosenberg.

16   And this talks about files being repurchased; correct?

17   **A.**   Yes.

18   **Q.**   And, in fact, as we know, some of those files were, in

19   fact, repurchased; correct?

20   **A.**   Yes.

21   **Q.**   And that's reflected in Government's Exhibit 1255 in that

22   Column 3 that talks about from 7/17/08 to 9/19/08, certain

23   files were repurchased; correct?

24   **A.**   Yes.

25   **Q.**   Okay.  And they were repurchased.  And what we -- you know

1    now to be that they were purchased by Mr. Shusterman.  You knew

2    that then; right?

3    **A.**   No.

4    **Q.**   Who did you know them to be purchased by?

5    **A.**   He told me that he had third-party buyers who were buying

6    these transactions, but he didn't want to share their identity

7    with us.

8    **Q.**   Okay.  And who did you get paid by?

9    **A.**   IPI.

10   **Q.**   Okay.  So the purchaser was IPI; correct?

11   **A.**   Again, I think I've described the way it worked.  As I

12   said before, he had described to us that he was merely being a

13   conduit to the ultimate purchaser; and he was doing that in

14   this fashion because he wanted to conceal from us the identity

15   of the ultimate purchaser.

16   **Q.**   Well, let me ask you this:  Have you seen any e-mail or in

17   any discussion between you, Mr. Shusterman, and Mr. Rosenberg

18   reflecting that mentality?

19   **A.**   Yes.

20   **Q.**   Okay.  Where is it?

21   **A.**   You showed them to me a little earlier where

22   Mr. Shusterman was saying it's not fair that he has to provide

23   a copy of the actual ultimate sale contracts showing the

24   identity of the ultimate buyers.

25   **Q.**   Right.

1    **A.**   So you saw that previously.

2    **Q.**   Okay.  And he purchased them as IPI.  And the check or the

3    wire, everything came from IPI; correct?

4    **A.**   Correct.

5    **Q.**   Okay.  And in the purchase and sale agreements that you

6    had with him, there was obviously nothing barring him under the

7    contract for him to repurchase those; correct?

8    **A.**   Under the original purchase and sale agreements?

9    **Q.**   Right.

10   **A.**   No, there was nothing barring him from repurchasing.

11   **Q.**   And there was no requirement that he repurchase.  He did

12   not -- there was no -- for example, there wasn't a clause in

13   there that says:  After a certain period of time or if there's

14   a certain deficit or whatever terms that were in there that he

15   would have to repurchase it, there was never anything like that

16   in the contract, was there?

17   **A.**   That's correct.

18   **Q.**   Okay.  So obviously, as a legal proposition, he was free

19   to purchase those if he wished, correct, and do whatever he

20   wished with them; correct?

21   **A.**   Yes.

22          **MR. McMAHON:**   Okay.  Now, we can look at 641.

23   BY MR. McMAHON:

24   **Q.**   And on this one from Mr. Shusterman -- this, again, refers

25   to the UCC3 docs that we talked about the other day and that

1    they would be filed; correct?

2    **A.**    And this also reflects the mentality you were talking

3    about.  His e-mail down below says [reading]:  I just sold

4    three more buckets.

5         It doesn't say:  I want to purchase three more buckets.

6    It contemplates that he had sold those to some third party.

7    **Q.**    Okay.  That's correct.  And you don't know whether that's

8    true or not true; right?

9    **A.**    I don't.

10   **Q.**    Okay.  And nonetheless, the money came in and you sold it

11   to him; correct?

12   **A.**    Yes.

13              MR. McMAHON:  Okay.  Now, let's look at 650.  650.

14   BY MR. McMAHON:

15   **Q.**    This is a -- from you to him regarding a file; subject:

16   "MultiCare"; right?

17   **A.**    Yes.

18   **Q.**    And you inform him [reading]:  We will be buying the file

19   at 3.74 percent.

20        Correct?

21   **A.**    Yes.

22   **Q.**    And that's what you were informing him; correct?

23   **A.**    He was aware of it.  But we're putting it in this e-mail

24   because, as typical, he forwards these e-mails generally over

25   to his attorneys.

1   Q.   Okay.  And -- now, if we could -- this was a situation

2   for, I believe, Slice Eight?

3           MR. McMAHON:  And if we could look at the chart of

4   Slice Eight, which would be Number 15 on 1267.

5   BY MR. McMAHON:

6   Q.   And if you look at Slice Eight on 1255, the buy rate that

7   was on the contract, according to this summary is 3.740;

8   correct?

9   A.   Correct.

10  Q.   Okay.  And then it was just a tad less than what you had

11  told him; correct?

12  A.   Can you go back to the prior one?

13  Q.   Sure, we can.  3.74, is that the exact same number?

14  A.   That's the exact same number.

15  Q.   Right.  So it was exactly what you told him in that we

16  will be buying it, and that's what it's sold at; right?

17  A.   Correct.

18  Q.   Okay.  Now, a couple other things.  About this IITA, okay,

19  did there come a time in this IITA situation -- well, let me

20  just back off a second.

21          MR. McMAHON:  Can we look at 680, please.

22  BY MR. McMAHON:

23  Q.   This is a e-mail in which there -- it's to Mr. Rosenberg

24  to you; correct?

25  A.   The top one is, yes.

1    **Q.**    And the bottom one is from you to him; correct?

2    **A.**    Correct.

3    **Q.**    Okay.

4    **A.**    And then there's another one underneath.

5    **Q.**    Okay.  And if we --

6    **A.**    There are two more underneath, it looks like, at least.

7            **MR. McMAHON:**  Okay.  And can we go to the top one,

8    please.

9    **BY MR. McMAHON:**

10   **Q.**    Now, in this one, this is discussions about other

11   purchases and whatnot; correct?

12   **A.**    Correct.

13   **Q.**    Okay.  And he says here [reading]:  He said he had to

14   break out three tranches and that in order to do, some are

15   lower and some are higher.  He said the price is not being

16   inflated, and there are many factors that go into the price.

17   So let's purchase and go with the flow.  We are already neck

18   deep into this, and we have additional rebates coming in.

19        Okay.  And so when he indicated "go with the flow 'cause

20   we're already neck deep in it," meaning that you're already

21   behind the eight ball, so to speak, with having to make

22   payments; correct?

23   **A.**    Yes.

24   **Q.**    Okay.  And you're already that deep in it; and if we do

25   this, we'll get some additional rebates coming in; correct?

1    **A.**    Yes.

2    **Q.**    And that's rebates that would get money into your pocket;

3    correct?

4    **A.**    And they're also -- we used rebates at times to pay down

5    the loans.

6    **Q.**    Okay.

7    **A.**    So it's not just that they went into our pocket.  We were

8    excited about additional rebates for a whole host of reasons.

9    **Q.**    Well, the word "rebates" has been used by Mr. Rosenberg

10   consistently throughout all of these e-mails to refer to the

11   money that went into your pockets.  Okay?  And here he is --

12           **MR. CLARKE:**  Objection.

13           **THE COURT:**  Basis?

14           **MR. CLARKE:**  The characterization.  He's essentially

15   testifying on behalf of Mr. Rosenberg.  He's summarizing all

16   the prior evidence regarding Mr. Rosenberg.

17           **MR. McMAHON:**  I'm summarizing -- if you wish me to

18   respond?  I'm summarizing every single thing that the

19   Government has presented here over the past three days that

20   every time Mr. Rosenberg was talking about money coming back

21   from qualifieds, he used the word "rebates."

22           **THE COURT:**  You can approach.

23           **MR. McMAHON:**  And here he's using "rebates" again.

24           **THE COURT:**  You can approach.  You can approach.  I

25   had to say that three times, Mr. McMahon.

1            **MR. McMAHON:**  Well, I didn't hear you.  I apologize.

2            **THE COURT:**  Well, listen better.

3        (Bench conference on the record:

4            **THE COURT:**  All right.  Where are we?

5            **MR. CLARKE:**  He's being a little rambunctious,

6    Your Honor, in overstating the prior evidence.  I don't mind

7    him having looping questions, but Mr. Rosenberg's not here.

8    And summarizing every single e-mail by Mr. -- let me just point

9    out, Your Honor, that he --

10            **THE COURT:**  One second.

11            Okay.  I've reviewed it.  Go ahead, Mr. Clarke.

12            **MR. CLARKE:**  For example, there's an e-mail in

13    evidence where Mr. Rosenberg refers to the rebate as a return

14    finder's fee as the kickback wire.  So it's just not factually

15    accurate.

16            And I understand what he's trying to do, but I think

17    that --

18            **THE COURT:**  What do you think he's trying to do?

19            **MR. CLARKE:**  Well, he's trying to loop the questions

20    to bring in some prior answers.  That's not one of them.

21    That's a misrepresentation of all the evidence in the case, of

22    all the e-mails where Mr. Rosenberg is on the e-mail.  It's

23    just a blatant misrepresentation.  And so I'm objecting to the

24    characterization of a fact assumed to be in evidence that is

25    not in evidence.  And it would be improper for that to be

1   represented within the question.

2           **THE COURT:**  Right.  I think it's a little bit

3   ambiguous, frankly, whether it is or it isn't.  I --

4           **MR. McMAHON:**  Judge --

5           **THE COURT:**  What I think we should do is back up.  And

6   you want to go back, break it down, make your question more

7   elemental so that I understand exactly what it is that you're

8   going after.  And we'll give Mr. Clarke an opportunity to

9   object if he feels that that particular question contains a

10  mischaracterization, and I'll listen for it.

11          Part of the problem is that it's rapid fire.  There's

12  a lot of information being compressed into one question.  And

13  even reading a transcript of it, it's a little hard to discern

14  exactly what Mr. McMahon is asking.

15          I'm going to overrule the objection.  You can pick up

16  with where you were, but there is a stylistic problem.  It's

17  hard to follow exactly what you're doing.

18          **MR. McMAHON:**  Got you, Your Honor.)

19      (Bench conference concluded.)

20          **THE COURT:**  Next question, Mr. McMahon.

21          **MR. McMAHON:**  Okay.

22  **BY MR. McMAHON:**

23  **Q.**   My question to you is this:  In looking at the line I have

24  underlined there, it says -- and let's just go with what it

25  says.

1          [Reading]:  We are already neck deep into this.

2          And we had talked about that.

3          [Reading]:  And we have additional rebates coming in,

4     et cetera.  As far as the September payments are concerned, I

5     absolutely agree that we will be requiring another, quote,

6     direct pay advance.

7          And have I read that correctly?

8     A.   Yes.

9     Q.   And that's what, in fact, he indicated to you after the

10    "neck deep" comment; correct?

11    A.   Yes.

12    Q.   Okay.  I'll just move on, then.

13         And let's -- Exhibit 1040, please, that the Government

14    used yesterday.  It's a Government exhibit.

15         Okay.  And this was attached to -- this was September 15th

16    of 2009.  And this was something that you compiled; correct?

17    A.   I believe this is the one that has the couple of columns

18    removed.

19    Q.   Right.  And what the purpose of this was, if I'm correct,

20    and that is that you were trying to show Mr. Shusterman that,

21    look --

22    A.   Oh, no.  This is a different document.  I misspoke.  I

23    apologize.

24    Q.   That's okay.

25         This is a document at which you were referring to him

```
 1    as -- showing him as of September of '09 just how some of these
 2    are just simply not performing in any way, shape, or form;
 3    correct?
 4    A.   Yes.
 5    Q.   Okay.  And this was, as it indicates, it was
 6    September 15th of 2009.  And clearly after this, there were no
 7    other purchases by ARS after the -- after September the 15th of
 8    '09.  If we look at the sheet, the last one was -- on
 9    Exhibit 1267 was 3/4/09; correct?
10    A.   I believe, from what I see, just a clarification, it's --
11    September 4th, '09, is what it shows at the top of the column
12    there.  But, yes, there were no more portfolios purchased after
13    that time.
14    Q.   Okay.  And if we look at that chart of 1267 and we take a
15    date, like, for example, of May the 13th between -- if we look
16    between Column 11 and Column 12, which is a period of time of
17    May 11th -- of May 13th of '08 until July the 2nd of 2008?
18    A.   Excuse me.  Which exhibit are we on?
19    Q.   I'm sorry.  1267.
20    A.   Okay.
21              THE COURT:  Wait a minute.  There's no Column 12.
22              MR. McMAHON:  Row 12?
23              THE COURT:  Oh, Line 12?
24              MR. McMAHON:  Line 12.  I apologize.
25              THE COURT:  Okay.  Horizontal.
```

KUBER - CROSS

1          **MR. McMAHON:**  Horizontal.

2          **THE WITNESS:**  Okay.  Line 12.

3    **BY MR. McMAHON:**

4    **Q.**   What I'm looking at is between 11 and 12 is the period of

5    time there between 5/13 and 7/2 was when we saw those e-mails

6    of "Urgent, Urgent" and all the problems because the payment

7    was coming due and all those things; correct?  That was the

8    time frame?

9    **A.**   I don't remember.  But if that was the time frame, that

10   was the time frame.

11   **Q.**   Okay.  Well, remember the e-mail said May the 31st, the

12   "Urgent, Urgent," and then you were saying that the first

13   payment was due July the 4th?

14        Do you recall that?

15   **A.**   I do remember the payment due July the 4th.

16   **Q.**   So what I'm saying is from that period of time, let's say

17   from after Sale No. 11, you engaged in 16 more sales after that

18   "Urgent, Urgent, Urgent" e-mail; correct?

19   **A.**   Yes.

20        **MR. McMAHON:**  Okay.  Now, can we see 692, please.

21   **BY MR. McMAHON:**

22   **Q.**   Okay.  And this is an e-mail from the attorney to you and

23   cc'd to various people there.  And update on IPI Titanium;

24   correct?

25   **A.**   Yes.

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

KUBER - CROSS

1   Q.   Okay.  And [reading]:  Doug and I spoke with Richard

2   tonight.  He said he will fund all repurchased for IPI Titanium

3   tomorrow.

4        And I think, in fact, that occurred, did it not?

5   A.   I don't recall the exact date, but he did -- he did fund

6   them all at some point.

7   Q.   Okay.  And this e-mail says also:  Attached --

8        This is from the attorney for my client.

9        [Reading]:  Attached please find a revised chart.

10            MR. McMAHON:  And could we see that chart.

11  BY MR. McMAHON:

12  Q.   Okay.  And this is what the attorney sent to you regarding

13  these repurchases; correct?

14  A.   Correct.

15  Q.   Okay.  And this was a document that obviously they had

16  prepared and they sent to you, and they reflect the repurchases

17  from the attorneys' vantage point; correct?

18  A.   They reflect the repurchases.

19  Q.   Right.  And this was provided to you by the attorney;

20  correct?

21  A.   Yes.

22  Q.   And if we look at the top, we have the repurchases

23  starting 7/17.  And we see that there were, as we move towards

24  the right, that there were UCC filings in Delaware and filed by

25  IPI, the creditor in this situation, that these were filed;

1  correct?  One, two, three, four, five of 'em on 7/18 of '08;

2  correct?

3  **A.**   Yes.

4  **Q.**   And if we look down on 8/7 of '08, there are three UCCs

5  filed in Delaware for IPI.  And there's some -- and the numbers

6  are all there; correct?

7  **A.**   Yes.

8        **MR. McMAHON:**  If we could look to, to up to -- scroll

9  up a little bit.

10 **BY MR. McMAHON:**

11 **Q.**   Okay.  And then we have -- let me see where we are.

12       September, we had those UCC filings.  And we don't see any

13 for the other ones there; correct?

14 **A.**   Correct.

15 **Q.**   Now, as you indicated, these UCC filings are things that

16 are a public record so that anybody can go online and look at

17 'em to make a determination of whether they think somebody's

18 creditworthy, if they've got liens or what not on 'em; correct?

19 **A.**   I'm not sure all the purposes, but they are a public

20 document.

21 **Q.**   And, in effect, their creditor/debtor relationship is the

22 basis of a UCC filing; correct?

23 **A.**   I believe that's true.

24       **MR. McMAHON:**  Okay.  Can we see 698, please.

25 **BY MR. McMAHON:**

1  Q.   698, this is a message of 9/28.  And this is to

2  Mr. Rosenberg.

3       MR. McMAHON:  Again, let's start at the bottom so it

4  makes more sense.

5  BY MR. McMAHON:

6  Q.   Okay.  And this is -- okay.

7       [Reading]:  Hi, Richard.  This is a . . .

8       Talking about the advances and whatnot and the

9  calculations thereof; is that correct?

10 A.   Yes.

11      MR. McMAHON:  Okay.  And if we could go up further on

12 Government's 698.

13 BY MR. McMAHON:

14 Q.   And this is to -- Mr. Shusterman to Mr. Rosenberg.  He

15 agrees with the numbers as noted below and agree with

16 everything else you set forth.  The funds will be wired Monday.

17      [Reading]:  And further, I will have Sandy, my lawyer,

18 create an advance loan agreement document for signature today.

19      Correct?

20 A.   That's what it says.

21 Q.   Okay.  And so he's indicating to Mr. Rosenberg that he's

22 going to have his lawyer send her the loan document on --

23 around September 28th of 2008; correct?

24 A.   Yes.

25      MR. McMAHON:  Now, if we could go up further.

1  BY MR. McMAHON:

2  Q.   And it says here in a message dated -- Mr. Rosenberg

3  writes [reading]:  Please make sure that the advance loan

4  agreement is only sent to me as Doug doesn't know about it like

5  the last time, and I will sign it.

6       Correct?

7  A.   That's what it says.

8  Q.   Okay.  So that reflects some of what you've said here

9  today, and that is that you didn't know about it as of -- at

10  least as of September 28th.  And he was doing this -- I don't

11  want to say behind your back or whatever, but he was doing it

12  unilaterally to reflect the loans; correct?

13  A.   He did not do it with my knowledge or approval.

14  Q.   Okay.

15         MR. McMAHON:  Okay.  Can we look at 702.

16  BY MR. McMAHON:

17  Q.   And this is 702.  These are the weekly reports from ARS

18  Portfolio One from Mr. Spielman with cc's to a lot of people;

19  correct?

20  A.   Yes.

21  Q.   And it's to Ari Glass at Platinum, and so these are the

22  weekly reports.  They were sent from the escrow agent,

23  Mr. Spielman, to Mr. Glass to reflect what was going on.  And

24  they were false.  This is the one that has the $6 million loan

25  in it that was reflected as direct pays; correct?

1   **A.**   I don't know what this one has; but if it has that

2   6 million, then it is false.

3   **Q.**   Okay.  And this was -- went to Mr. Glass and to all these

4   other individuals on there; correct?

5   **A.**   Yes.

6          **MR. McMAHON:**  And can we see what's on there.  Okay.

7   **BY MR. McMAHON:**

8   **Q.**   This is a letter from Mr. Glass or Mr. Spielman -- or

9   not -- I don't know if it's Mr. Spielman or not.  I don't -- I

10  can't see the signature.

11         Yes, it is.  And this was [reading]:  We are writing

12  pursuant with respect to that certain escrow agreement among

13  the undersigned.  And attached find the weekly report delivered

14  to us by the debtor --

15         Who is ARS; correct?

16  **A.**   Yes.

17  **Q.**   [Reading]: -- with respect to the portfolio purchased by

18  SPE of ARS Portfolio One.  We confirm that the data contained

19  in the report conforms to the data contained in the underlying

20  documentation upon which the report was based.

21         Correct?

22  **A.**   Yes.

23  **Q.**   Okay.  And that underlying documentation for the 6 million

24  was what?

25  **A.**   The wire from IPI.

1    Q.    Okay.  And you gave that to Mr. Spielman; correct?

2    A.    He could see it on his own.  I didn't need to give it to

3    him.

4    Q.    Okay.  And -- but as far as you get -- the wire is part of

5    the -- when he saw it wired in, did he actually see the wire or

6    was it just the wiring in of the money into the bank account?

7    A.    No.  He -- he would see both.

8    Q.    Okay.  And --

9    A.    I believe that's true.  I believe he was -- would receive

10   copies of all of the wires that came in, but I'm not -- I'm not

11   positive.  He would definitely see it on the account.  I'm not

12   sure if he would see the -- the wire itself.

13   Q.    Okay.  And so he -- he's confirming to Platinum that he

14   has done what he's supposed to do; correct?

15   A.    Yes.

16   Q.    And this particular document was sent to Mr. Glass October

17   of '08.  And this would have -- we don't see it right here, but

18   it had the 6 million on there.  And then there it is, and we

19   can look on this.

20          MR. McMAHON:  Let's look at that again quickly.

21   BY MR. McMAHON:

22   Q.    You see similar amounts, 197, then 174, and then all of a

23   sudden 6 million.  Then it goes back to 8,000 the next month.

24   So all of a sudden there's this $6 million placed into the

25   account, and Mr. Spielman sends that off to Mr. Glass; correct?

1    **A.**   Yes.

2    **Q.**   Okay.  Did Mr. Glass ever contact you after receiving

3    this?

4    **A.**   I think he contacted me both before and after receiving

5    it.

6    **Q.**   Okay.  And did you discuss with him that 6 million?

7    **A.**   Yes, I did.

8    **Q.**   And did you discuss with those people the 4 million that

9    we saw earlier?

10   **A.**   Yes, I did.

11   **Q.**   Okay.  And you told them that it was direct pays; correct?

12   **A.**   I did.

13   **Q.**   Okay.  And they accepted that; correct?

14   **A.**   They did.

15   **Q.**   And we see that that occurred on a repetitive basis, that

16   there was these periods of time where no money -- smaller

17   amounts of money and then, bam, 4 million, 6 million would be

18   coming into these accounts on a particular month; correct?

19   **A.**   Yes.

20        **MR. McMAHON:**  Okay.  Now, can we see 705, please.

21   **BY MR. McMAHON:**

22   **Q.**   Jonathan Rosenberg to you on 10/14.  And in this

23   particular e-mail [reading]:  Bob wants some assurance that

24   Platinum is going back in for some money.

25        So they've been lending money.  They want to make sure

 1   that Platinum's going to be coming back to deposit more money;

 2   correct?

 3   **A.**   Yes, they do.

 4   **Q.**   Okay.  And that's from Bob.

 5        And then -- one second.

 6        All right.  And it says here:  Bob -- I'm going to

 7   underline.

 8        [Reading]:  Bob said he is working with us and making

 9   Richard pay us these advances 'cause his model has not been

10   working out correctly, but that we need to work with him as

11   well.

12        Correct?

13   **A.**   Yes.

14   **Q.**   Okay.  And so this reflects that Bob is putting pressure

15   on Richard to make those advances; correct?

16   **A.**   That would be my interpretation of it, yes.

17        **MR. McMAHON:**  Okay.  Can we see 708, please.

18   **BY MR. McMAHON:**

19   **Q.**   Okay.  Now, 708 is an e-mail of October 17th of 2008 that

20   comes from Mr. Shusterman to you; correct?

21   **A.**   Yes.

22   **Q.**   All right.  And this is regarding and -- the hybrid model,

23   and you talked about that at great length; correct?  The hybrid

24   model.  See it says "Re, Hybrid Model"?

25   **A.**   It says that at the top, yes.

1   **Q.**   Yes.  Okay.

2       And what Mr. Shusterman says to you on October the 17th of

3   2008 is the following [reading]:  As I have advised many times

4   in the past, IPI has never guaranteed any rate of return on any

5   point -- portfolio, period, exclamation -- well, really

6   exclamation point.  Past performance of a portfolio in no way

7   will guarantee the same success on any current or future

8   portfolio you own.  I have discussed this with you and advised

9   Jon as well many times in the past.

10      And that's what he sent to you; correct?

11  **A.**   That's what it says.

12          **MR. McMAHON:**  Okay.  Now, if we go to 712.

13  **BY MR. McMAHON:**

14  **Q.**   All right.  And let's look at the pattern here.  This

15  is -- at the bottom is Rosenberg -- okay -- Rosenberg to you.

16      [Reading]:  We are getting the advance.  I told Bob it is

17  unfair to charge us interest.  I told him to go -- to get us

18  through these large files.  And I believe the no -- new

19  formula, if implemented properly, will solve all our problems.

20      Okay?  And so then we go up to the next one where you say

21  to Mr. Rosenberg, when -- about this interest -- and this was

22  the interest -- you said [reading]:  What's his position

23  regard -- what's Bob's response regarding the interest?

24      And then it goes further [reading]:  He will tell Richie

25  not to charge it.

1      Right?

2  **A.**    Yes.

3  **Q.**    Okay.  [Reading]:  And it is so stupid 'cause he can and

4  will just take it out of the resale.

5      And then further up [reading]:  I guess you are right, but

6  let's not get crazy.  This is Jonathan to you.  Let's just

7  continue and make money.  We have a new deal now with multiple

8  rebates.

9      Correct?

10 **A.**    That's what it says.

11 **Q.**    And those multiple rebates are to line you and

12 Mr. Rosenberg's pocket; correct?

13 **A.**    As I said, they were used for many purposes, but part of

14 it did line our pockets, yes.

15 **Q.**    Okay.  Now, I just want to go into a couple more things,

16 and that is this Dean --

17         **MR. McMAHON:**  Let's go to 690.

18 **BY MR. McMAHON:**

19 **Q.**    And we went over this -- can we -- is there anything

20 attached to this?  Okay.  Right here.  Wait.

21     [Reading]:  Do you want me to revise the executive summary

22 to fix the spelling errors?

23     So, anyway, there was -- without going into this -- it's

24 late.  There was an executive summary that you did; correct?

25 **A.**    Yes.

1   Q.   Okay.  And who was that for?

2   A.   The one you're talking about here would be for IITA.

3   Q.   Okay.  Okay.  Now, and that would be 23 on Exhibit 1267;

4   correct?

5   A.   Excuse me.  Let me look.

6        Yes.

7   Q.   And in that executive summary that we saw, rather than go

8   all through it, you indicated that you never mentioned IPI,

9   which was not a hundred percent true.  You told 'em that you

10  had the propriety -- proprietary method, which wasn't true.

11  And that was all being done to try to get IITA to give you some

12  money; correct?

13  A.   Yes.

14  Q.   Okay.  And you also -- and this IITA situation, you met

15  Dean Lewis; correct?

16  A.   Yes, I did.

17  Q.   And Dean Lewis was somebody that you got introduced

18  through Mr. Rosenberg; correct?

19  A.   Correct.

20  Q.   Okay.  And however the conversation came up, you realized

21  that these people in Africa had a whole bunch of money that

22  they may wish to invest, and you sought them out; correct?

23  A.   No.  Mr. Rosenberg mentioned to me that they had money

24  that they were interested in investing.  He spoke to them, and

25  they wanted to speak to me.

1  Q.   Well, and you -- this -- and you pitched it, so to speak.

2  You gave them an executive summary, and you gave them certain

3  things; correct?

4  A.   Yes.

5  Q.   Okay.  And you were attempting to get this deal done;

6  correct?

7  A.   Yes.

8  Q.   Okay.  Now, we're talking about October of '08; correct?

9  September or October of '08.

10  A.   Yes.

11  Q.   Okay.  And we've already seen in many of the e-mails and

12  things that you have written to Richard about the performance

13  of these portfolios and how it just wasn't working.  And you

14  were aware of the economy at the time and all of these things

15  and that things weren't just panning out as was hoped for way

16  back when; correct?

17  A.   Correct.

18  Q.   Okay.  And yet knowing that, you then pitched this deal to

19  Dean Lewis and the African charity; correct?

20  A.   Yes.  We -- you know, we and I in particular at that point

21  in time was in desperation.  I, you know, was concerned about

22  everything, the entire arrangement between myself and Platinum

23  and IPI blowing up in our faces.  And I was under a

24  considerable amount of stress.  I, you know, was not under

25  treatment or any medication at that time.  I -- I was

1  desperate.

2      And the goal was to simply delay in the hopes that

3  something would come out of somewhere that Mr. Feldman and

4  Mr. Shusterman kept talking about these huge investment funds

5  that were going to get rid of the Platinum problem, and the

6  goal was just bring in whatever we could to try and assist in

7  the hopes that that was going to happen at some point.

8  Q.   Okay.  Now, did -- the biggest investors here was

9  Platinum.  Did Mr. Shusterman, to your knowledge, have any

10 dealings with Platinum in negotiating any of the interest or

11 the rates or anything like that?

12 A.   No.

13 Q.   And with Mr. Dean Lewis, that whole scenario with Dean

14 Lewis, through Rosenberg and then you, was pitched by you.  It

15 wasn't pitched by Mr. Shusterman, was it?

16 A.   Yeah.  I have to -- I have to step back for a second

17 'cause I may have created the wrong impression.  As we talked

18 about before, any arrangement that we made, we needed to make

19 sure, Jonathan and I, Mr. Rosenberg and I needed to make sure

20 that whatever we were going to expect to be coming in to fund

21 any particular deal that we entered into, we needed to ensure

22 that IPI was on board to make sure that they were comfortable

23 with the amounts that we were expecting.

24 Q.   Okay.

25 A.   So in that regard, we previewed the Platinum deals with

 1    them, including our overage, and we did the same with the IITA

 2    deal.

 3    **Q.**   Okay.  And you pitched this to them, and eventually you

 4    got them to invest; correct?

 5    **A.**   Correct.

 6    **Q.**   And you pitched the model of collections and the whole

 7    hybrid model; correct?

 8    **A.**   Yes.

 9    **Q.**   But when you were pitching that to them, you knew it

10    wasn't going to work.  You didn't think it was going to work.

11    You knew it hadn't worked; right?

12    **A.**   We were still looking at the hybrid model and I -- as I

13    said, I was desperate, I wasn't thinking straight, I was hoping

14    against hope that somehow they would bring in those large

15    investment dollars as they had promised us and assured us and

16    somehow they would get rid of this problem.

17    **Q.**   Okay.  And so it's fair to say, then, that you

18    misrepresented and basically lied to Dean Lewis and IITA out of

19    desperation for money; correct?

20    **A.**   Out of desperation so that this entire thing did not blow

21    up in all of our faces.

22    **Q.**   Okay.  And, in fact, that's what you did.  You

23    misrepresented and lied to them; correct?

24    **A.**   I did.

25    **Q.**   All right.  I'm going to ask you about a situation with

1    IITA in which you received approximately $700,000.

2         Do you know about that?

3    **A.**   I don't know what you're referring to.

4    **Q.**   Okay.  Did you -- that you received approximately $700,000

5    from IITA, anything of the sort?

6    **A.**   No.  I don't know what you're talking about.

7    **Q.**   All right.  One second.

8         I'm going to show you this document again and see if it

9    refreshes your recollection about this.

10            **MR. McMAHON:**  If I may, Your Honor?

11            **THE COURT:**  Yes.

12            **MR. McMAHON:**  It's the same document.

13   **BY MR. McMAHON:**

14   **Q.**   And I'm going to direct your attention to the bottom of

15   Page 20, okay, with the last paragraph and read through the

16   rest of the paragraph on Page 21.

17   **A.**   (Reviews document.)

18   **Q.**   Does that refresh your recollection of what I was talking

19   about?

20   **A.**   It doesn't refresh my recollection at all.

21            **MR. McMAHON:**  Okay.  If I may approach to grab this,

22   Your Honor?

23            **THE COURT:**  Yes.

24            **MR. McMAHON:**  Thank you.

25   **BY MR. McMAHON:**

```
 1   Q.   So it's fair to say that what's reflected there today, as
 2   you sit here today, you have no knowledge of that whatsoever;
 3   correct?
 4   A.   I don't think that's -- what it's reflecting is what
 5   you're saying.  I think it's different.
 6   Q.   I'm just -- you know, I'm just looking at the document as
 7   it's phrased.  I didn't write it.  I'm just asking you, and
 8   then you said "no."  Okay?
 9   A.   Yeah.  And then you asked a follow-up question, and I was
10   responding.
11   Q.   Now, there was a -- did Mr. Lewis get a rebate, a finder's
12   fee?
13   A.   Mr. Lewis and Mr. Herr received a finder's fee.
14   Q.   Who did they receive it from?
15   A.   I believe it was from ARS.
16   Q.   And that's you; right?
17   A.   Yeah.
18   Q.   And Mr. Rosenberg; right?
19   A.   Yes.
20   Q.   And so he was on the board of IITA.  He was -- or however,
21   in charge of their, what you talked about yesterday, maybe
22   their investments or on that board, on that board.  And he was
23   instrumental in getting IITA people to make this investment;
24   correct?
25   A.   I believe so, yes.
```

1   Q.   And he was on their board advising them, and he got paid

2   money by you to do that; correct?

3   A.   I don't know the particular arrangement between him and

4   Mr. Herr.  It was paid to some company that I understood both

5   of them were members of.

6   Q.   Okay.  And did Dean Lewis tell you not to let IITA know

7   about that?

8   A.   I don't recall.

9   Q.   Okay.  Now, there's a fund here I'm looking at towards the

10  end here, 26.  Okay?  And I want you on -- on Exhibit 1267.

11  A.   Yes.

12  Q.   Okay.  And on 1267 -- just one second, before I get to

13  that one.

14       On the IITA deal that you pitched and what we just talked

15  about, you got almost a half a million dollars again; correct?

16  A.   Correct.

17  Q.   And that was another half a million dollars going into

18  your pocket; correct?

19  A.   Again, as I said before, I don't know exactly where it

20  went; but at times we did use the money for our own purposes.

21  Q.   Okay.  And now I'm going back to 26, there is a fund all

22  the way -- this is the -- it's into 2009 now, February 18th of

23  2009, a purchase price of $2.2 million; correct?

24  A.   Yes.

25  Q.   And this was -- a investor in that particular situation

1    was a Mr. Kagel; correct?

2    A.   Correct.

3    Q.   And he was a friend of yours, as you previously talked

4    about; correct?

5    A.   Yes.

6    Q.   And did you pitch the investment to him?

7    A.   He had already been a prior investor.  I don't believe I

8    had to pitch the investment to him.

9    Q.   Okay.  Well, did he come to you or did you go to him?

10   A.   I believe he came to me in this instance.

11   Q.   And he was a friend of yours; right?

12   A.   He was.

13   Q.   And you took $2.2 million of him [sic] to invest in this

14   plan in February of '09; correct?

15   A.   Yes.  I'm not proud of this.  I'm disgusted by it.

16   David Kagel was a very close friend of mine, and I was in very

17   desperate straits at this time.  And I -- I can't believe that

18   I did this, but I did.

19   Q.   Okay.  And that's because the old saying desperate people

20   do desperate things; correct?

21   A.   Yes.

22   Q.   And the desperation made you, in essence, really hurt one

23   of your friends; correct?

24   A.   Very badly, yes.

25   Q.   And on this particular situation on -- in looking at this,

1    I'm not sure I understand that.  If you look at 1267, it talks

2    about adjustments for unqualifieds, $110,000.  But then it

3    seems like there's an offset of $110,000.  Do you know what

4    that's about?

5    **A.**   Mr. Shusterman retained the $110,000 against invoices that

6    he allegedly incurred as a result of collection activities on

7    our files.

8            **MR. McMAHON:**  Okay.  I'm almost done, Your Honor.  I

9    think I can finish this so we'll be completed.

10           **THE COURT:**  Okay.

11   **BY MR. McMAHON:**

12   **Q.**   Now, in -- there was this last situation you talked about

13   in your testimony yesterday, and that was this -- when there

14   was a letter written by you but for Richard to sign.  Remember

15   that situation in July of '09?  Remember that?

16   **A.**   Yes.

17   **Q.**   And this whole situation was one where the repurchasing

18   kept being pushed off, pushed off, and we saw that

19   documentation of it and whatnot.  And that never, ever, ever

20   occurred, did it?

21   **A.**   What never occurred?

22   **Q.**   The repurchasing, it never occurred?

23   **A.**   It never occurred.  Correct.

24   **Q.**   Okay.  Are you familiar with a concept or a letter from a

25   Peter Tucci that was written?  Have you ever seen it or has it

 1   ever been referred to you?  Do you know what I'm talking about?

 2   **A.**   I don't know what you're talking about.

 3   **Q.**   Okay.  And --

 4         **MR. McMAHON:**  One second, Your Honor.

 5   **BY MR. McMAHON:**

 6   **Q.**   Okay.  I'm going to show you the same document that I've

 7   been referring you to.

 8         **MR. McMAHON:**  If I may approach, Your Honor?

 9         **THE COURT:**  Yes.

10   **BY MR. McMAHON:**

11   **Q.**   It's Page 21 of that document.  And I'm going to show you

12   this document and have you read -- it will be the second

13   paragraph right here (indicating).  And I have "Tucci letter"

14   written in yellow so you can see what it is.

15   **A.**   (Reviews document.)

16         I have read it.

17   **Q.**   Now, again, it's that same document that I've been asking

18   you to refer to at various times.  Does that refresh your

19   recollection about that at all?

20   **A.**   It doesn't refresh my recollection, but it does clarify to

21   me the document that I think you're referring to.

22   **Q.**   And what would that be?

23   **A.**   It was a letter from Peter Tucci that Mr. Shusterman

24   provided to show the, amongst other things, I guess, the

25   existence of a robust secondary market.

1   **Q.**   One or two last things here.

2         Look up at -- on Exhibit 1267, the -- Line 12.  It says

3   "Slice Two."  And this one is not a Platinum deal; correct?

4   **A.**   Correct.

5   **Q.**   And who were the investors in that one?  And this was the

6   one post the 5/31 e-mail in which you were "Urgent, Urgent,

7   Urgent," just to put it in time frame.  Who were the investors

8   there?

9   **A.**   I don't recall.

10  **Q.**   Okay.  But they certainly weren't Platinum; right?

11  **A.**   Yes.

12  **Q.**   Were they individuals?

13  **A.**   I would suspect that primarily they were.

14  **Q.**   Okay.  And you got the money from these individuals after

15  the "Urgent, Urgent, Urgent" e-mail and had them invest

16  $1 million into this plan; correct?

17  **A.**   I did.

18         **MR. McMAHON:**  Judge, I have no other questions.

19         **THE COURT:**  Thank you.  You may be seated.

20         Mr. Kuber, you may step down.

21         Ladies and gentlemen, we will now recess for the

22  evening.  Do not discuss the case with anyone.  Do not discuss

23  it with your fellow jurors.  Do not discuss it with any of your

24  friends or family.  Do not allow yourselves to be exposed to

25  any news articles or reports that touch upon the case or the

1    issues it presents or any of the participants in the trial.

2              Avoid all contact of any kind with any of the

3    participants in the trial.

4              Do not make any independent investigation of the law

5    or the facts relevant to this case.  Do not conduct Internet

6    searches with respect to the issues presented or the persons

7    participating in the trial.

8              Do not consult external sources, such as encyclopedias

9    or dictionaries, in reference to the issues and the terms that

10   have been presented to you here.

11             We will reconvene, as always, at 9:30 tomorrow

12   morning.

13             The jury is excused until 9:30.

14             Please take the jury out.

15        (Jury excused at 5:18 p.m.)

16        **THE COURT:**  You are excused for the evening,

17   Mr. Kuber, to return at 9:30 tomorrow.  Thank you.

18        **THE WITNESS:**  Thank you, Your Honor.

19        (Witness excused.)

20        **THE COURT:**  Be seated, please.

21             Let's revisit some basic ground rules for how a trial

22   should be conducted.

23             Number one, it's totally counterproductive, not to

24   mention really just offensive, when lawyers start talking over

25   the top of each other and get into essentially an argument in

```
 1    the courtroom.  That's bad enough.
 2           But, number two, when lawyers start arguing over the
 3    judge, it's an embarrassment for the system.  And I don't
 4    permit it, to protect the integrity of the process and basic
 5    decorum in the courtroom.
 6           So it might be that in the heat of battle, you have
 7    trouble hearing everything that might be coming from the bench,
 8    but you have to listen for that.
 9           You know, in a courtroom, somebody's got to be in
10    charge and that's the judge.  And what goes along with that is
11    the lawyers' recognition of it.  And when the judge starts to
12    speak, the lawyers have got to stop talking.  Basic Trial
13    Practice 101.  So that's a firm expectation I have.
14           Number two, on a far less serious level, but having to
15    do with just sort of the orderly mechanics of what goes on in
16    here, let's go back to what I discussed at the pretrial
17    conference in terms of my procedures for moving about the
18    courtroom.
19           I want you to stay in a relatively fixed position, and
20    counsel have been doing that.  If you have a need, though, to
21    approach the witness stand and it's an obvious one, you can
22    just do it.  You don't have to ask for permission to approach.
23           I think you've got, Mr. McMahon, sort of gun shy over
24    that because I raised the issue with you of your staying at the
25    stand.  And that's what I call hovering over the witness, and
```

```
 1   we don't permit that.

 2           So you don't have to ask.  When you've got to refresh

 3   his recollection, I know what you're doing.  Just go up there

 4   and do it.  The point is:  Drop the documents off and go back

 5   to the podium, and then we won't have the needless

 6   back-and-forth about, Can I approach?  Can I retrieve the

 7   document?  And that sort of thing.  It's obvious what you're

 8   doing, and that's allowed.  Just don't stay there.

 9           MR. McMAHON:  Okay.

10           THE COURT:  All right.  How long for redirect?

11           MR. CLARKE:  I'm thinking probably 45 minutes, an

12   hour, maybe.

13           THE COURT:  All right.  And then Mr. Rosenberg is

14   next?

15           MR. CLARKE:  No, he's not.  We had to make

16   accommodations, so I've told counsel.

17           MR. McMAHON:  I've been informed.

18           THE COURT:  All right.  Well, let me know what the

19   lineup is for tomorrow.

20           MR. CLARKE:  I can tell you now.

21           THE COURT:  Yes, that's fine.

22           MR. CLARKE:  I'm sorry.  It's -- Mr. Spielman will

23   start.

24           THE COURT:  Okay.  Mr. Spielman, the accountant?

25           MR. CLARKE:  Yes.  And then, secondly, Mr. Landrum, he
```

```
 1   provided --
 2           THE COURT:  Mr. Landrum.
 3           MR. CLARKE:  -- the liquidation summaries.
 4           THE COURT:  Yes.
 5           MR. CLARKE:  And then Mr. Jedwab, who's Platinum.
 6           And then Mr. Slota, who's also Platinum.
 7           THE COURT:  Okay.  And cross with respect to these
 8   witnesses, some substantial, some not?
 9           MR. McMAHON:  I think that's -- nothing like this.
10           THE COURT:  Yes.  Sure.  But none of them are
11   perfunctory, it doesn't sound like.
12           MR. McMAHON:  No.  I don't think that any are just
13   like two, three questions.
14           THE COURT:  Right.  So presumably you've got some
15   cross for each one of them.
16           MR. McMAHON:  I do.
17           THE COURT:  Yes.  Okay.
18           So, Mr. Clarke, you know, let's see.  What day is
19   this, Tuesday?  How are we doing?  Not just --
20           MR. CLARKE:  In what respect?
21           THE COURT:  I'm not asking for a psychological
22   profile, at least not at 5:22.  I'm wondering about the overall
23   pace and schedule of the trial.  How are we doing?
24           MR. CLARKE:  Well, I mean, other than the slight
25   hiccup we just had for about a day and a half or so -- we all
```

had to make an adjustment.  We've made the adjustment.  I think

counsel made the adjustment.  And we're kind of back onto this

new schedule, and I think we're heading in that direction okay.

**THE COURT:**  All right.  So we're not behind schedule,

we're just on the slightly -- we're on a different schedule,

but big picture.

**MR. CLARKE:**  Big picture is this might have caused us

to be pushed into that fourth week for sure.  In other words,

we're solidly into that fourth week.

**THE COURT:**  Yes.

**MR. CLARKE:**  And so we run the risk of if we get two

days of problems, we're into the fifth week.

**THE COURT:**  Yes.  Well, that's a big problem.  But up

through the 21st, which is the Thursday of the fourth week --

let's just make sure we're talking -- Mr. Wise, we're talking

about the same weeks?

**MR. CLARKE:**  I have a calendar here, Your Honor.

**THE COURT:**  We're in the second week.  Hopefully we

can all agree on that.

**MR. McMAHON:**  I don't even know what today's date is.

What is it?

**THE COURT:**  Today is the 5th of April.  So a week from

today would be the 12th of April.  That would be Tuesday of the

third week of trial.  Two weeks from now will be the 19th of

April, a Tuesday.  That would be the Tuesday of the fourth week

1    of this trial.

2              **MR. CLARKE:**  Right.  And we --

3              **THE COURT:**  And I have every hope that we're going to

4    wind this thing up by Thursday, the 21st.  And what Mr. Clarke

5    is saying, maybe, maybe not.

6              **MR. CLARKE:**  Yeah.  It depends how long the defense

7    case is.  And I can pretty much guarantee, Your Honor, we're

8    going to be having rebuttal witnesses.

9              **THE COURT:**  Yes.

10             **MR. CLARKE:**  Not extensive ones, but --

11             **THE COURT:**  All right.  So we're going to keep

12   monitoring this, and we'll probably check in with you at the

13   end of the day Thursday and then again through the week next

14   week and keep sort of assessing the pace of this.

15             And then at some point if we have to give the jury a

16   warning about the length, extending beyond the four weeks that

17   they were advised, then we'll want to do that with some -- you

18   know, at some point in advance.

19             **MR. McMAHON:**  It seems to me, based on looking at the

20   schedule, I'm pretty sure it's going to go into that week of

21   the 25th.  I think -- with everything that I know about this

22   case, I think it will.  I hope it doesn't, but --

23             **THE COURT:**  All right.  Well, I appreciate that

24   assessment earlier rather than later.  We'll have to

25   accommodate you somehow.

1          Okay.  Anything else we need to address before we

2   adjourn for the evening, Mr. Clarke?

3          **MR. CLARKE:**  No, Your Honor.  Thank you.

4          **THE COURT:**  Mr. McMahon?

5          **MR. McMAHON:**  No, Your Honor.

6          **THE COURT:**  Okay.  We're in recess until 9:30 tomorrow

7   morning.

8       (Court adjourned.)

9

10              INDEX - GOVERNMENT'S EVIDENCE

| WITNESS | DR | CR | RDR | RCR |
|---|---|---|---|---|
| DOUGLAS A. KUBER<br>(Con't from 4/4/16) | -- | 9 | -- | -- |

13

14

15      I, Douglas J. Zweizig, RDR, CRR, do hereby certify that

16   the foregoing is a correct transcript from the stenographic

17   record of proceedings in the above-entitled matter.

18
                        _____/s/_____

19

20                   Douglas J. Zweizig, RDR, CRR
                     Registered Diplomate Reporter
                     Certified Realtime Reporter

21                   Federal Official Court Reporter

22                   DATE:  July 27, 2016

23

24

25

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

**$**

$1 [4]   154/13 155/5 155/7
 239/16
$1 million [4]   154/13 155/5
 155/7 239/16
$1,872 [2]   86/19 86/20
$10 [1]   135/6
$10 million [1]   135/6
$110,000 [3]   237/2 237/3 237/5
$112,000 [1]   82/19
$168,000 [1]   45/13
$168,897 [2]   37/16 45/3
$187,000 [1]   36/15
$2.2 [3]   67/12 235/23 236/13
$2.2 million [2]   235/23 236/13
$2.2 million and [1]   67/12
$2.4 [1]   83/20
$2.4 million [1]   83/20
$200,000 [3]   47/14 47/24 67/8
$220,000 [1]   47/9
$24,000 [1]   82/21
$25 [3]   130/13 134/15 140/24
$25 million [3]   130/13 134/15
 140/24
$265,000 [1]   205/8
$29 [3]   134/13 149/19 150/17
$29 million [3]   134/13 149/19
 150/17
$320,000 [2]   138/2 138/5
$37,125 [1]   63/6
$4 [3]   148/19 177/19 206/22
$4 million [3]   148/19 177/19
 206/22
$4.2 [5]   192/24 195/12 196/6
 201/23 203/7
$4.2 million [5]   192/24 195/12
 196/6 201/23 203/7
$410,000 [1]   82/24
$5 [8]   94/13 94/15 95/24 101/16
 143/12 146/10 146/11 160/10
$5 million [7]   94/13 94/15
 101/16 143/12 146/10 146/11
 160/10
$50 [1]   19/1
$500,000 [5]   95/25 96/1 96/2
 146/12 146/13
$55,000 [3]   33/14 33/22 35/8
$55,000-plus [1]   33/14
$6 [4]   148/20 169/7 222/24
 224/24
$6 million [4]   148/20 169/7
 222/24 224/24
$61,000 [1]   5/22
$70,000 [1]   75/4
$700,000 [2]   233/1 233/4
$8 [1]   184/11
$8 million [1]   184/11
$8.4 [1]   134/22
$8.4 million [1]   134/22
$85,000 [1]   82/13
$9 [1]   180/16
$9 million [1]   180/16

**'**

'06 [1]   138/6
'07 [7]   46/21 47/2 96/5 123/23
 139/1 143/12 147/1
'08 [10]   135/6 164/12 173/15
 205/8 217/17 220/1 220/4 224/17
 230/8 230/9
'09 [5]   217/1 217/8 217/11

236/14 237/15
'1976 [2]   70/16 112/23
'3 [1]   11/23
'9 [1]   164/16
'cause [10]   21/4 33/23 76/16
 86/21 110/1 166/11 212/19 226/9
 228/3 231/17
'em [11]   27/14 27/19 57/25
 102/22 103/13 171/7 188/23
 220/1 220/17 220/18 229/9

**.**

.25 [3]   151/10 151/14 151/18

**/**

/s [1]   246/18

**0**

06 [1]   138/10
07 [6]   138/5 138/22 138/23
 138/23 138/24 138/25
08 [2]   207/22 207/22
09 [1]   217/9

**1**

1 million [2]   114/7 154/1
1 o'clock [1]   131/21
1 through [1]   78/16
1,000,749 and [1]   150/2
1,237,563 [1]   141/20
1.25 million [2]   83/12 145/21
1.4 million [1]   74/13
1.4 million and [1]   78/23
1.5 million [1]   180/14
1.6 and [1]   190/18
1.7 [2]   81/16 81/21
1.7 million [1]   78/24
1.75 million [1]   83/17
1.8 million [2]   33/10 44/11
1.8 million and [1]   30/22
1.8 million-plus [1]   32/5
10 [2]   116/17 132/13
10 percent [11]   23/18 25/23
 49/20 50/4 65/21 65/24 66/4
 66/11 114/2 116/2 129/5
10/14 [1]   225/22
100 [1]   145/25
101 [2]   1/24 241/13
1040 [1]   216/13
1046 [1]   169/4
1047 [1]   170/17
1050 [3]   25/2 25/5 26/20
1055 [2]   203/18 203/20
1082 [1]   11/23
1083 [3]   9/18 9/19 10/2
1085 [1]   11/23
1093 [2]   22/19 22/19
1099 [3]   85/1 85/2 85/7
1099s [1]   84/23
11 [4]   172/3 217/16 218/4
 218/17
11/19 [1]   74/15
11:07 [1]   162/2
11:14 [1]   69/8
11:35 [1]   69/11
11th [1]   217/17
12 [10]   28/23 150/9 217/16
 217/21 217/22 217/23 217/24
 218/2 218/4 239/2
12/21 25 million [1]   121/15
125 [1]   145/25

1255 [17]   88/15 88/18 134/1
 141/21 148/17 149/7 150/14
 150/18 151/16 154/5 154/20
 166/17 171/5 171/6 171/10
 207/21 211/6
1267 [18]   29/1 35/22 45/3
 141/10 141/12 146/16 149/21
 150/14 160/17 211/4 217/9
 217/14 217/19 229/3 235/10
 235/12 237/1 239/2
12:57 [1]   132/16
12th [3]   149/18 150/1 244/23
13 [1]   218/5
131 [1]   71/13
13th [3]   76/6 217/15 217/17
14 [2]   70/25 225/22
14th [3]   48/9 73/11 128/25
15 [10]   69/7 69/9 132/12 154/6
 154/9 154/11 154/15 185/17
 186/8 211/4
15 percent [2]   23/17 196/18
15 percent APR [1]   191/4
15th [4]   207/12 216/15 217/6
 217/7
16 [2]   218/17 246/12
160 [1]   52/19
168,000 [4]   45/11 45/21 47/7
 63/11
17 [2]   126/8 219/23
174 [1]   224/22
17th [3]   121/24 226/19 227/2
18 [1]   220/1
182,000 and [1]   206/18
18th [1]   235/22
19 [1]   74/15
197 [1]   224/22
1976 [1]   62/17
19th [4]   3/10 74/16 78/22
 244/24
1C [1]   10/10
1st [3]   138/1 138/14 138/16

**2**

2 o'clock [1]   132/13
2 point [1]   179/24
2'05 [1]   136/25
2'06 [2]   36/6 38/12
2'07 [6]   2/20 3/14 36/6 38/12
 50/7 53/12
2'08 [2]   2/20 190/1
2'09 [4]   2/20 3/15 3/25 4/9
2.2 million [2]   179/22 180/15
2.23 million [1]   179/25
2.3 [1]   83/20
2.4 [1]   123/3
2.45 [1]   108/11
2.475 [8]   49/10 50/10 50/25
 61/4 74/18 75/1 80/7 80/14
2.6 [23]   36/10 44/25 63/1 66/5
 66/9 96/9 98/8 114/13 115/10
 116/25 123/6 123/11 124/4 124/5
 124/11 124/19 129/3 129/12
 144/24 145/16 145/18 187/1
 187/16
2.925 [3]   150/18 151/18 151/25
20 [2]   8/13 233/15
20 million and [1]   171/7
2007 [28]   5/6 22/22 22/25 23/4
 36/2 48/9 50/21 70/21 72/16
 72/24 73/12 82/25 83/10 83/10
 83/17 83/21 84/3 84/12 85/17
 86/12 86/25 95/24 138/1 138/1

Case 1:13-cr-00460-JKB Document 232 Filed 09/08/15 Page 248 of 284

**2**

2007... [4]  138/14 138/16
 138/18 140/18
2008 [14]  159/18 161/7 161/23
 164/16 165/1 166/6 166/19
 168/24 179/17 207/12 217/17
 221/23 226/19 227/3
2009 [6]  4/7 165/1 216/16 217/6
 235/22 235/23
2010 [6]  2/18 3/10 3/23 5/14
 5/18 5/22
2012 [5]  12/2 12/5 12/20 19/11
 158/1
2016 [2]  1/8 246/22
20th [2]  141/4 151/2
21 [3]  154/6 233/16 238/11
21201 [1]  1/25
21st [5]  121/24 140/23 145/22
 244/14 245/4
22 [1]  171/17
23 [4]  172/5 172/7 187/14 229/3
233 [1]  206/12
233,000 [2]  206/13 206/14
23rd [3]  159/18 160/17 161/7
25 [1]  134/14
25 million [3]  122/25 141/16
 141/20
25th [1]  245/21
26 [8]  35/12 35/14 35/14 89/2
 89/2 118/19 235/10 235/21
27 [2]  187/13 246/22
27 percent [3]  95/8 101/3
 101/16
27th [5]  38/16 46/21 50/7 50/20
 53/12
28 [6]  51/11 51/13 52/2 52/11
 62/5 221/1
28th [2]  221/23 222/10
29 [2]  60/17 62/21
29 million [1]  150/15
29 million one [1]  150/1
2:10 [1]  132/17
2:19 [1]  133/15
2nd [1]  217/17

**3**

3 percent [13]  33/5 33/7 33/11
 33/15 35/10 47/8 63/14 82/18
 151/13 151/17 151/19 151/24
 152/1
3 point [1]  200/17
3.1 [1]  96/22
3.15 [1]  130/2
3.323 [2]  154/22 155/17
3.35 [4]  152/15 154/17 155/5
 155/13
3.5 percent [1]  192/19
3.7 [1]  196/22
3.74 [1]  211/13
3.74 percent [1]  210/19
3.740 [1]  211/7
3.9 [2]  177/20 180/19
3.9 million [1]  179/17
3/1 [1]  138/6
3/1/06 [1]  138/10
3/21 [1]  154/6
3/23 [2]  172/5 172/7
3/4/09 [1]  217/9
3/6 [2]  152/13 154/3
30 [1]  8/18
300,000 [2]  78/24 79/25

307 [1]  205/19
31 [2]  66/14 221/3
31st [3]  177/24 179/17 218/11
32 [6]  94/17 94/18 94/21 105/16
 106/9 106/11
33 [1]  100/18
34 [1]  103/22
343 [1]  206/3
35 [2]  110/19 110/22
35,000 [1]  86/22
37,000 [1]  63/10
381 [1]  206/7
381,000 [2]  206/9 206/10
39 [4]  146/7 146/8 146/8 160/14
3:36 [1]  185/18
3D [1]  1/8
3rd [2]  134/9 140/18

**4**

4 million [4]  206/20 206/21
 225/8 225/17
4 percent [2]  108/8 108/14
4-point-something [1]  181/10
4.2 [1]  190/18
4.2 million [6]  190/25 192/14
 195/3 196/16 201/16 202/18
4.2 million and [1]  193/17
4.2-or-something-million-dollar [1]
 187/22
4.5 [1]  177/20
4/1/07 [4]  138/5 138/23 138/24
 138/25
4/11 [1]  172/3
4/20/07 [1]  138/23
4/25/07 [1]  138/22
4/4 [1]  162/2
4/4/16 [1]  246/12
40,000 [1]  114/4
401 [1]  138/4
404 [1]  7/15
408,000 [1]  61/2
42 [1]  73/11
45 [3]  79/24 80/5 242/11
460 [1]  1/4
47 [1]  144/21
499,000 [1]  116/3
499,900 [2]  114/3 116/18
4:00 [1]  186/16
4th [10]  1/24 22/22 23/4 101/20
 161/23 162/16 177/24 217/11
 218/13 218/15

**5**

5 million [2]  95/23 105/7
5 percent [2]  130/25 162/24
5.8 [14]  37/25 38/2 38/4 38/20
 39/22 41/1 43/25 44/25 63/1
 80/1 97/8 97/9 97/11 144/24
5/13 [1]  218/5
5/31 [1]  239/6
50 [1]  52/23
500 [3]  48/6 48/8 48/8
501 [2]  64/10 71/14
505 [3]  98/13 98/15 100/1
507 [3]  113/13 113/15 113/19
508 [2]  112/16 112/18
518 [3]  136/12 136/15 136/16
522 [5]  75/9 75/11 76/1 173/1
 173/3
526 [1]  81/11
533 [3]  139/11 139/13 139/13
539 [2]  140/16 140/20

540 [2]  121/18 121/21
541 [1]  242/20
545 [3]  129/15 129/17 129/20
55 [2]  145/19 145/20
552 [2]  173/4 173/5
553 [1]  176/23
555 [2]  150/24 151/20
556 [2]  163/9 167/22
557 [3]  152/7 152/9 155/21
559 [1]  155/21
561 [2]  159/16 172/5
565 [1]  161/17
566 [1]  163/7
575 [3]  172/13 172/14 172/16
579 [1]  177/10
5:18 p.m [1]  240/15
5:20 [1]  186/4
5:22 [1]  243/22
5:30 [1]  186/4
5A [1]  104/25
5th [1]  244/22

**6**

6 million [7]  171/7 223/2
 223/23 224/18 224/23 225/6
 225/17
6 percent [5]  153/16 153/17
 162/11 162/21 162/25
60 [2]  52/23 191/4
60,000 [1]  156/14
608 [2]  87/20 87/23
610 [2]  189/22 189/23
611 [1]  17/13
613 [2]  193/9 193/12
617 [2]  195/19 195/21
622 [1]  197/9
623 [3]  198/13 198/13 198/15
627 [2]  207/10 207/12
628 [1]  202/5
641 [1]  209/22
650 [2]  210/13 210/13
680 [1]  211/21
690 [1]  228/17
692 [1]  218/20
698 [3]  220/24 221/1 221/12

**7**

7.2 [1]  97/3
7.5 [2]  134/23 134/24
7/17 [1]  219/23
7/17/08 [1]  207/22
7/18 [1]  220/1
7/2 [1]  218/5
7/3 [1]  60/25
70 [1]  52/23
70,000 [2]  79/19 82/18
702 [2]  222/15 222/17
705 [1]  225/20
708 [2]  226/17 226/19
712 [1]  227/12
73 [1]  170/18
74 [1]  130/18
74,000 and [1]  130/14
75 million and [1]  49/7
76 [1]  70/24
7th [9]  23/4 53/11 60/24 90/6
 94/12 134/9 146/14 168/23
 169/10

**8**

8 million [1]  180/20
8,000 [1]  224/23

Case 1:13-cr-00460-JKB Document 98-22 Filed 09/08/16 Page 249 of 284

**8**

8.4 million [1]   135/2
8/6 [1]   143/9
8/7 [1]   220/4
80 [2]   171/21 171/21
8:30 [1]   194/3
8th [4]   169/7 169/10 171/14
173/7

**9**

9.1 percent [1]   67/14
9/19/08 [1]   207/22
9/28 [1]   221/1
90 [2]   196/17 196/19
924 [1]   134/10
9:30 [4]   240/11 240/13 240/17
246/6
9:51 [1]   7/24
9th [3]   170/6 170/20 171/7

**:**

:   Agreement [1]   190/22
:   And [1]   216/3
:   As [1]   227/3
:   Bob [1]   225/23
:   Buyer [1]   42/7
:   Can [1]   162/19
:   Confirmation [1]   190/10
:   Dear [1]   202/12
:   Debbie [1]   122/4
:   Do [1]   228/21
:   Doug [1]   113/23
:   He [1]   212/13
:   Hi [2]   162/3 221/7
:   I [2]   161/24 228/5
:   If [1]   193/23
:   Instead [1]   139/15
:   It [1]   197/19
:   Maybe [1]   177/1
:   Once [1]   192/23
:   Please [2]   78/12 156/24
:   Richard [1]   24/8
:   Should [1]   162/10
:   The [3]   27/1 123/8 200/11
:   There [1]   114/10
:   Understanding [1]   192/16
:   Understood [1]   193/15
:   We [3]   199/4 210/18 216/1

**A**

a.m [3]   7/24 69/8 69/11
ability [7]   10/20 27/2 39/14
39/16 44/13 44/15 77/19
able [11]   3/6 5/19 27/14 30/11
30/13 32/4 93/4 166/2 166/21
168/14 177/2
about [213]   2/6 2/9 2/9 3/13
5/10 7/6 9/10 9/16 9/25 10/6
10/15 11/20 12/3 12/9 14/5
14/21 15/8 15/22 17/17 18/3
18/4 18/7 18/10 21/15 21/20
26/5 28/21 33/16 34/25 35/8
35/16 36/21 41/8 43/17 43/17
46/19 46/20 46/24 47/1 50/18
52/15 52/16 53/2 54/1 54/4 54/7
54/9 55/15 56/3 57/24 59/4
59/25 60/5 60/14 62/10 63/20
65/25 67/18 70/13 71/20 72/3
78/24 80/10 81/5 81/8 81/24
82/17 82/20 84/11 84/12 85/16
85/21 86/14 88/6 88/18 91/9
92/11 94/10 96/22 102/4 102/12
103/20 104/22 110/13 110/13
111/19 111/25 112/9 115/6
116/23 116/24 117/17 117/19
118/1 118/5 118/23 119/5 119/10
120/18 121/5 121/6 121/23 123/6
123/15 124/19 125/6 125/6 125/9
125/25 128/2 129/9 130/1 131/16
134/21 135/3 135/10 135/18
135/25 140/23 142/18 147/9
151/8 152/21 155/11 155/12
156/19 157/7 158/1 158/4 158/10
158/14 158/25 159/1 160/19
161/10 161/21 164/18 166/19
167/10 167/11 167/23 168/2
168/5 169/7 169/11 169/21
170/15 171/6 174/15 174/19
175/20 175/21 176/25 177/18
178/20 184/9 187/8 187/18
189/11 189/13 192/20 193/1
194/13 198/16 199/1 199/1
200/15 201/14 202/13 202/21
203/5 207/16 207/22 209/25
210/3 211/18 212/10 213/8
213/20 216/2 221/8 222/4 222/9
226/23 227/21 229/2 230/8
230/12 230/21 231/4 231/18
232/25 233/2 233/6 233/9 233/19
234/21 235/7 235/15 236/4 237/2
237/4 237/12 238/1 238/2 238/19
241/7 242/6 243/22 243/25
244/16 245/16 245/21
about other [1]   212/10
above [8]   4/8 23/20 23/20
130/15 138/22 162/23 169/23
246/17
above-entitled [1]   246/17
absolute [1]   25/22
absolutely [9]   43/8 46/3 60/11
193/16 194/6 194/14 195/5 195/7
216/5
abysmal [1]   179/24
acceptable [3]   59/6 114/11
201/7
acceptance [1]   39/4
accepted [2]   129/1 225/13
access [1]   96/2
accommodate [3]   27/9 186/7
245/25
accommodations [1]   242/16
accompanied [1]   136/14
accomplish [1]   203/7
according [8]   37/12 45/3 96/12
150/6 152/2 172/20 174/9 211/7
account [62]   36/19 36/23 37/9
37/21 45/15 62/14 62/16 63/8
70/12 70/14 70/17 70/17 70/24
71/7 71/7 71/11 96/24 101/10
104/5 104/8 104/16 107/15 108/9
108/18 111/16 111/20 112/22
112/23 113/2 124/15 124/18
124/23 125/1 142/18 146/10
156/12 157/2 157/4 172/18 181/7
181/8 181/11 181/12 181/15
181/21 182/1 182/2 182/2 182/7
182/8 182/12 182/13 183/7
183/13 183/18 183/19 183/20
183/21 205/2 224/6 224/11
224/25
accountant [9]   4/16 4/21 4/23
5/19 7/6 7/8 109/20 110/8
242/24
accountant's [1]   4/19
accounting [6]   2/11 2/25 96/22
109/21 136/25 138/21
accounts [46]   25/24 42/8 42/14
44/20 49/25 66/15 70/14 70/20
71/3 71/4 76/2 77/2 77/20 82/11
99/2 112/22 112/24 114/2 115/9
116/3 116/9 116/17 117/2 117/4
117/11 117/14 123/4 125/2 129/6
129/8 129/13 130/12 130/14
130/25 143/3 146/23 147/5 153/2
160/6 162/7 167/16 175/16 177/3
177/4 183/14 225/18
Accounts Receivable Services [1]
112/22
Accounts Receivable Technologies [1]
77/2
Accounts Receivables Technologies [1]
143/3
accruals [2]   3/18 3/24
accumulated [1]   101/21
accumulation [1]   203/21
accurate [11]   3/21 4/10 40/20
42/2 51/7 137/4 148/21 204/7
204/7 207/8 214/15
accurately [4]   87/5 122/16
148/22 164/9
achieve [7]   18/15 25/22 26/1
26/9 26/15 27/22 27/23
achieved [2]   28/3 183/12
acknowledge [1]   202/12
acknowledges [1]   44/19
acknowledgment [1]   202/18
acquaintances [1]   37/15
acquisition [1]   44/20
act [2]   10/19 176/6
acting [1]   167/3
active [1]   72/17
actively [2]   72/21 175/17
activities [1]   237/6
activity [1]   148/23
actual [8]   67/13 94/18 94/19
97/23 97/25 110/6 205/19 208/23
actually [8]   46/15 58/19 59/4
94/15 118/14 151/21 165/11
224/5
ad [1]   124/5
add [5]   63/14 83/9 83/12 83/19
83/19
added [2]   96/2 198/5
adding [2]   82/22 134/24
addition [3]   78/5 83/5 166/2
additional [9]   12/13 37/1 83/18
135/11 184/17 212/18 212/25
213/8 216/3
address [3]   8/2 195/11 246/1
adequate [1]   27/8
adjourn [1]   246/2
adjourned [1]   246/8
adjusted [2]   5/23 86/17
adjustment [5]   36/11 80/1 244/1
244/1 244/2
adjustments [2]   63/21 237/2
admission [1]   87/10
admitted [1]   45/6
admonitions [1]   9/10
advance [23]   178/22 188/8
188/10 188/11 188/11 188/24
189/20 190/2 193/4 194/22
196/16 198/23 199/1 199/12
200/12 203/8 203/15 206/20

Case 1:13-cr-00460-JKB Document 47-24 Filed 09/08/16 Page 250 of 284

**A**

advance... [5] 216/6 221/18
222/3 227/16 245/18
advanced [2] 188/3 198/11
advances [8] 148/14 178/6
188/22 189/2 189/18 221/8 226/9
226/15
advancing [2] 193/17 195/3
advised [7] 123/14 124/14
124/14 124/21 227/3 227/8
245/17
advising [1] 235/1
advisory [4] 52/5 147/2 160/7
161/9
advisory fee [2] 160/7 161/9
affect [1] 153/4
affected [1] 165/12
Africa [1] 229/21
African [1] 230/19
after [49] 12/1 13/2 13/10 14/7
22/7 22/13 78/15 86/2 88/6
90/14 93/18 94/3 94/7 95/16
121/11 136/22 138/13 140/3
154/9 154/11 154/23 155/23
161/3 168/23 169/10 170/4 170/9
170/21 170/23 171/4 171/16
172/6 196/2 200/6 201/22 202/1
203/11 209/13 215/8 216/9 217/6
217/7 217/7 217/12 218/17
218/17 225/2 225/4 239/14
afternoon [4] 133/17 133/23
133/24 185/6
again [97] 9/10 9/18 14/15 18/6
25/11 26/23 26/24 41/7 46/18
48/3 52/16 54/3 58/2 60/15
60/17 61/4 61/12 62/24 62/25
62/25 65/9 65/20 65/21 66/14
70/4 73/10 73/14 73/23 74/25
75/1 75/3 79/5 79/18 79/23
79/25 80/7 80/12 83/23 90/10
92/17 92/20 96/2 96/22 96/23
97/5 97/11 98/17 110/15 113/25
121/20 125/16 125/21 127/10
127/14 128/24 129/3 129/5
129/11 129/20 131/11 142/1
143/1 145/24 152/9 152/17
153/14 153/15 153/16 153/17
153/20 155/23 156/2 156/14
159/20 159/25 160/8 162/12
162/12 166/10 176/24 177/12
177/14 183/17 184/16 199/16
200/21 202/19 208/11 209/24
213/23 221/3 224/20 233/8
235/15 235/19 238/17 245/13
against [5] 20/6 165/15 176/12
232/14 237/5
agencies [5] 30/7 32/25 43/23
147/15 147/24
agency [4] 23/17 148/2 204/19
204/20
agent [50] 1/20 13/15 13/16
104/10 104/10 104/20 104/22
105/7 105/10 105/23 106/1 106/1
106/4 106/7 106/11 106/18 107/5
107/7 108/6 108/21 109/6 109/17
110/10 110/14 110/16 111/21
111/23 112/2 143/24 144/4 144/5
144/17 145/2 145/3 145/4 145/5
145/9 145/10 148/3 148/5 148/16
149/8 149/12 182/11 182/17
182/18 182/22 183/18 206/25

222/22
agent... [1] 42/24 42/25
42/11
aggregate [1] 36/15
ago [11] 12/17 12/19 14/21
14/22 15/4 43/16 63/2 80/22
93/9 105/22 160/12
agree [19] 41/11 44/12 52/3
70/6 80/2 100/10 120/16 120/18
136/23 145/14 163/12 168/13
168/17 191/21 192/18 201/5
216/5 221/15 244/19
agreeable [1] 92/12
agreed [18] 11/4 11/6 11/17
11/20 39/23 44/23 49/23 65/10
66/24 66/25 95/14 95/17 98/25
108/18 109/8 114/4 192/1 201/2
agreeing [2] 200/7 201/4
agreement [103] 9/24 10/7 10/12
34/13 34/13 35/16 35/25 37/13
38/3 38/20 41/25 42/3 42/8
42/18 43/12 45/1 49/14 49/18
61/24 62/24 65/2 65/20 93/5
95/20 95/21 96/9 96/25 97/4
97/6 97/11 97/25 99/23 101/15
101/22 103/25 104/1 104/4 104/8
104/19 104/23 105/3 105/11
105/12 105/16 105/21 107/4
107/8 107/11 108/17 108/20
109/5 110/18 110/22 111/12
111/14 114/12 114/14 114/15
115/16 115/21 116/21 116/24
122/16 123/9 123/11 123/13
123/19 123/23 123/24 123/25
124/13 125/10 125/23 129/9
142/22 144/15 144/18 145/4
145/6 145/10 145/11 145/12
145/15 145/15 145/18 148/7
176/14 190/14 190/17 190/20
190/22 191/14 192/3 196/21
198/10 201/6 201/11 201/12
201/14 201/20 221/18 222/4
223/12
agreements [23] 34/9 38/2 81/15
107/20 111/14 112/6 112/7 112/9
114/5 115/14 115/18 143/24
144/23 148/12 174/25 187/2
189/2 189/4 189/6 192/10 203/3
209/5 209/8
agrees [2] 44/20 221/15
ahead [10] 2/16 5/24 6/9 12/18
59/8 79/10 170/5 170/10 175/8
214/11
all [196] 3/20 5/4 5/10 5/15
5/24 6/1 6/3 6/13 6/18 9/15
10/23 12/8 13/1 16/4 18/10
19/13 24/8 24/10 27/9 27/21
29/10 30/3 30/9 30/24 31/3
32/10 33/12 34/9 34/25 36/12
36/24 38/15 39/2 39/6 39/14
39/21 42/14 43/12 44/3 44/12
49/23 50/23 51/2 54/14 55/16
56/13 57/8 58/20 59/3 59/4 60/7
60/9 62/13 62/25 64/22 68/10
68/10 69/12 72/24 78/22 80/1
80/8 80/14 80/23 80/23 81/6
81/7 81/8 83/5 84/15 84/18
85/12 88/2 90/9 93/5 95/17 96/5
97/22 98/12 98/23 100/22 102/16
102/23 103/16 106/1 107/10
107/20 108/1 112/4 113/8 113/19
116/9 117/25 121/22 122/18

122/21 126/19 127/18 129/1
129/9 132/4 133/2 133/2 133/3
134/20 137/22 140/6 144/19
144/23 144/25 148/18 150/8
153/4 153/20 155/10 157/9 158/5
162/5 165/1 166/18 167/21
168/14 168/20 169/19 169/23
170/22 174/14 174/23 175/21
176/2 176/12 176/13 179/9 180/1
180/6 181/4 181/14 184/22
185/12 186/2 187/4 188/2 188/5
192/2 197/4 199/4 199/9 199/13
200/6 200/17 201/14 201/17
201/22 202/25 203/11 203/12
203/12 204/8 206/19 207/5
213/10 213/15 214/4 214/21
214/22 218/6 218/7 219/2 219/6
220/6 220/19 223/3 224/10
224/22 224/24 226/4 226/22
227/14 227/19 229/8 229/11
230/14 232/21 232/25 233/7
233/20 235/21 238/19 240/2
242/10 242/13 242/18 243/25
244/4 244/19 245/11 245/23
alleged [1] 181/21
allegedly [1] 237/6
allow [9] 10/20 36/24 58/22
68/24 132/2 168/16 185/8 192/3
239/24
allowed [6] 58/24 59/1 144/6
144/7 144/8 242/8
allowing [1] 196/21
allows [1] 6/2
almost [7] 47/15 63/15 94/13
94/13 180/19 235/15 237/8
alone [1] 180/14
along [12] 24/15 25/9 29/15
42/4 42/6 99/2 144/6 144/7
145/21 157/9 181/3 241/10
already [25] 22/7 34/24 45/6
56/19 56/20 56/20 65/10 80/8
80/9 101/24 106/11 107/8 127/13
128/15 128/16 132/20 155/21
176/18 212/17 212/20 212/20
212/24 216/1 230/11 236/7
also [27] 1/19 2/18 2/20 13/24
14/20 14/24 16/18 19/7 26/19
45/24 53/5 70/4 72/24 74/18
96/9 98/8 108/6 110/3 129/25
143/18 156/11 200/4 210/2 213/4
219/7 229/14 243/6
alternative [1] 3/12
although [1] 97/22
always [3] 58/8 199/19 240/11
am [11] 30/9 57/12 70/22 81/24
86/10 128/17 171/18 186/12
190/8 193/24 196/4
ambiguous [2] 125/5 215/3
AMERICA [1] 1/3
among [4] 68/24 132/2 185/8
223/12
amongst [1] 238/24
amount [38] 5/6 7/9 7/10 18/21
33/7 33/9 33/10 33/15 36/15
44/11 46/13 47/19 52/7 52/18
54/18 60/21 61/1 95/17 95/22
114/3 117/14 130/11 131/17
135/4 135/21 154/14 179/21
181/6 184/9 188/18 188/20
190/18 196/22 197/21 198/11
202/13 204/18 230/24
amounts [8] 3/24 123/8 124/12

Case 1:13-cr-00460-JKB Document 237 Filed 09/08/16 Page 251 of 284

**A**

amounts... [5]  167/11 188/18 224/22 225/17 231/23
analyses [1]  163/14
analysis [10]  23/21 24/11 31/7 126/16 128/1 139/16 140/1 142/13 142/13 167/21
and/or [1]  188/13
Andrea [2]  108/22 109/5
Andrea Weinberger [2]  108/22 109/5
anecdotal [1]  44/7
Angeles [1]  71/24
annum [1]  25/23
another [22]  14/1 14/9 14/10 15/11 64/20 75/6 76/24 83/12 83/12 103/25 118/7 128/23 138/23 138/23 149/16 169/15 170/6 170/23 206/3 212/4 216/5 235/17
answer [10]  23/18 24/24 42/21 42/24 42/25 43/7 84/15 140/8 168/14 175/12
answered [6]  23/10 23/14 23/15 24/18 119/12 136/9
answering [1]  46/11
answers [10]  6/20 6/22 23/6 23/12 23/15 24/22 43/4 43/5 63/9 214/20
any [128]  6/10 10/24 11/24 18/22 20/6 27/4 27/5 31/12 32/2 34/16 36/22 36/24 37/21 39/8 44/6 44/8 50/8 50/8 50/13 50/18 50/24 54/5 55/22 60/3 61/13 61/13 61/22 61/22 61/23 67/19 67/21 68/2 68/16 68/25 69/2 69/3 70/9 80/19 80/20 81/1 82/5 88/13 88/23 89/3 98/21 100/3 101/25 102/2 102/14 102/17 103/5 103/19 104/11 107/22 110/16 111/8 113/9 116/13 121/5 128/7 131/13 131/14 132/3 132/4 132/5 132/7 132/8 135/11 135/16 135/24 136/23 143/4 143/21 146/3 146/5 147/2 147/3 147/17 156/5 158/12 160/23 165/14 165/20 168/25 174/23 175/22 180/18 180/22 185/9 185/10 185/11 185/12 185/13 187/15 187/15 187/15 189/4 190/10 190/10 192/19 196/17 198/16 201/11 201/12 201/16 202/20 206/22 206/22 207/4 208/16 208/17 217/2 220/12 227/4 227/4 227/7 230/25 231/9 231/10 231/18 231/21 239/23 239/25 240/1 240/2 240/2 240/4 243/12
anybody [9]  7/13 68/23 82/6 114/25 156/3 174/10 183/8 184/1 220/16
anymore [2]  89/24 161/3
anyone [6]  91/2 132/2 181/18 181/23 185/8 239/22
anything [45]  6/18 12/11 28/16 30/8 33/23 36/1 48/4 50/9 50/25 51/1 51/2 51/6 56/18 61/13 61/17 61/25 64/7 68/6 69/4 79/9 80/14 90/11 113/9 118/1 118/4 118/5 119/10 131/12 131/13 132/10 139/8 140/14 153/11 153/12 177/8 185/14 186/2

188/15 189/11 198/16 209/15
anyway [2]  137/20 228/23
anywhere [7]  50/8 51/7 68/2 68/6 103/7 110/18 133/6
apart [2]  93/5 168/25
apologize [10]  96/1 108/16 134/14 141/11 149/2 149/21 173/4 214/1 216/23 217/24
apparently [2]  113/17 202/8
appear [1]  163/15
appeared [1]  21/6
appears [5]  61/3 114/6 115/13 139/7 151/23
apples [2]  155/12 155/12
apply [2]  130/18 131/2
appreciate [3]  199/4 199/9 245/23
appreciated [3]  199/11 199/13 200/6
approach [16]  17/10 58/9 87/1 87/12 87/15 118/9 120/1 126/25 213/22 213/24 213/24 233/21 238/8 241/21 241/22 242/6
appropriate [3]  18/19 21/19 196/14
approval [1]  222/13
approximate [1]  135/2
approximately [5]  13/11 90/10 129/8 233/1 233/4
approximizations [1]  47/23
APR [2]  137/22 191/4
April [25]  1/8 85/10 134/9 138/1 138/13 138/16 139/1 161/19 161/23 162/15 166/6 166/19 168/23 169/7 169/10 169/10 170/6 170/20 171/14 206/4 206/5 206/7 244/22 244/23 244/25
April 1st [1]  138/1
April 2008 [1]  166/19
April 3rd [1]  134/9
April 4th [1]  161/23
April 8th [1]  169/10
are [142]  2/25 4/18 5/9 6/20 6/22 7/1 7/11 7/14 7/17 7/18 8/3 10/21 12/6 27/7 28/16 41/8 41/11 45/1 47/6 47/22 49/15 57/9 57/15 58/23 63/15 65/5 65/13 66/4 68/2 77/15 81/6 81/7 83/10 86/8 89/3 97/16 97/17 97/23 99/14 100/7 103/3 103/7 103/8 105/2 105/8 114/10 117/2 117/3 117/10 117/19 122/4 122/8 123/17 124/14 124/18 124/19 124/22 125/8 127/10 130/3 132/21 132/22 133/12 134/4 135/10 139/1 141/9 141/17 145/3 153/6 156/7 156/16 160/18 160/18 161/21 163/10 163/22 164/2 165/9 165/9 165/15 165/15 166/7 166/7 166/14 169/23 169/25 173/15 173/16 175/3 175/5 175/13 176/16 177/12 177/15 178/4 180/10 180/14 180/22 186/10 187/13 189/9 190/7 191/15 194/17 195/24 196/2 196/3 199/13 202/12 202/24 204/7 204/9 204/9 212/6 212/14 212/15 212/16 212/17 214/4 216/1 216/4 217/2 217/18 220/4 220/6 220/11 220/15

220/16 220/19 222/17 222/21 223/25 224/11 225/19 228/11 237/24 240/16 243/10 243/12 243/19 243/23
area [3]  13/6 13/7 40/18
aren't [4]  133/4 163/21 163/24 166/9
arena [1]  77/15
argue [2]  51/24 120/10
arguing [2]  127/2 241/2
argument [3]  7/19 47/8 240/25
argumentative [2]  120/5 120/6
Ari [1]  222/21
Ari Glass [1]  222/21
around [8]  19/25 36/9 59/5 66/18 66/19 75/11 154/2 221/23
arrangement [4]  140/5 230/22 231/18 235/3
arrive [1]  156/16
arrived [1]  12/23
arriving [1]  12/14
ARS [29]  18/8 34/17 37/6 45/15 46/8 62/7 63/8 70/14 70/20 73/25 81/6 101/16 103/3 124/22 125/8 140/6 173/24 173/25 174/3 174/5 176/19 187/16 188/3 193/18 217/7 222/17 223/15 223/18 234/15
ARS Holding [1]  101/16
ARSH [3]  134/3 134/7 134/25
articles [7]  68/25 107/11 132/3 132/5 185/9 185/10 239/25
as [281]
as-needed [1]  72/10
ask [32]  4/20 4/24 5/1 17/4 18/10 19/9 19/16 54/22 54/24 56/14 56/16 58/10 71/16 85/16 86/2 112/11 117/16 123/3 125/12 127/14 157/7 158/24 162/19 165/7 168/13 168/19 179/16 203/10 208/16 232/25 241/22 242/2
asked [29]  2/9 22/19 22/20 22/25 23/6 23/10 24/23 37/20 48/25 55/21 81/19 84/1 84/1 84/8 84/11 84/12 84/13 113/10 119/12 129/25 158/14 158/23 159/20 162/5 170/22 175/7 176/18 189/16 234/9
asking [21]  9/12 21/15 42/25 55/19 58/24 68/1 84/10 85/6 113/8 125/17 161/6 176/3 184/7 184/10 190/15 193/8 197/13 215/14 234/7 238/17 243/21
asks [3]  82/1 156/23 157/6
aspect [1]  119/20
aspects [1]  158/7
assessing [1]  245/14
assessment [3]  47/22 171/17 245/24
asset [1]  32/11
assigned [1]  13/15
assignment [1]  97/3
assist [3]  4/21 7/7 231/6
assistance [1]  10/24
assistant [4]  1/16 149/10 149/11 202/8
assists [1]  141/8
assume [13]  3/12 5/9 7/7 54/2 63/4 77/24 78/1 87/8 107/12 107/13 162/11 163/19 203/4
assumed [1]  214/24

**A**

assuming [2]   55/19 184/5
assurance [8]   4/12 25/25 26/9
 26/14 27/8 27/23 99/17 225/23
assured [2]   98/21 232/15
attached [16]   78/21 79/1 114/12
 114/14 136/20 136/22 136/24
 144/14 190/14 197/12 202/11
 216/15 219/7 219/9 223/13
 228/20
attaching [1]   78/6
attachment [6]   75/17 76/1
 136/16 159/21 169/8 202/17
attachments [1]   136/18
attain [1]   4/23
attainable [1]   95/19
attempt [2]   20/16 187/15
attempted [2]   24/22 121/4
attempting [2]   3/3 230/5
attention [3]   10/10 69/23
 233/14
attorney [20]   48/17 49/3 49/19
 64/17 71/21 85/2 108/23 109/3
 109/13 113/20 124/6 124/9
 124/10 175/4 189/14 195/24
 218/22 219/8 219/12 219/19
Attorney's [1]   14/14
attorneys [11]   1/16 12/11 16/7
 72/9 98/17 113/21 115/5 115/8
 123/11 195/25 210/25
attorneys' [1]   219/17
atypical [1]   192/12
August [6]   90/6 94/12 121/13
 143/12 146/14 147/1
author [1]   79/2
authorities [3]   10/18 10/20
 10/24
available [7]   42/10 100/7
 182/20 184/3 184/10 200/8
 202/22
average [1]   206/22
Avoid [4]   69/2 132/7 185/12
 240/2
awarded [1]   7/9
aware [21]   39/2 40/19 68/2
 80/13 90/12 106/12 115/23 116/5
 116/6 116/11 136/4 145/6 164/15
 184/14 187/21 188/22 188/25
 189/1 197/4 210/23 230/14
away [1]   45/13

**B**

back [73]   9/15 11/24 13/1 19/10
 24/4 24/18 36/16 47/11 50/14
 58/11 60/10 62/3 62/4 62/20
 62/21 63/6 63/8 65/1 75/15
 86/21 86/23 87/2 90/10 92/17
 92/22 95/23 95/23 95/24 96/10
 103/3 115/7 115/24 116/6 117/14
 118/24 119/1 119/7 120/20
 121/21 127/6 135/5 135/20 140/7
 143/10 146/11 150/2 151/16
 157/25 159/4 160/8 163/6 174/2
 174/10 177/17 201/15 203/2
 203/11 211/12 211/20 213/20
 215/5 215/6 222/11 224/23
 225/24 226/1 230/16 231/16
 235/21 241/16 242/4 242/6 244/2
back-and-forth [1]   242/6
backtrack [1]   133/25
bad [2]   41/11 241/1

badly [1]   236/24
**B** (continued...)
ball [1]   212/21
Baltimore [6]   1/9 1/25 12/14
 13/3 13/5 13/7
bam [1]   225/17
bank [5]   73/24 82/1 146/4
 161/24 224/6
banks [1]   165/19
barring [2]   209/6 209/10
base [1]   197/13
based [9]   42/9 76/9 77/16 116/7
 169/23 169/24 178/5 223/20
 245/19
basic [3]   240/21 241/4 241/12
basically [9]   5/16 37/19 76/16
 95/2 99/6 104/9 110/25 144/17
 232/18
basis [11]   42/16 72/10 77/1
 87/19 112/4 148/25 157/1 205/5
 213/13 220/22 225/15
battle [1]   241/6
be [208]   2/21 3/7 3/19 4/11
 5/19 7/3 7/20 7/25 9/13 9/17
 10/21 10/25 11/23 11/23 11/25
 21/6 23/25 24/2 25/25 26/9
 26/14 27/1 27/7 27/8 27/8 27/13
 27/14 27/23 28/3 30/18 32/15
 32/19 32/21 32/23 33/5 33/20
 35/3 35/6 35/8 41/1 42/13 43/24
 47/4 48/9 49/6 50/3 54/17 58/20
 59/17 60/15 61/3 61/5 62/1
 62/21 63/9 64/6 64/22 65/14
 65/17 68/20 68/25 69/12 71/3
 78/7 79/3 80/17 81/1 83/1 83/17
 85/14 85/25 87/23 88/15 89/4
 90/6 91/22 92/5 92/6 92/8 93/8
 94/4 94/11 95/5 95/18 101/21
 102/5 105/24 106/12 108/21
 108/21 110/2 112/3 112/3 114/6
 114/16 114/20 114/24 115/18
 121/11 121/15 122/10 122/25
 123/1 123/12 125/11 126/13
 130/24 131/23 132/3 132/20
 133/11 133/16 136/21 137/20
 137/21 139/17 139/20 140/6
 140/7 145/21 147/11 147/17
 147/20 148/15 149/18 150/13
 151/6 153/8 156/3 157/10 162/11
 163/15 163/22 165/12 166/16
 168/14 168/20 170/10 171/5
 171/8 177/4 180/24 182/12
 183/22 185/9 186/1 186/2 186/10
 186/17 187/8 188/12 188/13
 188/17 188/20 189/5 189/5 191/3
 192/20 193/6 193/16 194/6
 194/14 194/18 194/21 195/1
 197/5 197/24 198/3 198/5 198/10
 203/8 208/1 208/4 210/1 210/18
 211/4 211/16 214/24 214/25
 214/25 216/5 221/16 225/17
 226/1 226/16 229/2 229/3 231/20
 237/9 238/12 238/22 239/19
 239/24 240/20 240/22 241/6
 241/7 241/9 244/8 244/23 244/23
 244/24 244/25 245/8
bearing [2]   79/14 103/13
beating [1]   80/12
became [7]   31/3 38/18 46/15
 90/12 110/7 138/19 187/21
because [29]   5/14 26/10 34/10

36/23 46/15 47/15 58/20 58/22
 62/4 62/9 87/10 87/14 88/16
 104/16 111/17 135/10 139/24
 155/3 172/17 178/2 179/4 179/11
 179/13 197/1 208/14 210/24
 218/6 236/19 241/24
become [2]   4/3 107/16
becomes [1]   17/18
been [58]   3/8 3/13 3/13 17/6
 19/24 20/6 29/5 36/10 37/9 44/4
 48/10 48/12 50/12 50/12 53/25
 55/21 56/17 56/22 67/22 73/6
 80/19 81/16 81/21 85/8 86/13
 87/13 88/18 94/1 100/20 105/10
 106/8 115/14 115/15 125/22
 128/16 133/9 136/4 142/22 147/2
 148/24 151/19 160/15 165/4
 172/6 172/7 172/16 179/24 183/8
 213/9 225/25 226/9 236/7 238/1
 238/7 238/17 240/10 241/20
 242/17
before [53]   1/11 6/5 12/13
 12/24 14/10 15/13 16/24 17/5
 19/5 21/24 22/2 22/5 22/9 42/6
 48/9 68/9 68/9 68/15 69/24 75/8
 78/21 78/22 89/20 91/10 93/21
 98/10 98/19 101/20 102/10
 105/23 106/22 113/15 113/19
 115/4 117/4 123/10 129/9 138/6
 151/3 151/9 154/6 154/15 169/16
 169/21 179/14 195/9 202/14
 208/12 225/4 231/18 235/12
 235/19 246/1
began [1]   90/3
beginning [7]   16/19 17/1 34/4
 53/6 63/13 89/19 187/12
behalf [7]   2/12 5/15 106/2
 112/5 199/5 200/7 213/15
behind [3]   212/21 222/11 244/4
being [47]   13/14 25/8 26/13
 46/5 46/7 68/4 75/12 85/14
 85/15 90/6 94/8 96/24 97/16
 103/8 106/23 109/5 111/20
 114/20 116/7 120/4 120/22 122/2
 124/11 125/10 128/15 130/11
 131/2 131/11 139/21 144/9 149/7
 169/12 171/17 177/2 194/2
 195/17 198/11 201/11 201/17
 204/8 207/16 208/12 212/15
 214/5 215/12 229/11 237/18
belief [1]   164/7
believe [55]   2/21 4/9 13/24
 16/4 30/5 31/14 38/13 38/23
 54/7 62/2 70/22 72/1 72/6 73/2
 87/7 87/9 88/17 88/17 88/24
 90/17 90/22 92/21 92/24 94/15
 105/19 110/5 139/25 140/2 147/6
 149/4 159/11 160/3 161/3 161/12
 161/16 170/15 170/24 174/25
 180/22 181/18 181/23 188/15
 207/7 211/2 216/17 217/10
 220/23 224/9 224/9 227/18
 234/15 234/25 236/7 236/10
 236/17
believed [2]   10/21 178/23
believes [1]   78/14
below [5]   107/7 158/23 161/25
 210/3 221/15
bench [15]   17/11 17/24 56/11
 56/12 57/18 87/16 88/4 120/1
 120/2 120/13 127/1 127/7 214/3
 215/19 241/7

Case 1:13-cr-00460-JKB Document 276-242 / Filed 09/08/16 Page 253 of 284

**B**

beneficiary [2]   62/7 62/14
benefit [2]   46/1 46/2
best [7]   10/20 12/8 16/14 16/15
 72/19 185/24 197/20
better [10]   78/7 78/9 78/11
 153/5 153/6 155/9 166/15 184/24
 205/15 214/2
between [46]   11/12 12/8 35/16
 43/13 61/9 61/15 61/23 61/25
 77/18 82/2 82/6 82/8 93/1 94/22
 94/23 96/9 101/9 101/9 102/23
 107/21 107/22 108/8 108/14
 115/5 115/14 130/20 130/21
 134/8 140/12 153/20 153/22
 155/24 156/21 162/12 170/24
 176/17 177/14 199/19 199/25
 208/17 217/15 217/16 218/4
 218/5 230/22 235/3
beyond [1]   42/7
bid [1]   42/7
big [8]   99/21 121/24 134/13
 140/23 149/19 244/6 244/7
 244/13
bigger [1]   121/14
biggest [2]   121/14 231/8
bill [1]   114/15
bills [4]   4/1 28/10 165/19
 165/23
bills or [1]   28/10
bit [12]   2/8 50/14 83/11 93/12
 147/9 151/7 179/23 186/1 187/7
 198/16 215/2 220/9
blank [2]   69/19 198/4
blatant [1]   214/23
block [2]   93/12 93/15
blow [1]   232/20
blowing [1]   230/23
blue [2]   118/18 158/23
board [6]   99/23 231/22 234/20
 234/22 234/22 235/1
Bob [16]   178/6 178/21 178/22
 193/15 193/25 194/5 194/6
 194/13 203/14 203/15 225/23
 226/4 226/6 226/8 226/14 227/16
Bob Feldman [1]   178/22
Bob's [1]   227/23
bona [1]   123/16
books [1]   108/1
borrow [2]   180/4
borrower [6]   107/6 107/15
 107/17 107/21 107/22 108/2
both [14]   40/13 40/20 42/2
 73/20 76/9 81/15 91/12 141/6
 150/14 190/20 197/20 224/7
 225/4 235/4
bottom [14]   48/20 48/23 75/23
 77/5 112/19 129/24 130/9 138/4
 161/22 169/19 212/1 221/3
 227/15 233/14
break [10]   68/19 68/22 68/23
 131/25 132/1 168/18 185/3
 193/18 212/14 215/6
BREDAR [1]   1/11
Brian [1]   101/12
brief [1]   16/18
briefly [1]   72/2
bring [6]   5/8 133/14 186/15
 214/20 231/6 232/14
broke [1]   22/17
brought [2]   2/16 149/7

buckets [2]   210/4 210/5
bunch [2]   226/21 235/19
business [24]   3/2 3/9 3/12 3/13
 3/15 5/16 18/11 19/6 21/12
 21/25 26/14 29/18 29/19 40/18
 41/1 41/21 45/25 46/4 46/8
 107/16 165/4 174/14 180/23
 200/22
busting [1]   127/3
buy [21]   32/11 38/21 60/21 61/4
 61/15 63/5 64/6 65/17 74/18
 80/7 130/11 130/13 142/18
 150/18 152/14 154/17 154/20
 155/12 155/13 164/3 211/6
buyer [15]   27/15 39/24 39/25
 40/4 42/7 42/12 42/12 44/19
 97/11 97/16 97/17 97/23 97/25
 125/25 168/4
buyer's [1]   42/9 42/18
buyers [6]   27/4 77/15 167/6
 167/7 208/5 208/24
buyers' [1]   197/25
buying [4]   36/1 208/5 210/18
 211/16
by-play [1]   187/8
bypass [1]   192/7

**C**

calculate [1]   162/20
calculated [2]   67/23 96/12
calculations [2]   33/14 221/9
calendar [1]   244/17
call [14]   4/13 29/7 43/22 47/11
 51/22 92/24 93/2 93/5 93/20
 98/22 98/22 145/16 148/14
 241/25
called [5]   20/11 52/19 55/13
 55/15 169/16
calling [1]   183/21
calls [1]   11/12
came [45]   11/16 13/8 14/10
 14/15 15/13 15/24 30/24 33/18
 34/16 67/5 92/3 96/17 115/11
 123/7 128/1 130/14 136/9 145/21
 147/7 147/17 157/22 158/6 160/6
 169/9 181/11 181/11 181/17
 181/21 182/1 182/2 182/7 182/12
 182/15 182/18 182/19 182/21
 182/25 183/18 183/19 201/12
 209/3 210/10 224/10 229/20
 236/10
can [129]   2/22 4/20 4/24 4/25
 5/1 6/5 6/16 9/17 11/23 11/23
 11/23 11/25 12/8 16/14 16/15
 19/14 24/5 25/25 26/9 26/14
 27/8 27/23 28/12 29/1 36/10
 37/16 49/15 49/16 52/11 56/16
 58/8 60/20 68/17 71/13 71/13
 72/19 73/10 74/12 74/22 75/8
 79/5 79/17 80/5 85/14 85/16
 87/15 88/8 88/8 94/18 98/25
 105/23 110/19 110/25 114/24
 125/13 125/14 126/8 128/20
 129/21 130/17 130/18 130/24
 130/25 138/18 146/10 146/17
 146/7 149/16 155/20 155/21
 156/5 160/16 161/17 162/5
 162/19 163/7 164/13 166/18
 169/4 179/23 186/3 186/6 190/10
 190/15 193/9 194/1 194/3 197/9
 198/7 198/19 200/19 202/5 203/4
 203/18 204/15 205/4 205/10

205/14 205/22 205/23 207/9
207/16 210/25 211/7 211/11 211/13
207/16 210/25 211/7 211/11 211/13
211/21 212/7 213/22 213/24
213/24 215/15 218/20 220/16
220/24 222/15 223/6 224/19
225/20 226/17 228/3 228/19
237/9 238/14 241/21 242/6 242/6
242/20 244/19 245/7
can't [13]   6/10 7/13 23/19 87/8
 104/11 104/16 106/25 125/2
 130/3 161/2 180/17 223/10
 236/17
candid [1]   120/22
candidate [1]   4/11
cap [6]   36/15 116/7 152/17
 153/16 153/17 162/21
capacity [2]   10/19 74/2
caps [2]   164/2 164/4
card [1]   25/25
care [2]   105/8 193/25
carries [1]   28/2
carry [1]   175/1
case [35]   1/4 7/17 7/18 36/18
 40/14 68/23 69/1 69/4 69/5 69/5
 108/11 111/4 124/5 125/8 127/18
 128/14 132/1 132/4 132/6 132/9
 132/10 150/1 169/21 184/6 185/7
 185/10 185/11 185/14 185/15
 214/21 239/22 239/25 240/5
 245/7 245/22
cases [1]   122/13
cash [4]   3/16 4/4 178/11 180/6
cataclysmic [2]   164/16 164/19
catch [1]   129/16
caused [1]   244/7
caveat [1]   77/10
cc [2]   48/17 98/17
cc'd [11]   7/6 64/19 64/19 113/9
 113/16 122/2 140/13 177/7 190/7
 195/16 218/23
cc'er [1]   191/7
cc'ing [1]   207/15
cc's [4]   82/5 82/5 113/21
 222/18
cease [1]   72/20
certain [33]   3/4 17/16 46/11
 70/22 88/22 91/20 101/19 104/9
 104/11 105/8 106/5 111/2 111/21
 111/22 120/11 122/21 124/24
 124/25 135/21 137/15 145/11
 151/8 152/9 184/21 187/4 188/19
 190/13 202/3 207/22 209/13
 209/14 223/12 230/2
certainly [16]   33/2 33/13 35/19
 38/18 38/18 39/13 44/6 66/23
 67/23 79/16 91/22 102/5 108/11
 125/13 199/11 239/10
Certified [1]   246/20
certify [1]   246/15
cetera [5]   49/20 123/8 124/12
 162/6 216/4
chain [1]   22/24
chance [1]   113/23
change [17]   27/5 30/22 47/7
 49/7 67/12 79/21 109/9 109/10
 114/11 114/12 116/21 117/8
 123/3 130/15 150/2 202/1 206/18
changed [1]   46/25
changes [4]   113/24 114/1 114/10
 129/1
changing [1]   131/17
character [1]   87/24

Case 1:13-cr-00460-JKB Document 212 Filed 03/08/16 Page 254 of 284

C

characterization [2]  213/14 214/24
characterize [1]  57/25
characterized [1]  56/22
charge [7]  190/25 191/17 191/24 227/17 227/25 234/21 241/10
charging [2]  33/21 33/22
charity [1]  230/19
chart [30]  28/22 29/1 29/4 60/23 60/25 65/3 75/1 75/4 75/24 77/22 136/15 138/14 141/5 141/7 141/7 149/18 149/20 150/6 150/14 150/14 150/18 151/16 160/16 160/21 171/5 171/10 211/3 217/14 219/9 219/10
charts [2]  28/22 167/14
check [3]  145/11 209/2 245/12
checked [1]  20/5
Chicago [1]  113/21
chief [1]  76/2
choice [3]  39/9 179/6 179/8
chose [3]  82/9 82/12 138/5
chronology [1]  171/18
circle [2]  62/9 101/2
circuit [1]  7/20
circumvention [1]  175/16
City [4]  72/12 90/24 93/24 109/21
civil [1]  72/14
claim [1]  7/8
clarification [1]  217/10
clarifies [1]  24/12
clarify [4]  7/4 132/24 171/3 238/20
Clarke [19]  1/15 2/2 9/21 13/17 14/19 15/4 17/12 26/4 26/7 29/6 84/1 113/8 117/25 186/13 214/11 215/8 243/18 245/4 246/2
clause [3]  97/14 187/3 209/12
clear [15]  9/12 35/4 36/5 46/18 60/4 87/24 92/4 95/1 100/23 117/9 132/20 133/9 163/5 182/10 195/14
clearly [14]  4/14 47/24 96/23 100/1 106/12 106/15 106/23 107/1 115/22 117/10 180/2 194/4 197/4 217/6
client [3]  115/6 191/12 219/8
client's [1]  122/24
close [6]  3/8 47/15 47/23 63/22 133/6 236/16
closed [3]  137/1 156/16 178/5
closed-out [1]  137/1
closing [1]  123/3
clue [1]  139/10
coding [1]  52/7
collateral [5]  34/13 110/22 111/11 111/11 111/13
collect [3]  27/2 32/16 47/3
collectability [2]  42/14 142/9
collected [3]  179/21 179/22 180/16
collecting [3]  165/21 166/7 166/8
collection [22]  30/7 32/25 43/23 76/12 77/1 112/4 112/11 147/10 147/10 147/11 147/14 147/15 147/24 148/2 148/12 148/22 149/2 156/12 156/25 181/6 204/19 237/6

collections [17]  20/15 20/19 34/23 66/19 172/12 179/6 180/24 183/4 184/11 188/13 188/16 203/21 206/19 206/23 207/4 232/6
collectively [1]  31/4
column [7]  37/16 45/3 207/22 217/11 217/16 217/16 217/21
columns [1]  216/17
come [23]  34/25 45/8 82/20 87/20 109/4 109/22 110/25 147/3 148/14 157/1 173/9 181/6 181/7 181/14 181/15 194/1 194/3 198/7 201/10 204/18 211/19 231/3 236/9
comes [12]  57/6 82/19 104/5 113/20 130/2 134/21 150/20 161/8 195/21 204/16 206/4 226/20
comfort [3]  18/14 18/21 76/18
comfortable [2]  193/25 231/22
coming [23]  4/8 47/15 63/22 113/25 159/13 163/23 167/15 180/9 180/10 182/23 183/3 183/4 183/7 198/10 212/18 212/25 213/20 216/3 218/7 225/18 226/1 231/20 241/7
comment [2]  79/9 216/10
comments [1]  122/22
commit [1]  176/5
communicate [1]  99/14
communicated [2]  91/20 174/17
communicating [1]  196/3
communication [2]  122/1 196/5
company [12]  25/18 26/24 35/6 76/24 77/1 107/5 110/4 143/1 143/2 143/2 157/9 235/4
company's [2]  76/10 205/1
competent [1]  110/2
compiled [1]  216/16
complained [1]  170/15
complaining [3]  167/11 167/22 169/11
complete [4]  114/17 126/17 127/18 164/23
completed [5]  75/12 126/11 126/14 169/14 237/9
completely [2]  59/6 193/25
complex [1]  43/4
compliance [1]  97/4
comply [1]  10/22
components [1]  34/14
composition [2]  152/23 152/24
compound [2]  50/14 120/5
compressed [1]  215/12
compromise [2]  114/6 115/15
con [2]  7/12 7/13
Con't [1]  246/12
conceal [1]  208/14
concept [18]  18/12 18/23 45/21 50/21 61/14 61/17 68/3 70/5 73/21 81/2 85/15 117/13 119/5 144/1 158/4 174/23 237/24
concepts [2]  56/25 57/2
conceptually [1]  94/6 94/7
concern [1]  163/11
concerned [3]  167/19 216/4 230/21
concert [1]  165/17
concluded [6]  17/24 57/18 88/4 120/13 127/7 215/19
condition [2]  148/9 166/20

conditions [9]  42/17 98/21 99/24 163/13 165/13 165/17 169/24 187/4
conduct [2]  10/22 240/5
conducted [1]  240/22
conduit [3]  157/10 167/3 208/13
conference [16]  17/11 17/24 56/12 57/18 87/16 88/4 92/24 93/2 93/20 120/2 120/13 127/1 127/7 214/3 215/19 241/17
confession [4]  192/3 192/13 193/5 196/18
confident [1]  181/2
confidential [2]  25/5 136/21
confirm [6]  136/22 156/11 156/24 156/24 190/15 223/18
Confirmation [1]  190/10
confirming [1]  224/13
confirms [1]  200/12
conflict [1]  6/11
conforms [1]  223/19
conjunction [2]  25/16 175/17
connection [13]  7/16 10/17 10/24 18/23 20/13 51/11 52/13 128/16 140/22 189/2 196/5 203/6 204/1
considerable [1]  230/24
consideration [2]  78/8 78/13
considered [2]  4/11 188/17
considering [1]  189/3
consistent [6]  3/7 6/22 27/12 27/24 43/24 191/9
consistently [1]  213/10
consult [4]  69/6 132/11 185/15 240/8
consumer [1]  169/24
consummated [1]  91/15
contact [5]  69/2 132/7 185/12 225/2 240/2
contacted [3]  65/8 79/3 225/4
contained [3]  192/17 223/18 223/19
contains [1]  215/9
contemplate [1]  167/23
contemplated [2]  41/25 184/2
contemplates [1]  210/6
Contents [1]  136/20
context [2]  24/5 57/3
continue [13]  8/8 17/25 28/19 69/13 133/2 133/18 140/2 169/24 180/23 181/3 186/18 186/24 228/7
continued [3]  9/6 22/13 22/14
continuing [1]  18/17
continuum [1]  38/7
contours [1]  122/16
contract [32]  38/5 38/20 39/7 39/8 39/13 44/13 49/4 50/2 50/10 66/10 66/23 72/9 96/16 98/25 102/23 106/15 113/24 115/25 116/7 116/8 116/10 145/1 145/8 150/21 154/20 154/25 187/3 197/15 200/18 209/7 209/16 211/7
contracting [1]  37/7
contractors [1]  42/11
contracts [6]  54/12 54/13 102/25 107/20 168/2 208/23
control [1]  11/1
controlling [1]  194/2
conversation [7]  43/18 43/20 50/16 59/15 115/5 153/22 229/20

Case 1:13-cr-00460-JKB Document 242-7 Filed 09/08/16 Page 295 of 294

# C

conversations [4] 10/21 11/8
 11/21 91/24
convert [1] 3/24
convince [1] 5/19
coordination [1] 175/15
copies [2] 107/6 224/10
copy [4] 98/23 197/14 200/18
 208/23
corners [1] 145/15
correct [791]
correctly [4] 11/3 111/24 216/7
 226/10
couching [1] 195/16
could [87] 18/12 21/6 22/17
 25/2 26/19 35/12 36/16 37/24
 40/23 41/3 41/4 45/18 50/1 50/2
 50/3 50/1 59/11 60/17 61/25
 62/3 62/20 64/3 64/10 68/6 71/7
 71/14 74/9 75/21 77/5 78/2
 79/25 81/11 83/3 87/8 90/9 93/8
 94/17 96/8 96/19 97/8 98/12
 103/22 104/25 108/5 112/15
 113/13 118/19 121/18 129/15
 136/11 139/11 140/12 142/3
 142/22 144/20 147/21 150/23
 152/7 159/16 166/12 168/3 168/4
 168/13 170/13 171/20 172/13
 173/1 180/4 181/14 181/15
 182/12 183/8 183/11 183/14
 183/15 188/12 192/8 195/19
 206/15 211/1 211/3 219/10 220/8
 221/11 221/25 224/2 231/6
couldn't [8] 36/22 56/21 87/23
 165/19 165/21 166/13 183/24
 183/25
counsel [9] 2/15 39/8 56/11
 85/24 126/25 132/19 241/20
 242/16 244/2
counterproductive [1] 240/23
counting [1] 52/25
country [1] 164/23
couple [7] 14/24 14/25 151/2
 183/17 211/18 216/17 228/15
course [4] 6/8 14/6 124/3 187/2
court [12] 1/1 1/24 2/22 12/6
 16/25 17/1 17/1 17/2 58/18
 192/7 246/8 246/21
Court's [1] 55/9
courthouse [1] 16/4
courtroom [14] 1/8 7/24 59/5
 69/8 69/11 132/16 133/15 185/18
 185/20 186/16 241/1 241/5 241/9
 241/18
courtrooms [2] 58/21 59/6
cover [3] 35/15 60/19 94/21
coverage [1] 4/4
covered [1] 17/17
covers [1] 86/13
CR [1] 246/11
crazy [2] 166/8 228/6
create [1] 221/18
created [2] 157/20 231/17
creating [1] 163/17
credit [17] 25/24 49/20 50/3
 65/21 66/3 66/3 66/11 66/20
 77/19 91/21 91/21 91/25 92/1
 92/12 101/12 101/16 169/25
credit-report [1] 77/19
creditor [4] 114/21 191/10
 219/25 220/21

creditor/debtor [1] 220/21
Creed-Docomirst [1] 220/7
criminal [5] 1/4 10/18 10/22
 10/25 176/6
criteria [4] 30/9 117/3 153/1
 153/3
cross [10] 2/8 8/8 8/25 9/6
 69/14 120/11 133/18 186/19
 243/7 243/15
cross-examination [7] 8/8 8/25
 9/6 69/14 120/11 133/18 186/19
cross-examined [1] 2/8
CRR [3] 1/23 246/15 246/19
current [3] 137/1 169/23 227/7
cut [1] 185/25
cutoff [1] 129/9

# D

daily [1] 203/24
Darrell [3] 64/16 98/23 115/23
data [4] 137/15 142/8 223/18
 223/19
date [23] 22/20 22/21 35/20
 35/22 35/23 81/15 90/9 114/12
 121/14 121/15 121/20 123/3
 129/9 172/1 172/4 172/23 180/12
 180/12 196/17 217/15 219/5
 244/20 246/22
dated [10] 3/10 48/9 75/11
 114/13 152/13 162/2 169/7
 169/10 172/5 222/2
dates [1] 35/21
David [1] 236/16
David Kagel [1] 236/16
day [57] 12/2 12/9 12/20 13/10
 13/24 14/1 14/7 14/8 15/2 15/11
 15/11 15/12 16/9 16/10 16/19
 16/20 16/25 17/1 17/2 17/6 18/3
 51/14 53/14 55/14 56/4 56/6
 75/7 76/2 79/24 84/1 89/1 90/11
 113/8 113/10 113/15 113/19
 115/4 117/16 117/24 118/1 118/4
 119/9 119/9 158/10 159/9 159/10
 159/15 169/15 170/6 170/7 186/2
 204/16 204/17 209/25 243/18
 243/25 245/13
day-plus [1] 13/24
days [27] 13/25 14/24 14/25
 15/5 15/15 15/18 15/23 50/24
 52/22 98/15 102/17 120/17
 121/23 154/6 154/9 154/11
 154/15 175/14 191/4 196/17
 196/19 198/4 203/2 205/8 205/10
 213/19 244/12
dead [1] 80/12
deal [148] 29/6 29/7 29/10
 29/10 29/25 29/25 30/12 34/5
 34/7 35/11 35/15 36/5 36/9
 36/13 37/13 37/15 37/16 37/19
 37/21 38/16 39/6 39/24 41/7
 45/2 46/19 46/21 47/7 47/11
 47/14 47/14 48/10 49/4 49/19
 50/6 52/14 52/16 52/18 54/13
 54/16 58/16 60/14 60/15 60/16
 61/8 62/3 62/20 64/23 65/2 65/6
 66/14 69/25 69/25 70/4 73/10
 73/10 73/11 75/1 75/3 75/6 75/6
 76/18 79/18 79/18 79/21 79/23
 79/24 79/25 81/6 81/6 81/6 81/6
 81/20 81/20 81/21 82/17 82/17
 82/18 82/20 83/9 83/10 90/6
 90/6 91/23 93/11 94/11 94/11

94/12 94/16 94/18 94/22 94/23
 95/12 95/25 98/20 99/11
 99/16 99/21 99/22 100/15 100/16
 100/25 103/1 104/6 104/12
 110/23 112/3 112/9 112/12
 115/18 121/15 122/25 123/12
 128/24 131/7 131/7 131/8 131/9
 131/12 131/15 134/13 134/15
 140/24 143/9 143/9 143/11
 143/12 143/12 146/13 146/14
 146/14 146/16 146/17 149/16
 149/19 150/17 151/3 155/7
 155/24 166/15 196/10 228/7
 230/5 230/18 231/21 232/2
 235/14 239/3
Deal 3 [1] 83/10
Deal 6 [1] 83/9
Deal No. 1 [5] 29/7 29/10 29/25
 30/12 65/2
Deal No. 2 [2] 60/15 69/25
Deal No. 3 [4] 90/6 94/11
 146/13 146/16
Deal No. 4 [5] 73/10 73/10
 73/11 75/1 79/18
Deal No. 5 [1] 79/23
dealing [7] 46/12 89/16 99/15
 122/12 124/4 128/23 160/15
dealings [4] 38/14 95/15 104/6
 231/10
deals [41] 29/5 34/14 36/1
 36/23 63/15 66/2 68/4 68/10
 73/1 75/12 80/8 80/9 80/9 80/15
 80/15 81/5 81/22 82/16 82/25
 83/11 88/6 88/7 88/11 88/12
 88/19 90/5 109/8 112/7 115/10
 121/12 129/12 129/12 131/18
 135/22 148/9 187/12 187/12
 187/13 187/14 187/14 231/25
dealt [2] 29/7 110/1
Dean [8] 228/16 229/15 229/17
 230/19 231/13 231/13 232/18
 235/6
Dear [1] 202/12
Debbie [6] 49/1 50/2 98/22
 98/24 121/22 122/4
Debbie Gersh [3] 49/1 50/2
 121/22
Deborah [1] 64/20
Deborah Gersh [1] 64/20
debt [4] 25/25 35/1 77/14 77/15
debtor [3] 114/21 220/21 223/14
debtor/creditor [1] 114/21
deceased [5] 49/20 50/4 66/4
 66/6 66/12
deceive [1] 176/6
December [10] 121/23 123/23
 124/1 128/25 134/9 140/18
 140/23 141/4 145/22 147/1
December 14th [1] 128/25
December 20th [1] 141/4
December 21st [1] 145/22
December 3rd [1] 140/18
December 7th [1] 134/9
decide [2] 6/18 18/20
decision [3] 42/8 79/15 153/4
decision-making [2] 79/15 153/4
declare [1] 85/3
declared [3] 84/21 85/4 85/5
decorum [1] 241/5
deduct [3] 67/14 130/18 196/21
deducted [1] 130/24
deem [1] 18/19

Case 1:13-cr-00460-JKB Document 221 Filed 09/08/16 Page 256 of 284

**D**

deems [3]   42/13 42/13 42/15
deep [5]   212/18 212/20 212/24
216/1 216/10
default [7]   103/12 103/13
110/25 111/2 111/17 192/9
196/14
defendant [5]   1/5 1/17 10/19
10/22 10/25
defense [10]   1/20 2/15 2/18
2/21 2/22 85/23 86/3 133/4
133/11 245/6
deficit [1]   209/14
define [1]   33/12
definitely [3]   13/14 92/8
224/11
definitions [1]   96/13
degree [1]   44/21
Delaware [2]   219/24 220/5
delay [1]   231/2
delete [1]   123/4
delivered [1]   223/13
delivery [1]   126/10
demanding [2]   122/9 201/13
depends [3]   33/12 46/10 245/6
deposit [4]   107/6 206/20 206/22
226/1
deposited [1]   60/24
describe [1]   53/2
described [5]   89/20 91/10 107/7
208/11 208/12
designated [2]   11/2 12/11
designed [2]   25/15 25/16
desperate [5]   231/1 232/13
236/17 236/19 236/20
desperately [1]   203/1
desperation [4]   230/21 232/19
232/20 236/22
Despite [1]   166/19
detail [2]   18/18 83/11
details [3]   17/17 147/22 202/3
detected [1]   8/16
determination [2]   129/7 220/17
determinations [1]   129/10
determine [2]   21/11 153/8
determined [1]   3/5
dictionaries [1]   240/9
dictionary [3]   69/6 132/11
185/16
did [216]   4/20 8/15 11/3 11/7
13/9 14/17 19/2 19/4 19/9 19/11
19/11 19/13 19/18 19/20 19/21
19/24 20/3 20/24 21/2 22/3
22/12 23/12 24/24 28/8 30/10
31/11 32/2 34/8 34/19 37/12
39/7 39/16 41/6 43/21 43/22
43/23 43/24 44/13 44/16 50/13
50/16 50/23 50/24 51/1 55/20
55/20 56/8 57/22 57/24 57/25
57/25 58/21 60/3 61/19 61/22
61/24 65/1 67/6 67/16 67/25
70/13 70/20 71/4 71/14 71/15
71/16 72/13 72/14 72/19 72/23
72/24 76/20 80/20 80/20 80/24
80/25 82/16 84/9 85/6 85/13
85/19 90/15 90/20 91/13 91/18
92/1 93/15 93/17 102/18 109/4
109/22 109/25 110/3 110/9 111/9
111/10 111/10 112/11 117/16
117/25 118/4 119/10 121/12
128/4 128/8 128/9 135/13 135/16
135/18 135/19 135/21 135/24
135/24 137/21 143/14 143/22
143/25 145/13 147/11 147/24
148/1 148/5 148/24 149/14
151/17 153/10 158/1 158/9
158/10 158/11 158/12 165/7
165/14 166/16 167/5 167/8
167/23 168/5 168/23 168/24
170/2 170/3 170/6 170/10 172/23
175/9 175/10 175/11 176/3
179/12 181/1 182/6 182/15 184/7
184/10 184/15 184/21 184/22
185/1 187/14 189/15 189/15
189/16 189/17 189/21 190/12
197/25 199/8 199/9 199/22 200/1
201/10 202/3 202/20 203/10
203/10 203/10 203/12 203/13
208/4 208/8 209/11 211/19 219/4
219/5 219/5 222/13 224/5 225/2
225/6 225/7 225/8 225/10 225/12
225/14 228/14 228/24 229/16
231/8 231/9 232/1 232/20 232/22
232/24 233/4 234/11 234/14
235/6 235/20 236/6 236/9 236/9
236/18 236/23 237/20 239/17
didn't [50]   2/13 8/16 18/25
34/8 40/21 41/5 43/10 44/6
51/20 60/7 83/18 102/17 105/19
109/7 111/13 125/9 128/7 129/16
136/4 136/7 138/9 153/12 165/4
165/19 165/25 166/1 168/8 168/9
172/19 178/11 178/14 179/9
179/11 179/14 180/2 182/9
182/15 182/16 183/3 184/20
189/3 189/11 194/22 201/22
208/6 214/1 222/9 224/2 232/10
234/7
difference [2]   115/14 131/2
different [23]   7/1 24/24 56/22
56/24 56/25 57/11 70/17 70/24
71/10 108/15 111/7 118/8 124/10
153/1 153/23 155/3 155/8 155/10
155/11 156/18 216/22 234/5
244/5
diligence [13]   18/12 18/14 19/2
19/11 20/14 20/16 20/24 22/12
43/17 43/24 44/4 126/17 127/18
dinner [2]   93/22 94/3
Diplomate [1]   246/20
direct [22]   2/5 10/10 34/25
72/3 83/25 147/17 147/22 148/13
148/19 148/20 149/1 181/16
181/22 181/24 182/24 183/13
183/21 207/4 216/6 222/25
225/11 233/14
directed [1]   76/3
directing [2]   69/23 141/13
direction [2]   7/1 244/3
directions [1]   10/23
directly [1]   34/17
disability [11]   2/6 3/3 3/4 3/7
4/4 4/10 4/22 4/23 5/21 7/8 7/9
disabled [1]   4/3
disagree [1]   176/2
disbursements [1]   5/18
discern [1]   215/13
disclaimer [1]   26/8
disclaimers [2]   26/7 26/25
discount [5]   151/10 151/14
151/18 151/23 152/3
discounts [1]   77/20
discover [1]   189/15
discuss [12]   68/23 68/24 132/1
133/20 134/25 135/5 189/4 200/1 225/6
225/8 239/22 239/22 239/23
discussed [27]   4/23 22/4 49/6
49/9 49/10 49/22 51/3 53/20
53/21 56/5 56/6 58/2 58/3 65/10
67/17 93/2 99/18 115/7 127/13
128/15 136/9 159/15 176/15
201/25 203/14 227/8 241/16
discussing [13]   53/19 54/11
54/15 55/14 56/2 57/23 119/5
121/9 135/20 157/25 158/7 158/9
195/8
discussion [8]   8/22 59/24 59/24
151/8 158/8 160/4 203/9 208/17
discussions [26]   12/23 14/2
16/1 16/18 16/21 20/20 55/13
92/1 93/4 95/16 102/7 118/23
126/19 126/21 130/16 158/25
189/14 199/24 200/3 200/3 200/4
202/1 202/20 203/2 203/5 212/10
disgusted [1]   236/15
disputed [4]   49/20 50/4 66/4
66/6
disputes [1]   57/14
distracting [1]   58/22
distributed [1]   3/23
distributions [2]   3/16 3/25
DISTRICT [2]   1/1 1/1
divert [1]   176/7
division [2]   1/2 20/19
DLA [3]   38/24 49/3 49/19
do [174]   6/4 6/5 8/14 10/9
11/17 12/4 18/20 20/2 20/5
20/10 20/13 20/16 20/18 20/24
22/3 22/21 24/7 27/15 28/15
29/1 29/3 38/21 41/14 43/19
44/14 44/15 49/15 49/19 50/13
54/4 54/5 54/11 54/13 54/15
55/6 55/10 55/12 55/20 56/8
56/13 58/5 58/8 59/20 59/21
62/13 64/1 64/2 64/3 64/7 68/24
69/3 69/5 70/2 70/3 70/9 71/14
72/24 74/9 79/2 80/20 83/3 83/3
84/5 84/6 84/10 84/19 90/3
90/21 99/7 99/19 99/20 104/11
108/25 109/1 109/10 109/12
110/3 111/5 111/23 112/11
112/12 112/13 113/10 114/18
117/15 126/18 127/3 127/5 128/7
130/17 131/15 132/1 132/2 132/2
132/8 132/10 132/11 135/18
136/15 139/8 140/19 140/21
144/19 151/11 151/12 152/21
153/7 153/10 153/12 156/15
164/19 168/3 168/15 168/15
172/1 173/15 173/16 179/4 179/5
179/6 179/6 179/8 179/8 179/10
179/11 184/15 185/7 185/8 185/8
185/13 185/14 185/15 186/6
191/17 191/19 192/3 192/5 195/5
195/7 202/8 202/10 203/10
203/11 209/19 212/14 212/24
214/16 214/18 214/18 215/5
218/14 218/15 222/13 224/14
226/3 228/21 233/2 235/2 236/20
237/3 238/1 239/22 239/22
239/23 239/24 240/4 240/5 240/8
241/15 241/22 242/4 243/16
245/17 246/15
docs [1]   209/25
document [71]   28/9 54/22 55/1

Case 1:13-cr-00460-JKB Document 207 Filed 09/08/16 Page 257 of 284

**D**

document... [68]  55/2 58/6
59/11 60/1 60/10 61/19 66/6
79/11 86/7 86/8 86/9 96/8 98/19
102/9 103/6 103/7 106/22 114/20
118/7 118/15 118/20 134/4 134/7
137/20 139/9 139/16 140/18
145/24 153/23 158/22 159/2
179/22 190/24 191/16 191/24
193/3 193/5 194/19 194/23
195/12 197/12 197/14 198/1
198/6 198/9 200/25 204/6 204/8
204/12 206/23 216/22 216/25
219/15 220/20 221/18 221/22
224/16 233/8 233/12 233/17
234/6 238/6 238/11 238/12
238/15 238/17 238/21 242/7
document's [1]  55/3
documentation [22]  19/21 19/23
31/12 50/8 61/13 61/23 67/17
68/2 68/15 93/10 93/11 95/10
99/22 101/25 131/12 175/19
175/21 176/3 188/23 223/20
223/23 237/19
documents [18]  17/18 31/14
31/15 31/16 31/18 107/6 107/10
107/14 110/15 124/5 139/21
149/6 156/5 167/14 175/3 175/13
192/8 242/4
does [31]  4/6 28/22 31/22 33/15
59/15 60/2 74/6 77/2 77/11
77/12 78/13 82/10 87/5 87/8
87/17 97/7 98/9 98/11 117/8
118/22 146/2 146/3 146/5 146/24
152/24 153/4 153/4 205/6 233/18
238/18 238/20
doesn't [21]  7/5 23/24 24/2
56/21 78/7 85/1 87/20 88/23
100/8 116/13 117/6 159/3 194/18
194/20 194/25 210/5 222/4
233/20 238/20 243/11 245/22
doing [30]  20/7 32/25 33/23
33/24 33/24 33/25 37/10 67/15
72/21 73/3 102/17 116/12 140/1
148/8 151/22 156/3 165/8 173/16
202/21 203/6 203/6 208/13
215/17 222/10 222/11 241/20
242/3 242/8 243/19 243/23
dollar [1]  187/22
dollars [13]  3/17 47/16 52/19
63/22 85/22 104/17 134/10
154/12 154/16 178/6 232/15
235/15 235/17
don't [199]  2/10 2/12 4/13 9/11
11/9 11/24 12/18 13/4 13/12
13/18 15/2 15/15 19/14 20/1
20/7 20/8 20/9 20/19 20/21
20/23 21/21 28/16 29/13 31/18
32/3 38/17 39/1 39/10 39/12
40/23 40/25 43/4 44/1 44/3
45/15 45/19 50/22 51/4 51/4
51/8 51/22 52/24 54/2 55/2 56/5
56/17 56/18 58/2 58/10 58/22
60/4 60/5 60/7 60/8 61/20 62/2
62/8 67/15 67/22 68/23 68/24
69/4 71/25 72/22 72/25 74/20
74/21 76/19 79/16 80/19 80/22
84/6 84/15 84/21 84/23 85/7
85/13 87/25 89/2 89/3 89/4 90/4
90/13 91/2 91/19 92/14 92/24
93/20 94/18 95/9 99/20 102/8

102/13 102/15 102/19 103/13
105/20 106/18 108/7 109/3
110/6 112/6 112/8 112/13 113/22
117/17 117/17 118/3 118/6
118/14 119/14 119/16 120/9
120/10 125/13 125/21 127/23
128/6 131/17 132/23 135/14
135/17 135/23 136/2 137/4 137/9
137/11 138/3 138/3 138/12
138/17 139/4 142/18 142/23
143/4 145/9 145/12 146/5 148/17
151/21 153/9 155/10 158/3 158/4
158/6 159/14 162/25 163/20
164/18 164/25 165/1 165/3 165/6
165/16 166/10 168/13 168/16
179/17 180/1 180/22 181/18
181/23 184/2 184/5 184/16
184/18 188/15 190/3 195/7 200/1
201/5 202/23 210/7 210/9 214/6
218/9 219/5 220/12 222/10 223/1
223/9 223/9 224/17 233/3 233/6
234/4 235/3 235/8 235/19 236/7
238/2 239/9 241/3 241/22 242/1
242/2 242/8 243/12 244/20
done [26]  11/17 29/10 32/19
32/21 41/3 45/16 46/5 46/7 47/4
71/11 74/15 75/6 89/5 107/12
128/12 149/17 150/1 154/2
184/16 184/19 185/23 203/13
224/14 229/11 230/5 237/8
donors [5]  45/1 81/5 81/7 82/16
82/24
door [1]  17/20
Doug [10]  81/15 113/23 124/22
162/5 162/19 190/10 193/16
194/2 219/1 222/4
Doug Kuber [2]  81/15 124/22
Douglas [8]  1/23 2/19 9/5
162/23 177/13 246/12 246/15
246/19
down [42]  6/16 11/25 22/8 22/9
28/12 35/14 44/5 71/13 71/13
71/17 75/22 79/17 88/9 97/3
101/2 101/20 111/9 120/9 130/4
130/8 139/15 143/7 149/11 151/5
151/6 151/24 154/19 161/8
165/20 166/14 168/18 185/25
193/19 195/9 197/19 205/23
207/9 210/3 213/4 215/6 220/4
239/20
downturn [4]  164/16 164/19
165/18 165/22
DR [1]  246/11
draft [2]  196/9 196/13
drive [1]  78/16
Drop [1]  242/4
due [19]  3/18 18/12 18/14 19/2
19/11 20/14 20/16 20/24 22/12
43/17 43/24 44/3 126/17 127/18
156/7 173/10 218/7 218/13
218/15
due-diligence [1]  19/11
during [11]  18/17 18/17 56/6
58/3 68/23 93/4 132/1 164/21
184/8 185/7 189/14
duties [1]  109/16

**E**

e-mail [99]  22/24 24/5 48/8
48/12 48/25 49/25 50/8 50/10
50/16 50/25 51/4 51/8 61/22
64/13 64/22 64/23 65/11 65/16

65/17 75/11 75/16 78/3 81/1
81/7 85/24 85/24 86/2 98/15 98/23
100/9 113/15 115/5 115/22
127/15 128/23 129/20 130/9
130/21 136/14 136/15 136/17
136/19 136/20 137/9 137/11
151/1 154/3 154/11 154/12
154/18 154/23 155/4 155/11
155/24 156/4 156/6 156/17
156/22 161/19 162/12 162/15
163/11 164/15 167/22 169/6
169/10 172/5 172/6 172/20
172/23 173/7 176/23 176/24
177/7 187/19 190/4 191/7 191/12
191/23 193/11 194/4 194/12
194/20 195/21 202/17 208/16
210/3 210/23 211/23 214/8
214/12 214/22 218/11 218/18
218/22 219/7 225/23 226/19
239/6 239/15
e-mails [27]  50/13 50/20 61/13
66/20 66/22 68/11 80/20 80/23
99/19 99/22 102/6 112/18 130/8
131/12 131/16 131/19 164/13
180/10 187/7 187/9 196/3 198/11
210/24 213/10 214/22 218/5
230/11
each [6]  161/25 193/20 196/21
197/14 240/25 243/15
earlier [22]  35/8 86/22 89/3
96/3 98/17 102/6 105/15 109/8
112/23 115/17 118/8 126/19
132/13 132/14 135/3 160/9
160/11 168/3 168/5 208/21 225/9
245/24
early [11]  22/25 23/3 38/12
70/21 76/20 91/20 92/14 112/6
112/8 123/22 189/4
earned [1]  4/5
easier [1]  75/23
easily [1]  43/4
economic [6]  164/16 164/23
165/17 165/18 165/22 166/19
economically [2]  163/18 163/25
economy [5]  164/14 165/2 165/9
166/2 230/14
economy's [1]  166/14
effect [5]  21/9 76/17 99/19
111/15 220/21
effective [2]  60/24 170/20
effectuate [1]  202/22
efforts [6]  20/24 175/15 199/4
199/9 199/14 200/7
eight [5]  160/20 211/2 211/4
211/6 212/21
eighty [1]  63/22
either [11]  3/21 12/11 16/19
67/25 91/11 130/17 130/18
141/22 143/25 160/24 161/10
element [1]  120/11
elemental [1]  215/7
elements [1]  168/19
eligibility [1]  4/10
else [5]  24/15 91/2 125/14
221/16 246/1
else's [1]  128/1
embarrassment [1]  241/3
employed [2]  18/4 73/17
enable [2]  2/12 41/24
enabled [1]  119/6
encyclopedia [3]  69/6 132/11
185/15

Case 1:13-cr-00460-JKB Document 242 Filed 09/28/16 Page 258 of 284

**E**

encyclopedias [1]  240/8
end [15]  16/19 16/25 17/1 22/20
36/6 77/11 80/16 91/18 205/5
205/18 206/3 206/5 206/16
235/10 245/13
ended [3]  43/1 43/2 43/3
ending [2]  70/24 70/25
ends [1]  62/17
enforce [1]  57/13
enforcement [2]  10/18 10/23
enforcing [1]  59/3
engage [1]  50/16
engaged [4]  10/22 36/6 175/17
218/17
enhance [1]  77/21
enough [4]  3/6 7/10 133/8 241/1
ensure [2]  123/20 231/21
entered [12]  7/24 32/10 32/11
38/21 69/11 95/21 101/8 111/14
133/15 186/16 200/18 231/21
entering [2]  40/18 42/15
entire [16]  24/4 49/25 53/21
116/20 117/24 118/1 119/9 140/5
145/4 145/10 145/12 145/14
159/10 175/2 230/22 232/20
entirely [3]  47/5 88/18 204/7
entirety [3]  33/4 42/1 42/6
entities [4]  44/21 89/4 182/4
182/9
entitled [5]  37/9 37/17 48/2
116/11 246/17
entity [6]  37/7 40/3 40/14 72/5
73/18 157/18
equal [1]  54/17
errors [1]  228/22
escrow [74]  34/9 34/12 36/23
37/13 37/21 45/1 48/3 66/15
81/8 103/25 104/4 104/8 104/10
104/10 104/19 104/19 104/22
104/23 105/3 105/7 105/10
105/23 106/1 106/1 106/4 106/7
106/11 106/18 107/4 107/5 107/7
108/6 108/17 108/20 108/21
109/6 109/16 110/10 110/14
110/16 111/19 111/21 111/23
112/2 142/22 143/24 144/4 144/5
144/15 144/17 145/1 145/3 145/4
145/5 145/9 145/10 148/3 148/5
148/6 148/12 148/15 149/7
149/12 177/4 182/11 182/17
182/18 182/22 183/18 190/14
204/1 206/25 222/22 223/12
escrow-restricted [1]  81/8
especially [1]  46/14
Esquire [3]  1/15 1/15 1/18
essence [4]  7/12 111/4 122/6
236/22
essential [1]  4/12
essentially [3]  192/7 213/14
240/25
established [3]  12/2 17/14
34/24
estimated [1]  86/22
estimates [2]  169/20 169/23
estimation [1]  82/19
et [5]  49/20 123/8 124/12 162/6
216/4
et cetera [5]  49/20 123/8
124/12 162/6 216/4
evaluate [5]  41/24 43/11 43/12

44/8 157/16
evaluations [1]  42/9 157/16
78/10 167/24 168/10 168/10
168/24 169/15
evaluations [1]  168/4
evaluator [1]  75/18
even [19]  3/20 6/2 6/18 28/4
38/11 41/8 53/5 53/20 77/9 78/9
151/9 172/19 179/21 180/15
184/2 186/4 193/23 215/13
244/20
evening [5]  8/4 162/3 239/22
240/16 246/2
event [2]  111/8 180/23
eventually [14]  11/7 35/5 39/21
54/16 86/21 92/3 92/16 92/17
106/8 109/16 110/12 111/9
177/20 232/3
ever [27]  11/10 50/12 50/12
50/13 50/16 61/12 61/13 61/19
118/1 118/1 118/4 119/10 119/10
144/1 164/3 167/23 168/23
168/24 174/15 191/25 202/14
202/20 225/2 237/19 237/19
237/25 238/1
every [14]  17/6 24/21 39/17
133/10 145/18 182/20 188/22
188/22 189/18 200/18 213/18
213/20 214/8 245/3
everybody's [5]  94/12 100/23
149/18 149/20 205/12
everyone [1]  125/14
everyone's [1]  197/20
everything [12]  5/16 6/11 33/25
39/9 100/6 100/8 186/6 209/3
221/16 230/22 241/7 245/21
evidence [16]  7/20 54/21 55/3
55/19 87/20 87/22 87/25 87/25
132/22 213/16 214/6 214/13
214/21 214/24 224/25 246/10
evident [1]  163/11
exact [7]  2/10 90/11 91/19
172/10 211/13 211/14 219/5
exactly [22]  13/18 45/16 57/10
76/19 89/18 92/15 102/4 112/8
112/14 125/2 133/5 136/3 152/24
159/15 164/18 166/18 184/18
211/15 215/7 215/14 215/17
235/19
examination [11]  2/5 8/8 8/25
9/6 19/12 69/14 72/3 83/25
120/11 133/18 186/19
examined [2]  2/8 142/7
example [6]  97/22 112/10 204/13
209/12 214/12 217/15
excel [1]  203/20
except [4]  34/20 129/3 132/21
201/2
excess [4]  3/17 25/22 196/22
198/11
excited [1]  213/8
exclamation [2]  227/5 227/6
exclusive [1]  57/1
excuse [8]  23/2 42/23 58/12
144/12 170/14 190/6 217/18
229/5
excused [4]  240/13 240/15
240/16 240/19
executed [6]  65/2 105/11 107/21
114/14 156/5 197/14
executive [4]  228/21 228/24
229/7 230/2

exercise [2]  111/13 187/15
exhibit [70]  2/15 2/18 2/21
2/22 9/18 16/22 17/4 22/18
22/19 35/12 35/14 48/6 51/10
51/13 51/13 60/17 62/5 62/21
68/18 73/11 75/9 79/24 85/24
86/3 87/11 88/15 94/17 94/21
100/18 103/22 105/16 118/11
121/18 132/25 133/10 134/1
134/1 136/16 139/13 140/20
144/21 145/19 145/20 146/7
146/8 149/22 150/9 150/9 150/24
151/20 154/5 160/14 160/17
166/17 169/4 170/18 171/21
171/21 189/22 189/23 193/12
198/13 207/21 216/13 216/14
217/9 217/18 229/3 235/10 239/2
Exhibit 1255 [1]  150/9
Exhibit 1267 [1]  217/9
Exhibit 3 [1]  150/24
Exhibit 31 [1]  68/18
Exhibit 32 [1]  105/16
Exhibit 522 [1]  75/9
Exhibit 80 [1]  171/21
exhibits [4]  17/3 132/21 132/22
133/4
exist [1]  72/20
existed [1]  22/1
existence [1]  238/25
exists [1]  102/8
expect [3]  4/7 181/4 231/20
expectation [1]  241/13
expected [3]  27/7 167/17 181/18
expecting [1]  231/23
expense [1]  3/18
expenses [1]  25/23
experience [6]  41/1 41/20 76/11
76/25 77/14 77/17
experienced [1]  89/12
experiencing [1]  170/1
expert [1]  166/11
expertise [2]  43/10 44/7
experts [4]  20/25 21/4 21/6
22/5
explain [2]  57/25 204/13
explained [3]  4/8 53/5 183/17
explaining [1]  125/16
explanation [1]  56/23
explanations [1]  43/5
exposed [5]  27/1 68/25 132/3
185/9 239/24
express [1]  65/8
expressed [1]  163/15
expresses [1]  172/24
extended [1]  129/7
extending [1]  245/16
extensive [2]  38/18 245/10
extent [4]  79/15 99/16 116/8
175/15
external [1]  240/8
extraordinarily [1]  101/5
extrinsic [4]  6/24 87/19 87/24
87/25

**F**

f'ed [2]  177/15 178/4
face [6]  49/8 99/1 108/8 123/4
162/20 196/23
faces [2]  230/23 232/21
fact [67]  5/21 5/21 19/10 21/23
26/11 28/8 38/11 39/21 43/21

Case 1:13-cr-00460-JKB Document 179-2 Filed 09/08/16 Page 259 of 284

**F**

fact... [58]  53/7 53/23 55/12
55/19 55/21 59/6 60/5 61/8 61/9
63/6 64/16 66/24 68/5 68/8
68/10 68/13 82/24 84/24 86/21
87/21 88/13 97/23 100/1 105/22
111/10 111/10 115/10 120/16
122/10 125/22 127/24 133/3
134/13 135/25 139/6 140/3
143/13 145/6 145/15 149/10
151/17 157/9 157/15 160/4
164/22 168/4 182/23 183/6
189/17 189/18 190/1 201/1
207/18 207/19 214/24 216/9
219/4 232/22
factors [4]  26/22 26/24 108/18
212/16
facts [9]  42/14 54/5 69/4 121/4
132/9 158/11 158/12 185/14
240/5
factually [1]  214/14
failure [1]  27/22
fair [17]  19/3 47/22 70/10
92/13 102/14 104/13 105/8
117/23 133/8 148/3 161/7 161/23
164/10 197/16 208/22 232/17
234/1
Fairly [1]  91/14
fake [1]  204/6
fall [2]  66/5 77/17
falling [1]  165/20
false [8]  5/9 5/13 5/14 5/14
149/11 204/9 222/24 223/2
familiar [3]  86/8 86/10 237/24
family [2]  4/2 239/24
far [16]  6/25 32/25 67/7 90/10
99/22 103/14 129/13 145/25
147/24 158/13 174/13 192/20
204/8 216/4 224/4 241/14
fashion [4]  39/7 84/22 88/25
208/14
fashions [1]  106/5
favorable [1]  77/19
fax [2]  114/13 156/5
FBI [25]  13/4 13/8 19/10 20/2
20/8 20/22 53/15 54/1 54/14
55/12 55/16 56/3 56/8 57/23
59/25 117/15 117/25 118/23
119/5 119/9 120/22 135/21 136/7
158/1 158/25
February [10]  22/21 22/25 23/4
23/4 151/2 173/7 173/15 205/19
235/22 236/14
February 18th [1]  235/22
fed [1]  156/15
federal [5]  1/24 10/18 10/25
58/18 246/21
Federal Court [1]  58/18
fee [25]  32/16 32/23 33/20
33/22 35/6 54/17 54/19 56/9
56/15 56/25 57/3 57/11 63/14
79/19 82/19 82/21 82/23 130/19
130/20 130/25 160/7 161/9
214/14 234/12 234/13
feel [4]  21/13 54/23 179/9
181/2
feels [1]  215/9
fees [14]  25/23 45/17 45/21
47/10 47/17 52/5 55/17 63/20
63/21 83/18 93/10 147/2 180/15
184/17

Feldman [12]  19/6 25/17 29/16
33/1 70/5 170/9 170/17 171/22
200/5 202/1 203/17 231/3
fell [1]  93/5
fellow [1]  239/23
fellows [1]  54/14
felt [1]  179/8
few [7]  14/22 15/4 16/11 16/12
113/2 120/17 160/12
fictitious [1]  149/1
fide [1]  123/16
field [4]  21/4 21/7 22/5 166/11
fields [1]  20/25
fifth [4]  16/5 16/6 191/4
244/12
figure [2]  47/8 130/16
figured [1]  67/18
figures [2]  65/5 65/13
file [9]  85/16 131/1 131/1
142/7 157/4 190/10 193/18
210/15 210/18
filed [7]  20/6 85/17 114/21
210/1 219/24 219/25 220/5
files [26]  111/12 152/18 153/24
156/7 156/13 156/15 156/19
156/20 157/3 160/25 161/1 162/6
162/17 162/20 162/21 190/17
192/17 192/19 197/15 197/21
198/3 207/16 207/18 207/23
227/18 237/7
filing [6]  85/10 114/16 114/16
114/16 114/18 220/22
filings [3]  219/24 220/12
220/15
final [2]  99/2 154/25
finally [1]  113/23
financial [3]  41/1 41/20 44/22
find [6]  67/14 130/3 150/11
189/15 219/9 223/13
finder's [14]  54/17 54/19 55/17
56/9 56/14 56/25 57/3 57/11
130/19 130/20 130/24 214/14
234/11 234/13
finding [1]  46/12
fine [6]  7/14 68/20 84/15 126/3
148/18 242/21
finish [6]  5/11 42/24 175/6
175/9 186/5 237/9
finished [2]  8/2 58/14
fire [1]  215/11
firm [8]  2/11 2/25 39/3 109/14
109/21 113/21 113/22 241/13
firms [1]  189/19
first [119]  2/23 3/20 5/4 6/1
6/3 6/17 10/11 12/8 13/2 13/10
14/8 19/10 24/1 29/6 29/21
30/12 30/21 34/5 35/22 35/25
36/5 36/13 37/13 37/16 37/19
37/21 38/3 39/6 39/24 41/7 44/3
45/2 45/3 46/19 46/20 47/11
47/14 48/10 49/4 49/19 50/6
52/6 52/14 52/14 52/16 52/18
53/14 53/16 54/13 55/14 56/4
56/14 57/13 57/23 60/6 63/15
63/23 65/1 66/2 68/4 70/8 70/8
71/10 73/18 74/19 75/13 90/5
90/12 90/15 90/22 91/6 91/13
93/18 94/11 98/16 99/17 100/16
102/4 104/6 110/5 112/10 113/3
117/16 118/4 119/9 121/11
121/11 131/3 131/8 133/3 134/3
135/19 135/20 138/19 143/9

143/11 143/12 146/14 146/17
150/7 152/2 156/18 157/21 158/10
159/9 160/19 165/21 168/23
171/23 172/9 177/18 187/21
187/23 188/20 189/10 189/25
190/2 191/4 205/7 218/12
fit [2]  30/9 64/6
five [9]  8/12 63/22 88/12 108/1
121/11 132/13 132/14 160/20
220/1
fix [1]  228/22
fixed [7]  92/6 92/9 95/5 95/7
184/22 184/23 241/19
flat [1]  87/20
flipping [1]  36/7
flips [3]  84/11 84/13 138/15
float [1]  92/10
floor [1]  1/24 16/5 16/6
flow [3]  180/6 212/17 212/19
flowed [1]  135/15
flows [2]  3/16 4/4
fluctuate [1]  169/24
focus [1]  5/8
follow [2]  215/17 234/9
follow-up [1]  234/9
following [9]  24/9 78/8 78/13
105/5 107/6 114/16 129/25
200/11 227/3
fore [1]  173/9
foreclose [1]  111/4
foregoing [1]  246/16
forget [2]  62/10 65/21 125/6
145/5
forgot [1]  172/22
form [10]  54/5 55/18 66/20
102/3 103/6 103/20 110/17 120/4
175/22 217/2
formation [1]  107/10
formed [1]  40/14
former [1]  127/19
formula [1]  227/19
forth [7]  97/5 97/5 201/15
203/2 203/11 221/16 242/6
forthright [1]  120/22
forward [8]  22/14 45/8 46/14
46/15 94/5 121/10 148/2 148/5
forwarded [2]  76/15 142/16
forwards [1]  210/24
found [2]  167/7 189/13
foundation [2]  6/2 86/2
four [15]  12/5 80/14 81/5 82/16
82/25 88/7 88/11 88/12 89/5
121/12 145/15 160/20 187/13
220/1 245/16
fourth [4]  244/8 244/9 244/14
244/25
frame [4]  218/8 218/9 218/10
239/7
frames [1]  187/8
frankly [1]  215/3
fraud [2]  3/22 119/21
fraudulently [1]  7/17
Fred [1]  76/4
Fred Landrum [1]  76/4
free [2]  54/23 209/18
Friday [1]  161/23
friend [5]  11/19 89/22 236/3
236/11 236/16
friendly [1]  91/4
friends [8]  33/3 33/21 34/1
37/14 37/20 202/25 236/23
239/24

Case 1:13-cr-00460-JKB Document 202-13 Filed 09/08/16 Page 260 of 284

**F**

front [8]   51/2 54/22 59/11 68/1
 105/19 127/3 140/6 141/7
fruitful [1]   92/2
fruition [1]   11/16
fucked [1]   177/12
fulfill [1]   148/8
full [7]   15/18 46/16 59/18
 78/15 147/22 182/20 196/19
full-time [1]   46/16
fully [3]   10/22 105/11 115/23
functions [1]   104/22
fund [45]   25/7 25/10 25/21
 25/25 26/9 26/15 27/1 27/23
 29/7 29/11 29/14 29/21 30/7
 31/2 31/7 34/20 34/23 35/3 37/2
 37/6 37/9 40/3 47/10 73/14 74/6
 74/8 74/12 88/22 89/8 89/12
 89/14 89/14 89/15 91/11 91/21
 91/21 91/21 91/23 92/5 105/4
 219/2 219/5 231/20 235/9 235/21
fund's [4]   27/3 27/7 27/9 27/22
funded [8]   74/15 94/23 97/16
 105/24 106/8 106/23 130/11
 154/15
funder [1]   97/23
funding [12]   30/24 31/22 111/24
 114/3 114/16 116/2 116/17
 142/20 142/21 154/12 154/14
 183/20
funds [21]   18/7 30/17 30/18
 74/1 74/5 82/9 112/21 156/6
 156/13 156/16 157/2 160/5
 160/11 161/10 176/7 184/3
 184/10 200/8 202/22 221/16
 231/4
furnish [1]   64/2
furnished [1]   105/11
further [18]   5/3 11/24 27/21
 42/7 44/5 78/15 97/3 122/15
 178/4 193/1 193/23 195/9 197/19
 221/11 221/17 221/25 227/24
 228/5
future [7]   3/23 4/5 122/19
 128/17 188/12 188/15 227/7

**G**

gave [10]   4/22 31/11 46/15 67/9
 77/22 159/25 201/16 224/1 230/2
 230/2
general [5]   13/7 17/13 45/15
 58/23 158/7
generally [4]   77/17 91/9 153/2
 210/24
generate [1]   178/2
generated [2]   53/7 180/11
gentleman [1]   89/21
gentlemen [8]   8/1 15/3 58/17
 68/21 131/25 133/17 185/5
 239/21
Gersh [5]   49/1 50/2 64/20
 115/23 121/22
get [81]   2/12 3/3 3/6 5/20 6/2
 6/3 6/5 6/25 7/22 18/3 21/12
 27/16 28/5 30/13 31/21 33/4
 33/6 34/22 36/16 36/22 43/21
 45/13 47/7 52/4 53/10 63/6 71/7
 74/22 75/8 75/15 79/19 83/9
 87/25 92/4 93/16 95/11 99/10
 104/11 109/15 115/17 115/20
 116/5 116/10 119/6 120/19

123/10 131/14 147/14 149/6
 151/3 167/4 168/7 168/1
 168/4 172/14 178/3 178/16
 185/23 191/10 192/9 193/2
 195/11 197/20 199/11 203/1
 203/13 204/23 208/8 212/25
 213/2 224/4 227/17 228/6 229/11
 230/5 231/5 232/16 234/11
 235/12 240/25 244/11
get-go [2]   53/10 92/4
gets [2]   204/20 204/20
getting [18]   4/21 15/19 15/21
 17/17 32/25 47/10 47/10 66/10
 83/8 112/3 112/3 115/6 115/24
 147/11 167/16 167/23 227/16
 234/23
gig [1]   183/22
Ginsberg [4]   21/1 21/3 21/23
 43/22
give [13]   4/20 18/21 43/4 76/17
 151/18 168/11 178/22 183/25
 185/24 215/8 224/2 229/11
 245/15
given [7]   27/23 39/13 43/9 57/6
 136/21 151/23 178/16
gives [4]   49/12 77/9 100/24
 152/14
giving [9]   151/10 151/14 151/17
 151/19 152/3 152/4 195/15
 201/23 203/12
Glass [7]   222/21 222/23 223/3
 223/8 224/16 224/25 225/2
go [113]   7/19 9/15 12/18 13/1
 16/22 18/6 22/17 24/4 24/18
 25/2 31/23 34/19 35/1 35/3
 36/10 36/19 38/3 42/5 48/6
 51/10 53/10 58/11 59/8 60/15
 62/3 62/4 62/20 62/21 74/9
 75/15 75/22 75/23 75/23 78/2
 79/10 80/5 91/13 92/4 94/18
 96/8 96/10 96/19 97/8 98/12
 103/22 104/10 104/16 113/23
 116/14 119/1 120/12 121/21
 124/1 128/20 129/15 130/8
 132/12 136/11 143/10 146/7
 149/16 151/16 156/12 157/2
 159/4 159/16 160/8 161/17
 161/25 163/7 166/8 170/17
 170/18 171/16 171/16 173/1
 175/8 177/14 182/1 182/6 182/9
 188/20 190/9 192/20 200/19
 205/14 205/18 205/25 206/5
 206/8 206/15 211/12 212/7
 212/16 212/17 212/19 214/11
 215/6 215/24 220/16 221/11
 221/25 227/12 227/17 227/20
 228/15 228/17 229/7 236/9
 241/16 242/3 242/4 245/20
goal [4]   123/15 123/20 231/2
 231/6
goes [30]   5/3 6/25 24/10 45/14
 45/15 48/13 56/23 63/8 64/14
 64/16 78/15 79/19 112/20 129/24
 145/1 145/4 151/3 178/4 192/19
 193/23 197/19 197/20 200/11
 204/25 205/2 205/4 224/23
 227/24 241/10 241/15
going [108]   4/18 5/2 5/17 5/20
 6/17 6/19 10/8 14/4 15/7 17/8
 17/14 17/16 24/21 26/4 27/16
 32/14 32/19 32/21 33/3 43/12
 47/3 48/10 49/4 49/19 57/12

57/12 62/25 69/23 84/2 86/1
 86/8 86/22 86/23 95/3 95/5
 99/6 99/18 113/2 115/4 115/24
 116/5 118/7 118/18 120/7 120/9
 120/12 122/25 123/1 127/2
 127/25 140/2 148/25 150/11
 157/3 164/22 165/2 166/14
 166/15 166/20 174/13 174/14
 175/14 176/5 176/6 176/7 176/7
 179/10 179/14 181/1 181/2 181/6
 183/9 185/24 197/4 197/24
 199/11 201/14 203/1 203/8
 203/11 203/15 205/23 206/1
 215/8 215/15 221/22 222/23
 225/24 226/1 226/6 228/23 231/5
 231/7 231/20 232/10 232/10
 232/25 233/8 233/14 235/17
 235/21 238/6 238/11 245/3 245/8
 245/11 245/20
gone [4]   29/5 81/16 144/25
 187/19
good [14]   8/1 9/8 9/9 30/18
 33/18 47/14 63/16 68/19 79/20
 133/10 133/17 133/23 133/24
 165/24
got [63]   5/21 6/4 6/15 6/21
 8/23 32/10 38/15 39/7 41/13
 45/2 45/3 46/25 47/15 47/24
 49/12 56/13 57/16 57/16 57/16
 62/22 63/19 63/20 63/21 69/19
 69/25 79/18 82/18 84/24 85/1
 85/2 85/3 89/18 90/1 92/17
 92/22 95/22 95/23 95/24 99/9
 109/23 117/14 120/8 150/2 155/5
 161/14 170/2 181/4 184/24
 185/22 185/25 206/18 215/18
 220/18 229/17 232/4 235/1
 235/15 239/14 241/9 241/12
 241/23 242/2 243/14
gotten [1]   184/8
Gottlieb [9]   89/21 89/22 90/12
 90/15 91/1 91/3 92/20 92/22
 93/1
governing [1]   107/10
Government [35]   2/14 6/7 7/3
 12/1 12/11 12/21 13/19 14/9
 15/12 15/13 15/19 16/16 26/25
 50/7 50/13 50/24 52/2 52/4 86/6
 87/7 87/17 102/16 132/22 132/23
 132/25 134/1 136/16 145/20
 146/8 150/9 150/24 158/15
 213/19 216/13 216/14
Government exhibit [1]   216/14
Government's [23]   6/17 9/5
 22/19 35/14 51/13 94/21 133/11
 139/13 140/20 141/12 144/21
 149/22 151/20 154/5 160/17
 166/17 171/21 189/23 193/12
 198/13 207/21 221/12 246/10
Government's Exhibit [16]   22/19
 35/14 51/13 94/21 139/13 140/20
 144/21 151/20 154/5 160/17
 166/17 171/21 189/23 193/12
 198/13 207/21
grab [1]   233/21
grand [1]   130/18
great [4]   29/6 48/24 120/17
 226/23
greatest [1]   197/21
gross [3]   5/23 86/17 204/15
ground [2]   6/23 240/21
grounds [1]   6/17

Case 1:13-cr-00460-JKB   Document 242   Filed 09/08/16   Page 261 of 284

**G**

group [7]   20/10 72/4 72/7 72/20
73/4 90/19 139/17
groups [1]   122/8
grow [1]   181/5
guarantee [4]   193/24 194/1
227/7 245/7
guaranteed [2]   28/11 227/4
guess [7]   3/3 50/14 123/18
148/24 182/22 228/5 238/24
gun [1]   241/23
guy [1]   168/9
guys [9]   55/16 67/17 91/18 94/3
112/5 152/3 198/21 202/24
204/23

**H**

habit [1]   133/10
had [168]   3/15 3/16 3/17 8/1
11/6 12/1 12/5 12/10 12/13
12/21 12/23 12/24 12/25 13/2
14/1 14/9 14/10 15/11 15/11
15/12 15/22 15/24 16/1 16/18
19/8 19/24 20/6 22/7 24/13
28/11 36/6 36/6 37/1 37/2 37/6
37/7 37/14 37/20 38/8 39/13
39/16 39/17 40/17 43/13 43/18
44/15 45/8 45/8 45/16 45/17
49/9 49/10 59/15 59/24 59/24
61/24 65/9 66/24 71/23 72/9
72/11 77/16 79/14 80/1 83/23
85/7 85/20 86/22 91/9 91/9
91/24 92/24 93/3 93/3 95/17
96/6 97/13 99/16 99/23 102/25
110/1 111/15 112/24 113/23
114/7 115/14 115/15 122/1
126/20 130/13 132/25 135/3
135/6 135/21 136/1 139/5 140/6
143/4 143/11 143/12 143/13
144/5 144/10 148/24 151/19
157/15 157/19 158/8 159/9 160/3
167/6 167/7 169/16 170/22
171/24 172/11 172/16 174/25
175/1 176/12 176/12 178/15
179/4 179/6 179/8 179/13 179/21
179/22 179/24 179/24 180/17
180/24 181/7 182/20 183/11
183/12 184/8 187/20 188/23
189/18 199/25 200/3 200/3 203/5
203/9 203/14 203/24 208/5
208/12 209/6 210/6 211/10
212/13 213/25 216/2 219/15
220/12 224/18 229/10 229/21
229/23 232/15 236/7 236/8
239/15 242/15 243/25 244/1
hadn't [1]   232/11
half [7]   73/3 83/12 94/13 95/22
235/15 235/17 243/25
hand [2]   24/7 158/18
Handing [7]   9/20 9/21 60/12
86/4 119/3 158/22 159/5
handle [1]   129/10
hands [1]   63/6
happen [10]   111/10 111/15 117/3
178/7 179/2 179/4 179/15 180/23
183/24 231/7
happened [5]   92/17 92/22 93/15
175/20 201/10
happening [1]   163/23
happens [1]   47/6
happy [1]   7/21

hard [2]   215/13 215/17
Hart Document [1]   237/13
has [68]   17/6 36/9 36/10 36/14
42/12 50/7 59/13 61/4 61/5 61/5
62/14 66/10 76/24 76/25 77/10
79/25 81/1 96/9 100/15 100/20
101/21 103/13 104/10 104/19
105/23 106/7 106/8 107/5 108/7
111/21 123/14 124/13 124/14
124/21 128/16 129/8 129/10
129/25 132/20 133/9 137/15
144/24 144/24 145/24 145/25
147/2 172/10 173/13 173/14
174/9 174/10 174/11 174/15
174/17 180/7 187/3 205/5 208/22
213/9 213/19 216/17 222/24
223/1 223/1 224/14 226/9 227/4
237/25
hasn't [1]   55/21
have [247]
haven't [8]   6/1 6/10 51/8 68/16
80/19 89/25 102/14 131/14
having [11]   31/6 37/5 77/18
100/11 103/14 166/6 180/9
212/21 214/7 241/14 245/8
he [325]
he's [45]   3/9 4/14 5/19 7/5
7/17 8/25 17/14 17/16 55/19
55/20 56/19 56/20 78/6 89/24
99/6 99/10 99/15 100/11 109/20
132/21 145/6 151/13 151/14
153/21 153/23 155/7 174/22
193/8 195/15 195/16 197/16
198/8 201/15 213/14 213/15
213/23 214/5 214/16 214/18
214/19 221/21 221/21 224/13
224/14 242/15
head [1]   20/15
heading [3]   29/11 198/20 244/3
healthcare [3]   76/11 76/25
77/14
hear [2]   7/21 214/1
heard [7]   6/10 7/3 85/20 85/21
169/21 189/10 189/11
hearing [2]   2/3 8/2 241/7
heat [1]   241/6
hedge [4]   30/7 74/1 89/8 89/12
hedge fund [3]   30/7 89/8 89/12
hedge funds [1]   74/1
hedges [1]   165/15
helpful [2]   88/16 153/8
helps [1]   54/23
her [9]   19/6 20/13 20/14 100/7
108/25 109/7 196/3 197/2 221/22
here [147]   2/16 3/13 6/19 7/22
8/16 12/6 12/23 12/25 13/2 14/5
14/10 14/14 15/3 15/7 15/13
15/24 16/4 16/20 22/4 29/25
34/22 35/16 36/9 37/5 38/4 47/6
49/15 51/4 52/3 53/20 55/15
55/16 58/17 59/3 59/7 62/13
63/6 65/1 65/7 65/13 66/2 68/1
70/16 77/6 77/6 80/19 84/25
86/14 88/6 89/2 90/5 94/10
94/12 95/22 99/21 101/2 101/9
101/20 108/6 115/4 115/7 116/13
116/13 116/15 117/10 120/11
120/17 121/20 122/21 123/7
123/18 124/10 125/24 125/25
128/20 130/4 130/8 130/19
131/24 134/23 135/10 138/4
139/15 142/10 146/19 149/16

149/17 150/12 151/25 152/10
152/19 154/10 155/25 156/18
156/18 156/20 156/23 156/24
157/6 160/7 163/10 164/2 172/1
172/14 173/12 173/13 174/19
176/16 176/25 180/6 180/23
187/5 189/9 192/2 192/23 193/11
195/14 196/9 198/15 199/16
204/13 204/14 205/4 205/18
205/19 206/7 212/13 213/11
213/19 213/23 214/7 222/2 222/8
224/17 226/6 227/14 228/20
229/2 231/8 234/2 235/9 235/10
238/13 239/1 240/10 241/16
244/17
here's [2]   58/16 181/9
hereby [1]   246/15
Herr [2]   234/13 235/4
hesitate [1]   4/13
Hi [2]   162/3 221/7
hiccup [1]   243/25
hid [1]   121/7 121/8
high [7]   5/20 7/10 44/20 95/12
95/14 101/5 101/7
higher [11]   7/10 78/18 123/17
123/18 124/14 124/22 125/10
125/11 125/23 126/1 212/15
highlighted [3]   23/9 100/2
151/7
highly [1]   79/1
him [92]   2/8 2/9 2/12 4/1 4/2
4/7 4/14 4/18 4/20 4/21 4/22
4/24 6/6 6/24 18/25 19/23 23/10
23/14 38/12 39/11 42/25 48/24
49/7 49/9 54/22 54/22 54/23
54/24 54/25 56/14 57/14 58/6
58/13 67/5 82/6 82/8 84/10
84/15 91/7 91/12 99/6 99/18
99/18 109/24 109/25 110/1
113/16 118/15 120/10 137/11
137/12 138/9 153/21 158/18
159/25 161/1 161/8 161/15 162/5
170/16 172/11 176/12 182/20
191/23 193/15 194/13 197/2
199/6 203/10 209/6 209/6 209/7
209/10 210/11 210/15 210/18
210/22 211/1 211/15 212/1
214/7 216/25 217/1 224/3 225/6
226/10 227/17 235/3 236/6 236/8
236/9 236/13
his [51]   2/6 2/11 2/11 2/18 3/1
4/2 4/9 4/10 4/18 4/21 4/23
5/15 5/18 5/22 5/22 6/19 6/22
7/7 10/20 11/20 42/3 42/24
48/17 54/23 56/23 58/7 65/8
87/24 91/21 99/11 99/14 100/7
110/4 113/17 118/10 118/15
125/23 142/9 142/13 158/19
162/15 199/9 199/13 206/25
210/3 210/25 221/22 224/2 226/9
227/22 242/3
historical [5]   23/22 76/10
136/25 137/15 137/21
history [2]   16/15 72/3
hit [1]   113/2
HMA [17]   123/9 123/13 123/17
124/13 125/10 125/24 126/13
126/14 126/15 129/8 131/4
140/19 141/6 142/7 143/25 155/8
155/9
holding [6]   57/15 90/11 101/16
196/13 200/13 200/18

Case 1:13-cr-00460-JKB Document 112-20 Filed 09/08/16 Page 262 of 284

**H**

Holding's [1]   196/22
Holdings [1]   134/3
Homeland [1]   1/20
honest [2]   85/14 85/15
honestly [1]   136/10
Honor [57]   2/4 2/5 3/3 3/11 5/3
 5/12 7/11 8/20 17/8 17/13 18/1
 28/13 28/18 28/23 42/22 55/1
 55/18 57/17 58/6 58/12 60/10
 68/20 69/17 87/1 118/9 118/13
 120/5 125/18 127/5 130/4 132/19
 133/13 133/21 141/10 141/14
 149/21 150/11 150/13 154/8
 159/4 168/15 185/4 186/12
 186/22 214/6 214/9 215/18
 233/10 233/22 237/8 238/4 238/8
 240/18 244/17 245/7 246/3 246/5
HONORABLE [1]   1/11
hookup [1]   90/14
hope [7]   24/8 78/7 180/5 181/4
 232/14 245/3 245/22
hoped [1]   230/15
hopefully [3]   32/11 186/1
 244/18
hopes [2]   231/2 231/7
hoping [1]   232/13
Horizontal [2]   217/25 218/1
horse [1]   80/12
hospital [14]   21/12 21/16 22/1
 22/2 23/16 77/20 96/14 96/25
 106/17 144/14 144/18 152/14
 165/23 190/11
hospitals [4]   144/19 182/24
 183/1 190/14
host [5]   56/6 58/3 175/5 175/13
 213/8
hour [2]   132/12 242/12
hours [2]   16/11 16/12
house [3]   64/2 184/22 184/24
housing [1]   165/20
hover [1]   59/1
hovering [1]   241/25
how [56]   3/5 12/10 13/10 13/23
 14/21 14/23 19/24 30/11 30/12
 33/12 55/24 57/25 57/25 59/4
 70/20 71/20 86/16 89/18 89/19
 90/10 91/13 91/18 93/18 93/21
 94/4 109/4 109/22 112/8 112/20
 130/16 135/14 136/3 136/9 165/9
 166/16 174/13 174/13 185/22
 189/13 192/20 192/20 193/1
 193/5 200/9 200/16 203/10
 203/10 203/13 204/16 217/1
 230/13 240/21 242/10 243/19
 243/23 245/6
How's [1]   186/5
however [9]   37/2 44/13 47/11
 53/24 129/6 148/14 169/18
 229/20 234/20
huge [1]   231/4
huh [2]   83/15 137/10
hundred [5]   56/22 63/20 104/16
 187/4 229/9
hurt [1]   236/22
hurtful [1]   163/25
hybrid [5]   226/22 226/23 226/24
 232/7 232/12

**I**

I'd [7]   16/23 17/4 35/18 137/9

140/25 158/24 207/7
I'll [11]   3/11 7/20 23/17 43/4
 54/24 54/25 54/25 62/13 75/15
 83/11 101/2 116/14 118/13
 127/14 149/6 160/8 168/14 169/3
 186/25 215/10 216/12
I'm [134]   8/17 8/23 9/12 15/1
 17/8 17/16 23/24 24/3 35/5
 35/15 36/5 37/5 40/24 42/25
 46/17 46/18 46/19 46/24 47/1
 49/9 51/18 52/16 53/16 54/8
 55/9 57/12 59/3 59/13 59/19
 60/4 62/6 65/11 67/15 67/24
 68/1 68/13 69/23 70/12 75/21
 77/6 84/23 84/25 85/4 85/6
 85/13 86/1 86/6 88/22 90/10
 91/19 91/19 92/8 94/1 102/4
 102/11 102/11 102/13 102/19
 103/16 110/14 117/21 118/7
 118/18 120/7 124/24 124/24
 124/25 125/17 127/2 129/16
 129/17 130/4 130/4 130/5 134/14
 150/11 153/6 153/12 154/8
 155/10 155/11 157/18 161/6
 161/21 168/19 180/6 181/25
 181/25 183/19 184/7 184/10
 184/14 184/21 185/24 185/25
 188/25 189/8 194/16 194/18
 202/24 203/4 213/17 213/18
 214/23 215/15 216/19 217/19
 218/4 218/16 220/19 224/10
 224/10 224/11 226/6 232/25
 233/8 233/14 234/6 234/6 234/7
 235/9 235/21 236/15 236/15
 237/1 237/8 238/1 238/6 238/11
 242/11 242/22 243/21 243/22
 245/20
I've [27]   2/14 2/15 12/23 20/12
 23/9 51/4 51/19 52/24 52/24
 55/8 59/12 62/21 85/5 85/24
 89/20 98/10 142/7 176/18 183/17
 185/24 202/19 208/11 214/11
 238/6 238/17 242/16 242/17
idea [5]   52/13 53/23 160/6
 165/24 194/3
ideas [1]   27/13
identification [6]   9/18 10/2
 10/3 85/25 86/1 86/3
identified [2]   98/17 143/25
identity [3]   208/6 208/14
 208/24
IITA [13]   211/18 211/19 229/2
 229/11 229/14 232/1 232/18
 233/1 233/5 234/20 234/23 235/6
 235/14
illegal [1]   57/1
illegally [1]   176/8
immediately [2]   192/8 196/13
impeach [2]   4/18 56/18
impeaching [1]   6/24
impeachment [4]   5/10 6/3 57/13
 87/21
implemented [1]   227/19
imply [1]   127/25
important [1]   139/24
impression [1]   231/17
improper [1]   214/25
impugn [1]   87/24
inability [1]   27/3
inappropriately [1]   51/19
Inc [1]   25/7
incident [1]   14/4

include [1]   196/17
included [2]   193/12 194/10
 199/16
including [6]   27/2 95/18 107/11
 128/17 135/11 232/1
income [13]   3/5 3/24 4/5 4/7
 4/8 4/9 5/22 5/23 64/1 84/22
 85/2 86/17 96/6
inconsiderable [1]   46/13
incorrect [1]   134/14
increase [1]   114/4
increasing [1]   169/25
incurred [1]   237/6
indeed [2]   85/4 189/4
independent [17]   39/8 42/9
 42/11 42/12 43/25 44/14 63/1
 69/3 132/8 167/24 168/4 168/24
 181/19 183/7 183/20 185/13
 240/4
INDEX [1]   246/10
indicate [7]   4/16 51/6 122/24
 173/12 176/16 189/17 196/8
indicated [26]   2/12 10/17 19/9
 26/5 38/11 40/4 43/20 48/24
 72/16 89/6 89/11 95/7 104/15
 139/15 139/20 143/11 143/13
 143/22 151/9 159/10 166/11
 191/23 212/19 216/9 220/15
 229/8
indicates [12]   2/24 3/9 3/11
 65/16 77/8 108/6 142/6 151/13
 169/19 169/22 194/5 217/5
indicating [16]   4/14 4/15 62/11
 62/13 65/13 75/17 123/11 130/5
 130/8 140/9 196/9 201/19 204/14
 206/8 221/21 238/13
indication [2]   52/3 52/7
indicative [1]   80/17
individual [6]   22/25 30/6 30/12
 73/23 73/23 121/12
individual's [1]   76/11
individuals [6]   73/25 74/2
 122/12 223/4 239/12 239/14
industry [2]   18/20 79/2
inflate [1]   61/24
inflated [21]   50/17 51/6 53/7
 53/10 53/23 54/12 54/13 60/6
 61/9 67/11 68/6 80/18 119/10
 119/21 120/18 121/5 131/8
 131/17 175/15 175/20 212/16
inflating [2]   118/5 119/5
info [3]   24/9 24/10 162/6
inform [2]   182/25 210/18
information [24]   4/21 4/22 6/24
 7/7 24/20 42/10 42/17 42/20
 43/8 44/7 44/9 82/1 96/24 136/5
 144/2 144/4 146/4 149/11 161/24
 167/9 182/20 195/11 197/25
 215/12
informed [4]   65/24 71/6 182/22
 242/17
informing [1]   210/22
initial [10]   32/2 58/3 91/24
 92/11 92/15 95/9 114/12 117/20
 117/24 178/2
initialized [1]   114/13
initially [2]   47/1 92/9
initiated [1]   156/13
input [1]   29/15
inquire [3]   9/3 55/8 69/16
inquiry [1]   87/25
inserted [1]   114/7

**I**

insertion [1]  99/1
inside [1]  145/14
instance [1]  236/10
instead [3]  37/5 139/15 196/14
instructions [9]  10/23 11/1
 156/6 159/24 160/1 161/8 161/13
 171/24 171/24
instrumental [1]  234/23
instruments [1]  107/21
insurance [7]  3/4 3/4 3/7 4/4
 4/11 4/24 5/21
integral [3]  119/20 120/19
 120/23
integrity [1]  241/4
intelligent [1]  168/9
intended [1]  43/11
intent [1]  175/23
interest [40]  27/6 36/24 95/12
 95/14 100/16 101/21 104/13
 114/19 135/11 173/10 173/22
 174/2 174/4 174/16 174/20
 174/22 177/18 177/23 178/11
 180/17 180/24 182/4 182/8
 184/12 184/23 187/23 187/23
 187/24 191/1 191/18 191/24
 193/5 196/19 196/19 197/20
 227/17 227/21 227/22 227/23
 231/10
interested [4]  75/19 91/23 92/5
 229/24
International [1]  23/16
International Portfolio [1]
 23/16
Internet [4]  69/5 132/11 185/15
 240/5
interpretation [1]  226/16
interpretations [1]  57/8
interrupt [1]  12/18
interview [1]  60/7
INTLPORTFOLIO1 [1]  48/13
introduced [4]  30/15 87/13 90/2
 229/17
introductions [1]  30/14
invest [10]  18/5 18/22 30/13
 31/11 37/20 45/9 229/22 232/4
 236/13 239/15
invested [3]  33/21 74/5 94/15
investigate [3]  18/18 19/13
 19/24
investigation [8]  10/18 18/15
 42/16 44/15 69/3 132/8 185/13
 240/4
investigations [2]  1/20 42/12
investigators [2]  10/25 11/2
investing [8]  18/24 23/1 25/24
 44/12 165/8 165/8 165/10 229/24
investment [38]  3/12 18/16
 18/16 18/18 18/19 18/22 20/16
 23/3 26/1 26/10 26/13 26/15
 27/6 27/22 27/24 28/2 28/7 28/9
 30/19 31/2 32/2 32/4 33/4 33/7
 33/9 34/10 44/8 44/10 91/7
 139/17 165/11 166/16 181/2
 231/4 232/15 234/23 236/3 236/8
investments [9]  19/19 22/15
 27/3 27/4 27/7 34/16 43/21
 165/15 234/22
investor [14]  18/15 39/25 40/9
 40/25 97/12 97/24 98/4 122/8
 127/20 127/25 128/11 181/1

235/25 236/7
investors [12]  17/20 18/1 18/3
 30/6 30/7 30/12 30/25 32/1
 32/12 34/2 37/3 37/9 45/14
 45/22 46/12 46/12 47/16 47/25
 51/15 73/24 73/25 82/17 88/11
 89/12 121/12 122/11 151/14
 151/17 151/19 151/22 152/4
 157/13 184/18 231/8 239/5 239/7
investors' [2]  45/7 46/1
invoices [1]  237/5
involve [1]  7/5
involved [15]  7/18 12/25 38/15
 39/10 46/8 46/10 46/25 73/6
 89/18 91/23 117/25 138/19 139/3
 168/6 168/7
involves [1]  44/20
IPI [86]  19/3 19/24 20/6 32/21
 35/17 36/1 36/5 36/7 38/5 39/6
 40/1 45/11 51/21 60/24 62/25
 73/14 73/19 75/4 76/22 94/23
 95/21 96/24 103/5 103/13 106/12
 106/16 106/16 106/24 114/1
 116/10 116/16 123/13 126/15
 128/25 129/8 129/10 134/2 134/3
 134/3 136/21 136/23 136/25
 137/15 137/23 138/21 140/6
 143/1 144/8 144/9 157/11 173/21
 173/22 173/25 176/19 182/2
 182/15 182/19 182/23 182/25
 188/3 188/6 192/16 192/18
 192/18 193/17 193/19 194/1
 195/2 196/21 198/20 200/12
 200/12 200/17 208/9 208/10
 209/2 209/3 218/23 219/2 219/25
 220/5 223/25 227/4 229/8 230/23
 231/22
IPI SW [2]  40/1 73/19
IPI's [2]  129/9 157/24
irritate [1]  58/21
IRS [2]  86/18 86/23
is [636]
isn't [3]  56/23 145/2 215/3
issue [14]  2/3 2/17 24/24 54/11
 54/15 55/14 60/6 121/7 121/9
 130/1 130/10 143/11 173/9
 241/24
issued [1]  170/23
issues [10]  2/21 15/7 16/17
 69/1 93/3 132/4 185/10 240/1
 240/6 240/9
it [711]
it's [127]  6/18 7/6 9/19 12/5
 25/18 25/19 27/19 29/5 29/17
 33/12 33/14 35/14 42/7 47/24
 48/15 48/16 56/13 58/16 58/18
 58/22 58/25 59/5 59/6 59/17
 60/15 62/16 64/19 64/19 66/3
 75/2 75/12 80/22 86/12 87/8
 87/19 87/21 87/25 93/8 95/12
 97/13 99/12 100/23 100/24 101/3
 101/7 101/9 101/21 104/15
 106/20 115/2 117/9 118/8 118/18
 121/23 125/5 128/25 128/25
 130/9 131/23 132/20 133/10
 143/2 151/7 152/1 152/1 154/3
 154/15 154/15 155/5 155/5 155/8
 155/12 156/19 158/22 159/12
 160/16 160/23 160/24 162/9
 163/5 164/7 166/15 167/8 168/8
 180/4 180/9 180/10 180/18
 182/10 191/25 192/12 193/6

195/14 204/7 204/9 206/21 207/3
 207/22 212/6 212/24 213/7
 214/14 214/22 215/2 215/11
 215/13 215/16 216/14 217/10
 222/21 223/9 228/23 232/17
 233/12 234/1 234/4 234/5 234/7
 235/22 238/11 238/17 240/23
 241/3 241/21 242/7 242/22
 245/20
items [7]  26/6 56/2 56/4 56/7
 78/8 78/8 106/23
its [12]  26/1 26/9 26/15 27/23
 29/5 42/5 42/15 69/1 69/1
 107/11 107/11 168/18
itself [2]  18/20 224/12

**J**

Jackson [5]  49/7 96/14 96/25
 106/17 143/25
JAMES [1]  1/11
January [2]  204/13 205/7
Jedwab [8]  90/17 91/1 91/6
 91/20 93/1 94/1 101/12 243/5
Jedwab's [1]  90/22
JKB [1]  1/4
JKB-13-460 [1]  1/4
JM [1]  143/25
JMH [7]  96/25 97/4 97/6 106/24
 152/14 155/7 155/8
job [3]  7/12 7/13 46/16
jobs [1]  165/19
John [1]  1/18
joint [3]  86/12 175/1 175/22
joke [12]  163/15 164/8 167/25
 168/6 168/7 168/11 169/12
 169/16 170/5 170/10 171/15
 171/18
Jon [2]  159/20 227/9
Jonathan [12]  19/5 25/9 130/1
 130/10 151/1 161/20 162/4
 162/24 163/10 225/22 228/6
 231/19
Jonathan Rosenberg [2]  163/10
 225/22
Jonathan Rosenberg's [1]  19/5
Jr [1]  1/18
judge [12]  1/11 2/24 5/5 8/23
 69/18 131/21 186/6 215/4 239/18
 241/3 241/10 241/11
judges [1]  58/21
judgment [6]  42/18 192/3 192/9
 192/13 193/5 196/18
July [14]  63/13 70/21 177/24
 190/1 190/1 206/19 206/19
 206/21 207/12 217/17 218/13
 218/15 237/15 246/22
July 15th [1]  207/12
juncture [1]  11/24 92/13
June [22]  12/2 12/20 19/10 36/2
 38/16 46/21 46/21 47/2 48/9
 50/7 50/20 53/11 53/12 53/15
 60/24 63/13 70/20 80/15 80/15
 138/19 206/15 206/16
June 14th [1]  48/9
June 27th [3]  38/16 50/20 53/12
June 7th [2]  53/11 60/24
jurors [1]  239/23
jury [32]  1/11 2/3 7/22 7/24
 28/22 28/22 36/12 51/2 53/2
 53/5 54/12 57/9 61/8 68/1 68/4
 69/7 69/8 69/11 119/24 127/3
 132/15 132/16 133/12 133/15

Case 1:13-cr-00460-JKB Document 112 Filed 09/08/14 Page 264 of 284

**J**

jury... [8]  185/18 186/11
186/16 189/9 240/13 240/14
240/15 245/15
just [154]  3/22 8/10 9/12 9/15
9/16 11/25 14/22 14/25 16/9
16/10 16/11 17/13 17/15 19/15
22/5 23/24 24/2 31/21 35/3
39/12 41/2 42/4 42/6 42/21
44/14 45/18 46/17 46/19 48/10
49/15 50/1 52/16 54/3 54/8
54/24 58/13 59/7 59/14 59/19
60/4 62/4 62/16 62/17 62/19
67/8 72/7 72/19 74/22 75/22
79/9 82/2 82/22 82/24 84/8
84/23 84/25 85/13 85/21 91/4
94/1 94/18 95/1 97/16 100/22
104/16 105/22 106/9 109/13
116/14 117/6 117/16 118/15
118/19 119/1 120/9 123/1 124/1
125/1 125/16 125/17 130/21
132/22 133/25 134/9 135/10
136/24 137/18 140/10 140/12
142/19 142/24 143/10 143/10
157/9 157/10 157/19 157/20
157/23 158/18 160/12 167/16
168/8 168/13 171/3 171/4 172/19
177/19 179/5 179/13 180/13
183/25 186/24 186/25 189/16
192/19 197/5 201/6 204/13
205/22 210/3 211/10 211/20
213/7 214/8 214/14 214/23
215/24 216/12 217/1 217/2
217/10 224/6 228/4 228/6 228/15
230/13 230/15 234/2 234/6 234/6
234/7 235/12 235/14 239/7
240/24 241/15 241/22 242/3
242/8 243/12 243/19 243/25
244/5 244/15
justification [1]  76/18

**K**

Kagel [5]  39/10 39/17 39/17
236/1 236/16
Karandy [1]  13/14
Kaulkin [4]  21/1 21/3 21/23
43/22
Kaulkin Ginsberg [4]  21/1 21/3
21/23 43/22
keep [7]  5/2 126/23 127/2
205/23 206/1 245/11 245/14
kept [3]  129/6 231/4 237/18
kickback [25]  34/21 37/8 49/24
51/17 51/20 52/18 52/19 52/23
53/1 53/6 53/7 53/11 53/25
56/20 57/1 66/24 66/25 67/9
68/5 115/20 118/2 118/5 131/14
131/15 214/14
kickbacks [7]  53/24 54/13 55/16
60/6 67/8 119/21 175/21
kind [10]  30/16 67/18 78/6
131/13 180/2 186/25 196/11
204/12 240/2 244/2
knew [20]  5/13 5/14 30/2 30/3
30/4 30/15 30/15 33/21 40/13
40/20 42/2 43/10 92/9 109/5
144/2 168/2 201/19 208/1 232/9
232/11
knocking [1]  17/20
know [165]  2/13 12/24 13/4
16/19 16/23 18/25 21/18 24/9

26/13 27/16 29/13 29/22 34/8
35/1 36/7 37/12 38/9 39/9
45/19 46/11 46/13 46/19 46/25
48/9 50/22 51/3 51/8 55/24
59/14 62/9 67/11 67/22 74/20
76/19 79/13 79/16 80/17 80/19
84/16 84/18 84/21 84/24 85/3
88/22 91/2 98/10 102/8 102/13
102/15 106/8 106/18 108/25
109/3 109/10 112/6 113/22
114/18 118/6 120/11 121/22
125/9 125/21 126/22 126/22
127/23 128/6 131/18 132/23
134/21 135/5 135/14 135/17
135/23 136/2 137/4 137/9 137/11
138/3 138/9 138/12 138/17 139/4
139/8 142/18 143/4 143/23
144/23 145/9 145/12 148/11
148/17 151/21 152/21 153/9
155/10 156/15 157/3 158/3 158/4
158/6 165/5 165/7 166/6 166/8
168/5 172/19 173/15 180/1 180/7
180/9 180/10 180/12 181/10
181/15 182/15 182/16 183/3
183/9 184/2 184/5 184/7 184/16
184/16 184/17 184/18 185/24
185/24 186/3 187/12 189/11
192/3 195/7 200/1 201/7 202/8
206/20 206/22 207/18 207/25
208/4 210/7 222/4 222/9 223/1
223/9 230/20 230/21 230/24
233/2 233/3 233/6 234/6 235/3
235/6 235/19 237/3 238/1 238/2
241/9 242/3 242/18 243/18
244/20 245/18 245/21
knowing [2]  170/4 230/18
knowledge [13]  21/5 40/17 40/17
40/25 41/20 43/11 143/21 152/25
174/18 201/16 222/13 231/9
234/2
knowledgeable [1]  91/4
known [2]  9/13 38/8
Koladney [1]  21/10
Kolansky [2]  21/8 21/10
Kuber [49]  2/6 2/19 2/19 3/1
3/11 3/16 4/3 4/6 5/5 7/5 8/5
8/6 8/9 8/25 9/2 9/5 9/8 19/12
29/2 47/14 54/16 54/19 59/18
67/13 69/14 69/15 69/23 72/4
72/7 72/20 73/3 81/15 84/2
124/22 129/23 133/18 133/23
139/14 162/23 175/12 177/13
179/16 180/13 185/19 186/20
186/24 239/20 240/17 246/12

**L**

labeled [1]  183/13
ladies [7]  8/1 58/16 68/21
131/25 133/17 185/5 239/21
lady [1]  108/22
laid [1]  6/1
Landrum [6]  76/4 77/8 142/2
142/2 242/25 243/2
Landrum's [1]  78/9
language [11]  82/9 82/12 97/19
115/7 115/12 129/13 152/9
152/17 156/8 172/10 199/15
large [7]  77/1 77/15 89/14
89/15 123/12 227/18 232/14
large-scale [1]  77/1
largest [1]  99/21
Las [1]  109/3

Las Vegas [1]  109/3
last [21]  43/18 45/15 17/7 27/25
44/18 65/7 70/13 77/6 78/25
99/3 109/7 120/17 123/4 138/6
138/25 158/23 173/12 177/1
187/3 217/8 222/5 233/15 237/12
239/1
late [4]  38/12 89/1 113/2
228/24
later [21]  12/6 22/8 34/9 38/19
52/3 52/5 68/10 68/11 84/25
85/10 92/2 110/5 111/9 112/7
147/3 158/8 159/14 164/16 166/7
179/23 245/24
latter [1]  128/14
law [25]  7/20 10/18 10/23 27/5
39/3 46/15 69/3 71/20 72/4 72/7
72/20 72/21 72/24 73/3 73/6
83/6 83/23 85/20 113/21 113/22
132/8 178/5 185/13 189/19 240/4
lawsuits [1]  20/6
lawyer [26]  7/7 13/21 40/23
40/24 44/14 50/3 59/5 64/20
64/24 65/5 65/16 65/25 66/10
103/9 113/25 115/11 115/15
115/22 115/22 115/23 126/6
129/2 129/11 165/4 221/17
221/22
lawyers [24]  38/23 39/18 42/3
58/19 58/23 65/8 65/12 66/22
66/24 68/5 82/5 99/11 99/14
100/6 100/7 100/8 113/9 113/17
122/24 156/3 188/24 240/24
241/2 241/12
lawyers' [1]  241/11
lead [1]  200/9
least [33]  21/4 24/22 32/14
40/9 71/4 73/3 73/19 73/25
74/16 76/24 81/4 94/6 106/20
134/4 137/2 145/7 150/5 151/24
152/2 152/4 153/22 164/7 170/5
172/17 172/20 178/20 179/3
179/25 195/14 196/17 212/6
222/10 243/22
leave [7]  58/10 58/15 58/15
91/18 99/1 169/3 186/25
left [8]  8/3 9/16 24/7 69/8
69/24 92/16 132/16 185/18
left-hand [1]  24/7
legal [15]  56/25 57/4 72/3 72/5
93/10 103/13 106/5 174/3 174/23
176/10 178/15 179/4 179/11
197/14 209/18
legally [1]  103/8
legitimate [2]  21/24 21/25
lender [4]  92/6 92/8 180/8
180/9
lending [2]  165/20 225/25
length [8]  18/17 29/6 63/2
71/20 120/17 135/3 226/23
245/16
lengthy [1]  16/2
Leo [1]  1/15
less [8]  38/8 151/18 152/1
154/24 155/6 180/12 211/10
241/14
lesser [1]  61/1
let [26]  9/12 13/1 19/9 19/16
24/9 46/19 49/15 54/3 56/11
71/16 74/22 112/11 125/12
128/20 157/7 165/7 172/14 175/6
179/16 208/16 211/19 214/8

Case 1:13-cr-00460-JKB Document 242-1 Filed 09/08/16 Page 265 of 284

# L

let... [4]  220/11 229/5 235/6
 242/18
let's [55]  7/22 18/3 34/22
 39/22 41/19 44/18 48/6 51/24
 60/14 72/23 75/15 75/22 75/23
 75/23 96/10 100/18 120/12 124/1
 125/6 133/3 133/14 136/24
 143/10 145/19 147/9 152/20
 161/22 162/1 167/10 170/18
 171/4 176/23 177/10 186/3 186/4
 186/15 189/22 198/23 204/10
 206/1 210/13 212/17 215/24
 216/13 218/16 221/3 224/20
 227/14 228/6 228/6 228/17
 240/21 241/16 243/18 244/15
letter [57]  2/24 3/9 4/14 4/19
 5/15 7/5 61/23 75/18 76/21
 76/25 77/4 77/9 78/6 78/7 78/12
 78/25 79/1 79/1 79/2 79/5 79/13
 82/2 129/11 141/23 142/6 142/14
 155/16 156/18 156/20 164/19
 164/20 169/9 169/9 169/14
 169/22 170/2 170/4 170/10
 170/23 170/24 178/20 193/16
 194/6 194/21 195/2 196/21 197/1
 198/2 200/9 200/11 202/7 202/11
 223/8 237/14 237/24 238/13
 238/23
letterhead [1]  198/22
letters [8]  162/6 164/13 169/11
 170/15 170/16 170/21 170/25
 171/17
letting [1]  27/15
level [4]  18/14 18/21 44/6
 241/14
levels [1]  3/4
Lewis [9]  229/15 229/17 230/19
 231/13 231/14 232/18 234/11
 234/13 235/6
lie [1]  207/3
lied [2]  232/18 232/23
liens [1]  220/18
lies [1]  5/9
life [1]  38/8
light [1]  47/17
like [26]  16/25 21/10 28/10
 30/8 31/23 58/16 87/14 113/9
 170/14 173/15 180/4 180/18
 185/23 186/2 186/2 201/20
 206/21 209/15 212/6 217/15
 222/4 231/11 237/3 243/9 243/11
 243/13
likely [3]  39/11 67/20 168/20
limitations [2]  123/8 124/12
limited [6]  25/23 27/2 27/24
 38/15 38/17 77/13
line [28]  6/5 43/3 44/5 44/18
 45/23 92/1 92/1 92/12 111/9
 141/12 141/19 141/19 150/10
 150/13 150/13 150/14 154/7
 154/8 154/19 166/17 177/1
 215/23 217/23 217/24 218/2
 228/11 228/14 239/2
Line 1 [1]  166/17
Line 12 [3]  217/23 218/2 239/2
Line 2 [1]  141/19
Line 3 [1]  141/19
Line 4 [2]  150/13 150/14
Line 6 [1]  141/12
Line 7 [1]  150/13

Line No. 5 [1]  154/8
lined [1]  181/1 241/7 150/6
 181/3
lineup [1]  242/19
liquid [1]  27/7
liquidate [1]  27/3
liquidation [19]  23/15 23/20
 23/21 23/22 24/1 76/10 78/17
 126/16 127/19 127/21 127/25
 128/7 128/11 163/14 167/24
 169/11 169/22 171/17 243/3
liquidations [1]  163/22
liquidity [2]  27/8 75/18
list [7]  36/1 70/1 73/9 144/14
 144/14 144/19 190/13
listed [4]  103/7 104/22 110/18
 144/18
listen [4]  102/11 214/2 215/10
 241/8
lists [2]  78/8 138/20
litigate [1]  77/20
litigation [1]  72/14
little [24]  2/8 40/17 43/16
 58/19 63/2 83/11 84/9 93/12
 111/7 125/5 147/9 151/7 179/23
 186/1 187/7 187/8 197/6 198/16
 201/22 208/21 214/5 215/2
 215/13 220/9
LLC [3]  62/7 70/14 70/20
loan [45]  31/20 34/7 34/14
 91/11 95/3 104/2 178/22 187/21
 187/22 188/4 188/8 188/14 190/1
 190/24 191/3 191/16 191/19
 191/23 192/8 192/10 192/21
 192/25 193/4 193/6 193/19
 194/19 195/17 195/17 197/5
 197/13 197/25 198/9 200/16
 201/11 201/12 201/13 202/13
 202/13 202/18 203/2 203/3
 221/18 221/22 222/3 222/24
loaned [5]  91/22 98/3 178/16
 188/3 191/13
loaning [2]  95/2 201/1
loans [7]  148/13 173/10 187/18
 189/25 198/16 213/5 222/12
locate [1]  27/3
located [1]  116/8
location [3]  13/3 20/15 96/17
Logical [1]  185/3
Lombard [1]  1/24
long [14]  13/10 13/23 14/21
 14/23 19/24 62/16 80/22 89/25
 93/8 93/18 93/21 109/7 242/10
 245/6
longer [2]  12/19 72/21
look [129]  5/4 5/5 22/20 23/20
 23/23 24/3 26/19 29/1 29/4 29/6
 35/12 35/20 35/22 37/24 39/22
 48/8 48/20 59/12 62/20 64/10
 64/14 68/17 69/4 70/13 70/16
 71/14 73/9 73/10 74/12 75/8
 75/11 77/5 77/13 81/11 83/8
 83/15 86/6 88/14 88/15 90/5
 94/17 95/10 100/17 100/18 101/2
 104/25 107/3 110/15 110/19
 112/16 112/19 113/13 116/23
 118/19 121/18 121/20 123/16
 125/6 126/8 128/20 129/23
 132/10 133/3 134/7 137/9 137/11
 138/22 139/11 140/16 140/25
 141/5 141/7 141/17 144/20
 145/10 145/19 149/17 149/25

150/8 150/23 151/5 152/7 153/7
 153/20 154/5 154/19
 155/20 155/21 160/16 166/17
 169/4 169/18 170/13 171/4 171/4
 171/20 172/13 173/15 176/23
 177/10 179/23 182/10 185/14
 189/22 195/19 204/25 207/7
 207/10 209/22 210/13 211/3
 211/6 211/21 216/21 217/8
 217/14 217/15 219/22 220/4
 220/8 220/16 222/15 224/19
 224/20 227/14 229/5 237/1 239/2
looked [15]  8/15 17/18 102/6
 105/15 105/22 106/9 114/25
 123/20 145/18 146/4 153/12
 155/20 167/21 177/20 188/19
looking [27]  22/18 23/24 62/6
 70/12 73/24 75/3 76/17 82/15
 92/9 106/15 109/14 117/13 134/1
 141/9 150/17 178/16 184/24
 189/6 194/24 204/12 215/23
 218/4 232/12 234/6 235/9 236/25
 245/19
looks [2]  170/14 212/6
loop [1]  214/19
looping [1]  214/7
Los [1]  71/24
Los Angeles [1]  71/24
lose [1]  6/23
loss [1]  3/17
lost [1]  84/24
lot [19]  10/5 46/11 46/25 58/18
 59/6 59/13 84/3 89/11 102/22
 122/6 123/6 131/16 158/7 168/12
 183/12 184/20 184/24 215/12
 222/18
lots [1]  201/25
lower [3]  28/4 152/3 212/15
lunch [1]  131/25 132/1
Luncheon [1]  132/18

# M

made [35]  2/11 3/16 3/19 31/7
 31/8 42/10 42/12 78/23 79/20
 83/20 84/22 85/17 90/14 92/4
 101/22 114/1 135/3 135/6 135/14
 135/21 135/24 135/25 136/1
 136/2 174/12 178/15 180/19
 180/19 180/24 203/8 205/8
 231/18 236/22 244/1 244/2
mail [99]  22/24 24/5 48/8 48/12
 48/25 49/25 50/8 50/10 50/16
 50/25 51/4 51/8 61/22 64/13
 64/22 64/23 65/11 65/16 65/17
 75/11 75/16 78/3 81/1 81/13
 81/14 82/2 98/15 98/23 100/9
 113/15 115/5 115/22 127/15
 128/23 129/20 130/9 130/21
 136/14 136/15 136/17 136/19
 136/20 137/9 137/11 151/1 154/3
 154/11 154/12 154/18 154/23
 155/4 155/11 155/24 156/4 156/6
 156/17 156/22 161/19 162/12
 162/15 163/11 164/15 167/22
 169/6 169/10 172/5 172/6 172/20
 172/23 173/7 176/23 176/24
 177/7 187/19 190/4 191/7 191/12
 191/23 193/11 194/4 194/12
 194/20 195/21 202/17 208/16
 210/3 210/23 211/23 214/8
 214/12 214/22 218/11 218/18
 218/22 219/7 225/23 226/19

Case 1:13-cr-00460-JKB Document 247 Filed 09/08/16 Page 266 of 284

**M**

mail... [2]  239/6 239/15
mails [27]  50/13 50/20 61/13
 66/20 66/22 68/11 80/20 80/23
 99/19 99/22 102/6 112/18 130/8
 131/12 131/16 131/19 164/13
 180/10 187/7 187/9 196/3 198/11
 210/24 213/10 214/22 218/5
 230/11
mainly [1]  77/14
major [1]  113/21
make [60]  5/7 9/11 21/22 21/23
 21/25 31/6 31/22 32/12 36/4
 39/9 69/3 74/6 75/23 78/9 78/11
 78/21 95/1 95/3 96/11 108/7
 111/23 118/13 122/21 123/15
 132/8 135/13 144/17 165/14
 166/13 166/15 168/16 173/16
 174/14 178/17 178/23 180/8
 184/1 185/13 187/14 187/22
 200/7 200/21 202/22 202/22
 203/15 212/21 215/6 220/17
 222/3 225/25 226/15 228/7
 231/18 231/19 231/22 234/23
 240/4 242/15 244/1 244/15
makes [1]  221/4
making [9]  3/8 18/15 18/16
 79/15 83/5 84/3 153/4 180/18
 226/8
man [2]  6/10 107/16
manage [1]  32/14
management [23]  25/7 25/8 25/19
 26/24 32/16 32/18 32/23 33/20
 35/5 35/6 46/6 47/10 47/17
 63/14 63/20 63/21 79/19 79/20
 82/18 82/21 82/23 83/18 180/15
manager [8]  25/9 29/12 29/13
 32/15 64/14 65/12 143/18 143/22
managing [3]  32/25 101/9 143/18
maneuvering [1]  59/5
manipulate [4]  54/5 121/4
 158/11 158/12
manipulation [1]  61/14
manner [3]  107/7 116/12 122/5
manufactured [1]  148/15
many [17]  12/10 20/12 39/18
 52/24 53/19 70/20 84/25 159/14
 168/12 174/12 175/14 192/17
 212/16 227/3 227/9 228/13
 230/11
March [13]  3/10 101/20 149/17
 150/1 159/18 160/15 160/17
 161/7 171/24 172/17 172/18
 205/22 206/3
March 23rd [2]  159/18 161/7
March 4th [1]  101/20
mark [1]  118/12
marked [7]  2/14 2/20 10/2 35/14
 85/23 118/16 134/20
market [9]  21/16 21/24 164/9
 165/13 165/16 165/20 169/24
 169/25 238/25
markets [1]  165/9
Martin [1]  1/15
Marty [1]  117/25
Marty Clarke [1]  117/25
MARYLAND [3]  1/1 1/9 1/25
Mason [1]  58/25
master [5]  123/9 123/12 123/19
 124/13 125/23
match [1]  35/21

material [1]  42/15
math Document [1]  11/5
 67/17 83/1
matter [10]  6/3 7/17 8/1 57/14
 63/23 85/1 129/10 174/3 203/14
 246/17
matters [2]  41/21 110/1
max [6]  89/21 89/22 90/12 116/6
 152/17 153/16
Max Gottlieb [3]  89/21 89/22
 90/12
maximum [3]  36/17 123/8 124/12
may [62]  2/4 8/6 8/8 8/20 9/3
 10/25 17/10 17/25 27/13 27/14
 28/5 28/13 28/19 31/18 31/23
 38/11 42/24 43/7 44/4 45/16
 45/16 55/8 58/6 58/9 60/10
 69/16 78/9 87/1 87/12 87/14
 88/18 89/1 89/4 94/1 102/5
 118/9 119/1 125/22 135/25 136/2
 137/20 138/10 158/18 159/4
 168/21 175/12 177/24 179/17
 185/19 206/8 206/12 217/15
 217/17 217/17 218/11 229/22
 231/17 233/10 233/21 238/8
 239/19 239/20
May 11th [1]  217/17
May 13th [1]  217/17
maybe [18]  4/25 13/24 15/4 15/5
 15/12 53/20 75/23 88/15 122/12
 145/2 166/9 177/1 178/21 181/25
 234/21 242/12 245/5 245/5
McMahon [20]  1/18 2/2 5/8 8/8
 8/14 9/3 17/25 55/24 59/4 68/19
 69/16 133/20 185/3 186/11
 186/21 213/25 215/14 215/20
 241/23 246/4
McMahon's [3]  69/13 133/18
 186/18
me [102]  6/12 13/1 15/11 15/21
 16/22 17/4 17/4 19/9 19/16 23/2
 24/2 24/9 24/12 28/17 29/15
 37/13 42/23 44/6 44/12 46/19
 48/17 48/25 49/15 51/9 54/3
 56/11 58/12 68/14 70/6 71/16
 74/22 76/15 76/20 80/2 84/11
 84/13 85/6 85/8 86/7 97/25
 98/22 100/7 102/19 105/19
 108/21 112/11 114/14 120/16
 120/19 125/12 127/4 128/20
 129/25 137/14 142/16 144/12
 156/6 157/7 162/19 165/7 168/13
 168/15 170/14 170/22 170/24
 172/14 175/3 175/6 176/3 176/18
 178/5 179/16 189/9 189/16 190/6
 193/25 194/24 197/13 199/24
 202/3 203/4 203/8 203/14 208/5
 208/16 208/21 211/19 213/17
 214/8 217/18 220/11 222/4 225/4
 228/21 229/5 229/5 229/23
 229/25 236/10 238/21 242/18
 245/19
mean [23]  10/5 19/12 28/8 46/25
 50/13 56/21 64/5 73/18 95/23
 109/12 109/13 120/10 122/18
 126/18 152/24 154/9 163/17
 163/21 167/15 180/18 190/12
 203/17 243/24
meaning [8]  32/7 40/5 49/13
 49/17 124/21 130/18 178/21
 212/20
means [6]  18/13 44/22 96/14

152/21 152/23 200/1
 152/24 153/12 164/12 173/19
 173/19 176/18 176/19 176/20
 176/21
measure [2]  4/10 43/23
mechanics [1]  241/15
mechanism [7]  49/24 73/17 74/4
 119/6 157/15 157/16 157/16
medical [4]  20/25 25/24 35/1
 36/7
medication [1]  230/25
meeting [33]  12/9 13/11 13/13
 13/23 13/24 14/7 14/8 14/9
 14/10 14/13 14/16 14/18 14/19
 14/20 14/21 14/23 14/24 15/3
 15/11 15/12 15/13 15/18 90/16
 90/22 90/25 91/13 91/18 92/11
 92/15 92/16 93/18 93/18 158/1
meetings [11]  12/10 12/13 12/15
 12/21 12/24 15/23 15/25 16/2
 16/14 16/16 107/16
member [1]  174/5
members [1]  235/5
memo [5]  70/5 82/8 177/13
 179/20 191/10
memorandum [3]  25/6 27/16 31/17
Memorial [3]  96/14 97/1 106/17
memorialize [1]  31/12
memos [1]  70/9
mentality [2]  208/18 210/2
mention [2]  117/6 240/24
mentioned [4]  132/19 174/11
 229/8 229/23
mentions [1]  132/23
merely [2]  167/3 208/12
merits [1]  41/24
message [3]  162/2 221/1 222/2
met [7]  13/8 16/9 38/12 55/14
 90/21 93/22 229/14
meth [1]  157/16
method [2]  147/20 229/10
methodology [6]  18/4 92/5
 157/20 157/21 157/21 157/24
Michael [3]  1/20 21/8 169/20
mid [1]  80/16
midsized [2]  109/20 109/21
midst [1]  8/24
might [7]  30/18 56/17 131/23
 193/1 241/6 241/7 244/7
million [97]  3/17 30/22 32/5
 33/10 44/11 47/16 49/7 67/12
 74/13 78/23 78/24 83/12 83/13
 83/17 83/20 94/13 94/13 94/15
 95/22 95/23 95/24 101/16 105/7
 114/7 121/15 122/25 130/13
 134/10 134/13 134/15 134/22
 135/2 135/6 140/24 141/16
 141/20 143/12 145/21 146/10
 146/11 148/19 148/20 149/19
 150/1 150/15 150/17 154/1
 154/12 154/13 154/16 155/5
 155/7 160/10 169/7 171/7 171/7
 177/19 179/17 179/22 179/25
 180/14 180/15 180/16 180/20
 181/11 184/11 187/22 190/25
 192/14 192/24 193/17 195/3
 195/12 196/6 196/16 201/16
 201/23 202/18 203/7 206/20
 206/21 206/22 222/24 223/2
 223/23 224/18 224/23 224/24
 225/6 225/8 225/17 225/17
 235/15 235/17 235/23 236/13

# M

million... [1]  239/16
millions [2]  85/21 135/4
mind [4]  170/5 178/20 179/3
214/6
mind-set [2]  178/20 179/3
mine [1]  236/16
minute [12]  34/22 38/4 40/24
40/24 79/5 83/9 119/25 149/6
152/21 166/5 167/12 217/21
minutes [9]  69/7 113/2 132/12
132/13 132/13 132/14 185/17
186/8 242/11
mirror [4]  123/9 123/19 124/13
125/24
mis [1]  158/15
mischaracterization [1]  215/10
mislead [1]  158/15
misrepresent [2]  140/3 176/7
misrepresentation [3]  139/20
214/21 214/23
misrepresentations [3]  41/8
47/25 128/2
misrepresented [3]  34/1 232/18
232/23
misrepresenting [1]  34/5
miss [1]  181/25
misspoke [1]  216/22
model [14]  19/2 22/15 45/9 91/7
91/9 91/11 91/11 226/9 226/22
226/24 226/24 232/6 232/7
232/12
moderately [1]  27/7
moment [2]  28/13 105/22
moments [1]  160/12
Monday [4]  156/14 156/15 162/10
221/16
money [156]  3/5 5/17 5/18 5/20
18/24 19/1 21/24 22/2 22/6 22/7
30/13 31/6 31/7 31/8 31/11
31/12 31/23 32/1 32/2 32/11
32/12 33/11 33/13 34/23 36/23
36/24 37/2 37/8 44/11 45/6 45/7
45/7 45/18 45/21 45/24 48/2
51/15 51/18 51/19 61/1 62/6
63/16 63/19 64/3 64/5 66/19
67/5 67/7 67/8 67/18 69/24 71/2
71/8 74/6 83/2 83/5 83/20 84/3
84/9 84/12 86/21 86/23 91/22
95/2 95/3 98/3 104/9 104/12
115/7 115/24 116/6 117/14
118/24 119/7 120/20 122/6 131/2
135/22 135/24 150/2 150/4 157/4
157/10 157/11 165/20 165/21
165/22 167/12 167/15 172/17
174/14 177/17 178/2 178/14
178/16 178/22 178/22 178/23
180/2 180/6 180/19 181/10
181/14 181/21 181/25 182/1
182/7 182/11 182/18 182/23
183/3 183/6 183/11 183/12
183/18 183/19 183/25 184/9
184/15 184/19 187/19 188/2
188/5 188/6 188/8 191/9 191/10
191/13 193/19 197/22 198/10
200/17 201/1 201/10 202/13
203/1 204/16 204/21 210/10
213/2 213/11 213/20 224/6
225/16 225/17 225/24 225/25
226/1 228/7 229/12 229/21
229/23 232/19 235/2 235/20

239/14
money [cont.]  163/22 158/10
monies [10]  7/16 7/18 34/16
85/17 135/4 161/14 181/6 181/7
187/20 194/2
monitor [2]  10/20 11/7
monitoring [1]  245/12
month [5]  129/9 180/15 206/23
224/23 225/18
monthly [4]  148/25 149/3 203/21
205/4
months [3]  49/12 160/19 184/12
more [29]  17/17 46/25 53/20
77/19 83/11 87/23 89/11 89/11
109/11 122/5 122/6 122/8 122/16
130/2 137/17 140/25 168/11
178/5 185/22 206/22 210/4 210/5
212/6 215/6 217/12 218/17 221/4
226/1 228/15
morning [9]  2/16 8/1 9/8 9/9
68/22 135/4 186/1 240/12 246/7
most [8]  27/6 30/10 33/2 73/24
73/25 74/1 74/3 130/9
mostly [1]  73/23
mother [2]  181/19 181/24
mother's [2]  19/5 181/15
move [12]  22/14 41/19 86/2
87/10 94/5 112/19 162/1 162/9
166/1 187/1 216/12 219/23
moved [4]  46/14 46/14 94/8
166/2
moving [2]  121/10 241/17
Mr [6]  43/13 77/4 142/6 193/12
213/25 214/8
Mr. [344]
Mr. Clarke [17]  2/2 9/21 13/17
14/19 15/4 17/12 26/4 26/7 29/6
84/1 113/8 186/13 214/11 215/8
243/18 245/4 246/2
Mr. Dean [1]  231/13
Mr. Feldman [11]  19/6 25/17
29/16 43/14 95/16 176/4 181/4
200/5 202/1 203/17 231/3
Mr. Glass [6]  222/23 223/3
223/8 224/16 224/25 225/2
Mr. Gottlieb [6]  90/15 91/1
91/3 92/20 92/22 93/1
Mr. Herr [2]  234/13 235/4
Mr. Jedwab [7]  90/17 91/1 91/6
91/20 93/1 94/1 243/5
Mr. Jedwab's [1]  90/22
Mr. Kagel [4]  39/10 39/17 39/17
236/1
Mr. Karandy [1]  13/14
Mr. Kuber [32]  2/6 3/1 3/11
3/16 4/3 4/6 5/5 7/5 8/5 8/6
8/9 8/25 9/2 9/8 19/12 29/2
67/13 69/14 69/15 69/23 84/2
129/23 133/18 133/23 175/12
179/16 180/13 185/19 186/20
186/24 239/20 240/17
Mr. Landrum [5]  77/8 142/2
142/2 242/25 243/2
Mr. Landrum's [1]  78/9
Mr. Lewis [2]  234/11 234/13
Mr. McMahon [18]  2/2 5/8 8/8
8/14 9/3 17/25 55/24 59/4 68/19
69/16 133/20 185/3 186/11
186/21 215/14 215/20 241/23
246/4
Mr. McMahon's [3]  69/13 133/18
186/18

Mr. Rosenberg [71]  11/12 11/19
18/9 18/24 21/24 30/15 30/15
32/7 43/14 45/18 63/7 63/23
69/25 95/17 130/21 135/15
136/18 139/14 140/9 153/21
161/24 162/10 162/13 162/15
163/3 163/4 169/7 172/19 173/8
173/19 174/6 176/4 176/17
176/24 176/25 177/13 189/1
189/3 189/19 190/5 193/12
195/10 195/15 197/11 197/17
199/16 199/17 199/19 200/3
201/20 202/8 202/21 207/15
208/17 211/23 213/9 213/15
213/16 213/20 214/13 214/22
221/2 221/14 221/21 222/2
227/21 229/18 229/23 231/19
234/18 242/13
Mr. Rosenberg's [2]  214/7
228/12
Mr. Shusterman [127]  18/5 18/24
18/25 19/2 19/12 19/22 20/17
22/13 24/17 25/16 29/16 32/21
32/24 36/14 37/7 38/8 38/14
40/13 40/19 42/2 43/10 43/13
44/9 46/5 46/7 47/4 47/5 48/15
49/13 49/18 49/23 50/1 50/17
51/3 52/6 52/14 61/9 61/15
65/13 66/25 67/25 71/6 75/13
75/17 76/3 76/7 76/15 77/5 77/9
78/5 95/16 99/17 99/23 102/1
110/16 113/1 113/17 122/2
125/22 126/20 136/17 136/19
140/13 142/14 142/15 142/16
143/5 146/19 146/22 147/7
147/23 152/10 154/16 154/23
155/24 159/22 160/23 160/24
161/23 162/9 162/13 165/11
166/1 166/15 166/20 168/25
169/6 171/25 173/25 174/7
175/17 176/4 176/11 177/8 181/3
184/1 189/4 190/4 190/15 193/4
193/13 194/5 194/12 194/23
195/10 195/25 197/11 199/20
200/4 201/13 202/2 202/17
203/12 207/15 208/1 208/17
208/22 209/24 216/20 221/14
226/20 227/2 231/4 231/9 231/15
237/5 238/23
Mr. Shusterman's [7]  38/23 65/8
65/25 143/2 181/12 194/19
195/14
Mr. Slota [1]  243/6
Mr. Spielman [12]  109/18 109/19
109/20 109/22 222/18 222/23
223/8 223/9 224/1 224/25 242/22
242/24
Mr. Taylor [1]  113/16
Mr. Tucci [1]  195/24
Mr. Wise [3]  14/19 15/4 244/15
Mr. Zoldan [2]  169/20 171/1
Ms. [4]  8/17 69/20 115/23 202/7
Ms. Gersh [1]  115/23
Ms. Hart [1]  202/7
Ms. Smith [2]  81/7 69/20
much [18]  3/5 12/19 78/17 86/16
89/11 94/3 121/14 122/5 135/14
136/3 147/3 169/3 185/22 185/25
189/16 192/20 204/16 245/7
MultiCare [1]  210/16
multiple [5]  70/13 189/1 193/18
228/7 228/11

Case 1:13-cr-00460-JKB   Document 242   Filed 09/08/16   Page 268 of 284

**M**

multiplied [1]   130/13
multiply [1]   130/2
must [2]   10/25 136/21
muster [1]   181/24
mutually [1]   57/1
my [54]   33/14 33/18 40/24 42/21
46/15 52/17 56/2 57/22 59/13
60/2 64/5 71/19 71/23 82/19
84/14 85/10 86/12 102/11 111/7
115/6 122/24 127/19 127/19
128/10 128/11 137/9 137/11
139/16 148/6 159/3 163/17
166/12 168/6 174/17 175/6 178/5
181/9 181/18 181/24 183/2
183/18 183/19 183/20 185/24
187/11 191/12 215/23 219/8
221/17 222/13 226/16 233/20
238/20 241/17
myself [11]   43/13 67/25 72/9
91/1 93/1 94/1 135/15 174/6
176/4 199/20 230/22

**N**

name [10]   26/23 108/22 109/22
123/3 136/21 145/2 152/13
157/19 157/20 157/22
named [1]   89/21
names [2]   145/5 195/11
nature [6]   20/19 42/13 52/17
116/12 136/21 175/14
nauseam [1]   124/5
NDA [1]   139/18
necessarily [4]   12/25 157/19
158/8 165/16
necessary [3]   4/1 116/9 196/14
neck [4]   212/17 212/20 216/1
216/10
need [27]   4/4 5/8 8/10 8/14
11/24 18/21 35/18 58/10 118/16
126/16 127/17 132/24 137/9
137/11 140/25 156/5 161/24
162/25 177/17 187/19 193/23
195/11 197/25 224/2 226/10
241/20 246/1
needed [13]   8/2 49/1 72/10
144/11 144/13 144/19 177/23
177/24 180/23 203/7 231/18
231/19 231/21
needless [1]   242/5
needs [4]   27/9 178/1 196/20
198/4
negative [4]   5/6 86/19 86/20
96/6
negotiate [1]   77/19 99/7 100/12
negotiated [6]   54/16 56/9 56/14
100/12 100/15 201/11
negotiating [2]   197/5 231/10
negotiation [3]   50/17 102/5
115/13
negotiations [2]   101/25 201/23
neighbor [1]   11/19
neighbors [1]   202/25
net [4]   25/23 204/23 204/25
205/19
networked [1]   30/17
never [24]   11/16 11/16 43/11
128/12 144/2 144/2 147/22
174/15 174/17 176/8 178/7 179/1
179/4 182/22 201/2 201/2 202/19
209/15 227/4 229/8 237/19

237/21 237/22 237/23
237/24 242/7
new [16]   48/18 49/7 65/5 71/24
72/11 90/24 93/24 109/21 131/2
156/5 190/17 194/4 198/10
227/18 228/7 244/3
New York [1]   71/24
newly [1]   40/14
news [4]   68/25 132/3 185/9
239/25
next [18]   41/17 51/24 57/19
93/22 107/3 115/18 120/14
121/13 126/2 127/8 128/21 170/7
200/19 215/20 224/23 227/20
242/14 245/13
nice [1]   184/24
nine [1]   160/19
no [127]   1/4 5/17 8/16 13/22
17/15 20/4 22/7 25/25 26/9
26/14 27/8 27/22 28/3 28/4
28/16 30/3 32/20 34/12 34/12
34/13 34/18 36/18 36/21 37/5
37/13 40/17 42/20 43/5 43/8
44/1 45/1 48/3 48/4 51/5 52/3
52/7 56/16 60/20 61/18 66/14
66/15 68/15 70/5 72/20 74/10
82/5 82/5 98/2 99/22 100/7
101/19 101/25 102/5 103/13
103/15 103/19 110/15 114/10
116/1 118/25 119/25 120/12
121/8 131/11 131/12 134/14
135/8 135/9 136/6 138/22 139/10
147/2 149/2 149/2 149/2 149/2
155/7 159/12 159/14 167/15
168/1 169/2 173/4 174/1 175/7
175/19 175/21 176/8 176/10
176/12 179/4 179/13 182/5
187/17 188/25 189/3 189/8
189/21 190/11 194/16 197/14
201/7 201/25 204/18 205/2 208/3
209/10 209/11 209/12 216/22
217/6 217/12 217/21 224/7
225/16 227/16 227/18 229/23
231/12 233/6 234/2 234/8 239/18
242/15 243/12 246/3 246/5
No. [20]   29/7 29/10 29/25 30/12
60/15 65/2 69/23 73/10 73/10
73/11 75/1 79/18 79/23 86/3
90/6 94/11 146/13 146/16 154/8
218/17
No. 11 [1]   218/17
No. 2 [1]   86/3
nobody [1]   81/1
non [1]   187/14
non-Sanctuary Wealth [1]   187/14
nondisclosure [1]   114/15
none [4]   34/13 88/11 176/11
243/10
nonetheless [3]   39/2 133/10
210/10
Nonqualified [3]   82/11 146/23
147/5
normal [5]   59/5 132/13 132/14
142/20 165/16
NORTHERN [1]   1/2
not [290]
not-inconsiderable [1]   46/13
notation [3]   146/3 160/22
160/23
note [23]   34/12 62/19 78/12
95/11 100/20 100/22 101/8 102/2
103/9 103/15 103/17 103/19

174/3 174/10 174/11 174/23
176/7 186/24 196/8 196/9
196/15 196/15 197/2
noted [4]   106/19 133/11 161/25
221/15
notes [3]   34/9 48/4 70/9
nothin' [1]   28/5
nothing [17]   33/22 33/24 59/4
66/15 66/18 80/13 80/16 91/15
99/24 160/24 161/10 173/13
198/2 201/19 209/6 209/10 243/9
Nothing's [1]   163/23
notice [1]   134/2
November [5]   73/11 74/16 76/6
78/22 80/16
November 19th [1]   78/22
now [210]   4/14 6/25 7/14 8/3
12/1 12/5 12/8 18/3 18/10 22/17
24/18 25/2 25/5 26/19 28/12
28/21 35/11 35/25 36/18 37/24
38/2 38/7 38/20 43/16 44/11
44/25 48/6 50/6 50/18 51/10
52/2 52/10 52/11 53/14 53/17
54/11 59/22 60/14 62/6 62/20
62/24 63/13 63/13 63/15 63/21
64/10 64/13 66/14 68/17 69/13
70/12 71/16 73/9 78/22 79/17
80/4 81/4 81/11 81/19 82/15
83/5 83/25 85/13 85/15 88/6
89/5 89/7 90/2 92/16 95/1 96/8
96/11 97/8 97/11 97/22 98/8
98/12 98/15 101/24 103/22
103/25 104/4 105/2 107/3 108/17
110/22 111/19 112/15 112/18
113/8 114/5 117/13 118/22
121/10 121/11 121/20 121/22
122/4 122/10 122/11 123/1 123/6
123/10 126/25 127/10 127/14
128/20 129/15 131/6 131/6
131/11 131/20 131/25 133/23
134/20 136/11 139/11 142/23
143/9 143/23 144/23 144/23
145/1 145/19 145/20 147/9 147/9
149/16 149/25 150/8 150/17
150/23 151/5 152/7 152/20
153/14 154/1 154/19 155/20
157/7 157/25 159/16 159/18
160/15 160/15 163/9 164/7
164/12 165/6 165/22 165/22
166/14 166/14 167/21 169/4
169/18 170/13 170/20 171/4
171/6 171/16 172/13 172/16
173/12 173/14 176/23 177/10
179/16 182/10 187/7 187/11
187/18 187/21 189/22 190/9
195/19 198/15 198/23 202/5
202/20 203/18 203/20 206/20
207/10 208/1 209/22 210/13
211/1 211/18 212/10 218/20
220/15 221/25 225/20 226/19
227/12 228/7 228/15 229/3 230/8
231/8 234/11 235/9 235/21
235/22 237/12 238/17 239/21
242/20 244/24
nowhere [2]   100/9 101/24
number [42]   40/16 53/21 53/24
62/14 62/16 62/17 71/7 71/10
74/12 77/15 89/2 99/2 101/5
101/5 101/7 105/20 111/14
112/23 118/11 130/12 130/14
132/23 134/7 134/15 134/17
149/14 149/18 150/10 153/2

Case 1:13-cr-00460-JKB Document 242-18 Filed 09/08/16 Page 269 of 284

**N**

number... [13]   154/7 154/24
  154/24 173/2 190/20 192/16
  200/15 211/4 211/13 211/14
  240/23 241/2 241/14
numbers [11]   70/24 127/19
  127/21 127/25 128/7 128/11
  133/6 135/10 180/22 220/5
  221/15
numerous [3]   36/12 53/2 139/1
nutshell [1]   111/1

**O**

o'clock [2]   131/21 132/13
oath [5]   8/7 9/2 69/15 133/19
  186/20
object [4]   6/17 17/8 87/17
  215/9
objecting [1]   214/23
objection [17]   41/9 41/13 42/22
  54/20 55/18 61/16 119/12 119/17
  119/22 120/1 120/3 120/25
  125/18 126/24 175/24 213/12
  215/15
objections [2]   6/6 168/17
objective [7]   25/13 25/22 26/1
  26/10 26/16 27/22 27/24
objectives [1]   31/24
obligated [1]   174/2
obligation [5]   84/19 178/15
  179/4 179/18 180/8
obligations [2]   10/14 97/4
obtain [5]   30/11 30/17 30/17
  111/10 166/21
obtained [3]   106/16 106/24
  198/3
obtaining [1]   32/23
obvious [2]   241/21 242/7
obviously [16]   14/4 16/15 29/22
  47/23 53/19 71/7 106/25 113/20
  150/20 165/8 167/19 181/10
  207/3 209/6 209/18 219/15
occasion [1]   161/5
occasions [1]   20/12
occur [4]   2/13 92/22 140/23
  181/1
occurred [14]   44/4 44/5 68/10
  68/13 68/14 141/4 165/2 165/6
  219/4 225/15 237/20 237/21
  237/22 237/23
occurring [4]   11/10 138/21
  140/23 165/7
occurs [1]   63/5
October [5]   224/16 226/19 227/2
  230/8 230/9
October 17th [1]   226/19
odd [1]   201/22
off [26]   8/4 8/21 8/22 22/17
  50/14 52/11 67/11 92/1 104/13
  142/14 145/11 184/12 188/13
  189/19 191/10 193/2 193/19
  198/19 199/21 200/9 201/20
  211/20 224/25 237/18 237/18
  242/4
offensive [1]   240/24
offer [2]   25/12 77/16
offering [3]   21/19 26/12 26/16
office [5]   11/2 14/14 16/6
  71/23 73/6
officer [1]   76/3
offices [3]   13/4 72/11 90/22

Official [2]   1/24 246/21
offset [3]   148/24 187/11 187/21
often [1]   36/10
oftentimes [1]   3/5
Oh [21]   16/6 16/25 37/11 54/8
  62/10 62/21 67/4 90/1 99/21
  106/21 109/4 135/1 141/17
  153/10 172/23 187/24 198/22
  199/17 204/20 216/22 217/23
okay [680]
old [1]   236/19
once [3]   32/10 192/23 198/3
one [147]   9/15 12/16 12/19 13/2
  15/15 20/9 20/23 24/21 28/6
  36/13 36/21 40/1 40/5 40/16
  47/3 53/15 53/15 53/16 53/23
  58/20 58/23 59/17 60/8 60/23
  62/21 65/7 70/13 70/16 70/24
  70/24 73/19 75/13 80/5 88/12
  93/5 93/7 97/13 102/20 105/22
  106/7 107/3 108/13 111/3 111/22
  112/10 112/24 115/18 115/22
  116/20 117/8 117/19 117/19
  119/20 121/13 121/13 121/14
  121/14 123/1 123/6 123/7 124/10
  128/21 129/9 131/18 131/18
  134/12 134/13 137/25 138/1
  138/6 138/13 138/13 138/25
  139/14 139/21 140/1 140/25
  141/1 141/16 142/23 143/10
  143/10 144/18 147/4 149/17
  150/1 150/12 150/13 155/13
  158/24 160/10 160/18 160/19
  161/5 161/21 163/23 164/15
  168/19 170/14 170/15 172/7
  172/9 174/15 179/20 180/5
  188/22 188/23 189/18 191/12
  194/10 195/15 201/6 203/25
  206/18 209/24 211/12 211/25
  212/1 212/4 212/7 212/10 214/10
  214/20 215/12 216/17 217/8
  220/1 222/18 222/24 223/1
  223/18 226/5 227/20 229/2 233/7
  235/12 235/13 236/22 237/17
  238/4 239/1 239/3 239/5 239/6
  240/23 241/21 243/15
onerous [1]   196/17
ones [11]   12/25 73/20 88/17
  89/1 89/3 146/4 148/2 148/19
  157/1 220/13 245/10
Ongoing [1]   107/14
online [1]   220/16
only [25]   6/5 7/4 8/12 12/21
  44/21 87/8 87/25 91/22 123/22
  134/4 137/25 138/13 138/20
  147/3 160/22 160/23 161/5
  162/13 178/6 178/21 189/5
  189/11 193/24 198/9 222/4
open [5]   43/1 43/2 43/3 93/3
  156/15
open-ended [3]   43/1 43/2 43/3
opened [1]   59/12
operating [3]   3/14 76/3 107/11
operational [1]   107/14
operations [2]   76/12 77/1
opinion [2]   79/1 163/14
opportunity [3]   18/19 39/17
  215/8
opposed [4]   30/6 89/10 122/11
  125/1
opposite [1]   85/5
order [2]   49/23 212/14

orderly [1]   241/15
organize [1]   30/7
organized [1]   30/7
original [2]   139/25 209/8
originally [3]   18/4 122/25
  188/11
originate [2]   144/11 144/13
originated [1]   144/10
originating [1]   96/17
other [66]   12/19 13/3 13/17
  13/19 15/25 18/3 20/9 20/23
  31/18 42/14 44/7 48/4 50/25
  51/5 51/14 60/8 68/14 70/17
  71/11 73/18 74/4 76/2 80/8 80/9
  80/9 84/1 97/13 107/20 108/1
  112/2 112/21 113/8 113/10
  113/17 113/21 134/12 135/4
  146/4 147/3 148/18 151/14
  151/17 151/19 151/22 152/4
  161/6 166/24 167/1 167/4 180/4
  182/9 184/18 194/1 198/11
  205/10 209/25 211/18 212/10
  217/7 220/13 223/4 238/24
  239/18 240/25 243/24 244/8
others [2]   75/2 139/1
otherwise [2]   4/1 191/4
our [23]   27/13 57/8 65/2 93/4
  95/18 102/25 123/15 123/19
  126/21 139/18 142/19 157/24
  177/2 199/5 200/7 213/7 227/19
  228/14 230/23 232/1 232/21
  235/20 237/7
ourselves [3]   5/25 6/9 45/19
out [63]   9/13 9/16 9/18 20/25
  21/4 25/13 26/23 34/16 36/23
  37/2 37/8 41/2 67/14 67/14
  67/18 69/7 82/20 98/1 99/10
  104/12 104/17 112/5 113/2
  115/15 130/2 130/14 130/17
  131/1 132/12 132/15 135/5
  136/21 137/1 140/6 142/3 157/22
  163/24 167/14 167/17 168/9
  168/9 168/24 175/1 178/6 178/21
  180/24 184/17 184/17 185/19
  187/13 189/13 189/15 191/9
  212/14 214/9 226/10 228/4
  229/22 230/15 231/3 232/18
  232/20 240/14
outlined [1]   142/9
outside [6]   2/3 8/2 13/5 181/7
  181/11 196/16
over [59]   8/15 10/8 14/1 14/4
  15/1 15/7 16/22 17/14 17/14
  18/6 20/12 26/4 29/5 33/6 33/10
  38/3 47/24 47/24 48/10 50/17
  58/21 59/1 60/15 62/25 63/2
  63/20 80/23 86/16 93/3 109/16
  111/15 113/24 116/14 120/12
  120/12 120/17 124/1 140/10
  142/1 144/25 153/12 156/20
  172/14 175/14 180/16 180/19
  184/11 187/19 188/19 190/9
  202/1 205/19 210/24 213/19
  228/19 240/24 241/2 241/23
  241/25
overage [3]   95/18 193/19 232/1
overall [3]   3/17 27/23 243/22
overrule [1]   215/15
overruled [4]   17/23 61/18
  119/13 175/25
overstating [1]   214/6
owe [1]   180/19

Case 1:13-cr-00460-JKB Document 232 Filed 09/08/16 Page 270 of 284

**O**

owed [1]   135/12
own [15]   26/16 32/2 42/18 44/14
45/23 88/23 127/19 127/21 128/7
128/10 139/16 183/14 224/2
227/8 235/20
owned [2]   74/5 89/3
owners [4]   29/18 31/3 31/8
34/24

**P**

p.m [5]   132/16 133/15 185/18
186/16 240/15
pace [2]   243/23 245/14
pacing [1]   59/4
package [1]   142/24
page [19]   10/11 23/23 23/24
24/1 59/12 94/4 94/6 94/7 94/8
94/22 96/19 114/13 118/7 118/19
137/17 200/19 233/15 233/16
238/11
Page 2 [1]   96/19
Page 20 [1]   233/15
Page 21 [2]   233/16 238/11
Page 9 [1]   118/19
pages [2]   114/11 114/11
paid [20]   35/6 36/25 37/6 37/6
37/8 45/17 45/21 54/17 61/5
84/13 94/13 101/21 104/13 135/5
184/17 184/17 193/2 208/8 235/1
235/4
paltry [1]   179/21
panning [1]   230/15
paper [11]   24/22 49/7 123/17
141/6 155/3 155/7 155/8 155/8
155/9 155/11 201/24
paperwork [9]   11/7 11/9 11/11
11/11 51/5 64/24 80/13 189/18
201/17
paragraph [15]   40/19 42/1 59/18
77/6 78/15 78/25 116/25 151/7
153/14 169/19 173/13 190/18
233/15 233/16 238/13
Paralegal [1]   1/20
part [29]   15/21 15/22 16/10
24/10 38/4 39/22 43/12 91/3
91/5 102/4 102/25 110/16 119/20
120/19 120/23 128/2 138/15
140/5 142/10 142/19 142/24
148/6 173/25 174/7 207/3 207/5
215/11 224/4 228/13
participant [1]   103/5
participants [9]   69/1 69/2 69/5
132/5 132/7 185/11 185/12 240/1
240/3
participating [1]   240/7
particular [79]   18/22 23/19
25/11 26/22 27/4 27/6 30/1
31/10 35/11 36/13 36/18 46/24
47/2 59/12 59/25 62/3 66/6
66/14 71/25 74/8 75/3 75/19
76/11 77/8 86/17 88/12 90/19
91/21 92/13 94/16 94/22 95/21
97/11 97/19 97/22 100/25 102/1
102/9 102/9 102/20 108/17
110/23 112/3 112/18 121/17
128/24 131/6 139/19 145/24
148/9 151/3 151/5 153/3 154/1
155/23 156/17 158/4 164/10
164/15 164/24 166/5 169/22
182/7 182/8 188/4 193/3 199/15

200/7 204/16 205/2 215/9 224/16
225/20 228/11 232/20 234/20
235/3 235/25 236/25
parties [2]   107/22 199/25
partner [6]   3/10 3/11 29/12
29/13 90/18 199/21
partners [3]   89/15 92/23 202/24
partnership [2]   29/17 175/1
parts [2]   204/7 204/9
party [8]   176/14 181/19 183/7
183/20 184/1 201/6 208/5 210/6
pass [8]   2/22 49/1 50/1 109/22
144/6 144/7 144/8 157/10
passed [2]   24/15 181/24
passing [1]   126/20
past [11]   3/25 80/2 99/1 128/3
131/16 132/13 166/14 213/19
227/4 227/6 227/9
pattern [1]   227/14
Pause [1]   8/19
pay [46]   3/7 4/1 49/12 77/21
84/9 93/9 100/24 103/3 103/13
103/14 103/19 104/1 105/7
148/19 148/20 151/9 165/19
165/21 166/13 166/14 174/2
174/4 174/10 176/11 177/17
177/23 178/11 178/12 178/14
179/18 180/4 180/7 180/9 180/17
180/18 182/4 182/8 184/12
184/23 188/13 191/10 193/19
207/5 213/4 216/6 226/9
paying [14]   123/17 123/18
124/14 124/22 125/7 125/11
125/15 125/20 125/23 125/25
147/21 147/21 164/3 165/23
payment [20]   75/4 82/13 86/22
103/9 173/16 173/22 177/18
178/17 178/23 180/8 180/24
181/24 182/8 187/23 187/23
187/24 196/16 218/6 218/13
218/15
payments [7]   57/24 82/23 101/19
181/22 183/21 212/22 216/4
pays [11]   34/25 125/17 147/17
147/22 148/13 149/1 181/16
182/24 183/13 222/25 225/11
PDF [1]   205/12
pending [2]   41/13 120/1
people [36]   11/8 12/9 13/17
13/19 22/4 30/2 30/3 30/14
30/16 31/11 31/13 33/21 37/14
37/20 43/22 44/12 45/8 45/17
82/24 117/25 123/20 157/14
165/18 165/21 166/13 166/24
167/1 167/4 168/25 176/6 218/23
222/18 225/8 229/21 234/23
236/19
per [3]   25/23 136/19 142/6
perceived [1]   170/10
percent [44]   23/17 23/18 25/23
33/5 33/7 33/11 33/15 35/10
47/8 49/20 50/4 63/14 65/21
65/24 66/4 66/11 67/14 82/18
95/8 101/3 101/16 108/8 108/14
114/2 116/2 116/17 129/5 130/25
151/13 151/17 151/19 151/24
152/1 153/16 153/17 162/11
162/21 162/24 162/25 191/4
192/19 196/18 210/19 229/9
percentage [7]   33/4 54/18 61/9
80/7 102/7 115/20 162/16
percentages [3]   77/10 77/18

188/19
perfect [1]   104/22 166/3
performance [2]   227/6 230/12
performing [5]   72/5 163/21
163/22 166/9 217/2
perfunctory [1]   243/11
perhaps [1]   194/2
period [18]   3/2 73/7 84/6 86/13
134/8 164/21 164/23 167/10
180/16 183/12 184/8 184/12
202/21 209/13 217/16 218/4
218/16 227/5
periodic [1]   33/6
periods [2]   33/6 225/16
permission [2]   65/9 241/22
permit [3]   120/12 241/4 242/1
permitted [1]   96/23
Perry [1]   58/25
person [8]   61/23 71/2 96/16
98/3 109/16 109/23 180/7 189/5
personal [15]   3/1 18/14 18/21
19/5 30/11 42/10 81/5 81/7
82/16 82/17 82/24 110/3 110/8
130/21 193/24
personally [5]   19/8 30/3 30/4
38/15 41/11
persons [4]   10/21 44/21 103/2
240/6
perspective [2]   5/5 72/23
pertaining [1]   69/4
perusal [1]   207/1
Peter [2]   237/25 238/23
phone [1]   11/12
phrased [1]   234/7
phrasing [1]   61/16
pick [2]   8/3 215/15
picked [2]   109/23 184/23
picture [2]   244/6 244/7
piece [3]   79/21 104/1 201/24
Piper [3]   38/24 49/3 49/19
pitch [2]   236/6 236/8
pitched [8]   91/11 230/1 230/18
231/14 231/15 232/3 232/6
235/14
pitching [2]   91/7 232/9
place [7]   58/23 113/15 138/11
165/22 171/25 193/4 196/13
placed [3]   159/25 161/15 224/24
placement [3]   25/5 25/6 31/17
Plaintiff [2]   1/3 1/14
plan [6]   22/15 23/1 23/3 131/22
236/14 239/16
planet [1]   68/3
planned [1]   163/24
Platinum [91]   22/9 29/22 31/10
31/21 34/10 36/22 36/23 37/4
81/7 83/10 88/19 88/20 89/5
89/7 89/15 89/18 90/2 90/3 90/5
90/12 90/16 91/3 91/5 92/23
94/11 94/22 94/23 95/1 95/10
95/15 97/17 98/16 98/21 99/7
99/10 99/16 99/24 100/2 100/11
100/12 100/12 101/12 101/16
102/5 104/1 106/2 106/5 109/6
110/23 111/10 111/22 112/5
121/13 123/23 131/3 131/9
135/19 135/25 143/9 143/11
143/22 144/1 144/2 144/3 146/14
146/17 173/10 174/10 174/15
174/17 174/20 174/22 176/12
177/5 178/11 182/17 182/23

Case 1:13-cr-00460-JKB Document 92-4 Filed 09/08/16 Page 271 of 284

**P**

Platinum... [14]  183/3 183/6
  222/21 224/13 225/24 230/22
  231/5 231/9 231/10 231/25 239/3
  239/10 243/5 243/6
Platinum Partners [2]  89/15
  92/23
Platinum's [2]  143/24 226/1
play [3]  104/5 148/14 187/8
playing [1]  131/13
plea [3]  9/24 10/7 10/11
please [53]  4/12 7/25 24/9 25/3
  35/12 50/11 58/13 64/11 69/7
  69/12 78/12 79/6 80/5 94/18
  98/13 98/23 103/23 110/20
  112/16 112/21 113/13 114/12
  121/18 126/8 132/1 133/16
  136/22 140/16 141/18 150/10
  156/6 156/11 156/24 161/17
  168/18 186/10 186/17 202/5
  203/18 205/11 205/22 207/10
  211/21 212/8 216/13 218/20
  219/9 220/24 222/3 225/20
  226/17 240/14 240/20
plus [5]  13/24 32/5 33/14 79/19
  82/18
pocket [8]  45/14 57/15 66/19
  82/23 213/2 213/7 228/12 235/18
pocketed [2]  83/20 184/20
pockets [5]  45/23 95/24 205/1
  213/11 228/14
podium [1]  242/5
point [72]  5/7 5/17 17/16 19/8
  22/18 38/7 45/20 45/22 46/20
  47/2 61/4 68/7 68/19 71/21
  71/25 72/4 80/18 81/4 82/15
  91/10 92/2 93/13 96/11 101/19
  110/5 110/7 131/23 133/4 135/12
  144/11 144/13 146/25 147/2
  147/4 148/11 148/13 155/15
  157/13 158/7 160/16 160/18
  160/25 161/3 161/9 163/18 166/5
  166/8 166/12 166/12 178/10
  178/19 179/14 179/17 179/20
  179/24 181/10 184/3 185/3
  186/25 190/13 191/13 200/17
  214/8 219/6 219/17 227/5 227/6
  230/20 231/7 242/4 245/15
  245/18
pointed [1]  98/1
points [1]  27/9
pops [1]  142/10
portfolio [45]  23/16 54/18
  75/19 105/3 105/12 134/13 138/2
  138/5 142/19 150/4 150/5 152/23
  152/25 153/1 157/8 157/8 157/15
  157/18 157/23 158/2 158/11
  158/13 158/14 159/1 159/12
  159/24 161/25 169/8 172/17
  172/20 172/24 173/14 178/2
  180/2 180/25 192/18 196/20
  196/22 198/4 222/18 223/17
  223/18 227/5 227/6 227/8
Portfolio One [3]  134/13 222/18
  223/18
portfolio purchase [1]  54/18
Portfolio Scope [17]  150/4
  150/5 157/8 157/8 157/15 157/18
  157/23 158/2 158/11 158/13
  158/14 159/1 159/12 159/24
  172/17 172/20 172/24

portfolio's [1]  174/13
portion [9]  42/3 71/17 09/08/16
  46/4 46/6 47/3 77/16 78/17
  88/12 88/23 96/17 111/4 123/13
  135/14 135/19 137/1 139/3
  143/14 147/11 157/17 166/22
  169/15 180/4 217/12 230/13
portion [8]  36/11 48/21 48/23
  139/19 145/1 178/1 186/25
  198/19
position [2]  227/22 241/19
positive [5]  3/15 3/16 92/8
  94/2 224/11
possibility [1]  167/23
possible [3]  87/19 123/16
  197/21
possibly [2]  36/16 166/13
post [4]  12/20 171/17 171/23
  239/6
post that [1]  171/17
post your [1]  171/23
potential [2]  39/4 142/9
potentially [2]  15/17 91/1
Power [1]  1/20
practice [8]  46/15 71/20 72/17
  83/6 83/23 85/20 178/5 241/13
practicing [1]  71/21
practitioner [1]  109/13
preamble [1]  168/14
precisely [2]  127/23 184/16
predicate [1]  17/15
predominantly [2]  10/6 47/4
preference [1]  91/25
preliminary [1]  117/19
premise [1]  54/3
premium [1]  164/3
prepare [7]  3/1 49/4 50/2 61/22
  61/25 80/20 139/16
prepared [13]  25/6 25/18 29/4
  38/22 38/23 39/3 80/17 167/15
  179/23 188/23 189/19 204/6
  219/16
preparing [2]  64/24 139/21
present [5]  1/19 4/12 54/15
  88/23 91/2
presented [11]  25/19 39/3 44/8
  51/9 59/11 61/13 61/17 102/18
  213/19 240/6 240/10
presenting [1]  19/3
presents [3]  132/4 185/10 240/1
pressure [2]  169/25 226/14
presumably [3]  6/16 63/10
  243/14
presume [1]  13/7
pretrial [1]  241/16
pretty [13]  43/2 43/3 47/14
  47/23 59/5 84/2 88/22 94/3
  100/23 119/20 189/16 245/7
  245/20
previewed [1]  231/25
previous [5]  114/4 115/14
  134/25 195/15 196/3
previously [9]  2/20 8/5 9/5
  49/22 108/12 160/3 195/23 209/1
  236/3
price [52]  30/21 35/18 36/11
  50/9 50/18 51/6 53/8 53/11
  54/18 61/5 61/24 67/11 67/13
  74/13 74/25 80/1 80/18 81/17
  81/22 96/11 96/12 99/2 102/7
  102/8 108/7 118/5 119/6 119/11
  119/21 121/5 123/4 123/17

123/18 124/15 124/22 125/8
  125/11 125/15 125/16 125/20
  125/23 126/1 131/7 131/8 135/11
  150/15 154/11 175/16 178/3
  212/15 212/16 235/23
prices [6]  53/24 60/6 68/6
  120/18 134/20 175/20
primarily [2]  19/4 239/13
primary [3]  23/17 25/22 77/9
principal [4]  36/25 90/18
  104/12 174/16
principals [1]  18/19
prior [22]  15/22 17/2 18/16
  50/6 50/20 73/20 75/12 93/4
  98/15 121/23 122/12 128/24
  137/23 141/22 193/3 194/19
  203/2 211/12 213/16 214/6
  214/20 236/7
private [3]  25/5 31/17 31/22
probably [8]  7/9 31/17 38/8
  121/14 124/5 142/18 242/11
  245/12
problem [7]  27/13 177/2 215/11
  215/16 231/5 232/16 244/13
problems [5]  163/18 166/6 218/6
  227/19 244/12
procedures [1]  241/17
proceed [1]  168/21
proceeding [1]  122/5
proceedings [2]  192/7 246/17
proceeds [1]  198/3
process [3]  79/15 116/8 241/4
product [5]  17/18 106/16 111/1
  111/3 111/24
profession [1]  72/4
proffer [11]  12/1 12/3 12/20
  13/2 13/10 19/10 53/14 58/3
  117/20 117/24 135/20
proffering [1]  6/11
profile [1]  243/22
profit [13]  134/9 134/21 134/22
  134/24 135/13 135/14 135/19
  135/24 136/1 136/2 136/4 137/22
  166/21
progress [1]  8/13
promise [2]  100/24 103/3
promised [3]  174/9 180/17
  232/15
promises [1]  174/12
promissory [20]  34/8 34/12 48/4
  95/11 100/20 100/22 101/8 102/2
  103/9 103/15 103/16 174/3 174/9
  174/11 174/23 176/11 176/14
  176/20 178/15 197/2
proof [2]  165/24 165/25
proper [2]  84/22 168/20
properly [1]  227/19
propose [1]  109/25
proposed [3]  109/7 109/24 197/2
proposition [1]  209/18
proprietary [1]  229/10
propriety [1]  229/10
prosecutors [1]  15/18
protect [3]  106/4 111/22 241/4
proud [1]  236/15
prove [1]  92/2
provide [20]  4/1 10/25 23/12
  44/6 45/24 49/14 49/18 49/24
  65/20 122/17 126/10 127/19
  128/10 139/16 139/17 142/8
  166/3 197/14 200/17 208/22
provided [15]  23/16 24/20 42/17

Case 1:13-cr-00460-JKB Document 417 Filed 09/08/16 Page 273 of 284

# P

provided... [12]  86/7 87/7
 128/16 139/17 142/2 142/15
 159/22 169/21 196/9 219/19
 238/24 243/1
provider [4]  96/13 126/11
 126/12 143/25
provides [2]  98/8 111/2
providing [2]  7/6 96/16
provision [6]  36/14 63/1 144/24
 144/24 145/7 145/16
provisions [1]  196/18
PSA [3]  106/9 116/21 117/8
psychological [1]  243/21
public [3]  115/2 220/16 220/19
pull [7]  23/10 32/4 60/17 92/1
 129/21 130/25 142/11
pulled [5]  9/18 25/13 37/8 41/1
 85/21
pullup [1]  142/3
purchase [64]  30/21 35/16 35/18
 35/25 36/11 42/8 42/15 48/18
 50/9 53/8 53/11 53/24 54/18
 61/1 61/5 61/24 67/11 67/13
 74/13 74/25 77/14 78/21 80/1
 81/16 81/22 95/3 96/10 96/12
 99/2 102/7 102/8 105/2 105/11
 105/12 105/16 105/21 107/8
 108/7 114/14 116/21 116/24
 119/11 119/21 120/18 121/24
 123/4 138/20 143/23 144/18
 145/22 150/15 154/11 170/6
 170/24 170/25 175/15 190/10
 190/17 209/5 209/8 209/19 210/5
 212/17 235/23
purchased [8]  31/3 77/16 78/17
 208/1 208/4 209/2 217/12 223/17
purchaser [4]  144/8 208/10
 208/13 208/15
purchases [5]  78/22 78/23 78/24
 212/11 217/7
purchasing [5]  49/6 65/14 65/17
 75/19 123/17
purports [1]  137/21
purpose [6]  63/9 70/6 70/9
 114/25 137/7 216/19
purposes [6]  3/18 9/18 47/8
 220/19 228/13 235/20
pursuant [6]  11/1 42/8 44/13
 76/25 96/24 223/12
push [1]  186/3
pushed [3]  237/18 237/18 244/8
put [44]  5/4 21/24 22/2 22/7
 24/22 25/12 26/8 26/10 26/16
 26/23 28/8 37/2 42/3 49/13
 49/17 54/22 57/14 62/6 63/16
 66/10 66/20 66/23 70/18 72/23
 74/22 79/5 86/22 115/16 116/7
 127/15 149/11 157/4 157/9 160/1
 167/14 172/10 176/5 176/8
 181/12 181/15 181/16 183/13
 204/10 239/7
puts [3]  152/14 161/8 192/2
putting [6]  19/1 22/6 45/20
 93/10 210/23 226/14

# Q

qualifieds [1]  213/21
quarter [1]  47/16
question [72]  3/20 17/15 18/11
 19/16 23/18 23/19 24/2 24/19
 41/12 41/14 41/15 41/16 41/17
 42/1 42/4 48/24 50/11 51/4
 51/25 55/23 56/2 56/14 56/17
 57/19 57/22 71/19 84/1 84/2
 84/7 84/8 84/9 84/10 84/14
 87/14 108/19 117/19 120/4
 120/14 125/12 125/17 126/2
 127/8 127/14 140/8 144/1 156/23
 157/7 160/8 163/17 163/20
 168/12 168/14 168/18 168/23
 170/22 172/24 175/6 175/7 175/9
 179/16 181/9 183/2 187/11
 189/16 202/23 215/1 215/6 215/9
 215/12 215/20 215/23 234/9
questioned [1]  37/10
questioning [3]  6/6 43/3 47/9
questions [26]  4/24 21/15 23/7
 23/10 23/13 23/14 23/15 24/22
 24/24 43/1 46/12 52/17 54/24
 57/9 58/24 84/5 85/16 86/2
 102/11 117/17 120/10 168/20
 214/7 214/19 239/18 243/13
quick [2]  33/14 84/8
quickly [2]  197/21 224/20
quite [4]  13/12 99/12 151/18
 184/8
quote [3]  20/14 26/7 216/5
quoted [2]  154/24 154/24

# R

raised [1]  241/24
rambunctious [1]  214/5
randomly [1]  130/25
range [2]  108/7 139/2
rapid [1]  215/11
rate [37]  23/15 23/17 23/20
 27/6 49/8 51/1 61/4 61/15 63/5
 65/17 74/18 80/7 92/6 92/9 95/5
 95/7 95/12 95/15 100/16 108/15
 130/11 130/14 131/13 131/17
 150/18 152/3 152/14 154/17
 154/20 155/12 155/13 167/24
 174/16 180/17 191/4 211/6 227/4
rates [4]  23/22 76/9 164/3
 231/11
rather [3]  184/23 229/7 245/24
RCR [1]  246/11
RDR [4]  1/23 246/11 246/15
 246/19
Re [1]  226/24
reach [2]  20/25 93/4
reachable [1]  98/23
reached [2]  21/4 43/13
react [1]  165/16
read [20]  11/3 27/25 44/18 55/2
 59/22 59/22 77/24 79/14 79/16
 106/12 106/25 118/19 127/10
 127/12 145/12 158/24 216/7
 233/15 238/12 238/16
reading [115]  3/15 3/23 4/3 4/6
 4/9 23/21 24/8 25/21 27/1 28/2
 42/7 44/19 49/6 49/13 49/17
 77/13 78/12 78/16 78/25 98/20
 98/25 100/2 105/3 105/10 107/5
 107/10 107/14 107/20 108/1
 110/14 112/21 113/1 113/23
 114/1 114/10 116/16 118/22
 122/4 122/8 122/15 123/8 124/12
 126/10 126/16 127/12 127/17
 128/10 128/14 128/25 129/3
 129/5 136/20 138/3 139/15 142/6
 151/9 153/15 156/4 156/11
 156/24 157/2 159/20 161/24
 161/25 162/10 162/13 162/18 162/19
 162/24 164/2 169/23 173/13
 177/1 177/12 177/13 177/15
 178/4 179/1 190/10 190/22
 192/16 192/23 193/15 193/23
 195/10 196/13 197/12 197/19
 199/4 200/6 200/11 200/17
 200/21 202/12 210/3 210/18
 212/13 215/13 216/1 216/3 219/1
 219/9 221/7 221/17 222/3 223/11
 223/17 225/23 226/8 227/3
 227/16 227/22 227/24 228/3
 228/5 228/21
ready [13]  7/2 7/19 8/3 8/23
 15/19 15/21 28/16 28/17 115/15
 133/12 133/17 186/10 186/18
real [2]  163/18 166/6
reality [5]  33/23 61/22 94/8
 164/21 177/19
realize [1]  123/21
realized [2]  178/10 229/20
really [24]  16/1 18/14 18/25
 19/4 32/18 32/24 33/22 46/8
 59/17 72/22 93/19 111/25 112/8
 125/2 156/19 159/14 164/9
 167/11 199/4 199/13 200/6 227/5
 236/22 240/24
realtime [2]  164/22 246/20
reason [1]  142/17
reasonable [1]  10/23
reasons [2]  36/21 213/8
rebate [3]  47/10 214/13 234/11
rebates [11]  212/18 212/25
 213/2 213/4 213/8 213/9 213/21
 213/23 216/3 228/8 228/11
Rebecca [1]  2/19
rebuttal [1]  245/8
recall [50]  8/4 12/13 13/12
 13/14 13/18 15/2 16/15 16/15
 19/14 20/1 20/7 20/9 20/18
 20/19 31/18 39/1 39/10 39/12
 44/3 45/15 54/2 58/2 60/7 71/25
 72/22 85/13 90/13 90/21 92/14
 93/8 93/20 93/21 105/20 110/6
 112/6 112/8 118/3 125/2 140/19
 142/23 159/15 161/5 164/19
 164/21 180/1 190/3 218/14 219/5
 235/8 239/9
recalls [2]  2/5 55/22
recapitulate [1]  70/8
receipts [1]  31/12
receivable [6]  20/25 21/16 35/1
 76/2 77/2 112/22
receivables [7]  21/12 22/1 22/3
 25/24 36/7 101/10 143/3
receive [6]  99/17 131/15 142/20
 162/20 224/9 234/14
received [24]  19/8 67/12 75/4
 77/24 81/16 84/23 85/7 85/25
 86/21 106/8 106/9 112/12 126/15
 136/22 140/19 142/24 147/22
 169/14 170/16 170/21 170/25
 233/1 233/4 234/13
receiving [7]  66/9 118/24
 140/20 170/4 170/9 225/2 225/4
recent [1]  12/16
recently [2]  189/11 189/13
recess [7]  69/10 132/18 185/6
 185/7 186/9 239/21 246/6
recessed [1]  8/4
recession [4]  164/24 164/25

**R**

recession... [2]   165/24 165/25
recession-proof [2]   165/24
165/25
recognition [1]   241/11
recollect [1]   72/19
recollection [21]   54/23 58/7
59/14 59/23 60/2 60/3 84/14
118/10 118/16 118/23 138/9
158/19 158/25 159/3 159/12
233/9 233/18 233/20 238/19
238/20 242/3
recollects [1]   54/25
recommending [1]   7/10
reconvene [1]   240/11
record [18]   8/21 8/22 10/21
11/8 11/20 17/11 19/18 43/21
56/12 87/16 115/2 120/2 127/1
132/20 132/24 214/3 220/16
246/17
recorded [1]   11/12
records [5]   73/24 107/16 107/17
108/2 182/10
recourse [1]   176/12
recoveries [1]   77/21
recovery [3]   23/17 76/9 77/17
recruited [1]   37/14
redact [1]   197/24
redirect [1]   242/10
rediscussed [1]   178/3
reduce [2]   131/1 188/18
reduction [1]   188/20
refer [8]   44/4 98/22 100/6
100/8 157/20 194/18 213/10
238/18
reference [12]   90/10 113/20
129/11 136/23 146/5 147/3
159/25 161/10 161/14 162/15
164/14 240/9
referenced [1]   96/14
references [4]   96/23 97/5
162/16 162/16
referencing [1]   127/22
referred [10]   36/10 51/1 51/14
52/4 89/20 132/21 133/11 191/22
194/19 238/1
referring [18]   3/25 6/25 26/6
53/16 59/19 117/5 117/9 124/25
125/22 128/6 134/2 155/4 155/7
195/16 216/25 233/3 238/7
238/21
refers [5]   88/18 88/18 124/5
209/24 214/13
refine [1]   122/15
reflect [21]   29/5 50/17 50/21
51/2 61/14 67/17 68/3 80/13
80/21 87/5 99/22 114/21 122/16
131/17 198/7 200/25 202/16
219/16 219/18 222/12 222/23
reflected [10]   50/10 60/25
74/25 142/8 151/20 154/12 160/7
207/21 222/25 234/1
reflecting [11]   82/13 84/4
148/22 150/14 164/9 188/23
188/24 189/19 196/15 208/18
234/4
reflective [10]   51/14 62/1
64/23 81/2 122/10 145/21 146/13
168/8 196/10 203/21
reflects [10]   43/25 51/17 69/24
101/25 106/23 138/14 202/14

210/2 222/8 226/14
refresh [11]   97/24 97/1 50/2
118/15 118/22 159/3 233/18
233/20 238/18 238/20 242/2
refreshes [6]   58/7 59/23 118/10
158/19 158/25 233/9
refund [6]   98/8 130/19 130/20
130/24 146/22 147/5
refunds [1]   156/20
refuse [1]   77/21
refused [1]   167/9
regard [5]   142/8 188/16 202/2
227/23 231/25
regarding [21]   2/11 10/14 15/23
16/16 61/17 91/25 102/7 112/19
124/11 130/10 135/18 137/15
137/15 160/4 188/15 194/22
210/15 213/16 219/12 226/22
227/23
regardless [4]   115/20 166/4
179/10 183/2
regards [3]   20/14 111/22 207/12
Registered [1]   246/20
regular [5]   157/1 157/5 165/13
165/17 166/2
regularly [1]   112/22
regulations [1]   27/5
reinvested [1]   198/4
relate [2]   132/5 185/11
related [5]   93/9 132/10 156/7
185/14 195/12
relates [1]   117/2 142/19
relating [3]   53/21 56/7 58/4
relationship [6]   19/5 19/6 19/7
114/21 143/4 220/21
relatively [1]   241/19
relevancy [2]   6/6 6/17
relevant [4]   2/21 6/18 165/9
240/5
relied [2]   19/4 19/14
relying [1]   183/6
remain [3]   8/6 9/2 69/15
remains [2]   133/19 186/20
remedies [6]   124/15 124/18
124/23 125/1 125/9 125/23
remember [68]   2/10 10/7 11/9
11/9 12/3 15/1 15/16 20/2 20/5
20/8 20/10 20/13 20/21 20/23
20/24 21/21 32/3 43/17 53/16
54/11 54/14 54/15 55/6 55/12
55/20 56/3 56/5 56/8 56/18 60/4
60/5 60/8 61/20 72/25 80/22
84/5 84/6 84/6 84/10 85/7 90/3
90/4 91/19 92/24 95/9 102/19
108/13 112/12 112/14 113/11
117/15 117/17 117/18 119/14
119/16 164/18 164/25 165/1
165/6 171/24 179/22 179/25
198/17 218/9 218/11 218/15
237/14 237/15
remind [2]   48/25 50/1
reminded [1]   85/8
reminding [2]   49/9 54/8
remove [2]   136/23 190/15
removed [1]   216/18
repaid [5]   116/10 191/3 192/20
193/1 193/6
repayment [1]   116/11
repeat [3]   50/11 75/21 120/10
repeatedly [1]   153/22
repetitive [1]   225/15
Rephrase [2]   55/23 121/2

replace [1]   4/4
replacing [1]   5/13
report [4]   77/19 223/13 223/19
223/20
reported [2]   1/22 84/24
Reporter [4]   1/24 246/20 246/20
246/21
reports [15]   68/25 112/4 112/12
132/3 132/5 147/10 147/10
147/12 147/14 149/2 185/9
185/11 222/17 222/22 239/25
representations [3]   2/10 2/11
174/12
representatives [1]   42/11
represented [8]   40/8 40/12
44/23 157/14 165/12 166/1
181/17 215/1
representing [3]   7/18 41/21
101/15
represents [4]   39/24 40/4 42/7
97/12
repurchase [7]   114/2 116/3
116/16 117/4 209/7 209/11
209/15
repurchased [10]   134/5 134/12
166/23 167/1 167/2 207/16
207/19 207/23 207/25 219/2
repurchases [4]   219/13 219/16
219/18 219/22
repurchasing [5]   145/16 207/13
209/10 237/17 237/22
reputable [1]   39/3
request [7]   19/18 19/21 24/9
24/12 105/4 137/21 142/7
requested [5]   19/23 129/1
137/12 139/6 191/25
requesting [3]   23/22 137/8
198/8
require [1]   43/5
required [9]   3/19 58/23 105/3
106/22 145/9 145/10 145/12
174/3 181/20
requirement [2]   176/11 209/11
requirements [3]   142/20 142/21
148/6
requiring [2]   193/4 216/5
resale [1]   228/4
resales [2]   188/13 188/17
reside [1]   14/15
residence [1]   13/8
resold [5]   88/13 88/18 88/21
134/5 134/8
resolutions [1]   107/16
resolved [1]   93/16
Resources [1]   101/12
respect [14]   27/5 42/1 43/9
102/8 102/20 103/1 173/14 180/1
199/24 223/12 223/17 240/6
243/7 243/20
respected [1]   79/2
respond [1]   213/18
responding [1]   234/10
responds [1]   113/1
response [4]   48/21 162/23 197/1
227/23
responsibilities [2]   104/11
111/21
responsibility [2]   103/19
179/11
responsible [6]   103/2 103/8
173/23 174/16 174/22 178/12
rest [4]   98/20 207/5 207/7

Case 1:13-cr-00460-JKB Document 242 Filed 09/08/16 Page 272 of 282

**R**

rest... [1]   233/16
restricted [10]   81/8 104/5
104/8 104/15 108/17 111/20
111/20 175/16 177/2 190/13
restriction [2]   37/1 190/16
restrictions [2]   64/4 190/11
restrictive [3]   36/19 66/15
197/6
result [7]   47/7 47/25 115/24
126/19 126/21 207/4 237/6
resulted [1]   94/10
results [1]   22/14
resume [2]   8/6 132/12
resumed [1]   8/25
retained [2]   67/22 237/5
reticence [1]   179/14
retrieve [2]   87/1 242/6
return [15]   2/19 28/3 28/4 28/4
28/11 85/18 86/12 87/5 92/7
92/10 95/5 95/7 214/13 227/4
240/17
returned [1]   194/2
returns [7]   3/2 5/5 19/7 21/18
25/22 27/24 166/3
reverse [1]   3/24
review [5]   39/8 39/18 145/9
156/4 197/12
reviewed [1]   39/11 106/19
214/11
reviewing [1]   93/10
Reviews [7]   60/1 79/11 86/9
118/20 159/2 233/17 238/15
revise [1]   228/21
revised [3]   81/15 112/7 219/9
revisit [1]   240/21
RICHARD [30]   1/5 23/6 24/7 24/8
48/13 98/20 114/1 123/14 123/18
124/13 124/14 124/21 127/13
128/15 129/25 130/18 130/25
159/19 160/9 162/3 173/13 178/1
196/19 202/12 219/1 221/7 226/9
226/15 230/12 237/14
Richard Shusterman [2]   159/19
160/9
Richard's [1]   127/11
Richie [1]   227/24
rid [2]   231/5 232/16
right [200]   3/22 5/2 5/24 6/13
9/15 12/8 13/1 13/19 15/8 15/15
17/22 18/10 22/20 23/13 23/20
24/21 26/13 27/21 28/5 29/10
29/17 31/24 32/5 32/10 33/16
34/4 35/5 35/5 39/2 39/6 39/21
40/12 41/3 41/3 41/5 42/19 47/6
47/20 48/9 49/10 49/21 50/4
51/18 51/20 53/1 53/10 55/17
57/10 60/9 62/13 62/14 63/15
63/17 64/1 64/5 64/22 66/7
66/19 67/16 69/23 71/11 73/4
73/15 76/16 78/12 79/10 80/23
81/17 83/5 83/13 84/12 84/15
84/18 84/19 85/12 85/18 86/23
88/2 90/9 92/4 94/16 97/22
98/12 99/11 100/22 101/13
102/23 105/13 105/15 105/18
106/1 107/8 107/25 111/3 111/12
111/17 113/8 113/19 115/8
116/22 117/1 122/21 123/13
125/8 126/25 127/3 127/15
127/18 128/12 130/16 133/7

134/20 136/5 142/23 145/19
148/22 149/21 152/2 152/15
152/18 153/18 154/15 155/6
155/14 155/18 158/22 166/18
166/23 167/21 169/16 170/11
170/22 173/17 174/7 177/15
180/21 181/14 182/12 182/13
183/4 183/5 183/8 183/9 188/2
188/5 191/1 191/10 191/19 192/2
195/9 196/6 196/9 197/4 197/16
198/21 199/18 199/21 203/22
204/8 204/14 204/21 205/5
205/19 206/3 206/7 208/2 208/25
209/9 210/8 210/16 211/15
211/16 214/4 215/2 216/19
219/19 219/24 224/17 226/6
226/22 227/14 228/1 228/5
228/20 232/11 232/25 233/7
234/16 234/18 236/11 238/13
239/10 242/10 242/13 242/18
243/14 244/4 245/2 245/11
245/23
rightfully [3]   45/7 45/7 166/9
rights [6]   78/17 111/2 111/3
111/11 111/13 187/15
risk [7]   26/22 26/24 27/6 27/19
28/3 44/21 244/11
risks [5]   25/24 27/1 27/25 28/6
41/24
road [4]   6/16 22/8 22/9 120/9
robust [1]   238/25
role [2]   90/18 102/1
Romaszewski [1]   195/24
rooted [1]   7/19
Rosenberg [83]   11/12 11/19 18/5
19/6 25/17 29/16 30/15 32/7
43/14 45/18 47/15 54/16 59/18
63/7 63/23 69/25 95/17 130/21
135/15 136/18 139/14 140/9
151/2 153/21 161/24 162/10
162/13 162/15 162/24 163/3
163/4 163/10 169/7 172/19 173/8
173/19 174/6 176/4 176/17
176/24 176/25 177/13 181/4
189/1 189/3 189/19 190/5 193/12
195/10 195/15 197/11 197/17
199/16 199/17 199/19 200/3
201/20 202/8 202/21 203/10
207/15 208/17 211/23 213/9
213/15 213/16 213/20 214/13
214/22 221/2 221/14 221/21
222/2 225/22 227/15 227/15
227/21 229/18 229/23 231/14
231/19 234/18 242/13
Rosenberg's [3]   19/5 214/7
228/12
rotate [2]   205/13 205/14
roughly [1]   82/22
Row [1]   217/22
rule [2]   6/10 112/2
ruled [1]   55/8
rules [4]   7/20 57/13 58/18
240/21
ruling [1]   55/9
run [2]   45/24 244/11
running [3]   46/4 76/11 76/25
ruse [1]   5/19

**S**

said [57]   2/13 19/4 26/25 27/13
27/21 29/15 31/2 31/23 32/1
40/23 42/1 44/3 44/5 48/3 53/24

56/19 56/20 70/16 83/2 84/2
84/9 84/23 92/21 94/24 113/9
115/17 122/11 125/21 126/19
128/10 132/25 151/21 151/24
157/8 157/18 165/25 173/4
173/13 174/15 191/20 192/23
194/7 197/16 199/6 201/21
208/12 212/13 212/15 218/11
219/2 222/8 226/8 227/22 228/13
232/13 234/8 235/19
sale [22]   35/16 35/25 105/16
105/21 114/14 114/15 116/21
116/24 134/20 134/25 135/10
143/24 154/1 154/1 170/20
193/20 196/22 198/3 208/23
209/5 209/8 218/17
sales [2]   135/19 218/17
same [50]   9/10 35/23 61/4 63/5
63/10 63/16 73/17 73/18 73/21
74/4 74/18 75/2 75/7 79/24
79/24 80/8 94/4 94/6 94/7 94/8
96/5 97/13 97/13 97/19 98/25
103/1 115/12 115/18 115/21
129/8 136/8 150/8 154/14 156/12
157/2 157/4 157/19 158/22 166/1
170/14 170/15 189/16 211/13
211/14 227/7 232/1 233/12 238/6
238/17 244/16
sample [1]   142/7
Sanctuary [30]   18/8 25/6 25/7
25/8 25/10 25/21 28/21 29/7
29/11 29/14 29/18 34/20 34/23
35/1 35/3 35/6 35/17 37/6 40/3
40/9 61/1 65/12 73/14 74/5
79/20 88/22 114/5 138/19 187/13
187/14
Sanctuary Wealth [18]   18/8 25/6
25/7 25/8 25/10 28/21 29/7
29/11 29/14 29/18 35/1 35/17
40/9 61/1 65/12 114/5 138/19
187/13
Sanctuary Wealth's [1]   25/21
Sandra [1]   195/24
Sandra Romaszewski [1]   195/24
Sandy [1]   221/17
satisfaction [1]   105/4
save [1]   162/19
savvy [1]   89/11
saw [27]   64/6 66/5 106/11
111/20 112/23 131/18 147/1
149/5 160/9 160/10 160/12
171/25 177/18 179/20 182/11
182/18 182/19 187/7 187/18
191/8 201/13 209/1 218/5 224/5
225/9 229/7 237/18
say [40]   6/10 19/3 28/7 32/7
33/17 33/24 42/6 53/25 66/25
70/10 92/13 100/8 102/14 105/8
116/13 117/8 118/1 118/4 122/18
126/22 148/3 161/7 164/8 164/10
165/25 175/10 178/4 179/1
194/20 194/22 194/25 203/13
203/24 210/5 213/25 218/16
222/11 227/20 232/17 234/1
saying [43]   8/24 27/12 32/15
37/5 50/15 55/20 55/21 55/22
67/24 78/6 99/12 102/19 125/1
126/5 126/23 132/23 148/17
152/3 152/5 155/11 155/11
169/14 170/22 171/14 179/7
181/25 194/15 194/16 194/17
194/18 196/11 197/16 197/24

Case 1:13-cr-00460-JKB Document 242-34 Filed 09/28/15 Page 278 of 284

**S**

saying... [10]  201/15 201/15
202/24 207/6 208/22 218/12
218/16 234/5 236/19 245/5
says [103]  8/16 22/21 23/20
23/21 24/8 26/3 40/11 41/23
42/5 50/1 56/16 56/17 59/18
62/7 66/6 76/10 76/13 77/3
77/13 78/5 78/11 78/12 80/14
96/13 98/20 100/1 100/8 101/20
104/9 110/25 111/8 111/8 114/9
116/2 116/4 116/13 116/14
116/15 116/16 116/19 117/6
117/7 122/4 123/7 123/14 124/1
124/1 124/16 124/21 124/23
124/24 125/13 127/12 127/17
129/5 130/19 130/20 133/1
134/23 137/3 139/15 147/4 151/6
152/22 153/14 154/18 156/2
162/2 162/10 164/16 168/4
173/13 176/25 177/13 178/1
190/23 191/2 191/6 193/23 194/8
194/21 194/25 195/1 196/20
197/12 202/19 202/19 209/13
210/3 212/13 215/24 215/25
219/7 221/20 222/2 222/7 226/6
226/24 226/25 227/2 227/11
228/10 239/2
scale [1]  77/1
scenario [1]  231/13
schedule [13]  60/21 61/7 61/7
74/9 74/10 80/4 96/12 150/20
243/23 244/3 244/4 244/5 245/20
scheme [6]  53/22 56/7 58/4
120/19 140/5 175/2
scope [18]  87/12 150/4 150/5
157/8 157/8 157/15 157/18
157/23 158/2 158/11 158/13
158/14 159/1 159/12 159/24
172/17 172/20 172/24
screen [4]  8/14 69/19 133/1
157/16
screening [1]  157/15
screens [2]  8/10 8/11
screwed [2]  173/16 176/16
scroll [2]  205/23 220/8
sealed [2]  10/7 10/11
searched [1]  114/24
searches [1]  240/6
seated [7]  7/25 69/12 133/16
186/10 186/17 239/19 240/20
sec [1]  170/14
second [36]  13/1 60/14 60/23
60/25 61/8 62/4 62/4 64/23
69/25 70/4 93/18 93/20 114/5
123/22 123/24 123/25 131/9
133/25 134/1 136/11 142/4
143/10 150/12 153/14 172/7
173/12 177/1 211/20 214/10
226/5 231/16 233/7 235/12 238/4
238/12 244/18
second-to-last [2]  173/12 177/1
secondary [5]  23/17 77/10 77/18
168/10 238/25
secondly [1]  242/25
seconds [1]  8/18
section [18]  10/6 10/10 11/6
37/24 39/22 39/23 96/22 97/3
97/6 104/25 105/2 107/4 114/13
115/10 118/8 124/4 124/11 187/1
Section F [1]  107/4

sections [2]  36/9 168/3
111/12 111/14 114/19
see [111]  6/19 7/1 7/13 20/5
22/21 23/19 24/5 24/7 24/11
24/18 30/21 31/22 34/9 35/18
37/9 37/16 42/5 49/15 50/23
50/24 51/1 54/25 56/11 57/14
58/7 59/14 59/19 59/19 59/20
59/23 61/19 61/25 62/6 70/2
70/5 74/13 76/21 77/6 77/6 80/7
95/22 101/2 101/9 102/17 106/15
118/9 118/21 125/13 128/25
136/17 138/3 138/18 140/12
140/25 141/7 141/16 146/19
147/21 150/18 151/11 151/24
154/5 154/13 158/18 158/24
164/5 166/7 166/18 171/23 172/1
172/2 172/17 176/25 182/12
183/18 183/19 186/3 193/9 197/9
198/10 203/18 203/25 204/12
205/4 205/5 205/18 205/22 206/7
217/10 218/20 219/10 219/23
220/11 220/12 220/24 223/6
223/10 224/2 224/5 224/7 224/11
224/12 224/17 224/22 225/15
225/20 226/17 226/24 233/8
238/14 243/18
seeing [1]  168/6
seek [3]  168/9 168/9 168/24
seeking [3]  27/24 191/8 194/11
seem [2]  23/24 24/2
seemed [1]  110/1
seems [5]  87/14 197/24 202/16
237/3 245/19
seen [33]  16/23 17/5 36/12 37/3
50/6 50/7 50/12 50/20 51/4 51/8
52/3 61/12 66/2 67/7 67/21 68/2
68/16 70/23 98/10 98/19 102/10
102/14 124/4 131/14 131/16
164/13 187/2 187/4 202/14
202/19 208/16 230/11 237/25
sell [4]  27/14 27/14 178/1
196/20
seller [11]  27/15 42/10 42/17
96/23 96/24 106/13 106/16
106/23 106/24 144/9 145/2
seller's [1]  42/10
sellers [1]  27/4
selling [6]  106/17 151/13
166/24 167/4 192/17 200/16
send [7]  76/20 99/11 112/21
149/5 159/20 162/5 221/22
sending [4]  112/19 148/19 197/2
203/12
sends [4]  78/24 81/14 197/11
224/25
sense [4]  44/14 72/20 165/14
221/4
sent [46]  23/13 45/11 52/6
64/23 65/1 76/6 76/14 76/16
76/19 77/5 86/23 114/18 131/2
137/2 137/5 137/7 137/12 137/14
137/20 139/6 141/23 145/3 146/1
147/17 148/15 149/6 149/12
156/4 160/9 160/10 160/11
161/14 172/11 193/6 194/4
194/12 202/17 204/1 204/4
206/25 219/12 219/16 222/4
222/22 224/16 227/10
sentence [1]  27/25
sentences [1]  123/5

separate [1]  168/25
September [7]  216/15
217/1 217/6 217/7 217/11 220/12
221/23 222/10 230/9
September 15th [2]  216/15 217/6
September 28th [2]  221/23
222/10
September 4th [1]  217/11
series [1]  112/18
serious [1]  241/14
services [2]  72/5 112/22
set [13]  11/25 18/7 29/14 29/15
55/24 91/25 104/4 177/4 178/20
179/3 188/12 196/16 221/16
setoff [1]  192/14
sets [2]  97/5 97/5
seven [5]  15/17 15/18 15/18
15/22 160/20
seventy [1]  63/22
seventy-five [1]  63/22
several [3]  3/17 12/17 102/25
shall [6]  10/19 105/4 105/10
107/6 200/12 200/17
Shao [1]  1/20
shape [7]  54/5 102/3 103/5
103/20 110/17 175/22 217/2
share [1]  208/6
shared [2]  136/3 144/2
sharing [1]  66/23
she [6]  19/7 20/15 50/2 50/3
109/2 202/8
she's [2]  109/3 109/4
sheet [4]  35/15 60/19 94/12
217/8
short [4]  12/5 134/9 177/19
178/3
shortly [1]  109/15
shot [1]  185/24
should [28]  4/3 4/11 5/20 85/5
113/2 123/9 123/12 123/19
123/19 124/13 125/10 126/10
133/11 160/4 160/5 160/5 162/10
162/24 187/8 189/5 189/5 196/15
196/15 196/16 196/17 196/20
215/5 240/22
shouldn't [1]  85/4
show [37]  4/7 16/22 17/3 17/4
24/4 24/4 49/24 54/25 58/6
58/13 89/1 102/6 118/7 118/18
136/24 149/7 153/1 175/3 175/14
182/11 189/17 205/10 216/20
233/8 238/6 238/11 238/24
showed [4]  102/19 117/15 170/24
208/21
showing [3]  118/15 208/23 217/1
shown [10]  2/15 9/17 50/8 50/12
76/1 80/19 81/1 85/24 89/2
179/13
shows [6]  102/4 137/25 141/19
150/19 176/3 217/11
shuffle [1]  84/24
SHUSTERMAN [135]  1/5 18/5 18/24
18/25 19/2 19/12 19/22 20/17
21/18 22/13 24/17 25/16 29/16
32/21 32/24 36/14 37/7 38/8
38/14 40/13 40/19 42/2 43/10
43/13 44/9 46/5 46/7 47/4 47/5
48/15 49/13 49/18 49/23 50/1
50/17 51/3 52/6 52/14 54/17
61/9 61/15 64/19 65/13 66/25
67/25 71/6 75/13 75/17 76/3
76/7 76/15 77/5 77/9 78/5 81/14

Case 1:13-cr-00460-JKB Document 242 Filed 09/08/16 Page 276 of 284

**S**

SHUSTERMAN... [80]  95/16 98/16
99/17 99/23 102/1 110/16 113/1
113/17 122/2 125/22 126/20
136/17 136/19 140/13 142/14
142/15 142/16 143/5 146/19
146/22 147/7 147/23 152/10
154/16 154/23 155/24 159/19
159/22 160/9 160/23 160/24
161/23 162/9 162/13 165/11
166/1 166/15 166/20 168/25
169/6 171/25 173/25 174/7
175/17 176/4 176/11 177/8 181/3
184/1 189/4 190/4 190/15 193/4
193/13 194/5 194/12 194/23
195/10 195/25 197/11 199/20
200/4 201/13 202/2 202/17
203/12 207/15 208/1 208/17
208/22 209/24 216/20 221/14
226/20 227/2 231/4 231/9 231/15
237/5 238/23
Shusterman's [9]  19/18 38/23
43/21 65/8 65/25 143/2 181/12
194/19 195/14
shy [1]  241/23
sic [18]  3/22 21/19 33/4 46/9
47/23 60/24 78/13 78/17 79/1
102/20 114/13 114/17 163/9
167/22 175/22 175/23 180/13
236/13
side [3]  24/7 112/2 204/14
sideways [1]  205/12
sign [17]  39/14 40/21 189/4
189/6 190/22 191/14 193/16
193/24 194/6 194/10 194/19
194/21 194/23 194/24 195/1
222/5 237/14
signal [1]  8/16
signatore [1]  102/2
signatories [2]  105/4 108/20
signatory [1]  103/10
signature [6]  101/10 114/10
114/11 198/19 221/18 223/10
signed [26]  11/7 11/11 31/14
31/14 31/18 31/18 38/5 39/22
39/23 40/5 40/6 44/22 62/24
76/3 87/8 101/15 105/23 142/14
189/1 189/19 191/23 199/21
200/22 200/25 201/2 201/17
signers' [1]  195/11
significant [7]  3/6 4/7 5/18
19/1 33/10 33/12 114/4
signing [3]  11/9 198/16 201/20
similar [4]  60/16 65/7 123/12
224/22
simple [4]  56/13 63/23 67/9
87/14
simpler [1]  169/3
simply [2]  217/2 231/2
since [21]  3/14 12/23 17/6
18/24 20/15 31/10 39/6 103/9
106/8 119/6 120/23 123/16
123/17 139/25 143/22 167/24
172/7 172/17 178/5 178/14 184/7
single [7]  122/25 182/21 188/23
189/18 201/24 213/18 214/8
sir [11]  5/11 55/25 57/22 88/6
120/16 121/4 126/22 127/10
158/22 159/6 175/6
sit [3]  84/25 176/4 234/2
situation [36]  17/19 22/24 23/3

25/12 30/1 31/21 33/15 34/7
31/1 37/1 41/2 42/1 51/8 70/9
107/4 111/19 115/6 121/17
128/24 130/17 131/6 151/5 163/9
167/13 182/2 189/25 197/5 211/1
211/19 219/25 229/14 232/25
235/25 236/25 237/12 237/15
237/17
six [4]  15/18 15/22 132/21
160/20
size [1]  131/1
Slice [4]  211/2 211/4 211/6
239/3
Slice Eight [3]  211/2 211/4
211/6
Slice Two [1]  239/3
slight [1]  243/24
slightly [1]  244/5
Slota [1]  243/6
smaller [2]  141/1 225/16
smart [1]  166/16
Smith [2]  8/17 69/20
smooth [1]  199/19
smoothly [1]  111/24
sneak [1]  66/19
so [232]  3/6 6/3 6/9 6/14 7/8
12/20 14/1 15/10 15/17 17/23
22/2 22/12 24/2 24/5 24/12
24/18 30/5 30/16 33/3 33/9
33/17 33/20 34/1 34/7 34/12
34/24 37/12 37/19 38/14 40/8
40/19 41/7 43/23 44/1 44/15
44/17 44/25 46/17 47/6 47/14
50/1 50/2 50/3 51/5 52/16 53/10
54/2 58/17 59/3 59/19 60/3 60/4
62/2 63/4 63/13 64/5 66/2 66/9
66/18 67/7 67/7 70/8 70/17 71/2
71/6 71/7 72/6 72/11 73/2 73/3
73/10 78/1 79/20 83/17 83/18
84/18 84/21 87/7 87/8 87/9
88/20 88/24 89/4 90/9 90/14
91/22 92/4 92/21 93/12 94/16
95/1 96/2 96/16 98/10 98/10
99/21 99/22 100/11 102/23 103/8
103/19 105/19 106/22 107/13
109/4 109/15 110/7 111/1 112/7
114/11 115/2 115/4 115/20
116/23 117/4 118/16 125/14
126/14 128/17 129/6 129/10
129/11 130/9 130/16 132/23
133/9 133/12 135/2 136/4 138/9
138/25 139/7 139/24 140/2 140/8
141/22 145/5 146/19 146/25
147/6 147/20 148/8 148/24 152/2
154/23 156/17 159/11 160/6
163/5 163/24 164/7 165/18 166/9
166/24 168/18 172/5 172/7 172/9
173/9 178/10 178/14 179/5
179/10 179/11 179/14 181/6
181/10 182/12 182/22 183/11
183/24 185/25 187/3 188/12
189/8 191/7 192/8 192/13 194/12
195/14 197/4 198/6 199/16
199/17 202/3 204/25 205/1
205/18 208/10 209/1 209/18
211/15 212/17 212/19 212/21
213/7 214/14 214/23 215/7
218/16 220/16 221/3 221/21
222/8 222/21 224/13 224/24
225/25 226/14 227/20 228/3
228/23 230/1 231/25 232/17
232/20 234/1 234/20 234/25

237/9 238/14 241/6 241/13 242/2
242/8 242/9 242/16 243/18 243/25
244/4 244/11 244/22 245/11
sold [11]  88/24 123/13 131/3
134/12 167/8 192/19 197/21
210/3 210/6 210/10 211/16
solely [1]  42/16
solidly [1]  244/9
solitary [1]  201/24
solo [1]  109/13
solve [1]  227/19
solved [1]  8/17
some [89]  5/8 7/6 11/7 11/9
12/23 13/3 13/12 14/20 16/1
16/18 19/1 21/12 22/3 23/9
24/20 30/4 30/22 33/13 44/7
45/16 45/17 45/21 53/20 61/14
68/5 72/9 74/2 76/17 76/18
79/14 79/15 85/16 86/2 88/24
90/18 91/24 92/2 92/10 93/3
109/8 110/1 110/7 114/22 115/13
130/10 139/20 142/18 147/20
148/11 148/13 149/5 150/2
157/13 162/19 164/13 165/15
166/8 167/15 168/9 170/16
170/25 179/13 192/10 194/1
197/5 198/6 198/7 207/18 210/6
212/14 212/15 212/25 214/20
217/1 219/6 220/5 222/8 225/23
225/24 229/11 231/7 235/4
240/21 243/8 243/8 243/14
245/15 245/17 245/18
somebody [5]  21/3 67/16 109/4
176/20 229/17
somebody's [2]  220/17 241/9
somehow [3]  232/14 232/16
245/25
someone [6]  5/19 20/12 21/8
24/15 109/11 128/1
someone's [1]  201/23
something [41]  6/11 9/16 16/23
21/9 21/10 21/10 28/10 28/10
28/15 42/3 49/22 54/8 55/21
58/25 65/24 76/17 85/8 92/17
95/18 106/18 114/24 125/25
126/15 127/13 128/15 139/5
140/9 159/22 165/9 168/10
168/11 169/22 181/10 184/2
185/25 187/22 191/20 191/25
192/8 216/16 231/3
something's [1]  168/6
sometime [2]  14/7 190/1
sometimes [3]  58/18 132/22
184/18
somewhat [1]  46/16
somewhere [3]  77/18 135/6 231/3
soon [1]  161/1
sophisticated [8]  39/25 40/9
40/25 89/12 97/12 97/24 98/3
122/11
sorry [12]  28/18 35/5 75/21
117/21 129/16 129/17 130/4
130/5 154/8 161/21 217/19
242/22
sort [22]  28/11 48/4 59/1 61/14
66/16 76/18 93/5 114/22 131/14
140/14 161/2 168/10 177/8 197/5
198/6 198/7 198/17 233/5 241/15
241/23 242/7 245/14
sought [1]  229/22
sound [2]  33/15 243/11

## S

source [5] 79/2 181/16 183/3 188/5 188/8
sources [2] 147/12 240/8
spanning [1] 80/15
SPE [8] 107/11 107/17 107/21 107/22 188/4 188/21 205/2 223/18
speak [10] 98/21 100/2 111/1 115/2 173/9 205/1 212/21 229/25 230/1 241/12
speaking [7] 20/10 20/13 20/18 35/16 48/24 55/12 90/3
Special [1] 1/20
specific [7] 11/1 44/9 144/5 144/6 156/6 158/8 168/13
specifically [4] 54/2 56/5 167/6 191/20
speculative [3] 28/2 28/7 28/9
spelling [1] 228/22
spent [5] 46/11 46/14 102/16 119/9 175/14
Spielman [13] 2/25 109/18 109/19 109/20 109/22 222/18 222/23 223/8 223/9 224/1 224/25 242/22 242/24
spilled [1] 15/1
spirit [1] 196/10
spoke [8] 12/9 20/14 43/22 193/15 194/5 194/13 219/1 229/24
spoken [2] 20/12 89/25
spots [1] 164/5
spreadsheet [1] 203/20
square [2] 118/18 158/23
stage [1] 17/9
stand [7] 8/5 8/6 9/1 58/25 133/19 241/21 241/25
standard [1] 192/10
start [10] 5/8 6/16 17/17 127/3 161/22 165/23 221/3 240/24 241/2 242/23
started [3] 110/6 138/1 148/14
starting [2] 38/16 219/23
starts [3] 48/20 173/9 241/11
state [1] 200/11
stated [1] 54/19
statement [6] 41/2 64/5 139/25 146/4 175/20 175/21
statements [2] 5/9 107/15
states [9] 1/1 1/3 1/6 12/10 12/21 16/16 193/17 195/2 198/2
stay [4] 14/1 58/23 241/19 242/8
staying [1] 99/10 241/24
stealing [6] 45/22 51/15 51/18 51/22 68/9 68/9
stenographic [1] 246/16
step [5] 103/14 127/6 185/19 231/16 239/20
steps [2] 116/9 117/3
still [4] 89/3 96/5 166/20 232/12
stipulates [1] 190/25
stole [1] 37/19
stop [5] 9/12 41/13 120/7 131/24 241/12
stopped [1] 161/3
stopping [1] 132/14
story [1] 51/6
straight [1] 232/13
straighten [2] 9/13 99/9
strata [1] 239/12
strat [1] 153/7
strats [7] 152/20 152/22 153/5 153/6 153/6 153/10 162/6
Street [1] 1/24
stress [1] 230/24
strictly [1] 92/6
strike [2] 201/22 202/3
struck [1] 99/16
structure [1] 92/3
stuff [3] 185/25 202/25 203/11
stumbling [2] 93/12 93/15
stupid [1] 228/3
stylistic [1] 215/16
subject [4] 7/17 48/18 116/20 210/15
subjects [1] 15/23
substantial [8] 44/22 109/11 109/12 122/5 166/3 166/21 184/9 243/8
substantially [1] 78/16
success [2] 200/22 227/7
such [14] 10/20 10/24 12/13 38/15 42/12 55/22 61/19 70/5 104/12 129/7 129/9 139/9 196/18 240/8
sudden [3] 206/19 224/23 224/24
suffice [1] 24/23
suggest [3] 5/1 30/18 166/10
suggested [2] 49/23 50/25
suggesting [3] 7/9 85/4 131/13
suggestions [1] 122/21
suggests [2] 50/9 127/24
suitable [1] 44/21
sum [7] 63/16 63/19 114/3 116/3 116/18 192/18 200/12
summaries [3] 148/12 149/7 243/3
summarizing [4] 213/15 213/17 213/18 214/8
summary [8] 25/12 26/22 104/13 211/7 228/21 228/24 229/7 230/2
summer [1] 158/1
sums [1] 184/17
supplement [2] 10/7 10/11
supplier [2] 143/14 143/23
support [2] 4/2 68/11
supported [1] 23/22
suppose [1] 44/17
supposed [7] 112/13 117/3 119/21 163/22 165/12 182/25 224/14
supposedly [1] 157/21
sure [48] 8/17 9/12 19/17 21/22 21/23 21/25 28/14 30/9 33/5 35/18 36/4 39/9 55/9 57/5 57/7 70/23 79/7 84/23 84/25 87/9 87/23 88/20 96/1 102/4 102/13 108/7 111/23 138/17 144/17 153/6 153/12 157/18 158/20 168/19 202/24 211/13 220/19 222/3 224/12 225/25 231/19 231/19 231/22 237/1 243/10 244/8 244/15 245/20
surface [1] 197/13
surprised [1] 189/8
surprising [2] 189/3 202/3
survey [2] 126/11 126/14
survives [1] 6/6
suspect [2] 98/10 239/13
sustained [8] 43/6 54/21 55/23

88/3 119/18 120/6 121/1 125/19 126/4 277/1
switch [2] 8/10 8/11
SWORN [1] 9/5
sympathize [1] 58/19
system [1] 241/3

## T

table [3] 7/4 7/8 17/15
tad [1] 211/10
take [51] 2/3 28/12 36/22 36/24 39/7 39/8 52/11 58/24 64/2 64/7 68/21 69/7 71/13 71/13 71/17 78/7 78/13 79/17 88/8 88/8 104/16 111/1 111/3 111/5 131/25 132/15 142/3 143/7 163/5 164/12 183/25 185/5 198/19 207/9 217/14 228/4 240/14
taken [12] 11/23 11/24 37/2 45/18 51/19 69/10 105/8 132/18 138/10 183/11 186/9 188/17
taking [3] 193/4 193/19 193/25
talk [15] 22/4 26/5 43/23 60/14 83/11 123/1 131/16 147/9 152/20 158/1 159/9 167/10 176/25 192/19 193/1
talked [61] 2/6 2/9 9/10 9/15 9/25 10/5 10/6 10/15 12/3 18/3 18/7 18/10 21/8 21/20 28/21 36/21 52/15 54/1 54/4 54/7 54/9 56/10 60/5 70/13 71/20 72/2 80/9 81/5 81/8 82/17 85/21 88/6 91/6 92/11 94/10 107/8 108/12 108/18 111/19 111/25 117/15 123/6 124/18 128/2 135/3 136/7 158/4 164/18 168/2 168/5 177/18 187/18 201/14 209/25 216/2 226/23 231/17 234/21 235/14 236/3 237/12
talking [60] 3/13 11/20 15/17 15/17 21/22 35/8 43/16 43/17 46/17 46/19 46/20 46/24 47/1 52/16 55/15 56/3 56/8 67/18 83/20 86/14 88/17 91/9 96/3 102/11 102/11 103/16 112/9 116/23 116/24 117/19 121/6 123/15 125/9 125/25 135/10 135/18 155/11 155/12 159/14 161/21 166/19 171/6 174/19 184/9 198/15 199/1 210/2 213/20 221/8 229/2 230/8 231/4 233/6 233/18 238/1 238/2 240/24 241/12 244/15 244/15
talks [7] 96/22 156/19 199/1 200/15 207/16 207/22 237/1
tape [2] 11/20 11/20
tape-record [2] 10/21 11/20
tax [7] 2/19 3/2 3/18 5/5 85/17 86/12 87/5
taxable [5] 3/5 3/24 4/5 4/7 4/8
taxes [5] 84/9 84/13 85/10 85/16 110/3
Taylor [4] 64/16 98/24 113/16 115/23
technically [1] 118/14
Technologies [2] 77/2 143/3
technology [1] 62/8
telephone [1] 11/8
tell [26] 18/12 19/11 19/12 19/14 21/6 28/17 49/7 55/20 56/9 57/22 57/24 87/8 119/10

Case 1:13-cr-00460-JKB Document 291 Filed 09/08/16 Page 278 of 284

**T**

tell... [13]   121/5 135/18
 135/21 135/24 135/25 153/2
 158/10 167/8 167/9 200/15
 227/24 235/6 242/20
telling [30]   15/11 20/2 20/8
 27/19 28/5 36/4 37/12 50/18
 54/14 54/15 60/5 61/7 65/9
 66/22 67/2 67/8 67/10 68/3
 68/13 68/14 85/6 99/6 102/13
 119/24 124/9 138/15 163/22
 172/19 189/9 189/9
tells [8]   99/13 99/14 100/7
 100/11 137/22 154/16 191/14
 200/15
template [2]   122/17 122/18
tends [1]   68/11
tentatively [1]   2/15
term [2]   18/17 26/6
terminology [1]   161/2
terms [26]   17/13 18/11 42/17
 78/13 92/10 94/4 96/25 99/17
 100/24 101/19 145/3 189/20
 193/5 194/10 195/17 197/6
 200/12 200/16 201/2 201/4 201/5
 203/3 203/12 209/14 240/9
 241/17
tertiary [2]   77/10 77/18
testified [5]   19/15 56/20 93/21
 120/17 160/3
testify [2]   10/14 106/25
testifying [6]   14/5 15/7 16/20
 50/24 83/25 213/15
testimony [6]   11/16 17/6 52/22
 102/16 138/10 237/13
than [27]   38/8 44/5 44/7 50/25
 51/5 68/14 71/10 77/20 78/9
 111/7 130/2 132/13 132/14
 151/18 152/1 152/4 154/24 155/3
 168/11 178/5 180/13 184/23
 206/22 211/10 229/7 243/24
 245/24
thank [29]   7/23 9/4 9/21 9/22
 18/1 35/21 57/20 59/9 69/17
 69/21 74/23 79/8 129/18 129/18
 130/6 133/21 149/23 159/6
 171/11 185/21 186/8 186/22
 200/21 205/16 233/24 239/19
 240/17 240/18 246/3
Thanks [1]   113/6
that [1597]
that's [207]   2/16 3/13 3/20
 3/21 3/21 6/19 7/10 7/12 7/13
 7/14 8/13 9/24 10/14 11/3 13/4
 20/2 21/19 24/2 24/24 26/3
 26/11 26/16 32/14 32/17 33/10
 33/10 33/18 35/22 35/23 38/13
 40/2 40/5 40/11 40/12 40/22
 41/2 41/11 41/21 41/23 42/19
 44/22 46/24 47/22 47/23 48/8
 48/8 50/13 53/16 57/10 59/3
 60/20 66/11 67/2 71/17 72/1
 73/6 73/11 74/25 76/13 77/3
 79/24 81/16 82/12 82/19 83/17
 89/2 96/16 98/16 99/7 99/13
 101/10 101/12 101/22 102/13
 102/14 103/16 104/15 105/6
 105/6 105/15 108/22 113/10
 114/9 114/19 114/20 114/24
 114/25 115/10 116/4 116/19
 117/5 117/9 117/23 119/20 121/1

124/16 124/23 124/24 125/24
 126/4 126/20 127/2/3 128/2 129/4
 130/20 131/22 137/2 137/3
 138/20 140/12 140/13 140/18
 145/7 148/18 149/18 149/21
 150/1 150/19 152/4 152/6 153/20
 154/18 155/3 156/8 156/8 157/6
 160/7 161/12 161/22 163/3 163/4
 163/24 163/25 164/22 175/19
 175/19 175/20 179/6 179/13
 180/10 184/2 184/4 184/6 184/7
 187/3 189/3 190/18 191/2 191/19
 191/22 191/25 192/10 193/1
 193/8 194/4 194/7 194/8 194/9
 194/14 194/16 195/10 196/10
 197/16 197/16 198/21 198/22
 199/6 200/9 201/21 203/8 205/15
 205/19 206/25 207/3 207/5
 207/21 209/17 210/7 210/7
 210/22 211/14 211/16 213/2
 214/20 214/21 216/9 216/24
 220/23 221/20 222/7 224/9 226/4
 227/10 227/11 228/10 232/22
 234/4 234/16 236/19 237/4 241/1
 241/10 241/13 241/25 242/8
 242/21 243/9 244/13
the Line 5 [1]   154/19
the stealing [1]   68/9
the two-day [1]   12/20
their [21]   20/19 30/13 89/14
 91/25 91/25 92/11 93/9 103/14
 111/11 111/13 144/4 165/19
 165/19 165/23 181/2 204/20
 208/6 220/21 234/21 234/22
 235/1
them [142]   12/12 12/16 12/23
 14/2 15/23 15/25 16/1 16/9
 16/18 18/16 18/21 19/7 19/11
 19/12 21/8 21/13 21/15 21/20
 23/9 24/21 27/16 28/5 30/4 30/9
 30/10 30/13 30/17 30/18 31/19
 32/17 33/22 33/25 43/11 43/12
 46/12 47/17 48/1 50/23 53/23
 54/16 55/13 55/14 55/15 55/16
 56/3 56/4 56/6 56/9 56/10 57/23
 57/24 58/1 58/2 58/20 58/20
 65/9 70/9 73/19 73/20 74/1 74/3
 78/11 89/21 91/4 91/4 92/13
 95/18 98/17 99/14 99/15 100/24
 102/17 106/24 111/5 111/5 111/5
 116/10 118/1 118/4 119/10
 120/23 121/5 121/6 121/7 121/8
 124/10 133/14 135/21 135/24
 136/2 136/3 136/5 136/8 136/10
 139/18 139/21 139/24 139/25
 140/2 140/3 143/13 143/18
 143/19 143/23 148/3 148/5
 148/14 153/11 153/12 153/13
 158/2 158/9 158/10 158/11
 158/13 159/9 168/19 182/25
 186/15 194/13 195/8 208/4
 208/21 209/2 209/20 214/20
 219/6 225/11 229/22 229/24
 230/2 230/2 232/1 232/3 232/4
 232/9 232/23 235/1 235/5 239/15
 243/10 243/15
themselves [2]   43/4 111/5
then [122]   5/3 6/19 6/23 7/1
 11/16 14/7 14/9 15/10 15/10
 15/12 16/9 18/7 24/10 29/22
 32/10 35/10 37/8 37/12 37/13
 39/3 39/11 47/6 49/12 50/15

51/10 54/25 56/16 56/18 60/14
 63/7 68/23 72/8 70/12 71/19
 72/9 77/22 78/3 78/5 78/15
 79/23 82/15 83/1 83/6 88/7
 88/11 92/2 95/2 95/20 95/22
 106/8 109/8 112/11 113/1 116/10
 121/13 127/17 128/25 134/21
 134/24 141/20 149/5 152/20
 156/18 161/6 161/11 161/13
 162/2 162/9 162/23 163/5 170/5
 171/4 175/11 178/4 181/1 182/3
 192/2 192/16 196/20 197/14
 201/10 201/19 204/14 204/20
 204/23 205/18 205/25 206/3
 206/8 206/12 206/19 206/21
 208/2 211/10 212/4 216/12
 218/12 220/11 223/2 224/18
 224/22 224/22 224/23 225/17
 226/5 227/20 227/24 228/5
 230/18 231/14 232/17 234/8
 234/9 237/2 242/5 242/13 242/25
 243/5 243/6 245/13 245/15
 245/17
theory [1]   2/23
there [231]   3/22 5/17 6/1 8/15
 13/14 13/17 13/17 13/18 13/21
 14/20 17/21 20/6 21/25 22/21
 22/24 23/9 24/7 24/18 25/13
 25/25 26/8 26/9 26/10 26/14
 27/8 27/8 27/12 27/13 27/21
 28/1 28/8 30/21 31/17 31/20
 34/12 35/15 36/18 36/21 37/1
 37/3 37/8 37/10 41/2 42/20 43/8
 43/23 46/13 49/13 49/17 51/8
 52/2 52/3 52/7 57/12 58/11
 59/19 60/15 61/14 62/7 63/1
 63/1 63/17 64/4 66/11 66/14
 66/15 66/15 67/19 67/20 68/5
 68/6 70/2 70/5 74/21 75/6 77/10
 77/15 78/23 80/16 89/6 90/6
 91/21 91/24 92/10 93/25 94/21
 95/5 96/14 97/3 97/5 100/2
 101/10 101/12 101/24 102/5
 102/22 106/4 106/20 107/1
 111/21 111/25 114/10 114/15
 115/8 115/13 115/13 117/2 117/6
 121/17 122/18 122/25 129/21
 130/1 130/10 130/16 131/11
 131/12 131/14 133/4 134/20
 134/20 136/15 137/17 137/25
 138/18 139/1 139/20 141/3 141/3
 141/16 141/17 142/4 142/8 145/2
 145/6 145/11 145/18 145/25
 147/2 149/25 151/7 151/8 151/11
 151/23 153/5 153/6 159/21 160/1
 160/1 164/14 165/15 167/3
 167/15 168/12 169/8 172/4
 172/10 175/5 175/13 175/23
 176/1 176/5 176/10 178/21 179/1
 181/12 181/16 182/3 182/9
 182/23 183/6 184/5 187/8 187/15
 188/15 188/19 188/20 191/22
 192/9 194/13 195/9 197/19 198/2
 198/20 200/4 201/25 202/11
 204/9 205/13 206/7 209/6 209/10
 209/11 209/12 209/12 209/13
 209/14 209/15 209/16 211/19
 211/23 212/6 212/16 215/16
 215/24 217/6 217/12 217/12
 218/5 218/23 219/23 219/24
 220/4 220/6 220/13 223/4 223/6
 224/18 224/18 225/16 228/19

Case 1:13-cr-00460-JKB Document 272 Filed 09/08/16 Page 279 of 284

**T**

there... [10]  228/23 228/24
234/1 234/11 235/21 237/12
237/13 239/8 242/3 242/8
there's [49]  2/3 17/15 26/22
27/15 45/1 51/5 59/3 66/3 66/18
68/14 73/9 75/17 79/9 80/12
82/5 82/5 96/13 96/22 99/21
99/24 101/25 110/15 113/20
114/21 117/4 119/25 120/11
134/21 138/22 138/23 143/10
151/8 158/23 162/23 163/9
168/12 171/7 175/19 175/21
204/9 209/13 212/4 214/12
215/11 217/21 220/5 224/24
235/9 237/3
thereafter [1]  93/21
therefore [3]  4/9 5/20 125/10
thereof [1]  221/9
thereto [1]  3/8
these [121]  3/25 4/4 15/23
16/14 16/16 18/7 20/24 23/13
24/15 26/6 26/13 27/14 30/11
30/24 31/11 31/13 32/1 32/12
33/3 33/21 34/16 38/2 39/2 43/9
43/9 44/20 47/3 47/22 54/14
55/13 55/16 56/2 57/9 57/24
66/20 66/22 73/1 81/4 81/5
82/16 82/22 83/9 88/6 88/7
88/11 88/11 88/11 88/12 105/2
110/15 121/11 123/15 123/20
124/22 127/10 127/14 130/8
133/6 135/5 135/10 138/15
144/23 147/9 147/10 147/11
148/9 148/11 148/12 148/13
148/25 160/5 161/2 161/9 162/6
162/25 163/14 166/21 167/7
167/11 167/16 167/25 169/11
170/5 172/14 174/14 180/10
184/22 187/12 187/13 187/18
188/22 189/18 189/25 199/13
199/15 200/8 201/2 201/22 203/2
203/12 206/19 208/6 210/24
213/10 217/1 219/13 219/25
220/15 222/17 222/21 223/3
225/16 225/18 226/9 227/18
229/21 230/13 230/14 231/4
239/14 243/7
they [164]  3/1 4/16 16/1 16/3
16/4 16/23 16/23 17/3 17/4
18/18 18/18 18/20 18/21 21/4
21/6 23/9 24/23 30/3 30/6 30/14
30/16 31/2 31/6 31/14 31/22
34/19 34/20 38/17 38/17 38/18
38/24 43/5 54/3 54/4 54/17
55/17 60/7 67/7 71/2 74/1 74/5
74/5 74/6 77/17 78/11 81/6 81/7
83/12 88/13 88/20 89/4 89/7
89/10 89/11 91/20 91/22 91/22
92/4 92/5 92/6 92/8 92/9 92/11
93/9 94/15 95/2 97/22 98/22
102/17 102/19 103/7 103/8
103/19 106/17 108/21 108/21
109/7 109/8 109/10 109/11
109/13 110/25 111/2 111/5
111/13 111/15 116/5 116/6
116/11 116/11 117/8 121/6
123/21 134/3 136/4 141/6 143/4
144/10 144/10 144/11 144/13
147/17 148/14 148/20 148/20
148/22 149/3 149/4 154/14

156/15 158/14 167/7 171/2
176/10 177/23 177/24 178/5
179/8 179/9 179/11 179/12
179/13 179/24 182/12 182/15
182/15 183/4 183/8 183/8 189/16
189/17 189/21 203/24 207/25
208/1 210/1 213/7 219/15 219/16
219/16 219/18 220/17 220/19
222/22 222/24 225/13 225/14
225/25 226/3 228/13 229/22
229/23 229/24 229/25 231/22
232/14 232/15 232/16 234/14
239/10 239/12 239/13 245/17
they'd [1]  16/22
they'll [1]  168/19
they're [23]  29/22 56/24 56/25
57/1 58/24 58/24 59/1 81/7 81/7
103/9 106/4 116/23 116/24 117/5
117/9 127/10 127/11 135/11
163/21 164/8 164/8 174/1 213/4
they've [2]  220/18 225/25
thing [20]  9/15 24/5 37/21
55/22 59/2 77/4 111/20 113/3
115/11 116/20 136/8 151/9
156/14 163/23 174/15 198/6
213/18 232/20 242/7 245/4
things [54]  10/15 14/5 19/13
22/3 22/3 22/4 26/5 27/14 34/9
34/25 46/25 52/5 53/19 66/5
80/2 81/8 104/9 105/8 106/7
111/22 111/25 123/20 124/10
137/23 142/9 144/5 145/11 147/3
151/8 161/2 163/21 163/24
165/16 166/6 166/7 166/9 167/7
168/12 174/14 176/7 184/23
201/14 201/25 211/18 218/7
220/15 228/15 230/3 230/12
230/14 230/15 236/20 238/24
239/1
think [72]  5/7 5/7 6/23 9/11
11/7 14/24 17/14 38/24 40/1
44/1 51/4 52/2 73/19 73/20
79/14 89/2 89/3 89/4 89/10
89/20 91/12 92/14 93/3 93/9
93/21 93/22 94/6 98/19 99/20
101/20 112/20 117/8 117/9
129/24 131/23 133/9 142/22
144/11 144/13 146/5 161/22
162/25 166/13 166/16 168/7
172/22 176/2 177/20 179/14
214/16 214/18 215/2 215/5 219/4
220/17 225/4 232/10 234/4 234/5
237/9 238/21 241/23 243/9
243/12 244/1 244/3 245/21
245/22
thinking [6]  125/3 125/6 164/7
178/20 232/13 242/11
thinks [1]  78/9
third [16]  15/1 59/17 59/18
107/22 131/1 151/6 156/19
168/10 169/19 181/19 183/7
183/20 184/1 208/5 210/6 244/24
third-party [1]  208/5
this [833]
those [67]  4/24 5/1 12/15 20/19
23/14 23/14 24/24 29/21 31/6
31/7 34/9 50/21 56/3 66/4 70/23
71/3 71/4 82/23 82/25 83/10
83/18 83/18 84/5 88/24 92/1
102/10 102/17 111/3 125/24
126/16 127/17 131/18 135/22

139/3 141/22 141/23 144/19
147/5 148/22 149/4 149/11 157/1
161/15 164/5 168/3 170/21
171/24 175/3 182/10 183/21
184/12 189/2 196/2 201/4 201/5
202/22 207/18 209/7 209/19
210/6 218/5 218/7 220/12 225/8
226/15 228/11 232/14
though [9]  22/10 71/19 73/21
77/9 77/11 91/15 155/13 179/21
241/20
thought [9]  132/25 165/18
165/20 165/23 167/25 177/19
181/23 183/4 197/6
thousand [3]  52/19 63/22 104/17
three [20]  14/25 15/5 15/12
15/15 50/24 52/22 80/8 80/9
153/23 158/23 160/20 172/6
210/4 210/5 212/14 213/19
213/25 220/1 220/4 243/13
three-day [1]  15/12
through [20]  18/5 22/5 30/14
52/22 78/16 80/2 90/12 116/8
116/9 157/10 171/17 186/4 187/9
227/18 229/8 229/18 231/14
233/15 244/14 245/13
throughout [3]  163/11 187/2
213/10
Thursday [3]  244/14 245/4
245/13
tightened [1]  112/7
time [164]  2/16 3/2 4/12 5/17
12/19 13/12 16/10 16/10 19/8
20/20 22/18 27/5 27/9 33/6
33/10 36/6 38/7 38/15 38/24
39/11 40/20 45/22 45/25 46/10
46/11 46/13 46/16 46/20 46/24
47/1 47/2 50/18 57/23 60/3
63/16 70/20 71/9 71/21 71/23
71/25 72/2 72/4 73/1 73/7 75/12
76/19 80/15 80/18 80/22 81/4
81/13 82/1 82/15 84/6 86/13
88/13 88/23 89/23 89/25 91/8
91/10 91/15 92/2 93/6 93/8
93/13 93/22 101/20 101/20 104/6
104/12 108/1 108/1 110/5 110/7
112/14 122/15 123/8 124/11
125/3 129/7 129/8 129/10 130/9
133/10 134/8 135/12 139/2
142/25 143/21 144/12 144/13
146/25 147/2 147/4 148/11
148/13 150/5 154/2 156/20
157/13 158/6 158/7 158/9 158/23
160/16 160/18 160/25 161/9
162/19 163/18 164/8 164/10
164/12 164/14 164/15 164/22
164/23 164/24 166/5 166/8
166/12 166/18 166/20 167/10
168/19 174/17 178/3 178/10
178/19 178/24 179/3 179/17
179/21 180/16 183/12 184/3
184/9 184/12 187/1 187/8 187/15
189/12 191/8 191/13 202/1
202/21 209/13 211/19 213/20
217/13 217/16 218/5 218/8 218/9
218/10 218/16 222/5 225/16
230/14 230/21 230/25 236/17
239/7
times [20]  36/12 46/11 52/23
52/24 53/2 53/25 98/23 149/14
153/23 156/18 157/14 183/17
187/5 187/9 213/4 213/25 227/3

Case 1:13-cr-00460-JKB Document 242 Filed 09/08/16 Page 280 of 284

**T**

times... [3]  227/9 235/20
 238/18
timing [2]  91/19 110/6
Titanium [10]  134/3 134/15
 145/22 192/18 198/20 200/13
 202/13 204/1 218/23 219/2
Titanium Holdings [1]  134/3
today [17]  12/10 15/8 48/25
 52/15 53/20 61/8 68/1 113/3
 185/23 186/5 189/9 221/18 222/9
 234/1 234/2 244/22 244/23
today's [1]  244/20
together [6]  32/5 63/16 81/22
 92/17 93/10 179/9
toilet [1]  5/16
told [43]  20/21 32/17 33/25
 50/3 51/19 52/13 54/4 54/12
 55/16 56/5 65/5 68/4 71/3 86/17
 95/18 101/24 120/23 121/6 131/7
 136/2 136/7 143/18 152/6 158/13
 161/1 166/24 167/3 167/6 176/19
 189/4 193/15 194/5 194/13 203/8
 203/14 208/5 211/11 211/15
 225/11 227/16 227/17 229/9
 242/16
tomorrow [6]  156/5 219/3 240/11
 240/17 242/19 246/6
tone [1]  99/13
tonight [2]  194/3 219/2
tons [1]  5/20
too [6]  77/4 79/21 83/6 97/6
 108/7 197/6
took [13]  8/12 32/1 37/16 47/16
 47/17 48/2 51/15 109/16 111/12
 111/15 113/15 182/3 236/13
top [13]  22/21 23/23 23/24 24/1
 48/21 78/2 138/23 211/25 212/7
 217/11 219/22 226/25 240/25
topic [3]  43/3 59/25 136/9
topics [2]  53/21 58/4
total [14]  5/22 5/22 7/12 7/13
 33/7 33/15 36/15 54/18 82/20
 114/3 116/17 184/11 205/5
 206/21
totality [1]  29/5
totally [10]  5/13 56/24 56/25
 57/11 70/17 81/16 116/2 155/8
 155/10 240/23
totals [1]  96/2
touch [8]  28/15 28/16 68/25
 92/23 132/4 177/2 185/10 239/25
tough [1]  58/19
towards [3]  192/20 219/23 235/9
track [2]  19/18 43/21
tracked [1]  147/20
tranche [1]  196/21
tranches [4]  193/18 193/20
 200/16 212/14
transaction [27]  41/25 42/16
 51/21 52/6 53/12 68/15 81/14
 102/9 102/12 114/6 122/17
 128/16 136/25 138/2 138/10
 138/16 138/20 138/21 140/22
 141/8 141/16 141/20 149/25
 150/9 160/19 171/6 205/3
transactions [15]  102/20 122/19
 123/16 128/17 136/18 137/16
 137/22 137/23 141/3 141/17
 141/23 160/20 171/4 171/16
 208/6

transcript [2]  215/13 246/16
treatment [1]  230/25
treatment [1]  230/25
trial [18]  12/14 12/24 14/10
 15/13 15/19 15/21 15/24 69/3
 132/8 185/13 240/1 240/3 240/7
 240/21 241/12 243/23 244/24
 245/1
tried [3]  125/16 158/15 183/21
tries [1]  8/12
trip [2]  64/2 64/7
trouble [1]  241/7
true [20]  3/20 4/6 40/24 41/2
 72/1 128/4 143/16 143/19 148/20
 157/23 164/9 194/9 194/14 207/5
 210/8 210/8 220/23 224/9 229/9
 229/10
trunch [1]  131/3
trust [1]  197/13
truth [6]  6/23 158/10 158/14
truthful [1]  204/8
try [11]  9/13 50/14 66/18
 123/15 150/11 158/11 158/12
 186/4 188/13 229/11 231/6
trying [13]  15/1 24/3 87/24
 115/17 180/6 185/25 199/19
 203/1 203/6 214/16 214/18
 214/19 216/20
Tucci [4]  195/24 237/25 238/13
 238/23
Tuesday [8]  1/8 17/7 156/16
 162/11 243/19 244/23 244/25
 244/25
turned [2]  80/23 205/12
twenty [1]  47/9
twice [2]  119/12 129/12
two [80]  12/2 12/9 12/13 12/20
 12/21 12/24 13/10 13/24 14/7
 14/8 14/25 15/4 15/11 15/11
 15/15 17/4 18/7 30/16 47/9
 47/15 57/1 59/17 61/4 61/25
 63/15 63/20 63/20 63/22 63/22
 66/2 68/4 70/8 70/8 70/22 70/23
 70/23 70/24 71/4 73/18 74/19
 78/23 78/24 80/8 82/2 83/10
 88/12 102/24 117/17 123/1 123/4
 130/22 133/25 134/2 134/4
 138/22 140/13 141/3 141/3
 141/17 141/23 153/22 156/17
 156/21 160/20 164/5 171/7
 177/14 191/13 191/15 193/6
 201/5 212/6 220/1 239/1 239/3
 241/2 241/14 243/13 244/11
 244/24
two-day [7]  12/2 12/9 13/10
 14/7 14/8 15/11 15/11
type [8]  4/12 16/21 26/14 31/16
 34/10 66/4 102/6 140/1
types [1]  30/24
typical [2]  77/20 210/24
typically [1]  142/24
typing [1]  127/15

**U**

U.S. [3]  14/14 16/7 189/14
U.S. Attorney [1]  189/14
U.S. Attorney's [1]  14/14
U.S. Attorneys [1]  16/7
UCC [4]  219/24 220/12 220/15
 220/22
UCC3 [3]  114/16 114/18 209/16
UCCs [1]  220/4

ultimate [4]  208/13 208/15
un [1]  49/25
under [38]  8/6 9/2 25/18 26/23
 29/11 31/7 66/5 66/9 69/15
 85/15 97/4 97/25 98/8 98/21
 100/3 103/2 103/15 111/2 111/11
 111/13 129/8 133/19 139/17
 148/6 168/3 174/23 174/25
 174/25 178/19 186/20 187/1
 187/16 200/12 205/14 209/6
 209/8 230/23 230/24
undercover [1]  10/19
underline [1]  226/7
underlined [1]  215/24
underlying [2]  223/19 223/23
underneath [3]  158/24 212/4
 212/6
undersigned [1]  223/13
understand [23]  2/2 6/13 7/2
 9/11 11/15 46/17 46/18 52/17
 108/19 125/13 127/4 153/15
 163/20 176/10 180/5 180/6 181/9
 199/15 202/23 204/15 214/16
 215/7 237/1
understanding [8]  71/23 100/23
 111/7 192/16 193/17 194/22
 195/2 198/7
understands [2]  44/19 55/9
understood [2]  193/15 235/4
unfair [1]  227/17
unilaterally [1]  222/12
UNITED [6]  1/1 1/3 1/16 12/10
 12/21 16/16
unqualified [41]  36/14 49/25
 66/7 114/2 115/9 116/3 116/9
 116/17 117/2 117/4 117/10
 117/14 124/15 124/18 124/23
 125/1 125/2 129/6 129/7 129/12
 145/7 145/16 152/18 153/16
 153/17 153/24 156/7 156/13
 156/14 156/19 156/20 157/3
 157/4 160/6 160/11 160/24 161/1
 161/10 162/17 162/21 186/24
unqualifieds [6]  36/16 98/9
 145/17 180/14 184/11 237/2
until [24]  12/9 15/10 36/24
 38/12 38/15 60/25 80/16 101/19
 104/12 105/7 135/5 138/18
 146/25 147/4 160/17 160/22
 160/25 161/7 161/9 161/11 186/4
 217/17 240/13 246/6
unusual [1]  59/4
up [97]  2/3 2/16 2/22 5/11 8/3
 13/8 14/10 14/15 15/10 15/13
 15/24 18/7 19/8 23/10 29/14
 29/15 33/18 43/4 46/15 47/9
 49/24 55/24 58/25 60/17 69/4
 74/21 74/22 79/5 80/18 82/19
 82/22 91/25 92/3 104/4 108/6
 112/7 114/2 116/17 123/21
 129/21 129/24 130/9 131/6
 132/10 134/24 135/5 136/9
 138/18 138/22 138/23 142/10
 142/11 146/25 147/4 153/20
 157/9 158/6 159/13 160/6 160/17
 160/22 160/25 161/7 161/9
 161/10 162/1 162/9 177/5 180/10
 183/22 184/22 184/24 185/14
 188/12 190/13 193/18 194/1
 194/3 205/8 206/7 206/15 215/5
 215/15 220/8 220/9 221/11

## U

up... [11]  221/25 227/20 228/5
 229/20 230/23 232/21 234/9
 239/2 242/3 244/13 245/4
update [1]  218/23
updated [2]  170/16 170/25
upfront [1]  45/24
upgrade [1]  131/3
upon [12]  19/14 27/2 46/10
 49/23 68/25 105/4 108/18 132/4
 183/6 185/10 223/20 239/25
upwards [1]  112/20
Urgent [19]  173/7 173/8 173/8
 191/9 191/9 191/10 218/6 218/6
 218/12 218/12 218/18 218/18
 218/18 239/6 239/6 239/7 239/15
 239/15 239/15
us [47]  4/13 10/8 18/12 36/4
 43/9 43/16 45/24 49/24 50/18
 52/13 52/15 60/5 67/2 67/8
 67/10 93/9 101/24 131/7 138/15
 151/10 152/6 153/2 160/5 165/12
 166/3 166/21 166/24 167/3 167/6
 167/9 173/14 175/17 178/22
 198/22 200/8 201/5 208/7 208/12
 208/14 223/14 226/8 226/9
 227/17 227/17 232/15 232/15
 244/7
use [17]  32/2 62/8 63/10 64/6
 72/10 82/12 90/9 98/25 112/22
 122/18 160/4 160/5 160/6 160/7
 161/2 162/24 235/20
used [32]  2/10 5/18 26/6 52/15
 52/23 52/24 52/24 53/1 53/7
 58/20 58/20 58/21 66/3 73/19
 115/7 117/10 126/5 129/13 150/5
 152/10 152/17 157/16 157/19
 161/5 161/14 162/11 182/8 213/4
 213/9 213/21 216/14 228/13
uses [3]  115/12 153/15 156/9
using [7]  59/14 153/21 153/23
 161/3 162/20 169/1 213/23
usual [2]  26/6 26/25
usually [1]  168/16
utilized [1]  92/3

## V

value [6]  42/14 49/8 99/1 108/8
 123/4 162/20
vantage [1]  219/17
various [26]  3/18 10/15 11/8
 22/4 26/4 29/20 29/21 31/3
 34/25 36/9 45/17 57/8 111/25
 137/22 142/9 147/12 147/14
 157/14 167/14 167/14 182/4
 187/2 187/9 205/8 218/23 238/18
Vegas [1]  109/3
vehicle [1]  64/7
venture [2]  175/1 175/22
version [1]  111/1
very [43]  12/16 12/25 16/18
 37/13 37/15 37/19 37/21 38/3
 38/14 39/23 39/23 40/17 41/7
 46/8 46/20 47/11 48/10 52/14
 52/14 52/16 52/18 54/11 54/12
 54/15 55/14 56/4 63/15 89/1
 89/14 95/12 95/12 95/14 95/14
 110/2 115/11 117/16 158/10
 166/3 166/21 170/6 236/16
 236/16 236/24
via [1]  98/23

## V (continued)

viability [1]  21/11
viable [1]  47/22
vicinity [1]  135/6
Victoria [1]  1/20
view [1]  205/14
volatility [1]  169/25
VOLUME [1]  1/12

## W

wait [8]  40/23 40/24 119/25
 119/25 166/5 201/13 217/21
 228/20
waive [1]  196/19
waived [1]  191/3
wander [1]  58/20
want [43]  7/3 9/15 10/10 12/18
 18/18 35/3 36/4 38/3 41/1 41/14
 42/5 47/11 48/8 54/22 59/12
 59/22 62/4 62/19 64/13 79/2
 85/16 88/13 88/15 117/16 124/11
 126/22 126/22 153/15 156/11
 156/24 171/4 186/24 190/9 208/6
 210/5 215/6 222/11 225/25
 228/15 228/21 235/10 241/19
 245/17
wanted [31]  16/23 18/10 21/18
 21/22 21/25 39/18 64/3 92/6
 92/8 93/9 96/11 108/8 109/10
 109/11 115/20 125/24 126/21
 140/1 142/17 171/3 179/5 182/11
 191/23 191/24 192/7 192/13
 199/16 199/17 201/5 208/14
 229/25
wants [9]  18/15 156/23 157/3
 191/14 191/17 198/6 198/9 198/9
 225/23
warning [1]  245/16
warranted [1]  42/13
was [686]
wasn't [24]  15/21 31/10 32/20
 34/7 34/10 36/5 40/13 44/8
 52/25 56/16 92/12 144/7 145/12
 157/23 181/6 181/17 182/25
 199/17 209/12 229/10 230/13
 231/15 232/10 232/13
way [31]  5/24 6/9 20/9 20/23
 31/6 47/24 53/6 54/5 60/8 102/2
 103/5 103/20 110/16 121/5 131/1
 148/15 163/21 165/11 166/1
 166/18 178/6 178/15 178/21
 199/19 204/10 205/13 208/11
 217/2 227/6 230/15 235/22
ways [2]  56/22 197/20
we [508]
we'd [2]  16/22 95/9
we'll [26]  6/19 7/1 9/13 24/18
 26/5 36/22 52/4 68/21 69/13
 83/8 95/11 100/16 109/15 121/21
 131/24 131/25 132/12 167/12
 185/5 192/2 212/25 215/8 237/9
 245/12 245/17 245/24
we're [43]  3/25 5/24 6/9 7/2
 8/21 15/17 17/20 17/21 55/15
 58/17 120/11 130/8 132/14
 133/17 159/14 159/18 160/15
 160/18 160/19 171/6 172/16
 173/14 184/9 186/18 199/1
 204/12 210/23 212/20 230/8
 244/2 244/3 244/4 244/5 244/5
 244/9 244/12 244/15 244/15
 244/18 245/3 245/7 245/11 246/6
we've [49]  3/13 12/2 22/3 34/23

## W (continued)

 36/12 38/2 41/13 48/3 48/10
 52/24 52/24 62/1 69/19 70/23 80/8
 80/9 81/5 81/8 83/2 85/20 85/20
 86/13 88/6 89/5 91/10 94/10
 98/17 98/19 102/6 105/15 108/12
 123/6 124/4 124/18 131/16 135/3
 144/25 145/18 164/12 169/20
 175/14 176/14 187/2 187/4
 187/19 195/23 206/18 230/11
 244/1
Wealth [29]  18/8 25/6 25/7 25/8
 25/10 28/21 29/7 29/11 29/14
 29/18 34/20 34/23 35/1 35/3
 35/6 35/17 37/6 40/3 40/9 61/1
 65/12 73/14 74/5 79/20 88/22
 114/5 138/17 187/13 187/14
Wealth's [1]  25/21
Wednesday [1]  113/3
week [15]  8/12 63/24 120/18
 187/3 244/8 244/9 244/12 244/14
 244/18 244/22 244/24 244/25
 245/13 245/14 245/20
weekly [8]  149/3 149/4 156/12
 156/25 203/22 222/17 222/22
 223/13
weeks [8]  12/17 14/22 15/4
 151/2 172/6 244/16 244/24
 245/16
Weinberger [2]  108/22 109/5
well [128]  2/23 4/20 4/25 5/1
 5/24 13/1 15/21 16/18 16/22
 17/19 17/20 18/14 18/25 19/9
 19/16 20/13 24/8 25/7 25/16
 31/22 33/14 33/18 35/20 39/13
 40/12 40/13 40/19 42/5 45/24
 46/10 47/22 55/2 56/19 56/19
 58/5 66/22 67/16 67/21 67/24
 68/1 72/23 74/6 74/12 75/22
 76/10 78/12 84/3 84/12 85/1
 86/1 90/5 91/14 95/11 98/24
 99/12 99/13 102/4 102/14 102/16
 103/16 105/21 106/20 116/2
 116/13 118/14 123/14 123/22
 125/4 127/12 127/24 128/4 128/7
 131/15 133/3 135/13 138/13
 140/5 141/2 141/5 142/22 142/23
 143/21 144/4 155/5 155/9 161/4
 163/5 163/21 165/7 165/14 166/5
 166/24 167/12 168/2 173/22
 179/16 179/20 180/3 180/12
 181/21 182/6 182/15 184/7
 184/15 186/3 190/4 192/2 194/25
 198/5 204/8 205/12 207/3 208/16
 211/19 213/9 214/1 214/2 214/19
 218/11 226/11 227/5 227/9 230/1
 236/9 242/18 243/24 244/13
 245/23
went [35]  19/10 22/5 22/5 34/17
 34/20 34/23 42/4 42/6 47/1
 53/14 63/2 80/2 93/3 111/24
 116/8 116/9 140/10 142/1 143/24
 144/4 144/5 150/4 154/20 170/5
 170/10 170/23 182/2 182/3 182/3
 188/4 213/7 213/11 223/3 228/19
 235/20
were [244]  3/18 4/1 8/24 11/20
 12/15 13/17 14/4 14/20 15/3
 16/3 16/4 16/14 18/24 19/1 20/6
 21/4 21/15 22/14 22/18 23/13
 23/21 24/23 26/12 26/25 27/12
 27/15 27/19 29/12 29/12 29/22
 30/1 30/3 30/6 30/11 30/12

# W

were... [209]   30/14 30/16 31/3
32/4 32/14 32/15 33/3 33/20
33/24 33/25 34/5 34/24 37/14
37/17 38/14 38/17 38/17 38/24
39/2 39/3 40/18 41/21 43/11
43/16 44/12 45/22 46/20 50/23
53/19 54/3 55/17 57/23 57/24
64/4 71/20 71/21 72/5 72/16
72/20 73/1 73/3 73/6 73/25 74/1
74/3 76/17 78/23 82/9 82/24
83/5 83/25 84/3 84/3 88/13
88/13 88/17 88/21 88/24 89/7
89/10 89/11 89/11 89/15 91/7
91/9 91/10 91/20 91/24 92/9
93/4 94/6 95/3 96/3 99/18
102/22 106/17 109/13 112/7
112/9 112/13 115/17 115/23
115/24 116/6 116/12 118/24
120/22 121/6 121/8 121/12
122/12 123/10 123/15 123/16
123/21 125/6 127/24 134/3 134/4
135/5 137/7 138/15 139/3 140/1
140/2 141/3 141/3 141/6 142/18
143/13 143/18 143/22 143/23
145/11 146/5 148/8 148/15
148/19 148/20 148/20 148/22
148/24 149/3 149/4 157/1 157/25
158/6 158/9 165/8 167/11 167/13
167/16 167/25 169/11 170/5
176/5 176/6 176/6 176/7 176/22
177/4 178/12 178/16 178/19
178/20 178/22 179/9 179/9
179/25 180/18 184/3 184/5
188/19 190/13 191/7 191/8 195/5
195/8 196/11 197/4 197/5 197/6
198/15 199/11 199/15 199/15
199/24 200/4 201/4 201/25
201/25 203/6 207/18 207/23
207/25 208/1 208/5 209/14 210/2
210/22 213/7 215/16 216/20
216/25 217/6 217/12 218/12
219/23 219/24 219/25 222/22
222/24 228/13 229/24 230/5
230/14 231/5 231/20 231/22
231/23 232/9 232/12 235/5 239/5
239/6 239/7 239/12 239/13
245/17

weren't [17]   12/25 16/1 33/5
33/23 33/24 38/18 48/2 66/23
74/1 92/5 116/5 116/11 116/11
165/19 183/9 230/15 239/10

Westlaw [3]   20/11 20/12 20/18

what [322]

what's [16]   2/23 7/4 7/8 24/1
27/25 50/9 66/22 87/12 87/19
115/4 120/3 160/7 223/6 227/22
227/23 234/1

whatever [26]   18/18 18/20 22/13
47/7 47/19 52/19 56/18 64/3
66/20 83/3 89/14 100/16 112/4
112/13 138/15 166/19 178/17
195/2 203/20 203/24 203/24
209/14 209/19 222/11 231/6
231/20

whatnot [20]   2/13 18/11 19/3
30/17 31/13 32/8 33/1 33/3
37/15 66/7 92/12 112/4 150/21
157/13 164/14 187/4 187/20
212/11 221/8 237/19

whatsoever [1]   234/2

when [94]   5/14 8/4 12/5 12/15
15/3 26/11 26/22 26/24 26/25
28/7 28/7 28/17 32/7 39/7 39/13
43/17 44/3 45/13 46/20 50/23
53/14 54/14 56/2 56/9 56/16
57/23 58/13 58/21 58/23 67/18
72/19 72/22 74/15 82/8 83/25
85/10 90/2 91/6 96/8 101/21
110/5 117/8 117/15 123/20 136/7
137/12 138/10 138/19 147/10
148/13 148/19 152/22 153/10
157/25 158/9 160/5 160/9 160/11
161/19 163/9 164/8 164/18
164/25 165/1 165/2 165/6 166/14
166/23 167/11 167/21 167/22
173/8 173/19 177/17 180/9 180/9
182/1 182/10 193/1 194/12
195/10 204/15 204/25 212/19
218/5 224/5 227/21 230/16 232/9
237/13 240/24 241/2 241/11
242/2

where [60]   7/1 7/11 7/14 8/3
14/13 16/3 22/24 34/19 46/18
47/3 52/17 59/18 59/19 67/16
74/5 77/6 89/7 90/21 90/23
93/23 100/7 107/5 113/22 130/3
138/3 139/15 139/19 144/10
151/6 151/7 156/18 159/19
161/25 163/10 163/11 165/18
167/13 175/3 175/22 181/16
182/6 182/18 182/20 183/3
187/19 188/2 196/8 197/11
203/25 208/20 208/21 214/4
214/13 214/22 215/16 220/11
225/16 227/20 235/19 237/17

Where's [1]   206/16

wherein [1]   54/17

wherever [1]   14/15

whether [27]   3/20 3/21 6/18
20/5 21/18 24/23 33/5 39/10
39/16 57/14 58/2 64/6 84/13
84/21 84/23 85/6 85/13 88/20
103/12 105/6 106/24 125/25
137/4 145/13 210/7 215/3 220/17

which [104]   2/18 3/11 3/12 3/18
5/21 12/2 28/2 28/11 29/11 31/2
34/23 36/2 36/10 36/11 36/22
39/22 39/23 40/18 44/7 48/2
48/9 51/13 57/13 60/14 62/21
63/15 64/23 69/24 71/3 75/6
75/16 79/20 79/23 79/25 80/14
81/14 81/20 81/20 83/11 90/6
91/10 91/10 92/3 94/11 94/13
96/22 98/20 100/15 107/8 108/18
111/15 113/16 113/19 115/6
117/2 117/24 122/6 124/4 130/10
131/3 134/13 134/15 138/1
139/14 141/22 142/7 142/19
143/24 145/20 146/13 146/14
151/2 154/12 154/23 161/21
169/11 169/24 171/5 175/14
176/25 177/18 178/6 179/1
181/19 182/2 184/11 187/13
188/20 191/3 196/14 197/25
200/12 206/20 211/4 211/23
216/25 217/16 217/18 223/20
229/9 229/10 233/1 239/6 244/14

while [7]   4/6 16/20 16/20 27/6
43/16 63/2 165/8

who [70]   10/21 13/13 13/18
14/18 20/18 29/14 29/18 34/24
38/21 39/25 40/5 40/5 41/8

41/11 45/1 48/13 49/3 49/3
64/7 65/6 65/18 82/11 90/15 90/25
93/25 99/13 107/15 108/18 109/2
109/5 109/15 109/19 121/22
121/22 121/25 125/17 125/20
126/12 127/15 133/18 142/21
144/5 165/21 167/5 167/8 169/15
169/20 169/21 173/22 176/18
178/12 182/16 183/9 189/5
191/12 191/12 195/24 199/17
199/23 200/1 202/1 202/2 202/8
208/4 208/5 208/8 223/15 229/1
234/14 239/5 239/7

who's [13]   4/15 29/17 64/14
108/20 125/7 147/21 147/21
174/2 174/5 195/24 202/7 243/5
243/6

whoever [1]   27/16

whole [18]   21/11 23/1 23/3 24/5
45/20 56/6 58/3 115/6 117/3
123/19 151/9 175/5 175/13 213/8
229/21 231/13 232/6 237/17

whose [1]   45/14

why [22]   24/2 26/16 45/22 62/8
76/19 84/21 104/15 109/10
109/25 123/3 125/24 135/9 148/5
164/2 164/3 168/8 168/9 179/6
179/13 180/10 183/16 183/25

wiggle [1]   66/18

will [82]   3/24 6/23 8/17 10/22
25/25 26/9 26/15 26/15 27/1
27/8 27/23 28/3 41/15 49/6
49/13 49/18 55/4 58/15 58/15
65/14 65/20 78/6 78/11 78/16
98/21 98/22 99/1 100/2 105/7
114/16 133/1 139/16 139/17
139/17 152/20 152/22 156/4
156/13 156/16 162/11 162/20
166/17 170/17 177/1 178/3 178/6
179/1 179/4 186/1 186/6 190/17
190/22 191/14 192/16 192/18
192/20 192/20 193/18 193/19
193/24 194/18 197/12 198/3
198/10 200/15 210/18 211/16
216/5 219/2 221/16 221/17 222/5
227/7 227/19 227/24 228/4
238/12 239/21 240/11 242/22
244/24 245/22

willing [15]   27/4 53/25 114/2
116/14 116/16 193/16 194/6
194/10 194/14 194/18 194/21
194/23 195/1 195/5 195/7

wind [1]   245/4

windfall [1]   184/8

wire [27]   51/14 69/24 70/10
71/2 71/3 112/19 113/1 145/20
146/10 146/11 146/12 146/13
156/6 156/13 160/10 160/14
160/22 171/23 171/25 182/21
192/18 209/3 214/14 223/25
224/4 224/5 224/12

wired [3]   172/18 221/16 224/5

wires [10]   81/15 146/5 147/4
156/12 156/25 160/23 161/9
161/15 161/25 224/10

wiring [5]   159/24 160/1 160/5
161/13 224/6

Wise [4]   1/15 14/19 15/4 244/15

wish [6]   79/9 83/3 111/5 168/15
213/17 229/22

wished [6]   39/18 44/15 64/2
64/7 209/19 209/20

Case 1:13-cr-00460-JKB Document 131 Filed 09/08/16 Page 283 of 284

# W

withdraw [2]  41/14 41/15
withdrawn [1]  41/16
withhold [1]  136/5
within [5]  139/1 153/2 181/7
198/4 215/1
without [14]  24/21 37/21 62/25
65/8 80/12 83/8 86/16 131/11
132/23 168/14 201/11 201/12
201/16 228/23
witness [17]  6/2 8/5 8/25 9/5
9/17 51/24 55/19 55/21 58/25
59/1 127/2 133/19 141/13 240/19
241/21 241/25 246/11
witnesses [3]  168/16 243/8
245/8
woman [2]  20/10 20/18
won't [5]  18/5 60/15 83/19
186/2 242/5
wondering [1]  243/22
word [14]  24/1 28/8 51/5 52/15
52/23 53/1 53/6 53/25 54/13
66/3 66/11 153/23 213/9 213/21
wording [1]  123/12
words [17]  2/10 26/14 49/15
56/24 82/9 116/14 117/10 126/5
127/11 127/11 148/18 153/21
191/15 195/14 199/13 199/16
244/8
work [14]  17/18 32/24 47/3
72/21 72/23 72/24 99/18 174/13
177/1 192/17 202/2 226/10
232/10 232/10
worked [6]  112/5 112/8 115/15
173/14 208/11 232/11
working [7]  106/2 163/24 167/16
200/21 226/8 226/10 230/13
works [1]  98/24
world [2]  153/7 203/13
worried [1]  17/16
worse [2]  153/6 155/9
would [186]  2/21 4/3 4/5 10/7
17/3 17/4 30/9 31/6 32/11 32/15
32/16 32/23 33/4 33/6 33/20
35/1 35/3 35/6 35/8 37/3 37/9
37/10 43/24 48/9 48/12 51/2
51/6 52/2 54/2 54/17 59/17
60/14 62/1 62/21 63/4 63/9 64/6
64/22 65/7 67/14 67/22 68/3
68/20 70/6 70/7 71/6 72/10
77/16 77/17 77/21 78/1 79/14
79/16 80/2 80/13 80/17 80/20
81/1 81/21 82/20 83/1 83/17
84/18 84/18 85/3 85/7 87/10
88/15 88/16 90/6 91/22 94/4
94/11 95/18 106/11 106/15
106/19 107/13 108/21 108/21
112/2 112/3 114/20 116/10
118/12 120/16 120/18 120/23
121/4 121/6 121/7 121/8 121/11
121/15 122/10 126/13 126/15
136/4 137/11 139/20 140/6 140/6
144/17 145/14 145/16 145/21
147/11 147/14 147/17 147/20
148/2 149/5 149/18 150/13 151/6
153/1 153/2 153/8 153/10 154/19
156/3 158/14 158/15 158/17
163/11 163/19 164/3 165/22
166/16 168/11 171/5 171/8 172/6
172/7 177/4 180/18 181/5 181/18
181/23 181/24 182/1 182/12

183/18 183/19 183/22 185/23
187/10 189/13 192/17 193/20
191/3 191/20 193/6 193/16 194/6
194/21 196/13 196/19 202/1
202/2 202/2 203/4 203/5 204/18
209/15 210/1 211/4 213/2 214/25
224/7 224/9 224/11 224/12
224/17 225/17 226/16 229/2
229/3 231/3 232/14 232/16
238/22 239/13 244/23 244/23
244/25
wouldn't [5]  33/24 36/24 121/7
123/21 197/25
write [4]  82/10 82/13 164/2
234/7
writes [3]  146/22 156/8 222/3
writing [7]  59/13 129/23 160/24
163/10 176/5 176/8 223/11
written [7]  5/15 74/16 140/18
145/7 199/24 230/12 237/14
237/25 238/14
wrong [4]  93/8 173/5 203/5
231/17
wrote [9]  48/24 125/7 125/7
160/11 161/1 163/3 163/4 199/18
199/23

# Y

yeah [27]  7/16 25/9 54/10 57/5
57/10 62/10 62/10 71/16 84/6
96/10 97/9 115/17 116/5 116/20
123/24 125/4 130/13 145/18
165/15 181/23 187/25 198/9
199/10 231/16 234/9 234/17
245/6
year [12]  5/22 38/9 73/3 82/25
85/11 86/17 86/25 87/6 96/5
138/1 138/18 180/13
years [6]  3/23 4/8 5/6 12/6
84/25 159/14
yellow [2]  151/7 238/14
Yep [1]  173/18
yes [367]
yes-or-no [1]  43/5
yesterday [21]  2/5 2/9 9/11
9/16 9/25 10/5 10/8 10/15 12/3
12/9 18/8 22/17 22/20 33/5 36/4
54/4 54/7 54/9 216/14 234/21
237/13
yet [7]  6/1 6/10 6/10 17/15
17/21 51/4 230/18
York [5]  71/24 72/12 90/24
93/24 109/21
you [1364]
you'd [2]  79/9 195/1
you'll [3]  8/4 65/17 134/2
you're [87]  3/6 6/1 6/11 6/24
9/12 14/5 15/7 15/10 28/4 28/17
36/4 37/12 40/5 46/18 47/9 47/9
47/10 49/18 50/18 58/14 60/4
61/7 63/21 66/9 67/2 67/8 67/9
67/18 68/3 75/19 80/13 83/19
85/2 85/5 87/24 88/20 97/16
100/11 108/15 118/15 119/24
124/9 138/3 138/15 141/12
148/17 157/3 164/15 165/4 166/6
166/10 166/10 166/10 166/19
167/22 167/22 171/14 174/14
174/19 176/3 179/6 180/7 184/5
188/22 189/1 194/15 197/13
201/14 201/15 201/19 202/25
202/25 202/25 203/1 207/6

212/20 212/24 215/7 215/17
227/22 233/23 234/5 238/2
238/21 242/3 242/7
you've [39]  3/8 6/4 12/1 12/20
45/6 49/12 52/13 52/15 53/1
53/5 53/20 53/24 53/25 56/13
63/19 63/20 63/21 79/18 85/3
89/6 95/7 96/5 99/9 101/24
104/15 120/17 128/2 157/8
159/10 160/15 165/4 166/11
172/16 172/16 189/10 222/8
241/23 242/2 243/14
your [227]  2/4 2/5 2/23 3/3 3/5
3/7 3/11 5/3 5/12 6/23 7/11
7/19 8/2 8/8 8/20 10/10 10/14
11/15 11/19 12/1 13/8 13/21
16/16 17/6 17/8 17/13 18/1 18/4
20/16 21/5 22/6 23/10 23/18
25/18 25/19 26/16 26/23 26/23
28/9 28/13 28/18 28/23 31/23
32/2 34/1 35/6 36/5 36/13 37/20
38/7 38/8 38/14 39/6 39/9 40/23
42/22 44/14 45/2 45/22 45/23
46/1 47/2 47/16 47/25 47/25
50/11 51/5 51/6 51/15 52/22
53/14 55/1 55/13 55/18 57/15
57/17 58/6 58/12 59/14 59/23
60/3 60/10 63/6 63/9 64/2 66/19
68/20 69/17 69/23 71/20 72/3
72/3 72/5 73/24 79/15 80/23
81/15 82/1 82/23 83/1 83/6
83/23 84/15 86/16 87/1 87/5
90/15 95/15 95/24 99/9 101/10
102/16 104/5 105/3 108/19 110/3
110/7 113/2 118/9 118/13 118/22
118/23 120/5 120/10 125/18
127/5 127/11 127/21 127/25
128/1 128/2 128/7 130/4 132/19
133/13 133/21 136/19 136/20
137/21 138/9 138/10 139/21
139/25 141/10 141/14 142/7
143/21 149/10 149/11 149/21
150/2 150/11 150/13 152/25
154/8 156/4 156/6 157/21 158/25
159/4 162/23 163/11 163/14
163/20 164/7 164/7 168/7 168/15
169/10 170/5 171/23 175/19
175/20 178/11 178/14 179/3
179/18 180/8 180/9 180/15
180/17 180/22 181/15 183/13
184/22 184/24 185/4 186/12
186/22 191/10 196/13 198/16
199/4 199/13 200/6 200/7 201/16
202/23 205/1 213/2 213/11 214/6
214/9 215/6 215/18 222/11 231/9
233/9 233/10 233/14 233/18
233/22 235/18 236/23 237/8
237/13 238/4 238/8 238/18
239/23 239/23 240/18 241/24
244/17 245/7 246/3 246/5
Your Honor [49]  2/4 2/5 3/3
3/11 5/3 5/12 7/11 8/20 17/8
17/13 18/11 28/13 28/18 28/23
42/22 55/18 57/17 58/6 58/12
60/10 69/17 87/1 118/9 118/13
120/5 125/18 127/5 130/4 132/19
133/21 149/21 150/11 150/13
154/8 159/4 168/15 186/12
186/22 214/6 214/9 215/18
233/10 233/22 237/8 238/4 238/8
240/18 244/17 245/7
yours [4]  89/22 140/3 236/3

Case 1:13-cr-00460-JKB   Document 242   Filed 09/08/16   Page 284 of 284

**Y**

yours... [1]  236/11
yourself [7]  32/24 59/22 63/17
 139/13 149/10 184/13 184/24
yourselves [7]  68/24 68/24
 132/2 132/3 185/8 185/9 239/24

**Z**

zero [2]  31/23 167/16
Zoldan [3]  169/20 169/20 171/1
Zweizig [3]  1/23 246/15 246/19