# LAWLOR & ENGLERT, LLC
*Attorneys at Law*

---

MICHAEL E. LAWLOR
lawlor@lawlor-englert.com

SICILIA C. ENGLERT
englert@lawlor-englert.com

GWENDOLYN R. WATERS
gwaters@lawlor-englert.com

NICHOLAS G. MADIOU
ngmadiou@lawlor-englert.com

September 16, 2016

The Honorable James K. Bredar
United States District Judge
101 West Lombard Street
Baltimore, MD 21201

  Re: USA v. Richard Shusterman, et al., JKB-13-0460

Dear Judge Bredar,

  After a hearing held on July 1, 2016, Your Honor appointed the undersigned counsel to represent Mr. Shusterman pursuant to the Criminal Justice Act. Sentencing is currently scheduled for Monday, November 28, 2016, at 1:30 p.m.

  In preparation for sentencing, the undersigned submitted CJA 24 forms for the authorization of funds to obtain trial transcripts in this case. In all, the undersigned ordered twenty-four (24) volumes of transcripts, from two separate court reporters. To date, I have received eleven (11) transcripts, but have not received the remaining thirteen (13) transcripts.

  Undersigned counsel requires these transcripts to file objections to the Presentence Investigation Report and affectively represent Mr. Shusterman at sentencing. This letter is respectfully submitted to provide a status update to the Court and counsel for the United States as to the undersigned's efforts to prepare for sentencing in this case.

  Thank you for your attention to this matter.

  Sincerely,


  s/ Michael E. Lawlor.


  CC: all parties via ECF.