# LAWLOR & ENGLERT, LLC

*Attorneys at Law*

MICHAEL E. LAWLOR
lawlor@lawlor-englert.com

GWENDOLYN R. WATERS
gwaters@lawlor-englert.com

SICILIA C. ENGLERT
englert@lawlor-englert.com

NICHOLAS G. MADIOU
ngmadiou@lawlor-englert.com

October 31, 2016

The Honorable James K. Bredar
United States District Judge
101 West Lombard Street
Baltimore, MD 21201

      Re:   *USA v. Richard Shusterman, et al.*, JKB-13-0460

Dear Judge Bredar,

After a hearing held on July 1, 2016, Your Honor appointed the undersigned counsel to represent Mr. Shusterman pursuant to the Criminal Justice Act. Sentencing is currently scheduled for Monday, November 28, 2016, at 1:30 p.m. This letter is respectfully submitted to request a 45-day continuance of the current sentencing date. In support of this request, counsel states the following.

In preparation for sentencing, the undersigned submitted CJA 24 forms for the authorization of funds to obtain trial transcripts in this case. In all, the undersigned ordered twenty-four (24) volumes of transcripts. To date, I have not received all of the trial transcripts. Undersigned counsel requires these transcripts to file objections to the Presentence Investigation Report and affectively represent Mr. Shusterman at sentencing. In addition, the undersigned is preparing for a multi-week trial that begins on November 7, 2016 in *United States v. Richard Byrd*, case no. 14-186-RDB.

The undersigned counsel discussed this request with Assistant United States Attorney Martin Clarke, Esq. Mr. Clarke authorized the undersigned to state that the United States does not oppose this request for a brief continuance. For these reasons, the undersigned respectfully asks this Court for 45-day extension of the current sentencing date.

Thank you for your attention to this matter.

Sincerely,

s/ Michael E. Lawlor.

CC: all parties via ECF.