# L AWLOR  &  E NGLERT ,  LLC

*Attorneys at Law*

---

MICHAEL E. LAWLOR
lawlor@lawlor-englert.com

SICILIA C. ENGLERT
englert@lawlor-englert.com

GWENDOLYN R. WATERS
gwaters@lawlor-englert.com

NICHOLAS G. MADIOU
ngmadiou@lawlor-englert.com

November 7, 2016

The Honorable James K. Bredar
United States District Judge
101 West Lombard Street
Baltimore, MD 21201

  Re: *USA v. Richard Shusterman, et al.*, JKB-13-0460

Dear Judge Bredar,

  After a conference call held on Friday, November 4, 2016, Your Honor continued the sentencing date in this matter to Friday, December 23, 2016. This letter is respectfully submitted to the Court, to provide a proposed scheduling order in light of the new sentencing date.

  Specifically, the undersigned respectfully proposes that counsel for either party shall file, no less than fourteen days prior to sentencing, any sentencing memoranda and/or objections to any material information, sentencing classifications, or advisory sentencing guidelines ranges contained in the presentence report.

  Thank you for your attention to this matter.

Sincerely,


s/ Michael E. Lawlor.


CC: all parties via ECF.