# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | Case No. JKB-13-00460 |
| | * | |
| RICHARD SHUSTERMAN | * | |
| | * | |

## MOTION TO APPOINT COUNSEL

**COMES NOW** the Defendant, Richard Shusterman, by and through his attorney, Michael E. Lawlor, Brennan, McKenna & Lawlor, Chtd., and respectfully requests that this Honorable Court appoint new counsel to represent Mr. Shusterman in his pursuit for relief under 28 U.S.C. § 2255. In support of this Motion, counsel states the following:

1.   The United States of America charged Richard Shusterman by indictment with conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349; and nine counts of wire fraud in violation of 18 U.S.C. § 1343.

2.   Following a five-week jury trial, Mr. Shusterman was convicted on all counts.

3.   On December 23, 2016, this Court sentenced Mr. Shusterman to a total term of 216 months of incarceration.

4. Undersigned counsel was appointed to represent Mr. Shusterman pursuant to the Criminal Justice Act in preparation for sentencing in this case, and on direct appeal to the United States Court of Appeals for the Fourth Circuit.

5. Mr. Shusterman appealed his convictions and sentence to the Fourth Circuit, and in particular challenged the propriety of his conviction based on an apparent conflict of interest with his trial counsel. The Court will recall that after the verdict but before sentencing, trial counsel filed a Motion with the Court accusing Mr. Shusterman of having committed a fraud upon him based upon the non-payment of attorney's fees.

6. On February 20, 2018, the Fourth Circuit affirmed the convictions and sentence entered in this case. In an unpublished per curiam opinion, the Fourth Circuit stated that, "[t]o the extend that Shusterman otherwise is claiming ineffective assistance of counsel, such a claim does not appear conclusively from the record and should be brought instead in a 28 U.S.C. § 2255 motion to vacate." *United States v. Shusterman*, No. 16-4860, ECF No. 50.

7. At this time, I respectfully write to this Court because I believe Mr. Shusterman has potentially meritorious grounds for relief under 28 U.S.C. § 2255. Specifically, Mr. Shusterman has a viable claim that trial counsel was ineffective for continuing with his representation while suffering from an actual conflict of interest.

8. Counsel has reviewed extra-record communication between trial counsel and Mr. Shusterman that call in to question the effectiveness of counsel during trial. Whether the Court agrees that a conflict of interest existed or whether Mr. Shusterman was prejudiced are matters yet to be determined. However, as an officer of the Court and a member of the Court's Criminal Justice Act panel, undersigned represents to the Court that it is in the interests of justice to appoint counsel in this case.

9. For these reasons, I respectfully ask this Court to appoint new counsel to represent Mr. Shusterman in his pursuit for relief under 28 U.S.C. § 2255.

10. I have discussed this matter with Mr. Shusterman, and advised him that I would be making this request on his behalf.

11. WHEREFORE, Mr. Shusterman respectfully requests that new counsel be appointed to represent him on a motion to vacate pursuant 28 U.S.C. § 2255.

Respectfully submitted,

s/_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane
Suite 700
Greenbelt, Maryland 20770
301.474.0044

## CERTIFICATE OF SERVICE

I hereby certify that on this day, March 19, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system under seal.

S/_____

Michael E. Lawlor