IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| UNITED STATES | : | |
| | : | |
| | : | |
| v. | : | Case No.  JKB-13-460 |
| | : | |
| RICHARD SHUSTERMAN, | : | |
| | : | |
| Defendant | : | |

## MOTION FOR LEAVE TO FILE SEALED MATERIALS

Comes now Richard Shusterman, the Defendant, by and through Andrew R. Szekely, Assistant Federal Public Defender, and hereby moves to seal the attached motion. The motion contains detailed information about Mr. Shusterman's health. Materials such as these are of a private and confidential nature and should be shielded to protect Mr. Shusterman's privacy.

Wherefore, Mr. Shusterman requests that his motion be placed under seal.

                              Respectfully submitted,

                              James Wyda
                              Federal Public Defender
                                 for the District of Maryland

                              ___/s/_____
                              Andrew R. Szekely (#16407)
                              Assistant Federal Public Defender
                              100 South Charles Street
                              Tower II, 9th Floor
                              Baltimore, Maryland  21201
                              Phone: (410) 962-3962
                              Fax:  (410) 962-0872
                              Email: andrew_szekely@fd.org